Form B5
(6/90)

# FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>_____CENTRAL_____ **District of** ___CALIFORNIA___ | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of debtor - If individual, enter: Last, First, Middle)<br>CHORUS LINE CORPORATION | ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden, and trade names)<br>JAZZ ACQUISITION CORPORATION |
|---|---|
| SOC SEC./TAX I.D.NO.(If more than one, state all)<br>95-4125590 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>4505 Bandini Boulevard<br>Vernon, CA 90040 | MAILING ADDRESS OF DEBTOR (if different from street address) |
| COUNTY OR RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>LOS ANGELES | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR *(If different from previously listed addresses)*

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[X] Chapter 7     [ ] Chapter 11

## INFORMATION REGARDING DEBTOR (Check if applicable boxes)

**Petitioners believe**
[ ] Debts are primarily consumer debts
[X] Debts are primarily business debts (Complete sections A and B)

**TYPE OF DEBTOR**
[ ] Individual
[ ] Partnership
[ ] Other ____

[ ] Corporation Publicly Held
[X] Corporation Not Publicly Held

**A. TYPE OF BUSINESS (Check one)**
[ ] Professional         [ ] Transportation         [ ] Commodity Broker
[X] Retail/wholesale     [ ] Manufacturing/Mining   [ ] Construction
[ ] Railroad                                        [ ] Real Estate
                         [ ] Stockbroker            [ ] Other

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**
APPAREL MANUFACTURER

## VENUE

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of 180 days than in any other District.

[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).
2. [ ] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;

or

b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

11/13/2000   **FILED**   09:27
**LA00-41578ER**
DEBTOR:
   CHORUS LINE CORPORATION
JUDGE: HON. E. Robles - 515
TRUSTEE:       CH: 07  (INCOMPLETE)
341A MTG:
ADR:

----

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF.  ID: 773
RECEIPT NO: LA-043640   $ 200.00

Name of Debtor: **CHORUS LINE CORPORATION**

Case No. _____ (Court use only)

FORM 5 Involuntary Petition
(10/89)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _Ma Raul_ President
Signature of Petitioner or Representative (State title)

**SYSTEMATIC OFFICE SUPPLY**
Name of Petitioner

Name & Mailing Address of Individual Signing in Representative Capacity: MARVIN ROSENBLUM, 608 Mateo Street, Los Angeles, CA 90021, President

X _[signature]_
Signature of Attorney
MARK D. BRUTZKUS, ESQ.
EZRA BRUTZKUS GUBNER LLP
Name of Attorney Firm (if any)
16830 Ventura Blvd., Suite 411
Encino, CA 91436
Address
(818) 995-0215
Telephone No.

X _____
Signature of Petitioner or Representative (State title)

**HI-FASHION FABRICS, INC.**
Name of Petitioner

Name & Mailing Address of Individual Signing in Representative Capacity: DAVID BROWN, 483 Broadway, New York, NY 10013, President

X _[signature]_ #128102
Signature of Attorney
MARK D. BRUTZKUS, ESQ.
EZRA BRUTZKUS GUBNER LLP
Name of Attorney Firm (if any)
16830 Ventura Blvd., Suite 411
Encino, CA 91436
Address
(818) 995-0215
Telephone No.

X _____
Signature of Petitioner or Representative (State title)

**WIMATEX, INC. dba W&M TEXTILE**
Name of Petitioner

Name & Mailing Address of Individual Signing in representative Capacity: MARIO LIM, 5801 S. 2nd Street, Vernon, CA 90058, Vice President

X _[signature]_
Signature of Attorney
MARK D. BRUTZKUS, ESQ.
EZRA BRUTZKUS GUBNER LLP
Name of Attorney Firm (if any)
16830 Ventura Blvd., Suite 411
Encino, CA 91436
Address
(818) 995-0215
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| SYSTEMATIC OFFICE SUPPLY, 608 Mateo Street, Los Angeles, CA 90021 | GOODS SOLD AND DELIVERED | $10,715.62 |
| HI-FASHION FABRICS, INC., 483 Broadway, New York, NY 10013 | GOODS SOLD AND DELIVERED | $47,189.31 |
| WIMATEX, INC. dba W&M TEXTILE, 5801 S. 2nd Street, Vernon, CA 90058 | GOODS SOLD AND DELIVERED | $81,943.32 |
| | | Total Amount of Petitioners' Claims $139,848.25 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, petitioner(s) signatures under the statement and the name(s) of attorney(s) and petitioning creditor information in the format above.

