ROBERT EZRA, ESQ. – State Bar No. 68872
STEVEN T. GUBNER, ESQ. – State Bar No. 156593
EZRA | BRUTZKUS | GUBNER LLP
16830 Ventura Blvd., Suite 411
Encino, CA 91436
Telephone: (818) 995-0215
Facsimile: (818) 501-3618

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CHORUS LINE CORPORATION and CALIFORNIA FASHION INDUSTRIES INC.,<br><br>Debtors. | Jointly Administered and Substantively Consolidated under<br>Case No. LA 00-41578 ER<br><br>Chapter 11 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD RABINOWITZ, *et al.*,<br><br>Defendants. | Also Effects:<br>Adv. No. AD02-02717ER<br>Adv. No. AD02-02734ER<br>Adv. No. AD02-02736ER<br>Adv. No. AD02-01890ER<br>Adv. No. AD02-03060ER<br><br>**ORDER APPROVING SETTLEMENT AND ASSIGNMENT OF ADVERSARY ACTIONS AND CLAIMS BETWEEN OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (A) HELLER FINANCIAL, INC.; (B) LEVINE LEICHTMAN CAPITAL PARTNERS AND CERTAIN OFFICERS, DIRECTORS, AND SHAREHOLDERS; and APPROVING STIPULATION FOR ASSIGNMENT OF CLAIMS BETWEEN THE COMMITTEE AND DEBTORS** |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>v.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., *et al.*,<br><br>Defendants. | [FRBP Rules 6004 and 9019]<br><br>Hearing Date: January 28, 2003<br>Time: 11:00 a.m.<br>Courtroom: 1568<br><br>Before the Honorable Ernest M. Robles |

ORDER APPROVING SETTLEMENTS

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CAROLE LITTLE AND LEONARD RABINOWITZ, *et al.*, | ) ) ) |
| Defendants. | ) ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| FOND EXPRESS, INC., | ) ) |
| Defendant. | ) ) |
| CHORUS LINE CORPORATION and CALIFORNIA FASHION INDUSTRIES INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| LEONARD RABINOWITZ, CAROLE LITTLE, STUDIO CL CORP., CHEROKEE, INC., *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

On January 28, 2003 at 11:00 a.m. in Courtroom 1568 of the above-entitled court, located at 255 East Temple Street, Los Angeles, California, a hearing was held before the Honorable Ernest M. Robles, Judge of the United States Bankruptcy Court, on the Motion of the Official Committee of Unsecured Creditors (the "Committee") for approving and a finding of good faith of the settlements and assignment of claims reached between the Committee and the following:

(a)    As against defendants Lauren Leichtman, Arthur E. Levine, Steven E. Hartman, Levine Leichtman Capital Partners, L.P., Levine Leichtman Capital Partners II, L.P., Levine Leichtman Capital Partners III, L.P., LLCP California Equity Partners, L.P., LLCP California

Ezra | Brutzkus | Gubner LLP
16830 Ventura Blvd.
Suite 411
Encino, CA 91436

ORDER APPROVING SETTLEMENTS

2

Equity Partners II, L.P., Levine Leichtman Capital Partners, Inc., and LLCP Partners III, LLC (collectively referred to as the "LLCP Parties"), Mark Mickelson ("Mickelson"), and Herman Roup ("Roup") in the adversary cases titled: (i) *Official Committee of Unsecured Creditors v. Leonard Rabinowitz, et al.*, adversary case number AD02-02717, and (ii) *Official Committee of Unsecured Creditors v. Levine Leichtman, etc., et al.*, adversary case number AD02-02734; and

    (b)    Claims the Estates have against Heller Financial, Inc. ("Heller")

(the "Motion"). The Committee gave notice of the Motion to all required parties. An Opposition was filed by Leonard Rabinowitz and Carole Little (the "Opposition"), and the Committee filed its Reply thereto (the "Reply"). Robert Ezra and Steven T. Gubner appeared on behalf of the Committee. Other appearances are as reflected in the Court's record.

The Court, having considered the record and proceedings in this substantively consolidated chapter 11 case, the Motion, Opposition and Reply, the arguments, representations and stipulations made at the hearing, and it appearing, and the Court having found and concluded that (i) this Court has jurisdiction pursuant to 28 U.S.C §§ 157 and 1334 to consider the Motion and to grant the relief requested thereby; (ii) the Motion is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A), (N) and (O); (iii) the statutory predicates for the relief requested in the Motion are 11 U.S.C. §§ 105, 502(h) and 363, and Rules 2002, 6004 and 9019 of the Federal Rules of Bankruptcy Procedure; (iv) the relief requested by the Motion is within the exercise of the sound business judgment of the Committee on behalf of the Estates, (v) the following settlements are in good faith and are in the best interests of the Estates in that they obtain maximum proceeds for the Estates without further costly and time-consuming litigation:

    1.    The settlement agreement between the Committee and the LLCP Parties (the "LLCP Agreement")[1], Exhibit "1" to the Motion;

    2.    The settlement agreement between the Committee and Heller (the "Heller Agreement"), Exhibit "2" to the Motion; and

---

[1] Alschuler, Grossman, Stein & Kahan, LLP ("AGSK"), counsel for the LLCP Parties herein, has specifically agreed to exclude from this settlement the claims set forth in the Committee's adversary case against AGSK, adversary case no. AD02-02783, which adversary case remains pending in the within chapter 11 bankruptcy case.