_____ continuation sheets attached

Name of Debtor   CHORUS LINE CORPORATION

FORM 5 Involuntary Petition (10/89)

Case No. _____ (Court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

SYSTEMATIC OFFICE SUPPLY
Name of Petitioner

Name & Mailing Address of Individual Signing in Representative Capacity:
MARVIN ROSENBLUM
608 Mateo Street
Los Angeles, CA 90021
President

X _____
Signature of Attorney
MARK D. BRUTZKUS, ESQ.
EZRA|BRUTZKUS|GUBNER LLP
Name of Attorney Firm (if any)
16830 Ventura Blvd., Suite 411
Encino, CA 91436
Address
(818) 995-0215
Telephone No.

X _____
Signature of Petitioner or Representative (State title)

HI-FASHION FABRICS, INC.
Name of Petitioner

Name & Mailing Address of Individual Signing in Representative Capacity:
DAVID BROWN
483 Broadway
New York, NY 10013
President

X _____
Signature of Attorney
MARK D. BRUTZKUS, ESQ.
EZRA|BRUTZKUS|GUBNER LLP
Name of Attorney Firm (if any)
16830 Ventura Blvd., Suite 411
Encino, CA 91436
Address
(818) 995-0215
Telephone No.

X _____
Signature of Petitioner or Representative (State title)

WIMATEX, INC. dba W&M TEXTILE
Name of Petitioner

Name & Mailing Address of Individual Signing in representative Capacity:
MARIO LIM
5801 S. 2nd Street
Vernon, CA 90058
Vice President

X _____
Signature of Attorney
MARK D. BRUTZKUS, ESQ.
EZRA|BRUTZKUS|GUBNER LLP
Name of Attorney Firm (if any)
16830 Ventura Blvd., Suite 411
Encino, CA 91436
Address
(818) 995-0215
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| SYSTEMATIC OFFICE SUPPLY<br>608 Mateo Street, Los Angeles, CA 90021 | GOODS SOLD AND DELIVERED | $10,715.62 |
| HI-FASHION FABRICS, INC.<br>483 Broadway, New York, NY 10013 | GOODS SOLD AND DELIVERED | $47,189.31 |
| WIMATEX, INC. dba W&M TEXTILE<br>5801 S. 2nd Street, Vernon, CA 90058 | GOODS SOLD AND DELIVERED | $81,943.32 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, petitioner(s) signatures under the statement and the name(s) of attorney(s) and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$139,848.25 |

_____ continuation sheets attached

Name of Debtor: **CHORUS LINE CORPORATION**

FORM 5 Involuntary Petition (10/89)

Case No. _____ (Court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)
**SYSTEMATIC OFFICE SUPPLY**
Name of Petitioner

Name & Mailing Address of Individual Signing in Representative Capacity:
MARVIN ROSENBLUM
608 Mateo Street
Los Angeles, CA 90021
President

X _____
Signature of Attorney
MARK D. BRUTZKUS, ESQ.
EZRA | BRUTZKUS | GUBNER LLP
Name of Attorney Firm (if any)
16830 Ventura Blvd., Suite 411
Encino, CA 91436
Address
(818) 995-0215
Telephone No.

X _____
Signature of Petitioner or Representative (State title)
**HI-FASHION FABRICS, INC.**
Name of Petitioner

Name & Mailing Address of Individual Signing in Representative Capacity:
DAVID BROWN
483 Broadway
New York, NY 10013
President

X _____
Signature of Attorney
MARK D. BRUTZKUS, ESQ.
EZRA | BRUTZKUS | GUBNER LLP
Name of Attorney Firm (if any)
16830 Ventura Blvd., Suite 411
Encino, CA 91436
Address
(818) 995-0215
Telephone No.

X  /s/ [signature]
Signature of Petitioner or Representative (State title)
**WIMATEX, INC. dba W&M TEXTILE**
Name of Petitioner

Name & Mailing Address of Individual Signing in representative Capacity:
MARIO LIM
5801 S. 2nd Street
Vernon, CA 90058
Vice President

X _____
Signature of Attorney
MARK D. BRUTZKUS, ESQ.
EZRA | BRUTZKUS | GUBNER LLP
Name of Attorney Firm (if any)
16830 Ventura Blvd., Suite 411
Encino, CA 91436
Address
(818) 995-0215
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| SYSTEMATIC OFFICE SUPPLY<br>608 Mateo Street, Los Angeles, CA 90021 | GOODS SOLD AND DELIVERED | $10,715.62 |
| HI-FASHION FABRICS, INC.<br>483 Broadway, New York, NY 10013 | GOODS SOLD AND DELIVERED | $47,189.31 |
| WIMATEX, INC. dba W&M TEXTILE<br>5801 S. 2nd Street, Vernon, CA 90058 | GOODS SOLD AND DELIVERED | $81,943.32 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, petitioner(s) signatures under the statement and the name(s) of attorney(s) and petitioning creditor information in the format above. | | **Total Amount of Petitioners' Claims** $139,848.25 |

____ continuation sheets attached