Ezra | Brutzkus | Gubner LLP
16830 Ventura Blvd.
Suite 411
Encino, CA 91436

ORDER APPROVING SETTLEMENTS

3

3. The agreement between the Debtors and the Committee to assign certain trademark claims pursuant to the Stipulation and Order Regarding Granting of Right to Pursue Claims (the "Trademark Assignment Agreement"), Exhibit "3" to the Motion..

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. That notice of the Motion, the relief requested thereby and the hearing thereon be and it is hereby determined to be appropriate under the circumstances and as required by sections 102(1) and 363 of the Bankruptcy Code, Rules 2002, 6004, 9007 and 9019 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1;

2. That the Motion, as herein provided, be and it is hereby approved, and the Debtors, the Creditors' Committee appointed herein by the Office of the United States Trustee, and the LLCP Parties and Heller Financial, Inc. ("Heller") be and they are hereby authorized to implement and consummate their agreements and assignments as set forth therein.

IT IS SO ORDERED.

Dated: JAN 3 0 2003

ERNEST M. ROBLES
JUDGE OF THE U.S. BANKRUPTCY COURT

Ezra | Brutzkus | Gubner LLP
16830 Ventura Blvd.
Suite 411
Encino, CA 91436

4

ORDER APPROVING SETTLEMENTS

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>Chorus Line Corp. and California Fashion Industries, Inc.<br>Debtor. | CHAPTER 11<br>CASE NUMBER: LA 00-41578-ER |
|---|---|

Also affects:  Adv. Case Nos. AD02-02717
AD02-02734
AD02-02736
AD02-01890
AD-02-03060

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
ORDER APPROVING SETTLEMENT AND ASSIGNMENT OF ADVERSARY ACTIONS AND CLAIMS BETWEEN OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (A) HELLER FINANCIAL, INC. AND (B) LEVINE LEICHTMAN CAPITAL PARTNERS AND CERTAIN OFFICERS, DIRECTORS, AND SHAREHOLDERS; AND APPROVING STIPULATION FOR ASSIGNMENT OF CLAIMS BETWEEN THE COMMITTEE AND DEBTORS
was entered on *(specify date)*:

    **JAN 3 0 2003**

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

    **JAN 3 0 2003**

Dated:  **JAN 3 0 2003**

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
         Deputy Clerk

---

*Rev. 1/01  This form is optional  It has been approved for use by the United States Bankruptcy Court for the Central District of California*    **F 9021-1.1**

# SERVICE LIST

Order Approving Settlements between Committee and
Levine Leichtman, *etc.*, *et al.*, and Heller Financial, Inc.

U.S. Trustee
Attn: Dare Law
Office of the United States Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Attorneys for Debtors
Ron Bender, Esq.
David B. Golubchik, Esq.
Levene, Neale, Bender, Rankin & Brill
1801 Avenue of the Stars, #120
Los Angeles, CA 90067-5805

Attorneys for Official Committee
Of Unsecured Creditors
Steven T. Gubner, Esq.
Ezra | Brutzkus | Gubner LLP
16830 Ventura Blvd., Suite 411
Encino, CA 91436

Attorneys for LLCP Parties (including Mickelson)
Michael Sherman, Esq.
Jonathan Gluck, Esq.
Alschuler, Grossman, Stein & Kahan
Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90403

Attorneys for Rabinowitz Parties
John Shaeffer, Esq.
O'Donnell & Shaeffer
633 W. 5th Street, Suite 1700
Los Angeles, CA 90071

Attorneys for Heller
Catherine D. Meyer, Esq.
Pillsbury Winthrop LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017

Ezra | Brutzkus | Gubner LLP
16830 Ventura Blvd.
Suite 411
Encino, CA 91436

ORDER APPROVING SETTLEMENTS

| | |
|---|---|
| 1 | Attorneys for Fond Express |
|  | Carl Grumer, Esq. |
| 2 | Manatt Phelps Phillips |
| 3 | 11355 W. Olympic Boulevard |
|  | Los Angeles, CA 90064-1614 |
| 4 |  |
|  | Attorneys for Cherokee, Inc. |
| 5 | Joseph A. Eisenberg, Esq. |
| 6 | Jeffer, Mangels, Butler & Marmaro |
|  | 1900 Avenue of the Stars, 7th Floor |
| 7 | Los Angeles, CA 90067-4308 |
| 8 | Herman Roup |
|  | 1637 Shoreline Dr. |
| 9 | Santa Barbara, CA 93109 |
| 10 |  |
|  | Attorneys for Herman Roup |
| 11 | Robert Peterson, Esq. |
|  | Friedman, Peterson & Stroffe |
| 12 | 19800 MacArthur Blvd., Ste 1100 |
| 13 | Irvine, CA 92612-2426 |
| 14 |  |
| 15 |  |
| 16 |  |
| 17 |  |
| 18 |  |
| 19 |  |
| 20 |  |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

ORDER APPROVING SETTLEMENTS