FILED

03 AUG 29 PM 12: 41

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

RON BENDER (SBN 143364)
DAVID B. GOLUBCHIK (SBN 185520)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
1801 Avenue of the Stars, Suite 1120
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for Chapter 11
Debtors and Debtors in Possession

Steven T. Gubner (SBN 156593)
EZRA BRUTZKUS GUBNER LLP
16830 Ventura Boulevard, Suite 310
Encino, California 91436
Telephone:  (818) 995-0215
Facsimile:  (818) 501-3615

Attorneys for Official Committee
Of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CHORUS LINE CORPORATION,<br><br>        Debtor. | Case No.:  LA 00-41578-ER<br>(CHORUS LINE CORPORATION)<br><br>Case No. LA 00-44669-ER<br>(CALIFORNIA FASHION INDUSTRIES, INC.) |
| In re:<br><br>CALIFORNIA FASHION<br>INDUSTRIES, INC.,<br><br>        Debtor. | Chapter 11 Cases<br><br>(Substantively Consolidated Under<br>Case No. LA 00-41578-ER) |
| ___  Affects Chorus Line<br>         Corporation only<br><br>___  Affects California<br>         Fashion Industries,<br>Inc. Only<br><br> X  Affects Both Cases | **DEBTORS' AND OFFICIAL COMMITTEE**<br>**OF UNSECURED CREDITORS' JOINT**<br>**PLAN OF REORGANIZATION, AS**<br>**MODIFIED**<br><br>Plan Confirmation Hearing:<br>Date:    September 4, 2003<br>Time:    11:00 a.m.<br>Place:   Courtroom 1568<br>            255 E. Temple St.<br>            Los Angeles, CA 90012 |

1

# I. **INTRODUCTION**

Chorus Line Corporation, a Delaware corporation ("CLC"), and California Fashion Industries, Inc., a California corporation ("CFI" and collectively with CLC, the "Debtors"), are the Debtors in pending Chapter 11 bankruptcy cases. On November 13, 2000, certain petitioning creditors filed an involuntary petition against CLC under Chapter 7 of Title 11, United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"). The involuntary petition was assigned Bankruptcy Case Number LA 00-41578-ER. On December 14, 2000, CLC and CFI filed voluntary petitions under Chapter 11 of the Bankruptcy Code. Pursuant to orders entered by this Court on or about December 22, 2000, CLC's Chapter 11 case was dismissed and CLC's Chapter 7 case was converted to one under Chapter 11 of the Bankruptcy Code, and CFI's and CLC's cases were ordered jointly administered. The Debtors continue to manages their affairs as debtors in possession.

Chapter 11 allows the Debtors, and, under some circumstances, creditors and other parties in interest, to propose a plan of reorganization. A plan may provide for the Debtors to reorganize by continuing to operate, to liquidate by selling the assets of their estates, or a combination of both.

The Debtors and the Official Committee of Unsecured Creditors (the "Creditors' Committee", and collectively with the

2

Debtors, the "Plan Proponents") are the parties jointly proposing this Joint Plan of Reorganization, as Modified (the "Plan"). This Plan is described in the Disclosure Statement (the "Disclosure Statement") which was mailed to you in the same envelope as this Plan.

This Plan is a liquidating plan. In other words, the Plan Proponents seek to accomplish payments under the Plan by creating a creditors' liquidating trust that will distribute to creditors that hold allowed claims the proceeds from the liquidation of the property, claims, rights and causes of action of the Debtors and their bankruptcy estates. The assets of both the CLC and CFI estates will be substantively consolidated and administered through the joint liquidating trust (the "Joint Liquidating Trust") which is attached as Exhibit "A" hereto.

The effective date of this Plan (the "Effective Date") will be the first business day which is at least eleven days following the date of entry of the Bankruptcy Court (the "Court") order confirming the Plan (the "Confirmation Order") when all of the following conditions to the effectiveness of the Plan have been satisfied: (a) there shall not be any stay in effect with respect to the Confirmation Order, as that term is defined below; (b) unless waived by the Plan Proponents, the Confirmation Order shall not be subject to any appeal or rehearing; and (c) the Plan and all documents, instruments and

3

agreements to be executed in connection with the Plan, including the Joint Liquidating Trust Agreement, shall have been approved by the Bankruptcy Court and executed and delivered by all parties to such documents, instruments and agreements.

## II. CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS

### A.    General Overview

As required by the Bankruptcy Code, this Plan classifies claims and interests in various classes according to their right to priority.    This Plan states whether each class of claims or interests is impaired or unimpaired.    This Plan provides the treatment each class will receive.

### B.    Unclassified Claims

Certain types of claims are not placed into voting classes; instead they are unclassified.    They are not considered impaired and they do not vote on the Plan because they are automatically entitled to specific treatment provided for them in the Bankruptcy Code.    As such, the Plan Proponents have <u>not</u> placed the following claims in a class.

### 1.    Administrative Expenses

Administrative expenses are claims for costs or expenses of administering the Debtors' Chapter 11 cases which are allowed under Bankruptcy Code Section 507(a)(1).    The Bankruptcy Code requires that all administrative claims be paid on the Effective

4

Date, unless a particular claimant agrees to a different treatment.

The following chart lists <u>all</u> of the Debtors' §507(a)(1) administrative claims and their treatment under the Plan.

| Name | Amount Owed | Treatment |
|---|---|---|
| Clerk's Office Fees | $0 | Paid in full on the Effective Date out of the Debtors' Funds |
| Office of the U.S. Trustee Fees | $0 | Paid in full on the Effective Date out of the Debtors' Funds |
| Levene, Neale, Bender, Rankin & Brill L.L.P., bankruptcy counsel to the Debtors | $150,000 est. in excess of pre-petition retainer in the amount of $42,919.66 balance and post-petition interim fees and expenses paid in the amount of $286,648.98. | Paid in full out of the Debtors' Funds on the later of the Effective Date and the date the Court allows such fees and expenses |
| Ezra Brutzkus Gubner LLP, current counsel to the Creditor's Committee | $200,000 est. in excess of the $1,271,316.57 of post-petition fees and expenses paid to EBG. | Paid in full out of the Debtors' Funds on the later of the Effective Date and the date the Court allows such fees and expenses |
| Grobstein, Horwath & Co. LLP, Financial And Accounting Consultants And Advisors to the Debtors | $150,000 est. in excess of the $273,616.15 of post-petition fees and expenses paid to Grobstein. | Paid in full out of the Debtors' Funds on the later of the Effective Date and the date the Court allows such fees and expenses |
| Capello & McCann, special litigation counsel to the Debtors | $0 | Paid in full out of the Debtors' Funds on the later of the Effective Date and the date the Court allows such fees and expenses |
| Freedman & Taitelman, LLP, special trademark litigation counsel to the Debtors | $0 | Paid in full out of the Debtors' Funds on the later of the Effective Date and the date the Court allows such fees and expenses |
| Murray Hill Properties (landlord and administrative claimant) | $50,000.00 (per settlement) | Paid in full out of the Debtors' Funds on the Effective Date |
| Safeco Property and | $67,369.65 | Paid in full out of the |

| Casualty Insurance Co. | | Debtors' Funds on the later of the Effective Date and the date the Court allows such administrative claim.<br><br>**This claim is in dispute.** |
|---|---|---|
| **TOTAL** | **$617,369.65 est.** | |

## Bankruptcy Court Approval of Fees Required:

The Bankruptcy Court must approve all professional fees and expenses listed in this chart before they may be paid. For all fees except Clerk's Office fees and U.S. Trustee's fees, the professional in question must file and serve a properly noticed fee application and the Court must rule on the application. Only the amount of fees and expenses allowed by the Court will be required to be paid under the Plan. The administrative claim amounts set forth above simply represent the Plan Proponents' best estimate as to the amount of allowed administrative claims in these Cases. The actual administrative claims may be higher or lower. There may also be a small administrative claim amount attributable to expenses incurred by members of the Creditors' Committee.

By voting to accept the Plan, creditors are not acknowledging the validity of, or consenting to the amount of, any of these administrative claims, and creditors are not waiving any of their rights to object to the allowance of any of these administrative claims.

## 2.   Priority Tax Claims

Priority tax claims include certain unsecured income, employment and other taxes described by Section 507(a)(8) of the Bankruptcy Code.   The Bankruptcy Code requires that each holder of such a Section 507(a)(8) priority tax claim receive the present value of such claim in deferred cash payments, over a period not exceeding six years from the date of the assessment of such tax.

The following charts list _all_ of the Debtors' Section 507(a)(8) priority tax claims and their treatment under the Plan:

| Description | Amount Owed | Treatment |
|---|---|---|
| Department of the Treasury - Internal Revenue Service | $96,939.50 (Claim No. 137) | Paid in full out of the Debtors' Funds on the later of either (a) the Effective Date; or (b) date of entry of order resolving Debtors' objection to such claim if an objection is filed. |

| Description | Amount Owed | Treatment |
|---|---|---|
| State of California, EDD | $17,240.65 (Claim No. 176) | Paid in full out of the Debtors' Funds on the later of either (a) the Effective Date; or (b) date of entry of order resolving Debtors' objection to such claim if an objection is filed. |

| Description | Amount Owed | Treatment |
|---|---|---|
| California State Board of Equalization (CLC) | $6,759.77 (Claim No. 196) | Paid in full out of the Debtors' Funds on the later of either (a) the Effective Date; or (b) date of entry of order resolving Debtors' objection to such claim if |

7

| | | objection to such claim if an objection is filed. |
|---|---|---|

| Description | Amount Owed | Treatment |
|---|---|---|
| California State Board of Equalization (CFI) | $25,189.24 (Claim No. 133 – amends Claim No. 132) | Paid in full out of the Debtors' Funds on the later of either (a) the Effective Date; or (b) date of entry of order resolving Debtors' objection to such claim if an objection is filed. |

| Description | Amount Owed | Treatment |
|---|---|---|
| City of Los Angeles, Office of Finance/Tax & Permit Division (CFI) | $125,492.98 (Claim Nos. 128 and 188) (Claim Nos. 130 and 189 disallowed in their entirety) | Paid in full out of the Debtors' Funds on the later of either (a) the Effective Date; or (b) date of entry of order resolving Debtors' objection to such claim if an objection is filed. |

| Description | Amount Owed | Treatment |
|---|---|---|
| New York State, Department of Taxation and Finance (CLC) | $44.37 (Claim No. 268) | Paid in full out of the Debtors' Funds on the later of either (a) the Effective Date; or (b) date of entry of order resolving Debtors' objection to such claim if an objection is filed. |

| Description | Amount Owed | Treatment |
|---|---|---|
| New York State, Department of Taxation and Finance (CFI) | $12,280.50 (Claim No. 162) | Paid in full out of the Debtors' Funds on the later of either (a) the Effective Date; or (b) date of entry of order resolving Debtors' objection to such claim if an objection is filed. |

| Description | Amount Owed | Treatment |
|---|---|---|
| City of New York, Department of Finance (CFI) | $43,040.10 (Claim No. 115) | Paid in full out of the Debtors' Funds on the later of either (a) the Effective Date; or (b) date of entry of order resolving Debtors' objection to such claim if an objection is filed. |

| Description | Amount Owed | Treatment |
|---|---|---|
| Texas Comptroller (taxes for 6/1/00-11/30/00) (CFI) | $21,413.43 (Claim No. 101) | Paid in full out of the Debtors' Funds on the later of either (a) the Effective Date; or (b) date of entry of order resolving Debtors' objection to such claim if an objection is filed. |

| Description | Amount Owed | Treatment |
|---|---|---|
| San Marcos CISC (Texas) | $1,644.53 (Claim No. 211) | Paid in full on the Effective Date out of the Debtors' Funds |

| Description | Amount Owed | Treatment |
|---|---|---|
| South Carolina Department of Revenue | $6,700.48 (Claim No. 139) | Paid in full on the Effective Date out of the Debtors' Funds |

## C.   Classified Claims and Interests

### 1.   Classes of Secured Claims

Secured claims are claims secured by liens on property of the estate.   The Plan Proponents believe that there are no secured claims in these cases.

### 2.   Classes of Priority Unsecured Claims

Certain priority claims that are referred to in Bankruptcy Code Sections 507(a)(3), (4), (5), (6), and (7) are required to

1  be placed in classes.  These types of claims are entitled to

2  priority treatment as follows:  the Bankruptcy Code requires

3  that each holder of such a claim receive cash on the Effective

4  Date equal to the allowed amount of such claim.  However, a

5  class of unsecured priority claim holders may vote to accept

6  deferred cash payments of a value, as of the Effective Date,

7  equal to the allowed amount of such claim.  Attached to the

8  Disclosure Statement as Exhibit "B" is a schedule setting forth

9  all claims entitled to priority pursuant to 11 U.S.C. Sections

10 507(a)(3), (4), (5), (6), and (7).  The following charts list

11 all classes containing the Debtors' secured claims and their

12 treatment under the Plan:

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| 1 | Priority claims pursuant to 11 U.S.C. Sections 507(a)(3), (4), (5), (6), and (7)  Total amt of claims is estimated to be approximately $400,000. | N | Not Impaired; The claims in this class are not entitled to vote on the Plan | The class 1 allowed claim will be paid in full on the Effective Date out of the Debtors' Funds |

### 3.    Classes of General Unsecured Claims

General unsecured claims are unsecured claims not entitled
to priority under Bankruptcy Code Section 507(a).  The following
chart identifies the Plan's treatment of the class containing
all of the Debtors' non-priority general unsecured claims (see
Exhibit "B" hereto for detailed information about each claim,
including the status of each claim based on the objections to
claims hearings, and copy of Notice of Bar Date):

10

| CLASS # | DESCRIPTION | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|
| 2 | All general unsecured claims<br><br>Total amt of claims is estimated to be approximately $8,000,000. | Impaired; allowed claims<br><br>In this class are entitled to vote on the Plan. | Holders of class 2 allowed claims will be paid on a pro rata basis from that portion of the Debtors' Funds remaining after all allowed secured claims have been paid in full, if any, all allowed administrative claims have been paid in full, all allowed tax claims have been paid in full, all allowed priority claims have been paid in full, and the Joint Liquidating Trust and professional fees and expenses incurred after the Effective Date have been paid in full. Based upon the figures set forth above, the Plan Proponents estimate that there will be approximately $1,500,000 of Debtors' Funds remaining for distribution to holders of class 2 allowed claims (assuming a total of $100,000 is incurred by the Joint Liquidating Trust and professionals after the Effective Date) plus any additional recoveries obtained after Plan confirmation from the pursuit of avoidance causes of action. Assuming that there are a total of $8 million of class 2 allowed claims, the Plan Proponents estimate that each holder of a class 2 allowed claim will receive approximately 19% of the amount of their class 2 allowed claims out of the remaining Debtors' Funds plus their pro rata share of any additional |

| | | | recoveries obtained from the pursuit of avoidance causes of action. The treatment of holders of class 2 allowed claims described in the Plan shall be in full settlement and satisfaction of all class 2 allowed claims. |
|---|---|---|---|

## 4. Class of Interest Holders

Interest holders are the parties who hold an ownership interest (i.e., equity interest) in the Debtors. The following chart identifies the Plan's treatment of the class of interest holders:

| CLASS # | DESCRIPTION | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|
| 3 | Equity interests in CLC, including holders of stock options, warrants, etc. | Impaired; holders of class 3 interests are not entitled to vote on the Plan because they are deemed to have not accepted the Plan pursuant to Section 1126(g) of the Bankruptcy Code | On the Effective Date, all class 3 interests will be deemed cancelled without the need for either the Debtors or the class 3 interest holders to take any further actions. Interest holders will not receive any distribution or retain any property under the Plan on account of their Interests. As soon as possible after holders of class 2 allowed claims have been paid in accordance with the terms of the Plan, the corporations of the Debtors will be dissolved, and the Joint Liquidating Trust shall take |

12

|  |  |  | such steps as are necessary to effectuate such dissolution. |
|---|---|---|---|

| CLASS # | DESCRIPTION | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|
| 4 | Equity interests in CFI, including holders of stock options, warrants, etc. | Impaired; holders of class 4 interests are not entitled to vote on the Plan because they are deemed to have not accepted the Plan pursuant to Section 1126(g) of the Bankruptcy Code | On the Effective Date, all class 4 interests will be deemed cancelled without the need for either the Debtors or the class 4 interest holders to take any further actions. Interest holders will not receive any distribution or retain any property under the Plan on account of their Interests. As soon as possible after holders of class 2 allowed claims have been paid in accordance with the terms of the Plan, the corporations of the Debtors will be dissolved, and the Joint Liquidating Trust shall take such steps as are necessary to effectuate such dissolution. |

**D.    Means of Effectuating the Plan and Implementation of the Plan**

**1.    Funding for the Plan**

All allowed secured claims, if any, all allowed administrative claims, all allowed priority tax claims, and all allowed priority (non-tax) claims will be paid in full out of the Debtors' Funds on the later of the Effective Date and the

13

date such claims are allowed by the Bankruptcy Court. The Debtors' Funds remaining after all of the foregoing allowed claims have been paid in full and all other payments authorized by the Plan are made (including the fees of the Disbursing Agent and professional fees and expenses incurred after the Effective Date) will be distributed to holders of class 2 allowed claims on a pro rata basis.

### 2. Post-confirmation Management

### a) Creation of the Joint Liquidating Trust.

On the Effective Date, the Plan Proponents shall create the Joint Liquidating Trust for the benefit of holders of allowed claims pursuant to the Plan, and the Joint Liquidating Trust Agreement shall be executed by the parties to the Joint Liquidating Trust Agreement. The Joint Liquidating Trust shall be a creditors' liquidating trust for all purposes, including Treasury Regulations Section 301.7701-4(d). The Joint Liquidating Trust will be organized for the purpose of liquidating the property, claims, rights and causes of action of both the Debtors and their Estates with no objective to continue or engage in the conduct of a trade or business. As more fully set forth below, and except as set forth below, on the Effective Date, the Debtors and their estates shall be deemed to transfer all of their remaining property, claims, rights and causes of action to the Joint Liquidating Trust. The Joint Liquidating

14

Trust shall receive, liquidate and distribute the property, claims, rights and causes of action of the Debtors and their estates in accordance with the Plan and the Joint Liquidating Trust Agreement as promptly as is reasonably practicable, in an expeditious but orderly manner. The Joint Liquidating Trust is not a successor of the Debtors for purposes of incurring their liabilities. To the extent there are any inconsistencies between the Plan and the Joint Liquidating Trust, the terms of the Plan shall prevail.

   **b)**  **Appointment of the Joint Liquidating Trustees.**

  On the Effective Date, some or all of the members of the Creditors' Committee shall be the Joint Liquidating Trustees that administer the Joint Liquidating Trust pursuant to the Plan and the Joint Liquidating Trust Agreement. The Joint Liquidating Trustees shall serve without any bond or compensation and the Joint Liquidating Trust shall act in accordance with the Plan and the Joint Liquidating Trust Agreement by majority rule of the Joint Liquidating Trustees. The Joint Liquidating Trustees shall perform all of the obligations of the Joint Liquidating Trustees under the Plan and the Joint Liquidating Trust Agreement. The Joint Liquidating Trustees shall be the authorized representatives of the Debtors' estates for the purposes of performing and consummating the Plan

pursuant to the Bankruptcy Code and the Confirmation Order. Each Joint Liquidating Trustee shall serve for the duration of the Joint Liquidating Trust, subject to earlier death, resignation, incapacity or removal as provided in the Joint Liquidating Trust Agreement.

        **c)    Transfer of Property, Claims, Rights and Causes of Action to the Joint Liquidating Trust.**

On the Effective Date, other than a reserve to pay the estimated allowed professional fees and expenses incurred through the Effective Date which shall be retained by LNBRB in a trust account pending Court approval of such fees and expenses (with any remaining balance to be transferred to the Joint Liquidating Trust), all property, claims, rights, and causes of action of the Debtors' estates shall be transferred to and vested in the Joint Liquidating Trust free and clear of all liens, claims, encumbrances and other interests. All property, claims, rights, and causes of action received or held by the Joint Liquidating Trust shall be held in trust for the benefit of holders of allowed claims, subject to the provisions of the Plan and the Joint Liquidating Trust Agreement. The Debtors and their estates shall retain no interest in the property, claims, rights, and causes of action transferred to the Joint Liquidating Trust.

#### d)   Sale or Other Disposition of Property.

After the Effective Date, the Joint Liquidating Trust may use, acquire, sell or otherwise dispose of the property it acquires in accordance with the Plan and the Joint Liquidating Trust Agreement without supervision of, or approval by, the Bankruptcy Court or the United States Trustee and free of any restrictions in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure or Local Bankruptcy Rules (the "Bankruptcy Rules").

#### e)   Investigation and Prosecution of Claims.

The Joint Liquidating Trust shall investigate all claims, rights and causes of action of the Debtors and their estates and determine which, if any, should be prosecuted in its sole discretion in accordance with the Plan and the Joint Liquidating Trust Agreement. All claims, rights and causes of action of the Debtors and their estates are preserved by the Plan, and the Joint Liquidating Trust shall have full power and authority to settle, adjust, retain, enforce or abandon any claim, right or cause of action as the representative of the Debtors' estates under section 1123(b) of the Bankruptcy Code or otherwise in accordance with the Plan and the Joint Liquidating Trust Agreement without supervision of, or approval by, the Bankruptcy Court or the United States Trustee and free of any restriction of the Bankruptcy Code or the Bankruptcy Rules, except that the

17

compromise of any single claim, right or cause of action that is $100,000 or more shall, until the Debtors' bankruptcy cases are closed, be subject to the approval of the Bankruptcy Court after notice and opportunity for hearing have been provided to the entities that have requested special notice.   The Joint Liquidating Trust shall have the right and power, if any, to, among other things, object to any claim(s) filed or asserted by Little, Rabinowitz, or any of their affiliated or related entities, including the right and power, if any, to seek a subordination of such claims under 11 U.S.C. § 510 or any other applicable statutes or legal theories.

### f)    Bankruptcy Powers.

The Joint Liquidating Trust shall have all of the rights, claims, powers, objections, counterclaims, defenses, setoffs and actions of the Debtors and their estates under sections 363, 365 and 501 to 558, inclusive, of the Bankruptcy Code.   After the Effective Date, all claims, rights and causes of action of the Debtors and their estates shall be filed and prosecuted in the name of the Joint Liquidating Trust.   The merger, consolidation, combination, winding-up, liquidation, closing or dissolution of the Debtors or their estates contemplated by the Plan shall not: (a) create any claim, including any claim, right or cause of action, or any counterclaim, defense or objection that did not exist prior to such merger, consolidation, combination, winding-

up, liquidation, closing or dissolution; or (b) eliminate any claim, including any claim, right or cause of action, or any counterclaim, defense or objection that existed prior to such merger, consolidation, combination, winding-up, liquidation, closing or dissolution.

**g)   Employment of Officers, Employees and Professionals.**

On and after the Effective Date, the Joint Liquidating Trust shall employ and compensate such officers, employees, professionals, agents and representatives, including disbursing agents, as the Joint Liquidating Trust determines is necessary or appropriate to implement all of the provisions of the Plan (including the dissolution of the corporation) and the Joint Liquidating Trust Agreement without any supervision of, or approval by, the Bankruptcy Court or the United States Trustee.

**h)   Review of and Objections to Expenses, Claims and Interests.**

On and after the Effective Date, the Joint Liquidating Trust shall be the sole representative of the Estates entitled to review and, where necessary or appropriate, object to administrative expenses, claims and interests, which shall thereafter be resolved in accordance with the Bankruptcy Code and the Bankruptcy Rules. For good cause shown, after notice and a hearing, other parties in interest may be authorized by

19

the Bankruptcy Court to object to administrative expenses, claims and interests. Unless otherwise ordered by the Bankruptcy Court, objections to claims and administrative expenses shall be filed and served within 90 days after the Effective Date.

### i) Creation of Reserves, Investment of Cash, and Distribution of Cash.

After the Effective Date, the Joint Liquidating Trust shall: (i) pay or provide for all expenses of the Joint Liquidating Trust from property in the Joint Liquidating Trust, (ii) establish and maintain a reserve for expenses of the Joint Liquidating Trust, (iii) establish and maintain a reserve for disputed claims, (iv) establish and maintain a reserve for unclaimed distributions, (v) establish any other reserves or accounts it deems necessary or appropriate, and (vi) make distributions of cash to the holders of allowed claims from the Joint Liquidating Trust in accordance with the Plan and the Joint Liquidating Trust Agreement. The procedures that govern the reserves and distributions by the Joint Liquidating Trust are set forth in the Joint Liquidating Trust Agreement. All cash held by the Joint Liquidating Trust shall be invested only in investments permitted under the Joint Liquidating Trust Agreement.

**j)    Non-transferability of Trust Interests.**

The interests of the holders of allowed administrative expenses and allowed claims in the Joint Liquidating Trust will not be evidenced by any certificate or other instrument or document.  The interests in the Joint Liquidating Trust are non-transferable and non-assignable other than to successors in interest, or by will, the laws of descent and distribution, or by operation of law.

**k)    No Action Against the Debtors or Joint Liquidating Trust Without Bankruptcy Court Approval.**

On and after the Effective Date, no action or proceeding may be commenced or continued by any entity, other than the Joint Liquidating Trust, in any court or other tribunal, other than the Bankruptcy Court, against the Debtors, the Joint Liquidating Trust, the Joint Liquidating Trustees, or any of their directors, officers, shareholders, employees, professionals, agents or representatives, without the prior approval of the Bankruptcy Court in a final order.  On and after the Effective Date, no act to collect or recover from, or offset against, or to create, perfect or enforce any right, claim, interest or remedy by any entity, other than the Joint Liquidating Trust, against the Debtors, the Joint Liquidating Trust, the Joint Liquidating Trustees or any of their officers,

21

1  employees, professionals, agents or representatives, may be

2  taken without the prior approval of the Bankruptcy Court in a

3  final order.   This provision of the Plan does not require that a

4  defendant in a proceeding filed by the Joint Liquidating Trust

5  obtain the approval of the Bankruptcy Court to assert any

6  defense or setoff in such proceeding.

7          **1)    Termination of Joint Liquidating Trust.**

8          The Joint Liquidating Trust shall be irrevocable.   The

9  Joint Liquidating Trust shall terminate when the Joint

10  Liquidating Trustees have performed all of their duties under

11  the Plan and the Joint Liquidating Trust Agreement, including

12  the liquidation of all of the property, claims, rights and

13  causes of action of the Debtors and their estates, which date

14  shall not be more than five (5) years from and after the

15  Effective Date; provided, however, that, if in the reasonable

16  determination of the Joint Liquidating Trustees, in light of

17  existing facts and circumstances, the liquidation of the

18  property, claims, rights and causes of action in the Joint

19  Liquidating Trust and the distribution of all cash will not be

20  completed within that time, then, not more than ninety (90) days

21  prior to that date, the Joint Liquidating Trustees may amend the

22  Joint Liquidating Trust Agreement to provide that the Joint

23  Liquidating Trust shall extend for an additional period of up to

24  one (1) year.   Prior to the expiration of such one (1) year

period, the Joint Liquidating Trustees may seek and, for cause shown, obtain an order from the Bankruptcy Court extending the Joint Liquidating Trust for any additional time the Bankruptcy Court deems necessary or appropriate, after notice and opportunity for hearing have been provided to the entities that have requested special notice.

**m)    Reports By Joint Liquidating Trust.**

The fiscal year of the Joint Liquidating Trust shall end on December 31 of each year.   In accordance with the Plan and the Joint Liquidating Trust Agreement, in conjunction with any interim or final distributions, but in any event, at least once a year, the Joint Liquidating Trust shall serve the following unaudited annual financial statements prepared on a liquidation basis in accordance with generally accepted accounting principles and the following unaudited written reports and accounts on the holders of all interests in the Joint Liquidating Trust and entities that have requested special notice:  (a) financial statements showing the assets and liabilities of the Joint Liquidating Trust, including the expense reserve, the reserve for unclaimed distributions and the reserve for disputed claims at the end of the period, (b) financial statements showing the receipts and disbursements of the Joint Liquidating Trust, including the expense reserve, the reserve for unclaimed distributions and the reserve for disputed

claims, during the period, (c) a brief written report from the

Joint Liquidating Trust about the disposition of any remaining

property, claims, rights and causes of action of the Joint

Liquidating Trust and distributions remaining, (d) a written

report showing the number and amount of trust interests,

disputed administrative expenses and disputed claims and changes

during the period, and (e) any other written reports the Joint

Liquidating Trustees elect to include.    Until the Debtors'

bankruptcy cases are closed through the entry of a final decree

by the Court, a copy of the financial statements and reports

shall be filed with the Bankruptcy Court and the United States

Trustee when they are served.    The Joint Liquidating Trust shall

serve the United States Trustee with any and all documents that

it files with the Bankruptcy Court after the confirmation of the

Plan.    In addition, the Joint Liquidating Trust is responsible

for the timely payment of fees incurred pursuant to 28 U.S.C. §

1930(a)(6); and in calculating such fees, the Joint Liquidating

Trust shall file with the Bankruptcy Court and serve on the

United States Trustee a quarterly financial report regarding all

income and disbursements, including all plan payments, for each

quarter (or portion thereof) the bankruptcy cases remain open.

The Joint Liquidating Trust shall not be required to file any

reports with the Securities and Exchange Commission.    The Joint

Liquidating Trust shall prepare and distribute any other reports

or other information that may be required by the Bankruptcy Court or the Bankruptcy Rules or that the Joint Liquidating Trustees determine is necessary or appropriate.

**n)    No    Recourse    Against    Joint    Liquidating Trustees.**

No recourse shall ever be had, directly or indirectly, against the Joint Liquidating Trustees or any of the officers, employees, professionals, agents or representatives of the Joint Liquidating Trust, whether by legal, equitable or other proceedings, by virtue of any law, statute, regulation or otherwise, or by virtue of any indebtedness of the Debtors, their estates or the Joint Liquidating Trust, it being expressly understood and agreed that all liabilities of the Joint Liquidating Trust shall be enforceable only against and be satisfied only out of the property, claims, rights and causes of action in the Joint Liquidating Trust or shall be evidence only of a right to payment out of such assets in the Joint Liquidating Trust, as the case may be.

**3.    Managing Director**

On the Effective Date, the Joint Liquidating Trust shall employ Timothy J. Yoo, or an alternative, as its Managing Director to perform all services, acts, or things necessary or advisable to manage and conduct the business of the Joint Liquidating Trust, subject to the supervision of the Joint

Liquidating Trustees.    As compensation, the Managing Director will receive a fee equal to 2.0% of all funds distributed by the Liquidating Trust plus reimbursement of all actual out-of-pocket costs incurred by the Managing Director.    Mr. Yoo is a well respected panel trustee for the Central District of California. If the Plan Proponents elect to name a different Managing Director or if Mr. Yoo declines the engagement, the Plan Proponents will modify the terms of the Plan to name an alternative Managing Director prior to the Effective Date.

    **4.    Disbursing Agent.**

    The Joint Liquidating Trust through the Managing Director shall act as the disbursing agent for the purpose of making all distributions provided for under the Plan.

    **5.    Exculpations and Releases.**

    To the maximum extent permitted by law, none of the Debtors, the Joint Liquidating Trustees, the Estates, the Creditors' Committee, the Managing Director nor any of their employees, officers, directors, shareholders, agents, members, representatives, or the professionals employed or retained by any of them, whether or not by Bankruptcy Court order (each, an "Indemnified Person"), shall have or incur liability to any person or entity for an act taken or omission made in good faith in connection with or related to the formulation of the Plan, the Disclosure Statement, or a contract, instrument, release, or

other agreement or document created in connection therewith, the solicitation of acceptances for or confirmation of the Plan, or the consummation and implementation of the Plan and the transactions contemplated therein. Each Indemnified Person shall in all respects be entitled to reasonably rely on the advice of counsel with respect to its duties and responsibilities under the Plan.

The Debtors, the Creditors' Committee and the Estates will be deemed to forever release, waive and discharge all claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action and liabilities whatsoever in connection with or related to the Debtors and the Estates, or the Plan (other than the rights of the Debtors, the Creditors' Committee or Joint Liquidating Trustees to enforce the Plan and the contracts, instruments, releases, indentures, and other agreements or documents delivered thereunder) whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforseen, then existing or thereafter a rising, in law, equity or otherwise that are based in whole or part on any act, omission, transaction, event or other occurrence taking place on or prior to the Effective Date in any way relating to the Debtors, the Estates, the Creditors' Committee or the Plan, and that may be asserted by or on behalf of the Debtors or their Estates, the Creditors' Committee or the

Joint Liquidating Trustees against the Debtors' present directors, officers, shareholders, employees, agents and professionals as of the Petition Date.

**6. Injunctions.**

The Confirmation Order shall enjoin the prosecution, whether directly, derivatively or otherwise, of any claim, obligation, suit, judgment, damage, demand, debt, right, cause of action, liability or interest released, discharged or terminated pursuant to the Plan.

Except as provided in the Plan or the Confirmation Order, as of the Effective Date, all entities that have held, currently hold or may hold a claim or other debt or liability that is discharged or an interest or other right of an equity security holder that is terminated pursuant to the terms of the Plan are permanently enjoined from taking any of the following actions against the Debtors, the Estates, the Creditors' Committee, the Joint Liquidating Trust or their property on account of any such discharged claims, debts or liabilities or terminated interests or rights: (i) commencing or continuing, in any manner or in any place, any action or other proceeding; (ii) enforcing, attaching, collecting or recovering in any manner any judgment, award, decree or order; (iii) creating, perfecting or enforcing any lien or encumbrance; (iv) asserting a setoff, right of subrogation or recoupment of any kind against any debt,

liability or obligation due to the Debtors; and (v) commencing or continuing any action in any manner, in any place that does not comply with or is inconsistent with the provisions of the Plan.

By accepting distribution pursuant to the Plan, each holder of an Allowed Claim or Allowed Interest receiving distributions pursuant to the Plan will be deemed to have specifically consented to the injunctions set forth in this Section.

**E.    Other Provisions of the Plan.**

**1.    Executory Contracts and Unexpired Leases.**

**a)    Assumptions.**

The Debtors will not assume any of their unexpired leases or executory contracts under the Plan.

**b)    Rejections.**

On the Effective Date, all unexpired leases and executory contracts to which the Debtors are a party and which were not previously assumed and assigned or rejected shall be deemed rejected, and the Confirmation Order shall also constitute an order approving such rejection.  If you believe you are a party to an unexpired lease or executory contract to be rejected under the Plan and you object to the rejection of such unexpired lease or executory contract, you must file and serve your objection to the Plan within the deadline for objection to the confirmation of the Plan.  **THE BAR DATE FOR FILING A PROOF OF CLAIM BASED ON**

A CLAIM ARISING FROM THE REJECTION OF AN UNEXPIRED LEASE OR EXECUTORY CONTRACT WHICH IS REJECTED ON THE EFFECTIVE DATE WILL BE TEN (10) DAYS AFTER DATE OF ENTRY OF THE CONFIRMATION ORDER. Any claim based on the rejection of an unexpired lease or executory contract will be barred if the proof of claim is not timely filed, unless the Court orders otherwise.

**2.    Changes in Rates Subject to Regulatory Commission Approval.**

The Debtors are not subject to governmental regulatory commission approval of its rates.

**3.    Retention of Jurisdiction.**

After confirmation of the Plan and occurrence of the Effective Date, in addition to jurisdiction which exists in any other court, the Bankruptcy Court will retain such jurisdiction as is legally permissible including for the following purposes:

a.    To resolve any and all disputes regarding the operation and interpretation of the Plan and the Confirmation Order;

b.    To resolve any and all disputes regarding the operation and interpretation of the Joint Liquidating Trust;

c.    To determine the allowability, classification, or priority of claims and interests upon objection by the Debtors, the Creditors' Committee, the Joint Liquidating Trust, or by

30

other parties in interest with standing to bring such objection or proceeding;

     d.   To determine the extent, validity and priority of any lien asserted against property of the Debtor, property of the Debtors' Estates, or the Joint Liquidating Trust.

     e.   To construe and take any action to enforce the Plan, the Confirmation Order, and any other order of the Court, issue such orders as may be necessary for the implementation, execution, performance, and consummation of the Plan, the Confirmation Order, and the Joint Liquidating Trust and all matters referred to in the Plan, the Confirmation Order, and the Joint Liquidating Trust and to determine all matters that may be pending before the Court in these cases on or before the Effective Date with respect to any person or entity related thereto;

     f.   To determine (to the extent necessary) any and all applications for allowance of compensation and reimbursement of expenses of professionals for the period on or before the Effective Date;

     g.   To determine any request for payment of administrative expenses;

     h.   To determine motions for the rejection, assumption, or assignment of executory contracts or unexpired

leases filed before the Effective Date and the allowance of any claims resulting therefrom;

i.    To determine all applications, motions, adversary proceedings, contested matters, and any other litigated matters instituted during the pendency of these cases whether before, on, or after the Effective Date;

j.    To determine such other matters and for such other purposes as may be provided in the Confirmation Order.

k.    To modify the Plan under Section 1127 of the Bankruptcy Code in order to remedy any apparent defect or omission in the Plan or to reconcile any inconsistency in the Plan so as to carry out its intent and purpose;

l.    Except as otherwise provided in the Plan, the Confirmation Order, or the Joint Liquidating Trust, to issue injunctions to take such other actions or make such other orders as may be necessary or appropriate to restrain interference with the Plan or the Confirmation Order, or the execution or implementation by any person or entity of the Plan or the Confirmation Order;

m.    To issue such orders in aid of consummation of the Plan, the Confirmation Order, or the Joint Liquidating Trust, including approval of distributions under the Plan, notwithstanding any otherwise applicable nonbankruptcy law, with

32

respect to any person or entity, to the fullest extent authorized by the Bankruptcy Code or Bankruptcy Rules; and

n.    To enter a final decree closing these Chapter 11 cases.

### 4.    Dissolution of Corporation.

Upon the occurrence of the Effective Date, the formation of the Joint Liquidating Trust and the transfer of all assets of the Estates to the Joint Liquidating Trust, to the extent not inconsistent with applicable laws, the Debtors' corporate entities shall be deemed to be immediately dissolved without further action necessary to be taken by any parties.  The Joint Liquidating Trust shall have the right and power to file any documents with the appropriate governmental entities to confirm the dissolution of the Debtors' corporate entities.

### 5.    Dissolution of Board of Directors.

On the Effective Date, the Debtors' Board of Directors will cease to exist and all members of the Debtors' Board of Directors shall be immediately relieved of their positions without further action necessary to be taken by any parties.

### III. EFFECT OF CONFIRMATION OF THIS PLAN

### A.    No Discharge.

The Debtors will not receive any discharge in these Cases because the Debtors do not meet the test for receiving a

discharge as specified under Section 1141(d)(3) of the Bankruptcy Code.

### B. Vesting of Property in the Joint Liquidating Trust.

Except as provided elsewhere in the Plan or the Confirmation Order, the confirmation of the Plan will result in all property, claims, rights and causes of action of the Debtors and their estates being deemed distributed to creditors and then vested in the Joint Liquidating Trust as a creditors' liquidating trust.

### C. Modification of the Plan.

The Plan Proponents may modify the Plan at any time before confirmation. However, the Bankruptcy Court may require a new disclosure statement and/or re-voting on the Plan if the Plan Proponents modify the Plan before confirmation. The Plan Proponents may also seek to modify the Plan at any time after confirmation of the Plan so long as (1) the Plan has not been substantially consummated and (2) the Court authorizes the proposed modifications after notice and a hearing.

### D. Post-Confirmation Status Report.

Within 120 days of the entry of the order confirming the Plan, unless a final decree closing the Debtors' Chapter 11 cases is first entered, the Joint Liquidating Trust shall file a status report with the Bankruptcy Court explaining what progress has been made toward consummation of the confirmed Plan. The

status report shall be served on the United States Trustee, the
Debtors and their counsel, the Creditors' Committee and its
counsel, and those parties who have requested special notice
after the entry of the Confirmation Order.   Further status
reports shall be filed every 120 days and served on the same
entities until a final decree is entered closing the Debtors'
Chapter 11 cases, unless otherwise ordered by the Bankruptcy
Court.

**E.    Post-Confirmation Conversion/Dismissal**

A creditor or any other party in interest may bring a
motion to convert or dismiss these cases under Section 1112(b)
of the Bankruptcy Code after the Plan is confirmed if there is a
default in performing the Plan.   If the Bankruptcy Court orders
these cases converted to Chapter 7 after the Plan is confirmed,
then all property that had been property of the Chapter 11
estates, and that has not been disbursed pursuant to the Plan,
will revest in the Chapter 7 estates, and the automatic stay
will be reimposed upon the revested property, but only to the
extent that relief from stay was not previously authorized by
the Bankruptcy Court during these cases.

The order confirming the Plan may also be revoked under
very limited circumstances.   The Court may revoke the
Confirmation Order if it was procured by fraud and if a party in

35

interest brings an adversary proceeding to revoke confirmation within 180 days after the entry of the Confirmation Order.

**F.    Payment of United States Trustee Fees**

The Debtors shall be responsible for the timely payment of fees incurred pursuant to 28 U.S.C. § 1930(a)(6) for all pre-confirmation quarters.    After confirmation, the Joint Liquidating Trust shall be responsible for timely payment of fees incurred pursuant to 28 U.S.C. § 1930(a)(6).

///

///

///

///

///

///

///

///

///

///

///

///

///

///

### G.   Final Decree.

Once these Estates have been fully administered as referred to in Bankruptcy Rule 3022, the Plan Proponents, the Joint Liquidating Trust or any other party as the Bankruptcy Court shall designate in the Confirmation Order, shall file a motion with the Bankruptcy Court to obtain a final decree to close these cases.

Dated: August 28, 2003

CHORUS LINE CORPORATION, a
Delaware corporation, and
CALIFORNIA FASHION INDUSTRIES,
INC., a California corporation

By: _____
       RON BENDER
       DAVID B. GOLUBCHIK
       LEVENE, NEALE, BENDER,
       RANKIN & BRILL L.L.P.
       Attorneys for Chapter 11
       Debtors and Debtors in
       Possession

DATED: August ___, 2003

EZRA | BRUTZKUS | GUBNER LLP


By: _____
       STEVEN T. GUBNER
       Attorneys for the Official
       Committee of Unsecured
       Creditors

G.   **Final Decree.**

Once these Estates have been fully administered as referred to in Bankruptcy Rule 3022, the Plan Proponents, the Joint Liquidating Trust or any other party as the Bankruptcy Court shall designate in the Confirmation Order, shall file a motion with the Bankruptcy Court to obtain a final decree to close these cases.

Dated: August __, 2003

                              CHORUS LINE CORPORATION, a
                              Delaware corporation, and
                              CALIFORNIA FASHION INDUSTRIES,
                              INC., a California corporation


                              By: _____
                                  RON BENDER
                                  DAVID B. GOLUBCHIK
                                  LEVENE, NEALE, BENDER,
                                  RANKIN & BRILL L.L.P.
                                  Attorneys for Chapter 11
                                  Debtors and Debtors in
                                  Possession

DATED: August 15, 2003          EZRA | BRUTZKUS | GUBNER LLP


                              By: _____
                                  STEVEN T. GUBNER
                                  Attorneys for the Official
                                  Committee of Unsecured
                                  Creditors

**THE CHORUS LINE CORPORATION AND CALIFORNIA FASHION
INDUSTRIES, INC., JOINT LIQUIDATING TRUST AGREEMENT**

**September __, 2003**

EXHIBIT _____ A

## THE JOINT LIQUIDATING TRUST AGREEMENT

THIS JOINT LIQUIDATING TRUST AGREEMENT (the "Agreement") is made this ___ day of September, 2003 (the "Effective Date") by and among Chorus Line Corporation, a Delaware corporation ("CLC"), and California Fashion Industries, Inc., a California corporation ("CFI" and collectively with CLC, the "Debtors"), and [insert name of Trustees], not in their individual capacities, but solely as trustees hereunder (the "Trustee").

### R E C I T A L S:

A.     On November 13, 2000, certain petitioning creditors filed an involuntary petition against CLC under Chapter 7 of Title 11, United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"). The involuntary petition was assigned Bankruptcy Case Number LA 00-41578-ER. On December 14, 2000, CLC and CFI filed voluntary petitions under Chapter 11 of the Bankruptcy Code. Pursuant to orders entered by this Court on or about December 22, 2000, CLC's Chapter 11 case was dismissed and CLC's Chapter 7 case was converted to one under Chapter 11 of the Bankruptcy Code, and CFI's and CLC's cases were ordered jointly administered.

B.     On or around April __, 2003, the Debtors and the Official Committee of Unsecured Creditors (the "Committee") filed the Debtors' and the Creditors' Committee's Joint Plan of Reorganization (the "Plan").

C.     The Plan provides that a liquidating trust (the "Liquidating Trust") be created for the benefit of the holders of allowed claims.

D.     The Debtors and the Trustees desire to create and fund the Liquidating Trust on the Effective Date, as contemplated by the Plan, pursuant to this Agreement.

### A G R E E M E N T S:

NOW THEREFORE, for and in consideration of the mutual promises and agreements contained herein and in the Plan, the receipt and sufficiency of which are hereby expressly acknowledged, the Debtors and the Trustees, intending to be legally bound, hereby agree as follows:

I.     Definitions:

A.     Terms Defined Above. As used in this Agreement, each of the terms "Debtor," "Agreement," "Bankruptcy Court," "Plan," "Plan Confirmation Order," and "Trustees" shall have the meanings set forth above.

B.     Additional Defined Terms. As used herein, the following terms shall have the meanings set forth below, unless the context otherwise requires:

1

1.     "Beneficial Interest" shall mean a participating beneficial interest in the Liquidating Trust issued pursuant to the Plan and this Agreement to the holder of an allowed claim under the Plan.

2.     "Holders" shall mean the owners of a Beneficial Interest.

3.     "Internal Revenue Code" shall mean the Internal Revenue Code of 1986, as amended from time to time.

4.     "Liquidating Trust" shall mean the Liquidating Trust formed pursuant to the Plan and this Agreement.

5.     "Liquidating Trust Assets" shall mean all of the tangible and intangible real and personal property transferred to and vested in the Liquidating Trust pursuant to the Plan and this Agreement.

6.     "Net Sale Proceeds" shall mean the net cash proceeds realized by the Liquidating Trust in connection with the sale or other disposition of any of the Trust Estate, after deduction of any and all brokerage commissions and other normal and customary closing costs and expenses.

7.     "Registrar and Transfer Agent" shall mean the Trustees or any agent or designee appointed by the Trustees.

8.     "Trust Estate" shall mean any or all of the Liquidating Trust Assets.

9.     "Trust Register" shall mean the books kept by the Registrar and Transfer Agent for the registration of Beneficial Interests and in which shall be recorded the names and addresses of the Holders and the Classes and amounts of their Allowed Claims.

10.     "Trustees" shall mean [insert names of ___ of the Debtors' creditors], and any duly appointed successors, not in their individual capacities, but solely as trustees hereunder.

C.     <u>Terms Defined in Plan</u>. Terms used in this Agreement without definition shall have the meanings assigned to them in the Plan. The rules of construction applicable to the Plan shall also apply to this Agreement. The Plan is hereby incorporated into this Agreement by this reference.

II.     <u>Declaration of Trust</u>.

A.     <u>Creation of Liquidating Trust</u>. Pursuant to the Plan and the Plan Confirmation Order, and as of the Effective Date of the Plan, the Debtors and the Trustees hereby irrevocably create the Liquidating trust for the benefit of the Debtors' creditors. The name of the Liquidating Trust shall be "The CLC/CFI Liquidating Trust." The Liquidating Trust shall terminate only in accordance with the provisions of the Plan and this Agreement.

B.     <u>Property in the Liquidating Trust</u>. The Liquidating Trust shall hold the legal title to the Trust Estate and shall hold such property in trust to be administered and disposed of by it

2

pursuant to the terms of the Plan and this Agreement for the benefit of the Holders. The Trustees are authorized to make disbursements and payments from the Liquidating Trust in accordance with the Plan and this Agreement.

C.    Purpose of Liquidating Trust. The Liquidating Trust is organized for the purposes of collecting, holding and liquidating the Trust Estate, making payments to the Holders, and administering, compromising, settling, withdrawing, objecting to, or litigating objections to disputed claims, and prosecuting Causes of Action (as defined in the Plan) with no objective to engage in the conduct of a trade or business except to the extent reasonably necessary to, and consistent with, the liquidating purpose of the Liquidating Trust.

D.    Number of Trustees. There shall be [up to three] Trustees. The resignation, removal, incapacity or death of any or all of the Trustees shall not operate to terminate the Liquidating Trust.

III.    Beneficial Interests.

A.    Non-Certificated and Non-Transferable. Beneficial Interests will not be evidenced by any certificate or other instrument or document. Beneficial Interests in the Liquidating Trust are non-transferable and non-assignable other than to successors in interest, or by will, the laws of descent and distribution, or by operation of law. Beneficial Interests shall be divided into classes corresponding to the Classes in the Plan which provide for the distributions of cash from the Liquidating Trust to the Holders. Pursuant to the Plan, upon the Effective Date of the Plan, each entity who is the holder of an allowed claim shall automatically become the owner of a Beneficial Interest corresponding to the class of allowed claim held by such entity.

B.    Absolute Owners. The Liquidating Trust and the Trustees may deem and treat each Holder as the absolute owner of the underlying Beneficial Interest for the purpose of receiving distributions and payment thereon or on account thereof and for all other purposes whatsoever.

C.    No Required Meetings or Votes. Subject to Section X(A) below, the Trustees are not required to call or conduct any meeting of all or any of the Holders. Subject to Section X(A) below, the Trustees are not required to solicit, obtain the vote or consent of, or give any notice to, any of the Holders with respect to any action authorized or permitted under the Plan, this Agreement or any order of the Bankruptcy Court. The Trustees may, however, discuss any proposed action with any one or more of the Holders as the Trustees, in their sole and absolute discretion, deem appropriate.

D.    Trustees as Holders. The Trustees may be Holders.

IV.    Delivery and Acceptance of Trust Estate.

A.    Conveyance by Debtors. Upon the Effective Date of the Plan, the Debtors shall be deemed to have transferred and assigned all of the Liquidating Trust Funds and Causes of Action to the creditors, who in turn shall be deemed to have transferred and assigned all such Liquidating Trust Funds and Causes of Action to the Holders, who in turn shall be deemed to have transferred and assigned all such Liquidating Trust Funds and Causes of Action to the

3

Trustees on behalf of the Liquidating Trust. The Liquidating Trust or the Trustees on behalf of the Liquidating Trust shall become the owner and holder of all privileges, including the attorney-client privilege owned or held by the Debtor, whether before or after the Petition Date. At any time and from time to time after the date hereof at the Trustees' request and without further consideration, the Debtors shall execute and deliver such instruments of sale, transfer, conveyance, assignment and confirmation, and will cooperate and take such other actions as the Trustees may deem reasonably necessary or desirable in order to more effectively transfer, convey and assign all rights, title and interests in and to the Trust Estate to the Liquidating Trust and all privileges to the Liquidating Trust or the Trustees on behalf of the Liquidating Trust.

B.    Acceptance of Conveyance. The Trustees are hereby directed to, and the Trustees agree that they will:

1.    accept delivery of the Trust Estate on behalf of the Liquidating Trust;

2.    accept from the Debtors all bills of sale, deeds, assumptions and assignments, and all other instruments of conveyance required to be delivered by the Debtors with respect to the Trust Estate transferred to the Liquidating Trust or the Trustees on behalf of the Liquidating Trust pursuant to or in connection with the Plan, the Plan Confirmation Order or this Agreement; and

3.    take such other action as may be required of the Liquidating Trust hereunder, including the receipt and acceptance as part of the Trust Estate of any property, instruments and choses in action, which the Trustees may receive in connection with or in consideration of the Trust Estate.

C.    No Interest Retained by Debtors. The Debtors shall retain no interest in the Trust Estate or the Liquidating Trust.

V.    Administration of Trust Estate.

A.    Reserves. As soon as funds becomes available in the Trust Estate, the Trustees shall establish and maintain sufficient reserves for expenses of the Liquidating Trust, unclaimed distributions, and disputed claims, as the Trustees deem necessary or otherwise ordered by the Bankruptcy Court.

B.    Powers of the Trustees.

1.    Administrative Powers. During the Trustees' administration of the Liquidating Trust, and subject to the Plan, the Plan Confirmation Order and this Agreement, the Liquidating Trust and the Trustees and the Managing Director on behalf of the Liquidating Trust may exercise the power:

i.    to receive and hold all the assets of the Trust Estate and to have exclusive possession and control thereof for the purposes set forth in Section II(C) hereof;

ii.    to enter into, perform and exercise rights under contracts binding upon the Liquidating Trust (but not upon the Trustees in their respective individual or corporate

4

capacities) which are reasonably incident to the administration of the Liquidating Trust and which the Trustees, in the exercise of their judgment, believe to be in the best interests of the Liquidating Trust;

iii.    to establish and maintain accounts at banks and other financial institutions, in a clearly specified fiduciary capacity, into which the reserves or other Cash and property of the Liquidating Trust may be deposited, and draw checks or make withdrawals from such accounts, and to pay or distribute such amounts of the Trust Estate as permitted or required under the Plan or this Agreement;

iv.    to employ and compensate attorneys (in addition to those attorneys employed and compensated pursuant to Section V(B)(2) hereof), accountants, appraisers, property managers, disbursing agents, brokers, realtors, expert witnesses, insurance adjusters, or any successor or other persons whose services may be necessary or advisable in the judgment of the Trustees in accordance with the terms of the Plan, and to pay from the Trust Estate reasonable compensation to such attorneys, accountants, appraisers, property managers, disbursing agents, brokers, realtors, expert witnesses, insurance adjuster or any successor, or other persons (including, when necessary or appropriate, contingent fee or commission based arrangements) in accordance with the terms of the Plan;

v.    to hold, administer, market, and lease (for the purposes of holding for sale) the assets in the Trust Estate;

vi.    to sell or otherwise dispose of the assets in the Trust Estate in accordance with the Plan;

vii.    to collect and receive any accounts receivable, income, proceeds of sale, and distributions derived from or relating to the Trust Estate and to distribute the same to the Holders in accordance with the terms of the Plan and this Agreement;

viii.    to pay any and all necessary expenses attributable or relating to the management, maintenance, administration, preservation or liquidation of the Trust Estate;

ix.    to investigate, file, compromise, settle, withdraw or litigate in the Bankruptcy Court or on appeal (or pursuant to a withdrawal of the reference of jurisdiction) or in any other appropriate court or tribunal, litigation claims, objections to disputed administrative expenses and disputed claims, and to exercise any and all rights and perform any and all obligations of the Liquidating Trust, under the Plan, this Agreement or otherwise;

x.    to sue or be sued in connection with any matter arising from or related to the Plan or this Agreement that affects in any way the rights or obligations of the Liquidating Trust, the Trustees or the Holders;

xi.    to represent the interests of the Holders with respect to any matters relating to the Plan, this Agreement or the Liquidating Trust affecting the rights of the Holders solely in their capacity as Holders;

5

xii.    to prosecute, exercise or enforce all litigation claims (including the Causes of Action) and the rights, claims, powers, objections and actions of the Debtors and its estate under sections 363, 365 and 501 to 558, inclusive, of the Bankruptcy Code whether or not such litigation was commenced by the Debtors prior to the Effective Date of the Plan;

xiii.    to act as representatives of the Estate under section 1123(b) of the Bankruptcy Code or otherwise;

xiv.    to wind-up, liquidate, dissolve and terminate the Debtors and to pay all expenses related thereto; and

xv.    to do any and all other things, not in violation of any other terms of the Plan or this Agreement, which, in the judgment of the Trustees, are necessary or appropriate to carry out the terms or purposes of the Plan, this Agreement, the Liquidating Trust or for the proper liquidation, management, investment and distribution of the assets of the Trust Estate in accordance with the provisions of the Plan and this Agreement.

2.    Retention of Debtors' and Creditors' Committee's Attorneys and Accountants. The Liquidating Trust is authorized to employ and compensate the attorneys, accountants and other professionals employed by the Debtors or the Creditors' Committee prior to the Effective Date of the Plan without any further order of the Court. Moreover, any compensation paid to any such professionals for services performed after the Effective Date shall not be subject to the approval of the Court. Any actual or potential conflict of interest which might otherwise preclude such employment is waived and the Debtors and Trustees acknowledge that they have received full disclosure of such conflict, and hereby consent to such continued employment. The employment by the Liquidating Trust of any other professionals and the compensation of any such other professionals shall be subject to the approval of the Court.

3.    Objections to Disputed Administrative Expenses and Disputed Claims. From and after the Effective Date of the Plan, the Liquidating Trust, through the Trustees and the Managing Director, shall be the sole representative of the Debtors' Estates for the purposes of investigating, settling, compromising, objecting to, and litigating in the Bankruptcy Court or on appeal (or pursuant to a withdrawal of the reference of jurisdiction) objections to disputed claims, except as otherwise provided in the Plan, and the prosecution of the Causes of Action (whether that involves commencing such prosecution or continuing with the prosecution previously commenced by the Debtor).

C.    Limitations on Trustees; Investments.

1.    No Trade or Business for Liquidating Trust. The Trustees shall carry out the purposes of the Plan, this Agreement and the Liquidating Trust and the directions contained herein and shall not at any time cause the Liquidating Trust or the Trust Estate to enter into or engage in any business (except as may be consistent with the limited purposes of the Liquidating Trust), including the purchase of any asset or property (other than such assets or property as are necessary to carry out the purposes of the Plan, this Agreement or the Liquidating Trust, on behalf of the Liquidating Trust or the Holders). The Trustees are directed to take all actions necessary or appropriate to dispose of the Trust Estate in as prompt, efficient and orderly a

6

fashion as possible, to make timely distributions of Cash out of the Trust Estate, and to otherwise not unduly prolong the duration of the Liquidating Trust.

       2.     Investments. The Trustees shall invest any funds held at any time as part of the Trust Estate, and funds in any reserves or escrows established pursuant to the terms of the Plan or this Agreement, only in investments authorized under section 345 of the Bankruptcy Code ("Permitted Investments"). The Trustees shall be restricted to the collection and holding of such funds and to the payment and distribution thereof for the purposes set forth in the Plan and this Agreement and to the conservation and protection of the Trust Estate in accordance with the provisions of the Plan and this Agreement.

       D.     Transferee Liabilities. If any liability shall be asserted against the Liquidating Trust as transferee of the Trust Estate or any other property or assets on account of any claimed liability of or through the Debtor, the Trustees may use such part of the Trust Estate as may be necessary in contesting any such claimed liability and in payment, compromise, settlement and discharge thereof on terms satisfactory to the Trustees. In no event shall the Trustees be required or obligated to use their own property, funds or assets for any such purposes.

       E.     Administration of Trust. In administering the Liquidating Trust, the Trustees, subject to the express limitations contained in the Plan and this Agreement, are authorized and directed to do and perform all such acts, to execute and deliver such deeds, bills of sale, instruments of conveyance, and other documents as they may deem necessary or appropriate to carry out the purposes of the Plan, this Agreement and the Liquidating Trust. The Trustees shall not commingle any of the Trust Estate with the property of any of the Trustees or any other entity.

       F.     Payment of Expenses and Other Liabilities. The Trustees shall pay from the Trust Estate all expenses, charges, liabilities and obligations of the Liquidating Trust, including such debts, liabilities, or obligations as may be payable from the Trust Estate, interest, taxes, assessments, and public charges of every kind and nature, and the costs, charges and expenses in connection with or arising out of the execution or administration of the Liquidating Trust and the Trust Estate, and such other payments and disbursements as are provided for in the Plan or this Agreement or which may be necessary or appropriate charges against the Liquidating Trust and the Trust Estate, and the Trustees, in their judgment, may, from time to time, make provision by reserve or otherwise, out of the Trust Estate, for such amount or amounts as the Trustees in their judgment may determine to be necessary or appropriate to meet or satisfy unascertained, unliquidated or contingent liabilities of the Liquidating Trust or the Trustees.

       G.     Tax Requirements. The Liquidating Trust shall comply with all payment, withholding and reporting requirements imposed by any federal, state or local laws. All distributions of cash by the Liquidating Trust shall be subject to all such payment, withholding and reporting requirements. The Liquidating Trust shall report and pay any taxes that may be imposed on the Liquidating Trust, the reserve for disputed claims, the reserve for unclaimed distributions and the Liquidating Trust's expense reserve by any federal, state or local laws. As a condition to the receipt of any distributions under this Plan, the Holders may be required to provide the Liquidating Trust with information or documents required under applicable law for tax or other purposes. Any Holder to whom a notice is mailed requesting such information or

7

documents but who fails to deliver such information or documents to the Liquidating Trust within three months after the notice is mailed shall be forever barred from thereafter receiving any distributions from the Liquidating Trust and the amounts to which such holder is no longer entitled shall be reallocated to make other distributions required by the Plan.

        H.    <u>Liabilities of the Liquidating trust</u>. The Liquidating Trust shall have no liabilities whatsoever except (a) in accordance with the Plan and this Agreement and (b) the obligation to pay and reimburse the Trustees and the officers, employees, professionals, agents and representatives of the Liquidating Trust in accordance with the Plan and this Agreement. Without limiting the foregoing, the Liquidating Trust shall have no liability for any expenses of or claims against the Debtor, its Estate or any other entities except, with respect to the Liquidating Trust, for allowed administrative expenses and allowed claims in accordance with the Plan and this Agreement.

        I.    <u>Compensation of Trustees</u>. Each of the Trustees shall be entitled to be compensated from the Liquidating Trust for their actual, necessary and reasonable expenses they incur in the performance of their duties under the Plan and this Agreement. Each Trustee shall be entitled to engage in such other activities as each deems appropriate, provided that each Trustee shall devote such time as is necessary to fulfill all of his or her duties under the Plan and this Agreement.

VI.    <u>Source of Payments; Distributions</u>

        A.    <u>Payments from Trust Estate</u>. All payments to be made to the Holders under the Plan and this Agreement shall be made only from the assets, income and proceeds of the Trust Estate and only to the extent that the Liquidating Trust shall have received sufficient assets, income or proceeds of the Trust Estate to make such payments in accordance with the Plan and this Agreement. Each Holder shall look solely to the assets, income and proceeds of the Trust Estate, and not to the Trustees or the officers, employees, professionals, agents or representatives of the Liquidating Trust in their personal, individual or corporate capacities, or to the Debtor, for distribution to such Holder as provided in the Plan and this Agreement.

        B.    <u>Distributions Pursuant to Plan and Agreement</u>. The Liquidating Trust shall distribute funds in the Trust Estate in accordance with the Plan and this Agreement.

        1.    <u>Timing Of Distributions</u>. Except for the distribution of available cash by the Liquidating Trust that is required on or as soon as practicable after the Effective Date and the last distribution of available cash before the termination of the Liquidating Trust, the distribution dates for all distributions of available cash made by the Liquidating Trust shall be as often, in the sole discretion of the Liquidating Trustees, as there is available cash in an amount sufficient to make a distribution of available cash practicable in comparison to the costs of making a distribution. The distribution date for the final distribution of all remaining available cash by the Liquidating Trust shall be when all of the property, claims, rights and causes of action of the Liquidating Trust have been reduced to cash or abandoned and the Liquidating Trustees have performed all of their duties under the Plan and this Agreement.

8

2.      Managing Director and Disbursing Agent.  The Liquidating Trust shall employ and compensate a Managing Director as set forth in the Plan.  The Liquidating Trust through the Managing Director shall serve as the disbursing agent for all distributions made by the Liquidating Trust.  All distributions of cash by the Liquidating Trust shall be made in lawful currency of the United States, by checks drawn on or, at the option of the Liquidating Trust, wire transfers from, one or more United States banks selected by the Liquidating Trust from the list of approved depositories issued by the United States Trustee.

3.      Checks Not Cashed.  Any and all checks issued on account of allowed administrative expenses or allowed claims shall be null and void if not cashed within three (3) months of issuance.  The holder of an allowed administrative expense or allowed claim may thereafter make a written request for the Liquidating Trust to issue a replacement check until six months following issuance of the first check that became null and void.  Thereafter, all allowed administrative expenses and allowed claims in respect of null and void checks shall be forever barred from any distributions from the Liquidating Trust and the cash represented by the null and void checks shall be used by the Liquidating Trust to make other distributions of cash required by the Plan.

4.      Delivery Of Distributions.  Unless otherwise agreed by the Liquidating Trust, each distribution of cash by the Liquidating Trust on each distribution date shall be made by first class United States mail, postage prepaid, to the holder of an allowed administrative expense or allowed claim at the latest address set forth on a request for payment of an allowed administrative expense, a proof of claim filed with the Bankruptcy Court on account of an allowed claim, the Schedules and Statements filed by the Debtor, or a written notice of change of address delivered to the Liquidating Trust after the Effective Date, or a notice delivered to the Debtors or the Liquidating Trust under Bankruptcy Rule 3001 identifying the name and address of the entity to whom an allowed administrative expense or an allowed claim has been transferred prior to the Effective Date, whichever is the most recent.  The Liquidating Trust shall not be required to make any other effort to locate or ascertain any address for any distribution.

5.      Unclaimed Distributions.  Any distributions of cash under the Plan that are returned as unclaimed or undeliverable shall be allocated to a reserve administered by the Liquidating Trust.  The Liquidating Trust is not required to attempt delivery of subsequent distribution to an address from which a prior distribution was returned as unclaimed or undeliverable.

6.      Disputed Administrative Expenses And Disputed Claims.  For purposes of making distributions under the Plan, on each distribution date the Liquidating Trust shall allocate to a reserve administered by the Liquidating Trust the amount of cash that would be distributed to the holders of disputed administrative expenses and disputed claims if they held allowed administrative expenses and allowed claims.  No cash shall be distributed to the holder of any disputed administrative expense or disputed claim until the next distribution date following the date on which the disputed administrative expense or disputed claim is resolved as an allowed administrative expense or allowed claim.

7.      Amount Reserved for Disputed Claims.  The Liquidating Trust shall allocate cash to the reserve for disputed claims on the basis of the face amount of each disputed

9

administrative expense or disputed claim unless the Bankruptcy Court authorizes the Liquidating Trust to use a lower amount upon motion or stipulation after notice and opportunity for hearing to the holder of the disputed administrative expense or disputed claim and other parties in interest. The Bankruptcy Court shall determine the amount of cash to be allocated to the reserve for disputed claims on account of any unliquidated disputed administrative expense or unliquidated disputed claim by estimation upon motion or stipulation after notice and opportunity for hearing to the holder of the disputed administrative expense or disputed claim and other parties in interest.

        8.    <u>Payment Of Resolved Disputed Administrative Expenses And Disputed Claims</u>.

        i.    On the distribution date following the date on which a disputed administrative expense or disputed claim is resolved as an allowed administrative expense or allowed claim, the Liquidating Trust shall make the appropriate distribution of the cash allocated to the reserve for disputed claims to the holder of the allowed administrative expense or allowed claim (or such lesser pro rata amount if resolved as an allowed administrative expense or allowed claim in an amount less than the amount used to determine the reserve). If an entity holds one or more allowed administrative expenses or allowed claims and one or more disputed administrative expenses or disputed claims, no distribution of cash shall be made to that entity by the Liquidating Trust until all disputed administrative expenses and disputed claims held by that entity have been resolved.

        ii.    If a disputed administrative expense or disputed claim is resolved as an allowed administrative expense or allowed claim in an amount that is greater than the amount for which cash was reserved in the reserve for disputed claims, the holder of the allowed administrative expense or allowed claim shall receive distributions from the Liquidating Trust in an amount equal to the amount that would have been received if the Liquidating Trust had allocated cash to the reserve for disputed claims on the basis of the amount of the allowed administrative expense or allowed claim. Any distributions of cash to which the holders of allowed administrative expenses or allowed claims would have been entitled had cash been reserved in the reserve for disputed claims on account of the full amount of the allowed administrative expenses or allowed claims shall be made up pro rata from subsequent distributions of available cash before any other distributions of available cash are made to other entities.

        iii.    Any cash allocated to the reserve for disputed claims on account of a disputed administrative expense or disputed claim that is resolved, in whole or in part, as not qualifying as an allowed administrative expense or an allowed claim shall, to the extent it does not qualify as an allowed administrative expense or allowed claim, be reallocated to make other distributions of cash required by the Plan.

    C.    <u>Maintenance of Records</u>. The Liquidating Trust shall establish and maintain such books and records as the Trustees deem necessary or appropriate.

    D.    <u>Reserves</u>. The Trustees shall establish and maintain reserves for expenses of the Liquidating Trust, disputed claims, and unclaimed distributions in accordance with the Plan and

10

this Agreement. The Trustees may establish and maintain such other reserves, accounting entries, escrow accounts or similar items as the Trustees deem necessary or appropriate. All reserves, accounting entries, escrows and similar items and the amounts allocable to each are solely for administrative convenience and the amounts allocated to each need not be segregated and may be commingled in one or more Permitted Investments as the Trustees deem necessary or appropriate.

      E.    <u>No Fractional Distributions</u>. No distributions to Holders in fractions of cents (i.e. fractions of hundredths of U.S. Dollars) shall be made by the Liquidating Trust. Any distribution to a Holder that would include a fraction of a cent shall be rounded down to the nearest whole cent. The aggregate amount of fractions of cents that are not distributed pursuant to this provision on the final distribution date shall be donated to a charitable organization designated by the Trustees.

      F.    <u>Dissolution and Termination</u>.

      1.    <u>Dissolution Event</u>. The Liquidating Trust shall be dissolved upon the first to occur of the following:

      i.    the determination by the Trustees to dissolve the Liquidating Trust upon performance and completion of all obligations and duties of the Liquidating Trust and the Trustees under the Plan and this Agreement, including, without limitation, the distribution of the proceeds of the Trust Estate to the Holders as set forth in the Plan and this Agreement; or

      ii.    the date which is three (3) years from and after the Effective Date of the Plan (the "Termination Date"), provided, however, that if, in the reasonable determination of the Trustees, in light of existing facts and circumstances, the liquidation of the Trust Estate and the distribution of the proceeds thereof will not be completed prior to the Termination Date, then not more than ninety (90) days prior to the Termination Date, the Trustees may extend the Termination Date for an additional period of up to one (1) year (the "Extension Period"), provided further, that prior to the expiration of the Extension Period, the Trustees may seek, and, for cause shown, obtain an order of the Bankruptcy Court approving and authorizing an extension of the Extension Period for such time as the Bankruptcy Court deems appropriate after notice and opportunity for hearing have been provided to the Holders, holders of disputed administrative expenses, holders of disputed claims, and any entities that filed a request for special notice with the Bankruptcy Court concerning the Case ("Special Notice Entities").

VII.    <u>Other Duties of the Trustees</u>.

      A.    <u>Management of Trust Estate</u>. With respect to the assets of the Trust Estate, the Trustees may, if sufficient funds are available, purchase and maintain in existence such insurance as the Trustees deem necessary or appropriate from time to time to protect the Liquidating Trust, the Trustees' (including the officers, employees, professionals, agents or representatives of the Liquidating trust) and the Holders' interests in the assets of the Trust Estate or from any potential claims or liabilities relating thereto or the distribution thereof.

      B.    <u>No Implied Duties</u>. The Trustees shall not manage, control, use, sell, dispose, collect or otherwise deal with the Trust Estate or otherwise take any action hereunder except as

11

expressly provided in the Plan or this Agreement, and no implied duties or obligations whatsoever of the Trustees shall be read into this Agreement. Except as otherwise expressly provided in the Plan or this Agreement, the Trustees shall have no duties or obligations under any laws or statutes otherwise applicable to trusts.

VIII.    Concerning the Trustees.

A.    Acceptance by Trustees.    The Trustees accept the Liquidating Trust hereby created for the benefit of the Holders and agree to act as Trustees of the Liquidating Trust pursuant to the terms of the Plan and this Agreement. The Trustees shall have and exercise the rights and powers granted in the Plan and this Agreement and shall be charged solely with the performance of the duties declared in the Plan and this Agreement on the part of the Trustees. The Trustees also agree to receive and disburse all funds actually received by them constituting part of the Trust Estate pursuant to the terms of the Plan and this Agreement.

B.    Discretionary Submission of Questions.    Subject to the provisions of the Plan and this Agreement, the Trustees, in their judgment, may, but shall not be required to, submit to the Bankruptcy Court, from time to time, after notice and opportunity for hearing have been provided to the Holders and Special Notice Entities, unless otherwise ordered by the Bankruptcy Court, any question or questions with respect to which the Trustees may desire to have explicit approval of the Bankruptcy Court for the taking of any specific action proposed to be taken by the Trustees with respect to the Liquidating trust or the Trust Estate, or any part thereof, and the administration and distribution of the Liquidating Trust or the Trust Estate. The written authorization of the Bankruptcy Court set forth in a final order shall constitute approval by the Bankruptcy Court of the proposed action to be taken by the Trustees. All costs and expenses incurred by the Trustees in the exercise of any right, power or authority conferred by the Plan or this Agreement shall be costs and expenses of the Trust Estate.

C.    Liability of the Trustees.

1.    Limitation on Liability.    No provision of the Plan or this Agreement shall be construed to impose any liability upon the Trustees or the officers, employees, professionals, agents or representatives of the Liquidating Trust unless it shall be proven that the actions or omissions of such entity are not authorized under the Plan and this Agreement and constituted willful misconduct in the exercise of, or failure to exercise, any right or power under the Plan or this Agreement.

2.    Reliance on Certificates or Opinions.    In the absence of willful misconduct on the part of the Trustees, the Trustees may conclusively rely, as to the truth of the statements and correctness of the opinions expressed therein, upon any certificates or opinions furnished to the Trustees and conforming to the requirements of the Plan or this Agreement.

3.    Discretion of Trustees.    Except as otherwise expressly provided in the Plan or this Agreement, the Trustees, within the limitations and restrictions expressed and imposed in the Plan and this Agreement, may act freely under all or any of the rights, powers and authority conferred in the Plan or this Agreement in all matters concerning the Liquidating Trust and the Trust Estate without the necessity of obtaining the consent or permission or authorization of the

12

Holders, the Debtor, the Bankruptcy Court, or of any official or officer; and the rights, powers and authority conferred on the Trustees by the Plan and this Agreement are conferred in contemplation of such freedom of action within the limitations and restrictions so expressed and imposed; provided, however, that the Trustees shall not be liable for any error unless it shall be proved that the Trustees acted in a manner which constituted willful misconduct.

      D.    <u>Reliance by Trustees</u>.

      1.    <u>Genuineness of Documents</u>. The Trustees and the officers, employees, professionals, agents and representatives of the Liquidating Trust may rely and shall be protected in acting upon any resolution, certificate, statement, instrument, opinion, report, notice, request, consent, objection, order, judgment, decree, or other paper or document reasonably believed by them to be genuine and to have been signed, made, entered or presented by the proper party, parties, official, officials, entity or entities.

      2.    <u>Retention of Professionals</u>. The Trustees may consult with legal counsel and with independent public accountants and other professionals or experts.

      3.    <u>Reliance on Trustees</u>. No entity dealing with the Trustees or the officers, employees, professionals, agents or representatives of the Liquidating Trust shall be obligated to see to the application of any funds, securities, or other property paid or delivered to any of them or the Liquidating Trust or to inquire into the expediency or propriety of any transaction or the right, power or authority of the Trustees to enter into or consummate any transaction upon such terms as the Trustees deem necessary or appropriate.

      E.    <u>Indemnification</u>.

      1.    <u>Payment of Expenses</u>. Expenses (including attorneys' fees) incurred in defending any action, suit or proceeding referred to above may be paid by the Liquidating Trust in advance of the final disposition of such action, suit or proceeding, upon an undertaking by the appropriate Trustee, officer, employee, professional, agent or representative of the Liquidating Trust to repay such amount if it shall ultimately be determined that such entity is not entitled to be indemnified.

      2.    <u>Insurance</u>. The Liquidating Trust may maintain insurance during its existence and after its termination, at its expense, to protect itself and the Trustees, officers, employees, professionals, agents and representatives of the Liquidating Trust of and from any liability,. The terms "Trustees," "officers" "employees" "professionals," "agents" and "representatives" as used in this Agreement, where applicable, include the heirs, successors, executors, administrators, personal representatives, or estates of such persons or entities.

      F.    <u>Costs and Expenses of Trustees</u>.

      1.    <u>Costs and Expenses</u>. The Trustees shall pay out of the Trust Estate all reasonable costs, expenses and obligations incurred by the Trustees in carrying out their duties under the Plan and this Agreement or in any manner connected, incidental or related to the administration of the Liquidating Trust, including:

13

i.       any reasonable fees and expenses of attorneys, accountants, investment advisors, expert witnesses, insurance adjustors, disbursing agents, property managers, realtors, brokers, professionals or other entities whom the Trustees may deem necessary or appropriate to employ in connection with the Liquidating Trust, or on their own behalf in accordance with the terms of the Plan or this Agreement; and

ii.       any taxes, charges and assessments which may be owed by, or levied or assessed against, the Liquidating Trust, the Trust Estate or any property held in trust hereunder.

G.    Resignation and Removal.

1.    Resignation of Administration Trustees.  Any of the Trustees may resign and be discharged from any future obligations and liabilities hereunder by giving written notice thereof to the other Trustees and the Bankruptcy Court at least thirty (30) days prior to the date of resignation set forth in the notice of resignation. Such resignation shall become effective after the day specified in such notice on the day when a successor Trustee is appointed pursuant to Section VIII(G)(3) below and the successor Trustee accepts such appointment in writing.

2.    Removal of Trustees.  In addition, any of the Trustees may be removed with or without cause at any time by the affirmative vote of all of the other Trustees. Such removal shall be effective when a successor Trustee is appointed pursuant to Section VIII(G)(3) below and the successor Trustee has accepted the appointment in writing.

3.    Appointment of a Successor Trustee.  If, at any time, one of the Trustees shall give notice of its intent to resign pursuant to Section VIII(G) hereof or shall be removed or shall become incapable of acting, the remaining Trustees shall give notice thereof to the Bankruptcy Court. Within thirty (30) days thereafter, the remaining Trustees shall choose and appoint a successor Trustee to act under the Plan and this Agreement if necessary to ensure that there will be not less than three (3) remaining Trustees. In the event that all of the Trustees give notice of their intent to resign pursuant to Section VIII(G) hereof or are removed or shall become incapable of acting or are deadlocked, the Bankruptcy Court shall, upon request by any Holder, or counsel to the Liquidating Trust, designate successor Trustees to act under this Agreement.

4.    Acceptance of Appointment by Successor Trustee.  Any successor Trustee appointed hereunder shall execute an instrument accepting such appointment hereunder in the form determined by the remaining Trustees or the officers of the Liquidating Trust and shall file counterparts thereof with the Bankruptcy Court. Thereupon, such successor Trustee shall, without any further act, become vested with all of the estates, properties, rights, powers, trusts and duties of its predecessor in the Liquidating Trust hereunder with like effect as if originally named herein from that date forward.

IX.    Action by Trustees.

A.    Actions by Majority Vote.  Unless otherwise specified herein, any action required or permitted to be taken by the Trustees pursuant to the Plan or this Agreement shall be taken by the affirmative vote at a meeting or by written consent of not less than a majority of a quorum of the Trustees. A majority of the Trustees shall constitute a quorum for purposes of a meeting of

14

the Trustees and all of the Trustees shall constitute a quorum for purposes of action by written consent. The Trustees shall meet at such times and places as the Trustees deem necessary or appropriate. The Trustees may delegate any of their powers or duties to a subcommittee of Trustees, or one or more officers, employees, professionals, agents or representatives as the Trustees deem necessary or appropriate. In carrying out any of the powers or duties delegated to them, such officers, employees, professionals, agents and representatives shall be entitled to the same rights, claims and protections as the Trustees would have had with respect thereto.

X.    Supplements and Amendments to this Agreement.

A.    Supplements and Amendment. Subject to the provisions of the Plan and this Agreement, at any time and from time to time, upon the affirmative vote or consent of each of the Trustees, and subject to approval by the Bankruptcy Court if sought by the Trustees pursuant to Section VIII(B) of this Agreement, the Trustees may execute a supplement or amendment hereto for the purpose of adding provisions to, or changing or eliminating provisions of, this Agreement, or amendments thereto, as specified in such vote or consent. In no event shall this Agreement be amended so as to change the purpose of the Liquidating Trust as set forth in the Plan or Section II above without the prior approval of the Bankruptcy Court after notice and opportunity for a hearing have been provided to the Holders and the Special Notice Entities.

B.    Trustees' Declining to Execute Documents. If, in the reasonable opinion of the Trustees, any document required to be executed pursuant to the terms hereof materially and adversely affects any immunity or indemnity in favor of the Trustees under this Agreement, the Trustees may in their discretion decline to execute such document.

C.    Notice of Form of Supplement and Amendments Requiring Vote or Consent. A copy of each amendment or supplement (or a fair summary thereof) shall be filed with the Bankruptcy Court and furnished to the Holders promptly after the execution thereof, except that with respect to any proposed amendment or supplement for which the consent of the Holders is required, the form of such proposed supplement or amendment (or a fair summary thereof) shall be furnished to the Holders in accordance with any applicable law prior to the Trustees' seeking the approval thereof by the Holders.

D.    Notice and Effect of Executed Amendment. Upon the execution of any amendment or supplement, this Agreement shall be deemed to be modified and amended in accordance therewith and the respective rights, limitations of rights, obligations, duties and immunities under this Agreement of the Trustees and the Holders shall thereafter be determined, exercised and enforced hereunder subject in all respects to such modification and amendment, and all the terms and conditions of any such amendment or supplement shall be thereby deemed to be part of the terms and conditions of this Agreement for any and all purposes.

XI.    Miscellaneous.

A.    Title to Trust Estate. No Holder shall possess legal ownership of, or have title to, any part of the Trust Estate and no Holder shall have an interest in any specific property of the Liquidating Trust.

15

B.    <u>Sales of Assets of the Trust Estate</u>. Any sale or other conveyance of any assets of the Trust Estate, or part thereof, by the Trustees made in accordance with the terms of the Plan and this Agreement shall bind the Liquidating Trust and the Holders and shall be effective to transfer or convey all right, title and interest of the Trustees, the Liquidating Trust and the Holders in and to such assets.

C.    <u>Notices</u>. Unless otherwise expressly specified or permitted by the terms of the Plan or this Agreement, all notices shall be in writing and delivered by registered or certified mail, return receipt requested, or by a hand or by facsimile transmission (and confirmed by mail), or by overnight courier, in any such case addressed as follows:

If to the Liquidating Trust:

The Chorus Line Corporation and California Fashion Industries, Inc., Liquidating Trust, c/o Levene, Neale, Bender, Rankin & Brill L.L.P., Attention: David B. Golubchik, Esq., 1801 Avenue of the Stars, Suite 1120, Los Angeles, California 90067; Telephone: (310) 229-1234; Telecopier: (310) 229-1244.

with a copy to:

Ezra Brutzkus Gubner LLP, Attention: Steven T. Gubner, Esq., 16830 Ventura Boulevard, Suite 310, Encino, California 91436; Telephone: (818) 995-0215; Telecopier: (818) 501-3615

If to the Trustees:

[insert names of Trustees]

D.    <u>Severability</u>.    Any provision of this Agreement which is prohibited or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions thereof, and any such prohibition or unenforceability in any jurisdiction shall not invalidate or render unenforceable such provision in any other jurisdiction, unless the prohibition or unenforceability of such provision will materially change the purpose or effect of this Agreement.

E.    <u>Counterparts</u>. This Agreement may be executed in multiple counterparts, each of which shall constitute an original, but all of which together shall constitute one and the same instrument, and facsimile signatures shall have the same force and effect as original signatures.

F.    <u>Binding Agreement</u>.    All covenants and agreements contained herein shall be binding upon, and inure to the benefit of, the Trustees and their respective successors and assigns and any successor Trustee provided for in Section VIII, and his or her respective successors and assigns, and the Holders, and their respective personal representatives, successors and assigns. Any request, notice, direction, consent, waiver or other instrument or action by any party hereto or any Holder shall bind their respective heirs, personal representatives, successors and assigns.

G.    <u>Headings</u>. The headings of the various Sections herein are for convenience of reference only and shall not define or limit any of the terms or provisions hereof.

16

H.    Construction. Except where the context otherwise requires, words importing the masculine gender shall include the feminine and the neutral, if appropriate; words importing the singular number shall include the plural number and vice versa; and words importing persons shall include partnerships, associations, and corporations.

I.    Governing Law. Except to the extent the Bankruptcy Code, the Bankruptcy Rules or other federal law may apply, this Agreement shall in all respects be governed by, and construed in accordance with, the laws of the State of California (excluding conflict of law rules), including all matters of construction, validity and performance.

J.    Construction with the Plan. The Plan is hereby incorporated fully by reference and is made a part hereof for all purposes. References herein to this Agreement shall refer only to this Agreement and shall not include the Plan unless otherwise indicated. In the event that the Plan and this Agreement are in contradiction, the terms of the Plan shall prevail.

K.    Subject to Bankruptcy Court's Jurisdiction. The Bankruptcy Court shall retain jurisdiction over this Agreement and the Liquidating Trust, the Trust Estate, the Trustees and the Debtors to: (a) ensure that the purposes and intent of the Plan and this Agreement are carried out; (b) issue any and all Orders and to take other actions necessary to the implementation of the Plan and this Agreement, such jurisdiction to include the jurisdiction contemplated by Section 1142 of the Bankruptcy Code; and (c) resolve any disputes regarding the employment or compensation of any officers, employees, professionals, agents or representatives of the Trustees or the Liquidating Trust. All provisions of this Agreement are subject to such continuing jurisdiction of the Bankruptcy Court. The Bankruptcy Court may interpret or enforce this Agreement upon request of a party in interest in accordance with the Bankruptcy Rules.

L.    Integration. The Plan and this Agreement supersede all negotiations concerning their subject matter which preceded or accompanied the execution and delivery of this Agreement. The Plan and this Agreement are intended as a final expression of agreement as to the terms set forth in the Plan and this Agreement and may not be contradicted by evidence of prior agreement or contemporaneous agreement. The Plan and this Agreement are also intended as a complete and exclusive statement of their terms.

///

///

///

///

///

///

///

///

17

IN WITNESS WHEREOF, the parties have executed or have hereunto caused this Agreement to be duly executed, as of the day and year first above written.

**DEBTORS:**

CHORUS LINE CORPORATION
     and
CALIFORNIA FASHIONS, INC.


By:_____
     Steven Hartman, Responsible Individual

**TRUSTEES:**

[Insert name of Trustee]

_____

[Insert name of Trustee]

_____

[insert name of Trustee]

_____

18

# CLAIMS ANALYSIS CHART

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Claims Filed Admin | Claims Filed Prior | Claims Filed Secured | Claims Filed Unsec | Obj.? | Allowed Admin | Allowed Prior | Allowed Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 485 Seventh Ave., LLC | | | $4,914.75 | | | | | | | | | | | $4,914.75 | |
| 4-Star Mills, Inc | | | $10.99 | | | | | | | | | | | $0.00 | waived per settlement of avoidance action |
| A T Systems West | | | $166.39 | | | | | | | | | | | $166.39 | |
| AAA Zipper Supplies | | | $0.00 | | 40 | | | | $16,368.81 | | | | | $16,368.81 | CF |
| AB Creations S.A. | | | $55.30 | | | | | | | | | | | $55.30 | |
| Abaco Customhouse Brokers, Inc | | | $480.00 | | | | | | | | | | | $480.00 | |
| Abasto, Dorys E. | | | $156.78 | | | | | | | | | | | $156.78 | |
| Abasto, Ingrid M. | $2,255.42 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| ABM Enterprises | | | $260.25 | | | | | | | | | | | $260.25 | |
| Abraham New York | | | $118.92 | | | | | | | | | | | $118.92 | |
| Absolute Textiles | | | $101.20 | | | | | | | | | | | $101.20 | |
| Accademia SRL | | | $2,310.00 | | | | | | | | | | | $2,310.00 | |
| Account Funding | | | $2,364.64 | | 122 | | | | $18,075.99 | Y | | | | $18,075.99 | CL |
| Access Temporaries, Inc | | | $578.19 | | 103 | | | | $2,843.46 | Y | | | | $578.19 | |
| Acker & Jablow Fabrics | | | $12,990.84 | | | | | | | Y | | | | $2,843.46 | CL |
| Acosta, Robeliza | $1,343.11 | | | | | | | | | | | $0.00 | | | Acosta Litigation |
| Acosta, Robeliza | $738.46 | | | | | | | | | | | $0.00 | | | |
| Acosta, Robeliza | $2,505.43 | | | | | | | | | | | $0.00 | | | |
| Acuprint, Inc | | | $926.18 | | | | | | | | | | | $926.18 | |
| Adams Press | | | $626.28 | | 39 | | | | $72.46 | | | | | $72.46 | CF |
| Adams Press | | | $626.28 | | 81 | | | | $767.84 | | | | | $767.84 | CL |

Claims_Chart5

EXHIBIT B

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec | Class 2 | |
| ADP Inc | | | $257.00 | | | | | | | | | | | | $0.00 | waived per settlement of avoidance action |
| ADT Security Systems, Inc. | | | $6,054.50 | | | | | | | | | | | | $6,054.50 | |
| ADVoice 1 Zipper | | | $1,596.68 | | 166 | | | | $80,581.69 | Y | | | | | $80,581.69 | CL |
| Advana Business Services Corp. | | $0.00 | | D | | | | | | | | | | | $0.00 | |
| Aguilar, Disney | $348.80 | | | | | | | | | | | $348.80 | | | | |
| AGX Corp. | | | $324.55 | | | | | | | | | | | | $324.55 | |
| Aispuro-Haros, Julian | | | $0.00 | | | | | | | | | | | | $0.00 | |
| Alarcon, Valentin | $194.52 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Alarcon, Valentin | $733.53 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Alexander Laufer & Son Inc | | | $443.52 | | 131 | | | | $443.52 | | | | | | $443.52 | CL |
| Alfa-fi | | | $87.70 | | | | | | | | | | | | $87.70 | |
| Alfonso, Rosa | $1,223.85 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Alfonso, Rosa | $1,459.86 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Alford, Linda Marie | $0.00 | | | | 110 | | $416.00 | | | Y | | $0.00 | | | | |
| Alford, Linda Marie | $181.50 | | | | | | | | | | | $0.00 | | | | |
| Alford, Linda Marie | $223.72 | | | | | | | | | | | $0.00 | | | | |
| Alsa Morov Textile | | | $1,150.05 | | | | | | | | | | | | $1,150.05 | |
| Allied Equipment Rental | | | $5,674.14 | | 20 | | | | $9,351.93 | | | | | | $9,351.93 | Duplicate (20/62) |
| Allied Equipment Rental | | | $5,674.14 | | 62 | | | | $9,351.93 | | | | | | $9,351.93 | Duplicate (20/62) |
| Allied Management Resources | | | $40,694.73 | | | | | | | | | | | | $40,694.73 | |
| Almacenes Dantex, SA | | | $339.00 | | | | | | | | | | | | $339.00 | |

Claims_Chart5

| Creditor | Scheduled Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Allowed Prior | Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alonso, Jose Luis | $188.70 | | | | | | | | | | | $0.00 | | | Acosta Litigation |
| Alonso, Jose Luis | $192.00 | | | | | | | | | | | $0.00 | | | Acosta Litigation |
| Alonso, Jose Luis A. | $0.00 | | | | 249 | | $1,175.00 | | | Y | | $0.00 | | | Acosta Litigation |
| Alchuler Grossman et al | | | $44,481.15 | | | | | | | | | | | $0.00 | waived per settlement of avoidance action |
| Alvarado, Carlos | $0.00 | | | | 218 | | $1,800.00 | | | Y | | $0.00 | | | |
| Alvarado, Carlos | $525.22 | | | | | | | | | | | $0.00 | | | |
| Alvarado, Carlos | $242.25 | | | | | | | | | | | $0.00 | | | |
| Alvarado, Carlos | $538.18 | | | | | | | | | | | $0.00 | | | |
| Alvarez, Jose L. | $1,709.65 | | | | | | | | | | | $0.00 | | | |
| Alvarez, Jose Luis | $948.37 | | | | 19 | | $1,816.00 | | | Y | | $0.00 | | | |
| Alvarez, Jose Luis | $0.00 | | | | 95 | | $3,029.76 | | | Y | | $2,840.87 | | $188.10 | |
| Alvayero, Concep | $1,283.15 | | | | 236 | | $2,042.26 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Alvayero, Concepcion | $541.64 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Alvayero, Concepcion | $243.00 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Amaya, Amilcar | $59.96 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Amaya, Amilcar | $633.86 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Ambau, Pamela | $3,028.84 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Ambeau, Pamela | $972.07 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Ambeau, Pamela M | $518.46 | | | | | | | | | | | $0.00 | | | Acosta Litigation |
| Ambriz, Irma L. | $1,245.48 | | | | 28 | | $2,001.52 | | | | | $2,001.52 | | | Cl... |
| Ambriz, Irma L. | $562.49 | | | | | | | | | | | $0.00 | | | |

Claims_Chart5

| Creditor | Scheduled | | | | | Claims Filed | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/CU | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| American Alarm Systems | | | $2,940.00 | | 80 | | $2,100.00 | | | | | | | | $2,100.00 | CF |
| American Alarm Systems | | | $2,940.00 | | 75 | | $990.00 | | | | | | | | $990.00 | CF |
| American Bankers Ins Co | | | $0.00 | | 134 | | | | $4,252.00 | | | | | | $4,252.00 | Claim No. 135 is disallowed |
| American Bldg Maintenance | | | $28,370.16 | | | | | | | | | | | | | |
| American Bldg Maintenance Co | | | $77,236.64 | | 28 | | | | $77,236.64 | | | | | | $77,236.64 | CF |
| American Button Bfg Co., Inc | | | $3,818.37 | | 70 | | | | $7,679.91 | | | | | | $7,679.91 | |
| American Button Bfg Co., Inc | | | $3,818.37 | | 80 | | | | $11,058.00 | | | | | | $11,058.00 | CL |
| American City Pest Control Inc | | | $390.00 | | | | | | | | | | | | $390.00 | |
| American Consolidation Service | | | $854.38 | | | | | | | | | | | | $854.38 | |
| American Express Travel Related Services | | | $0.00 | | 49 | | | | $5,726.72 | Y | | | | | $5,726.72 | CL |
| American Express Travel Related Services | | | $50,413.54 | D | 50 | | | | $101,792.77 | Y | | | | | $101,792.77 | CL |
| American First Aid & Safey | | | $876.98 | | | | | | | | | | | | $876.98 | |
| American Import Shippers | | | $40.75 | | | | | | | | | | | | $40.75 | |
| American Multi-Cinema Inc | | | $1,809.00 | | | | | | | | | | | | $1,809.00 | |
| American Plant Protection | | $77,236.64 | | | 28 | | | | | Y | | | | | $77,236.64 | |
| Americana Fabrics Inc | | | $68.00 | | | | | | | | | | | | $68.00 | |
| Americo International | | | $5,711.38 | | 109 | | | | $13,287.41 | | | | | | $13,287.41 | |
| Ameripride | | | $1,305.47 | | | | | | | | | | | | $1,305.47 | |
| Amilcar, Anaya | $224.16 | | | | | | | | | | | $224.16 | | | | |
| Amster Rothstein & Ebenstein | | | $13,099.25 | | 57 | | | | $25,572.79 | | | | | | $25,572.79 | |
| Andrade, Louie | $13,390.00 | | | | | | | | | | | $4,650.00 | | | $9,621.35 | |

61

Claims_Chart5

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | DICIU | | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| Andrade, Maribel | $612.87 | | | | | | | | | | | $0.00 | | | Included in claim of Secretary of Labor |
| Andrade, Maribel | $225.40 | | | | | | | | | | | $0.00 | | | Included in claim of Secretary of Labor |
| Andrade, Maribel | $43.08 | | | | | | | | | | | $0.00 | | | Included in claim of Secretary of Labor |
| Andy Gump | | | $55.20 | | | | | | | | | | | $55.20 | |
| Ansley, Marsha | $141.49 | | | | | | | | | | | $0.00 | | | Included in claim of Secretary of Labor |
| Antidel, Lisa | $5,218.21 | | | | | | | | | | | $0.00 | | | Acosta Litigation |
| Antidel, Lisa | $1,384.62 | | | | | | | | | | | $0.00 | | | |
| Antidel, Lisa | $6,683.90 | | | | | | | | | | | $0.00 | | | |
| Antidel, Lisa | $312.00 | | | | | | | | | | | $0.00 | | | |
| AO Textile, Inc. | | | $60,196.55 | | 134 | | | | $60,196.55 | Y | | $0.00 | | $0.00 | Waived per settlement of evidence action |
| Apparel Manufacturers Supply | | $0.00 | | | | | | | | Y | | | | $0.00 | |
| Apparel Movers | | | $4,983.12 | | | | | | | | | | | $4,983.12 | |
| Apparel Transportation Inc. | | | $17,948.60 | | | | | | | | | | | $17,948.60 | |
| Appleby, Cory | $208.53 | | | | 169 | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Applied Consulting Solutions | | | $48,590.20 | | | | | | $42,590.10 | | | | | $48,590.20 | CL |
| Applied Industrial Technologie | | | $232.13 | | 146 | | | | $232.13 | | | | | $232.13 | CL |
| Aquasave | | | $6,067.89 | | | | | | | | | | | $6,067.89 | |
| Aquasave SRL | | | $10,717.92 | | | | | | | | | | | $10,717.92 | |
| Araniva, Dorys F. | $982.93 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Araniva, Dorys F. | $88.40 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Araniva, Dorys F. | $1,071.33 | | | | 35 | | $2,160.00 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |

Claims_Chart5

62

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/CU | Claim # | Admin | Prior | Secured | Unsec | Obj? | Admin | Prior | Secured | Unsec | Class 2 | |
| Arctic | | | $575.00 | | | | | | | | | | | | $575.00 | |
| Arellano, Sandra | $1,426.78 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Arellano, Sandra | $1,519.62 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Arevalo, Celeste | $31.02 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Arevalo, Celeste | $47.82 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Arevalo, Celeste | $486.01 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Argo Electric Supply Co. | | | $1,725.40 | | | | | | | | | | | | $1,725.40 | |
| Ariel Air Co., Inc | | | $350.00 | | | | | | | | | | | | $350.00 | |
| Aristocar & Limousine | | | $904.59 | | | | | | | | | | | | $904.59 | |
| Armored Transport Inc. | | | $642.02 | | | | | | | | | | | | $642.02 | |
| Arreola, Maria | $997.33 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| Arreola, Maria | $435.34 | | | | | | | | | Y | | $0.00 | | | | |
| Arreola, Maria | $1,469.90 | | | | | | | | | Y | | $0.00 | | | | |
| Arrowhead Mtn Spring Water | | | $3,577.42 | | | | | | | | | | | | $3,577.42 | |
| Arthur R Johnson Co., Inc | $7,612.15 | | | | 177 | | | | $7,761.94 | | | | | | $7,761.94 | CL |
| Ariaga, Rosa | $3,865.12 | | | | 139 | | $4,500.00 | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Ariaga, Rosa M | $1,162.66 | | | | 97 | | $4,500.00 | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Ariaga, Rosa M | $2,702.66 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Arzola, Josefina | $430.22 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Asbollah, Marcel | $801.10 | | | | | | | | | Y | | $0.00 | | | | |
| Asbollah, Marcel | $1,538.46 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |

Claims_Chart5

63

| Creditor | Scheduled Secured | Scheduled Prior | Scheduled Unsec | D/C/U | Claim # | Claims Filed Admin | Claims Filed Prior | Claims Filed Secured | Claims Filed Unsec | Obj.? | Allowed Admin | Allowed Prior | Allowed Secured | Allowed Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ashofteh, Marcel | | $3,354.08 | | | | | | | | | | | $0.00 | | |
| Asia Button Group Ltd. | | | $278.69 | | | | | | | Y | | | | $278.69 | |
| Assaltex | | | $23.15 | | | | | | | | | | | $23.15 | |
| Aspo Office Products, Inc. | | | $440.00 | | | | | | | | | | | $440.00 | |
| AT&T Communications | | | $22.90 | | | | | | | | | | | $22.90 | |
| AT&T Universal Card | | | $12,176.83 | | | | | | | | | | | $12,176.83 | |
| Attitude New York Inc | | | $2,144.00 | | | | | | | | | | | $2,144.00 | |
| Aveco Textile, Inc. | | | $69,131.88 | | 83 | | | | $68,772.16 | | | | | $68,772.16 | CF |
| Aveco Textile, Inc. | | | $0.00 | | 117 | | | | $408.32 | | | | | $408.32 | C |
| Avantgarde Textile | | | $3,910.28 | | | | | | | | | | | $3,910.28 | |
| Avery Dennison | | | $594.84 | | | | | | | | | | | $594.84 | |
| Avila, Andy | | $257.12 | | | | | | | | | | $257.12 | | | |
| Avila, Andy | | $464.21 | | | | | | | | | | $464.21 | | | |
| Avila, Andy G. | | $199.50 | | | | | | | | | | $199.50 | | | |
| Avila, Lucy | | $1,469.68 | | | 254 | | $1,280.00 | | | | | | $1,280.00 | | | CL |
| Avila, Maria | | $0.00 | | | 229 | | $4,068.00 | | | Y | | | $0.00 | | | |
| Avila, Maria | | $1,089.72 | | | | | | | | | | $0.00 | | | |
| Avila, Maria | | $568.27 | | | | | | | | | | $0.00 | | | |
| Avila, Maria | | $165.67 | | | | | | | | | | $0.00 | | | |
| Ayala, Cristobal | | $241.75 | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Ayala, Cristobal | | $1,179.02 | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |

64

Claims_Chart5

| Creditor | Scheduled Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj? | Admin | Prior | Secured | Unsec / Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Azza Fabrics Inc |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Bach, Toukia Serine | $95.32 |  | $99.58 |  |  |  |  |  |  |  |  | $95.32 |  | $99.58 |  |
| Backflow Prevention |  |  | $2,002.17 |  |  |  |  |  |  |  |  |  |  | $2,002.17 |  |
| Bahamas, Naine | $824.70 |  |  |  |  |  |  |  |  | Y |  | $0.00 |  |  |  |
| Bahamas, Naine | $769.23 |  |  |  |  |  |  |  |  | Y |  | $0.00 |  |  |  |
| Bahamas, Naine | $1,923.22 |  |  |  |  |  |  |  |  | Y |  | $0.00 |  |  | Acosta Litigation |
| Baja Collection of USA Inc |  |  | $56.40 |  |  |  |  |  |  |  |  |  |  | $56.40 |  |
| Baker, Giles | $2,080.73 |  |  |  |  |  |  |  |  | Y |  | $0.00 |  |  | Acosta Litigation |
| Baker, Giles | $1,538.46 |  |  |  |  |  |  |  |  | Y |  | $0.00 |  |  |  |
| Baker, Giles | $2,887.61 |  |  |  |  |  |  |  |  | Y |  | $0.00 |  |  |  |
| Ballard, Stephanie | $413.00 |  |  |  |  |  |  |  |  | Y |  | $0.00 |  |  |  |
| Ballard, Stephanie | $650.24 |  |  |  | 103 |  | $1,200.00 |  |  | Y |  | $1,200.00 |  |  | CF |
| Ballard, Stephen | $276.93 |  |  |  |  |  |  |  |  |  |  | $0.00 |  |  |  |
| Banc of America Comm/Corp |  |  | $94.10 |  |  |  |  |  |  |  |  |  |  | $0.00 | Waived per settlement of avoidance action |
| Banner Buttons Co., Inc. |  |  | $2,355.35 |  |  |  |  |  |  |  |  |  |  | $2,355.35 |  |
| Barbara Fields Buying Ofc. Inc |  |  | $6,125.74 |  |  |  |  |  |  |  |  |  |  | $6,125.74 |  |
| Barenfeld, George |  |  | $800.00 |  |  |  |  |  |  |  |  |  |  | $800.00 |  |
| Barnes, Mary | $3,195.25 |  |  |  |  |  |  |  |  | Y |  | $0.00 |  |  |  |
| Barnes, Mary | $244.25 |  |  |  |  |  |  |  |  | Y |  | $0.00 |  |  | Acosta Litigation |
| Basic Textile |  |  | $42.75 |  |  |  |  |  |  |  |  |  |  | $42.75 |  |
| Bautista, Douglas | $392.84 |  |  |  |  |  |  |  |  |  |  | $392.84 |  |  |  |

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec | Class 2 | |
| Bautista, Dougla | $2,196.00 | | | | | | | | | | | $2,196.00 | | | | |
| Bautista, Douglas | $908.62 | | | | | | | | | | | $908.62 | | | | |
| Bax Global | | | $7,886.93 | | | | | | | | | | | $7,886.93 | | |
| Beacom | | | $196.38 | | | | | | | | | | | $196.38 | | |
| Bear-Stern Company | | | $69.10 | | | | | | | | | | | $69.10 | | |
| Beer, Regina | $45.50 | | | | | | | | | | | $45.50 | | | | |
| Benavidez, Angel | $43.20 | | | | | | | | | | | $43.20 | | | | |
| Benavidez, Angela | $553.85 | | | | | | | | | | | $553.85 | | | | |
| Benavidez, Angela | $587.96 | | | | | | | | | | | $587.96 | | | | |
| Benavidez, Jose | $3,019.54 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| Benavidez, Jose Luis | $1,048.24 | | | | | | | | | Y | | $0.00 | | | | |
| Benton, Ann | $235.00 | | | | | | | | | | | $0.00 | | | | Acosta Litigation |
| Benton, Anna | $2,973.35 | | | | | | | | | | | $0.00 | | | | |
| Bennion, Anne Mc Rae | $0.00 | | | | | | | | | Y | | $0.00 | | | | |
| Bennion, Anne McRae | $1,512.74 | | | | | | | | | Y | | $0.00 | | | | |
| Bennion, Anne McRae | $1,153.85 | | | | | | | | | Y | | $0.00 | | | | |
| Bernadez, Ishmae | $20.77 | | | | | | | | | | | $20.77 | | | | |
| Bernadez, Ishmael | $463.11 | | | | | | | | | | | $463.11 | | | | |
| Bernandez, Ishmael | $118.47 | | | | | | | | | | | $118.47 | | | | |
| Bernon, Gumerci | $624.61 | | | | 53 | | $1,476.16 | | | Y | | $0.00 | | | | Included in Claim of Secretary of Labor |
| Bernion, Gumecindo | $216.00 | | | | | | | | | Y | | $0.00 | | | | Included in Claim of Secretary of Labor |

Claims_Chart5

| Creditor | Scheduled Prior | Secured | Unsec | D/C/U | Claim # | Claims Filed Admin | Prior | Secured | Unsec | Obj.? | Admin | Allowed Prior | Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bernos, Gumercindo | $436.90 | | | | | | | | | | | | | | Included in Claim of Secretary of Labor |
| Bertelson, Deanne | $3,587.55 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Bertelson, Deanne K. | $3,035.02 | | | | | | | | | Y | | $0.00 | | | |
| Bertelson, Deanne K. | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| Betancourt, Martin | $769.23 | | $955.42 | | | | | | | | | $0.00 | | | |
| Betancourt, Martin | $0.00 | | | | 93 | | $2,120.00 | | | Y | | $0.00 | | | Cl |
| Betancourt, Martin | $0.00 | | | | 221 | | $2,120.00 | | | Y | | $0.00 | | | |
| Betancourt, Martin | $3,035.02 | | | | | | | | | | | $0.00 | | | |
| Betancourt, Martin | $675.27 | | | | | | | | | | | $0.00 | | | |
| Betancourt, Martin | $262.43 | | | | | | | | | | | $0.00 | | | |
| BFI Medical Waste Systems | | | $100.16 | | | | | | | | | | | $100.16 | |
| Bicera, Helena | $472.50 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Bicera, Helena | $2,138.73 | | | | | | | | | Y | | $0.00 | | | |
| Bicera, Helena F | $935.93 | | | | | | | | | Y | | $0.00 | | | |
| Bilodau, Nelia | $47.33 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Bilodau, Nelia | $535.50 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Bilodau, Nelia | $923.62 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Binenbaum, Barbara | $2,531.84 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Binenbaum, Barbara | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| Binenbaum, Barbara | $4,987.71 | | | | | | | | | Y | | $0.00 | | | |
| Binenbaum, Barbara | $510.40 | | | | | | | | | Y | | $0.00 | | | |

67

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj? | Admin | Prior | Secured | Unsec | Class 2 | |
| Birnenbaum, Barbara | $16.57 | | | | | | | | | | | | | | | |
| Boys Plan Service Inc | | | $4,335.80 | | | | | | | | | | $0.00 | | $4,335.80 | |
| Bloomingdales By Mail | | | $266.40 | | | | | | | | | | | | $266.40 | |
| Bloomburg Mills, Inc. | | | $43,106.89 | | | | | | | | | | | | $43,106.89 | |
| Bloomburg Mills, Inc. | | | $3,106.89 | | | | | | | | | | | | $3,106.89 | |
| Blue International Group | | | $105.80 | | | | | | | | | | | | $105.80 | |
| Blue Shield of CA | | | $43,319.87 | | | | | | | | | | | | $43,319.87 | |
| Boice, Huicha | $536.54 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Boice, Huicha | $275.16 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Boice, Huicha | $874.20 | | | | 41 | | $1,981.70 | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Bojorquez, Antonio | $1,177.10 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| Bojorquez, Antonio | $356.57 | | | | | | | | | Y | | $0.00 | | | | |
| Bojorquez, Antonio | $727.15 | | | | | | | | | Y | | $0.00 | | | | |
| Bonia Fabrics of CA | | | $57.90 | | | | | | | | | | | | $57.90 | |
| Bontos, Gaby | $346.54 | | | | | | | | | | | $346.54 | | | | |
| Brandt, Pamela | $3,847.92 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| Brandt, Pamela K. | $1,883.99 | | | | | | | | | Y | | $0.00 | | | | |
| Bravin Management | | | $0.00 | | 183 | | | | $8,606.32 | | | | | | $8,606.32 | CF |
| Bravin Management | | | $0.00 | | 184 | | | | $45,261.60 | | | | | | $45,261.60 | CF - Should be $14,688.01 |
| Bergman & Associates | | | $500.00 | | 26 | | | | $500.00 | | | | | | $500.00 | CF |
| Brickey, Ursula | $641.25 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |

Claims_Chart5

| Creditor | Scheduled | | | | | Claims Filed | | | | | Allowed | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/CU | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec | Class 2 | |
| Brickey, Ursula | $220.50 | | | | | | | | | Y | | $0.00 | | | | |
| Drnak, Pamela | $1,307.69 | | | | | | | | | | | $1,307.69 | | | | |
| Brochu, Nancy | $290.40 | | | | | | | | | | | $290.49 | | | * | |
| Brochu, Nancy R. | $227.54 | | | | | | | | | | | $227.54 | | | | |
| Brosius, Gerry Ann | $304.58 | | | | | | | | | | | $304.58 | | | | |
| Brosius, Gerry Ann | $481.51 | | | | | | | | | | | $481.51 | | | | |
| Brown, Jennifer Lee | $360.00 | | | | | | | | | | | $360.00 | | | | |
| Brown, Jennifer Lee | $637.55 | | | | | | | | | | | $637.55 | | | | |
| Brodeo, Alan G. | $2,434.53 | | | | 32 | | $8,653.85 | | | Y | | $0.00 | | | | Acosta Litigation |
| Brodeo, Alan G. | $133.10 | | | | | | | | | Y | | $0.00 | | | | |
| Brangart, Marie | $206.00 | | | | 91 | | $442.75 | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| BSI | | | $20,218.39 | | | | | | | | | | | | $20,218.39 | |
| Burlington Industries, Inc. | | | $0.00 | | 39 | | $8,245.96 | | | Y | | | | | $0.00 | Duplicate - Cl |
| Burlington Industries, Inc. | | | | | 2 | | $8,245.96 | | | Y | | | | | $8,245.96 | Duplicate - Cl |
| Burlington Klopman Fabrics | | | $789.86 | | | | | | | | | | | | $789.86 | |
| Business & Legal Reports, Inc | | | $320.08 | | | | | | | | | | | | $320.08 | |
| Bussey, Judy | $1,700.83 | | | | 12 | | $2,847.10 | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Bussey, Judy A | $1,373.41 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| C Air International | | | $3,072.11 | | | | | | | | | | | | $0.00 | waived per settlement of avoidance action |
| C&J Lift Truck Inc | | | $3,001.10 | | 198 | | | | $3,001.10 | | | | | | $3,001.10 | |
| C&T Flush Inc | | | $2,765.84 | | | | | | | | | | | | $2,765.84 | Cl |

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | DI/CU | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec | Class 2 | |
| Cable & Wireless Communication | | | $19,734.25 | | | | | | | | | | | | $19,734.25 | |
| Cabrera, Juan | $327.99 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Calderon, Ceaser | $752.64 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Calderon, Cesar | $288.84 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Calderon, Cesar | $1,566.00 | | | | 63 | | $1,914.00 | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Calendar Textile, Inc. | | | $14,280.20 | | | | | | | | | | | | $14,280.20 | |
| California Chamber of Commerce | | | $1,553.87 | | | | | | | | | | | | $1,553.87 | |
| California Label Products | | | $54.52 | | 113 | | | | 2,475.93 | | | | | | 2,475.93 | CF |
| California Label Products | | | $0.00 | | 147 | | | | $14,512.12 | | | | | | $14,512.12 | CL |
| California Supply | | | $42,859.97 | | 86 | | | | $42,859.97 | | | | | $0.00 | | waived per settlement of avoidance action |
| California Supply | | | $0.00 | | 119 | | | | $6,146.38 | | | | | $0.00 | | waived per settlement of avoidance action |
| California Water Service | | | $109.51 | | | | | | | | | | | | $109.51 | |
| Calleros, Mario | $450.80 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| Calleros, Mario | $1,744.06 | | | | | | | | | Y | | $0.00 | | | | |
| Cal-Lift, Inc | | | $0.00 | | 144 | | | | $250.00 | | | | | | $250.00 | CL |
| Cal-Star Textile Inc | | | $53.75 | | | | | | | | | | | | $53.75 | |
| Calvert, John | $1,462.07 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| Calvert, John | $3,801.81 | | | | | | | | | Y | | $0.00 | | | | |
| Camacho, Joanna | $865.83 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| Camacho, Joanna | $409.50 | | | | | | | | | Y | | $0.00 | | | | |
| Camacho, Joanna | $964.09 | | | | | | | | | Y | | $0.00 | | | | |

Claims_Chart5

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Claims Filed Admin | Prior | Secured | Unsec | Obj.? | Allowed Admin | Prior | Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Camino, Jacklin | $1,220.44 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Camino, Jackeline | $759.05 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Campbell, John | $12,465.73 | | | | | | | | | | | $4,650.00 | | $7,815.73 | objection - exceeds statutory limit |
| Canada Life | | | $3,472.34 | | | | | | | | | | | $3,472.34 | |
| Century Row Associates | | | $104.00 | | | | | | | | | | | $104.00 | |
| Canon Financial Services, Inc. | | $0.00 | | | | | | | | | | | $0.00 | | |
| Canon Financial Services, Inc. | | | $395.00 | | | | | | | | | | | $395.00 | |
| Canon Financial Service | | | $19,441.70 | | | | | | | | | | | $19,441.70 | |
| Cantex | | | $31.00 | | | | | | | | | | | $31.00 | |
| Casili, Juvena L. | | | $0.00 | | 18 | | $3,700.00 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Casili, Juvenal | $723.08 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Casili, Juvenal | $1,493.95 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Casili, Juvenal | $210.26 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Capello & McCann | | | | | 261 | $55,486.44 | | | | | $0.00 | | | | |
| Capello & McCann | | | $66,409.85 | | 251 | | $80,927.84 | | $328,896.01 | | | | | $465,309.00 | |
| Capito, Elena G | $915.97 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Capito, Elena G | $1,147.55 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Capital Factors, Inc. | | | $8,610.07 | | | | | | | | | | | $8,610.07 | |
| Capital Guardian Trust | | | $13,606.46 | | | | | | | | | | | $13,606.46 | |
| Caravan Ltd | | | $1,970.80 | | | | | | | | | | | $1,970.80 | |
| Caravan Textile | | | $222,210.60 | | | | | | | | | | | $222,210.60 | |

Claims_Chart5

71

| Creditor | Scheduled Prior | Secured | Unsec | D/C/U | Claims Filed Claim # | Admin | Prior | Secured | Unsec | Obj? | Allowed Admin | Prior | Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cardenas, Maria | $33.86 | | | | 20 | | $1,512.00 | | | Y | | $0.00 | | | Acosta Litigation |
| Cardenas, Maria C. | $1,411.05 | | | | | | | | | Y | | $0.00 | | | |
| Carlsmith Ball SC | | | $7,078.16 | | | | | | | | | | | $7,078.16 | |
| Carre Mills, Inc | | | $126,795.95 | | | | | | | | | | | $126,795.95 | |
| Carrie, Sandra | $485.55 | | | | | | | | | | | $0.00 | | | |
| Carrie, Sandra | $1,820.80 | | | | | | | | | | | $0.00 | | | |
| Carrie, Sandra | $694.60 | | | | 85 | | $764.00 | | | | | $764.00 | | | |
| Carrie, Sandra M. | $156.66 | | | | | | | | | | | $156.66 | | | CL |
| Castaneda, John | $5,600.00 | | | | | | | | | | | $4,650.00 | | $950.00 | objection - exceeds statutory limit |
| Castillejo, Rita | $568.52 | | | | | | | | | | | $568.52 | | | |
| Castillejo, Rita | $839.22 | | | | | | | | | | | $839.22 | | | |
| Castillejo, Rita | $1,014.45 | | | | | | | | | | | $1,014.45 | | | |
| Cavert, John | $769.23 | | | | | | | | | | | $769.23 | | | |
| CDP Textiles Limited | | | $347.00 | | | | | | | | | | | $347.00 | |
| CE Suit NY Inc /Fab Plaza Inc | | | $837.21 | | | | | | | | | | | $837.21 | |
| Chain & Associates Inc. | | | $11,700.00 | | | | | | | | | | | $13,700.00 | |
| Chaloyphian, Malee | $922.11 | | | | | | | | | Y | | $0.00 | | | Included in Claim of Secretary of Labor |
| Chaloyphian, Malee | $1,923.51 | | | | 108 | | $2,527.23 | | | Y | | $0.00 | | | Included in Claim of Secretary of Labor |
| Chaloyphian, Malee | $1,001.40 | | | | 67 | | $2,527.23 | | | Y | | $0.00 | | | Included in Claim of Secretary of Labor |
| Chan, Lai P | $1,939.76 | | | | | | | | | | | $0.00 | | | |
| Chan, Lai P | $1,107.67 | | | | 89 | | $10,216.72 | | | Y | | $4,650.00 | | $5,166.72 | Duplicate |

Claims_Chart5

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| Chan, Lai P | $5,581.28 | | | | 59 | | $10,216.72 | | | | | | | | |
| Charge 7 ride, Inc. | | | $4,521.20 | | | | | | | | | $0.00 | | $4,521.20 | |
| Chary, Ram C | $6,800.00 | | | | | | | | | | | $4,650.00 | | $2,150.00 | objection - exceeds statutory limit |
| Chau, Trinh | $430.77 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Chau, Trinh | $846.12 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Chau, Trinh K | $802.31 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Chau, Trinh K | $0.00 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Chem Pro Inc | | | $1,232.21 | | 82 | | | | $1,232.21 | | | | | $1,232.21 | Cl |
| Chemim International Co., Ltd | | | $476.98 | | | | | | | | | | | $476.98 | |
| Chen, Chin-Lien | $2,426.94 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Chen, Chin-Lien | $3,003.31 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Cheng, Becky | $413.88 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Cheng, Becky | $728.56 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Cheng, Becky | $1,075.48 | | | | 29 | | $2,764.58 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Charelli, Carol | $62.00 | | | | | | | | | | | $62.00 | | | |
| Charelli, Carol | $321.15 | | | | | | | | | | | $321.15 | | | |
| Chief Fire Protection | | | $831.54 | | | | | | | | | | | $831.54 | |
| Chiu, Sumei | $416.2) | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Chiu, Sumei | $637.77 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Chiu, Sumei | $787.78 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Cho, Sook Ja | $249.44 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |

Claims_Chart5

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Claims Filed Admin | Claims Filed Prior | Claims Filed Secured | Claims Filed Unsec | Obj.? | Allowed Admin | Allowed Prior | Allowed Secured | Allowed Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cho, Sook Ja | 441.45 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Cho, Sook Ja | 1,093.38 | | | | 111 | | 2,524.20 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor  CL |
| Choice Point | | | 507.50 | | 187 | | | | 507.50 | | | | | 507.50 | |
| Choo, Linda Y | 2,531.42 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Choo, Linda Y | 2,755.44 | | | | 212 | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor  CL |
| Chromate Industrial Corp | | | 66.69 | | | | | | 66.69 | | | | | 66.69 | |
| Chunpyeming Knitting Factory | | | 26.12 | | | | | | | | | | | 26.12 | |
| Cinergy textiles, Inc | | | 6,222.00 | | 204 | | | | 6,168.00 | Y | | | | | CL |
| Cineprgrana, Lyn | 964.64 | | | | | | | | | Y | | $0.00 | | | Included in Claim of Secretary of Labor |
| Cineprgrana, Lyn | 1,205.42 | | | | 64 | | 4,300.00 | | | Y | | $0.00 | | 1,850.40 | Included in Claim of Secretary of Labor  CL |
| Citibank Gold AAdvantage | | | | | | | | | | | | | | 867.05 | |
| Citicorp Del Lease, Inc | | $0.00 | | D | | | | | | Y | | | $0.00 | | |
| City Fashion Express Inc | | | 1,819.79 | | | | | | | | | | | 1,819.79 | |
| Cny Garment Carriers, Inc | | | 357.50 | | | | | | | | | | | 357.50 | |
| City of Commerce Flowers | | | 59.54 | | | | | | | | | | | 59.54 | |
| City of Los Angeles | | | $0.00 | D | 130 | | 70,957.93 | | | | | 70,957.93 | | | Duplicate - taxes |
| City of Los Angeles | | | $0.00 | D | 131 | | 70,957.93 | | | | | $0.00 | | | Duplicate - taxes |
| City of Los Angeles Municipal | | | 30,959.39 | | 128 | 28,866.06 | | | | | 28,866.06 | | | | objection - no basis for tax |
| City of Los Angeles Municipal | | | 30,959.39 | | 189 | 11,762.96 | | | | | 11,762.96 | | | | objection - no basis for tax |
| City of New York Fire Dept | | | 1,680.00 | | | | | | | | | | | 1,680.00 | |
| City of Vernon Water & Power | | | | | 60 | | | | 30,550.66 | | | | | 30,550.66 | CL |
| | | | 15,902.64 | | | | | | 30,550.66 | | | | | 30,550.66 | |

74

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec | Class 2 | Comments |
| Skypoint | | | $54.90 | | | | | | | | | | | | $54.90 | |
| Telement Communications, Inc | | | $164.06 | | | | | | | | | | | | | CL |
| Flint, Laurie | | | | | 67 | | | | $56.79 | $56.79 | | | | | $56.79 | |
| Coast Pad & Tim | $1,255.18 | | | | | | | | | | | $1,255.18 | | | | |
| Coast to Coast | | | $683.55 | | | | | | | | | | | | $683.55 | |
| Wolfee Distributing | | | $410.00 | | | | | | | | | | | | $410.00 | |
| Cohen, Jerry | $1,632.07 | | | | 74 | | | | $1,607.57 | | | | | | $1,607.57 | CL |
| Collier, Tasha | $1,500.00 | | | | | | | | | | | $1,500.00 | | | | |
| Collier, Tasha | $673.90 | | | | | | | | | | | $673.90 | | | | |
| Collier, Tasha | $900.56 | | | | | | | | | | | $900.56 | | | | |
| Collins, Elizabeth | $2,256.83 | | | | 57 | | $12,066.94 | | | | | $4,650.00 | | | $7,416.94 | objection - exceeds statutory limit |
| Collins, Elizabeth | $1,832.96 | | | | | | | | | | | $0.00 | | | | |
| Collins, Elizabeth | $692.31 | | | | | | | | | | | $0.00 | | | | |
| Colorways Inc | | | $92.00 | | | | | | | | | | | | $92.00 | |
| Combustion Controls | | | $220.00 | | | | | | | | | | | | $220.00 | |
| Commissioner of Patents | | | $300.00 | | | | | | | | | | | | $300.00 | |
| Compuserve Incorporated | | | $1,192.35 | | | | | | | | | | | | $1,192.35 | |
| Computer Forensics Inc | | | $250.00 | | | | | | | | | | | | $250.00 | |
| ComServCo, Inc | | | $22.24 | | | | | | | | | | | | $22.24 | |
| Concord Fabrics, Inc | | | $303.11 | | 174 | | | | $665.51 | | | | | | $665.51 | CL |
| Conex Industries | | | $187.50 | | | | | | | | | | | | $187.50 | |
| Consolidated Services Rapidway | | | $3,613.22 | | | | | | | | | | | | $3,613.22 | |

75

Claims_Chart5

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Filed Admin | Filed Prior | Filed Secured | Filed Unsec | Obj? | Allowed Admin | Allowed Prior | Allowed Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Smollers Inc | | | $16.45 | | | | | | | | | | | $16.45 | |
| Continental Business Credit | | | $2,805.00 | | | | | | | | | | | $2,805.00 | |
| Continental Lighting Corp | | | $1,392.70 | | 115 | | | | $1,136.64 | | | | | | CL |
| Continous Forms Control, Inc | | | $535.84 | | | | | | | | | | | $535.84 | |
| Contreras, Claud | $186.55 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Contreras, Claudia | $453.60 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Contreras, Claudia L | $731.91 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Core Textile | | | | | | | | | | | | | | | |
| Corpos, Lady | $2,250.28 | | $1,991.20 | | | | | | | Y | | $0.00 | | $1,991.20 | Acosta Litigation |
| Corpos, Lady Daffodi | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| Corpos, Lady Daffodi | $1,140.88 | | | | | | | | | Y | | $0.00 | | | |
| Corpos, Lady Daffodi | $646.16 | | | | | | | | | Y | | $0.00 | | | |
| Cosmo Textile, Inc | | | $42,019.97 | | | | | | | | | | | $42,019.97 | |
| Cowles, Deanna M | $0.00 | | | | | | | | | | | $0.00 | | | |
| Craft Resources | | | $818.75 | | 66 | | $4,499.44 | | | | | | | | $818.75 | |
| Crandall, Lucind | $433.84 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Crandall, Lucinda | $438.46 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Crandall, Lucinda | $514.97 | | | | 104 | | $4,499.44 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Crandall, Lucinda | $551.11 | | | | 92 | | | | | Y | | $0.00 | | $1,154.35 | Included in claim of Secretary of Labor |
| Cranston Print Works/Classics | | | $1,857.75 | | | | | | $2,033.55 | | | | | $2,033.55 | |
| Creations Robert Vernet | | | $2,000.00 | | | | | | | | | | | $2,000.00 | CL |

76

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | | |
| Credit Managers Association | | | | $180.00 | | | | | | | | | | $180.00 | $180.00 |
| Crespo, Sofia T | $289.59 | | | | | | | | | | | | | | |
| Crown Lift Trucks | | | $1,921.30 | $1,921.30 | 181 | | | | $1,921.30 | Y | | $0.00 | | $1,921.30 | CL |
| Cruz, Maricela | | $0.00 | | | 226 | | $3,345.44 | | | Y | | $0.00 | | | |
| Cruz, Maricela | $474.52 | | | | | | | | | | | | | | |
| Cruz, Maricela | $810.29 | | | | | | | | | | | $0.00 | | | |
| Cruz, Maricela | $1,054.76 | | | | | | | | | | | $0.00 | | | |
| CT Corporation Systems | | | $187.00 | $187.00 | | | | | | | | | | $187.00 | |
| C.Tinde | | | $0.00 | $0.00 | 230 | | | | $6,596.30 | Y | | $0.00 | | $6,596.30 | CF |
| Cuevas, Eduardo | $496.14 | | | | | | | | | | | | | | Included in claim of Secretary of Labor |
| Cuevas, Eduardo D | $1,056.23 | | | | 132 | | $1,382.72 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Custom Air Trucking | | | $79.14 | $79.14 | | | | | | | | | | $79.14 | |
| Dagin Chemical USA Inc | | | $67.50 | $67.50 | | | | | | | | | | $67.50 | |
| Dain Trading Co., Ltd | | | $6,495.30 | $6,495.30 | | | | | | | | | | $6,495.30 | |
| Dalton, Paula | | | $486.69 | $486.69 | | | | | | | | | | $486.69 | |
| Damask Fabrics Inc | | | $157.00 | $157.00 | | | | | | | | | | $157.00 | |
| Darvo/Hertz Textiles | | | $16,900.84 | $16,900.84 | 75 | | | | $16,900.84 | | | | | $16,900.84 | |
| Datawatch Corporation | | | $546.59 | $546.59 | 172 | | | | $546.59 | | | | | $546.59 | CL |
| Davis, Anthea | $2,700.00 | | | | 129 | | $2,700.00 | | | Y | | $0.00 | | | CL |
| DC Design Collection | | | $292.50 | $292.50 | | | | | | | | | | $292.50 | |
| De John, Angela | $417.25 | | | | 141 | | no amount | | | Y | | $0.00 | | | |

77

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj? | Admin | Prior | Secured | Unsec | Class 2 | |
| De Lage Landen Financial Services, Inc. | | | | | 260 | | | | $20,143.65 | Y | | | | | $0.00 | |
| De Luna, Epifania | $203.13 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| De Luna, Epifania | $383.63 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| De Marco California Fabrics | | | $694.97 | | | | | | | | | | | | $694.97 | |
| Del Toro, Jorge | $539.35 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| Del Toro, Jorge | $1,145.56 | | | | | | | | | Y | | $0.00 | | | | |
| Del Toro, Jorge | $2,241.64 | | | | | | | | | Y | | $0.00 | | | | |
| Delaware Secretary of State | | | $164.20 | | | | | | | | | | | | $164.20 | |
| Delgado, Esperan | $118.78 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Delgado, Esperanza | $176.40 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Delgado, Esperanza | $513.91 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Delgado, Jesus | $267.10 | | | | | | | | | | | $267.10 | | | | |
| Delgado, Jesus | $726.97 | | | | | | | | | | | $726.97 | | | | |
| Delgado, Jesus | $799.06 | | | | | | | | | | | $799.06 | | | | |
| Delgado, Rosalia | $1,053.09 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| Delgado, Rosalia | $551.85 | | | | | | | | | Y | | $0.00 | | | | |
| Delgado, Rosalia | $1,294.22 | | | | | | | | | Y | | $0.00 | | | | |
| Dell Receivables LP | | | $9,133.07 | | | | | | | | | | | | $9,133.07 | |
| Deloitte 7 Touche | | | $208,699.72 | | | | | | | | | | | | $208,699.72 | |
| Denmozs Sales, Inc. | | | $203.43 | | | | | | | | | | | | $203.43 | |
| Deringer | | | $75.82 | | | | | | | | | | | | $75.82 | |

78

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | Obj ? | Admin | Prior | Secured | Unsec Class 2 | |
| Design Collection | | | $522,122.44 | | | | | | | | | | | $522,122.44 | |
| Design Printaples | | | $1,071.68 | | | | | | | | | | | $1,071.68 | |
| Design Source Int'l, Inc | | | $705.25 | | | | | | | | | | | $705.25 | |
| Dewoody, Deborah | $0.00 | | | | | | | | | | | $0.00 | | | |
| Dewyze, Desiree | $1,347.37 | | | | | | | | | Y | | $0.00 | | | |
| Dewyze, Desiree | $754.44 | | | | | | | | | Y | | $0.00 | | | |
| DHL Airways | | | $210.00 | | | | | | | | | | | $0.00 | waived per settlement of avoidance action |
| Diamond Crown Co., Inc | | | $161.93 | | | | | | | | | | | $161.93 | |
| Diana K Carey, Chap 7 Trustee | | | $0.00 | | | | | | | | | | | $0.00 | |
| Diaz, Jose  279 | $0.00 | | | | 203 | | | | $17,051.00 | | | | | | CF |
| Diaz, David | $203.45 | | | | | | | | | | | $203.45 | | | |
| Diaz, David | $1,441.8 | | | | | | | | | | | $1,441.8 | | | |
| Diaz, Guadalupe | $0.00 | | | | | | | | | | | $0.00 | | | |
| Diaz, Monica | $1,418.05 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Diaz, Monica | $1,838.08 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Dillard Dept. Store | | | $0.00 | | 246 | | | | $4,140,576.95 | | | | | $4,140,576.95 | CF |
| Dillu | | | $244.00 | | | | | | | | | | | $244.00 | |
| Distribution By Air, Inc | | | $57,116.13 | | 11 | | | | $155,046.19 | Y | | | | $155,046.39 | CF |
| Distribusion By Air, Inc | | | $57,116.13 | | 65 | | | | $650.16 | | | | | $650.16 | CL |
| DMC Prints, Inc | | | $784.19 | | | | | | | | | | | $784.19 | |
| DMV Renewal | | | $209.00 | | | | | | | | | | | $209.00 | |

Claims_Chart5

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Allowed Admin | Allowed Prior | Allowed Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DNA&E Walter & Co | | | | | | | | | | | | | | | |
| Dodds, Virginia | | | $82,656.00 | | | | | | | | | | | $82,656.00 | Acosta Litigation |
| Dodds, Virginia R | | | $2,756.61 | | | | | | | | | | | | |
| Dodds, Virginia R | $931.66 | | | | | | | | | Y | | | $0.00 | | |
| Dodds, Virginia R | $643.25 | | | | | | | | | Y | | | $0.00 | | |
| Dominkowitz, Katie | $117.11 | | | | 164 | | $150.00 | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Doc-Line Transportation | | | $1,224.73 | | 46 | | | | $1,224.73 | | | | | $1,224.73 | CF |
| Doug Volk Services | | | $296.98 | | | | | | | | | | | $296.98 | |
| Downs Coulter Export Limited | | | $744.20 | | | | | | | | | | | $744.20 | |
| Downtown Trucking | | | $209.39 | | | | | | | | | | | $209.39 | |
| Tgo, Arlene | $99.58 | | | | | | | | | | | $99.58 | | | |
| Dray, Arlene | $792.81 | | | | | | | | | | | $792.81 | | | |
| Dray, Arlene | $2,483.24 | | | | | | | | | | | $2,483.24 | | | |
| Dray, Arlene | | | $1,057.49 | | | | | | | | | | | $1,057.49 | |
| Desmond Mail Delivery | | | $384.76 | | | | | | | | | | | $384.76 | |
| Drivers License Guide Company | | | $26.75 | | | | | | | | | | | $26.75 | |
| DSD Trucking, Inc | | | $12,847.22 | | 38 | | | | $15,067.98 | | | | | $15,067.98 | |
| DT & Company | | | $605.42 | | | | | | | | | | | $605.42 | |
| Duarte, Berta A. | $248.20 | | | | | | | | | | | $248.20 | | | |
| Duarte, Berta A. | $949.94 | | | | | | | | | | | $949.94 | | | |
| Dubon, Marie | $1,106.94 | | | | 137 | | $1,440.00 | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Dubon, Marie | $0.00 | | | | 9 | | $1,440.00 | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |

Claims_Chart5

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | Obj.? | Allowed | | | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | | Admin | Prior | Secured | | |
| Dorr Textiles, Inc. | | | $337.05 | | | | | | | | | | | $337.05 | |
| Dak Young Co., Ltd | | | $2,140.20 | | | | | | | | | | | $2,140.20 | |
| Duncan, Hilda | $636.88 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Duncan, Hilda | $1,403.18 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Duncan, Hilda | $3,202.20 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Duncan, Nancy J | $962.07 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Duncan, Nancy J | $3,865.72 | | | | 202 | | $5,769.24 | | | Y | | $0.00 | | $1,119.24 | Included in claim of Secretary of Labor |
| Duvall, Giorgi | $7,391.93 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Duvall, Giorgi | $3,461.54 | | | | | | | | | Y | | $0.00 | | | |
| Duvall, Giorgi | $12,116.03 | | | | | | | | | Y | | $0.00 | | | |
| Duvall, Giorgi | $88.15 | | | | | | | | | Y | | $0.00 | | | |
| E J Harrison & Sons, Inc | | | $208.98 | | | | | | | | | | | $208.98 | |
| Eagle Fabrics | | | $1,348.50 | | | | | | | | | | | $1,348.50 | |
| Eagle Protection of California | | | $70.00 | | | | | | | | | | | $70.00 | |
| Eagleeoa | | | $61.80 | | | | | | | | | | | $61.80 | |
| Eanton Industries Ltd | | | $208.45 | | | | | | | | | | | $208.45 | |
| Echo Textiles | | | $123.40 | | | | | | | | | | | $123.40 | |
| Feorx | | | $4,113.16 | | | | | | | | | | | $4,113.16 | |
| EDKN Textiles, Inc | | | $23.85 | | | | | | | | | | | $23.85 | |
| Educational Foundation for the | | | $5,000.00 | | | | | | | | | | | $5,000.00 | |
| El Cannon Resources, Ltd | | | $4,250.00 | | | | | | | | | | | $4,250.00 | |

| Creditor | Scheduled Prior | Secured | Unsec | D/C/U | Claim # | Claims Filed Admin | Prior | Secured | Unsec | Obj.? | Allowed Admin | Prior | Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elegant Textile | | | $64,683.00 | | | | | | | | | | | $64,683.00 | |
| Element K Journals | | | $99.00 | | | | | | | | | | | $99.00 | |
| Elite Garments Mfg. Ltd | | | $416.91 | | | | | | | | | | | $416.91 | |
| Ellen Sideri Partner | | | $8,458.65 | | | | | | | | | | | $8,458.65 | |
| Emday Inc | | | $423,185.36 | | 51 | | | | $423,185.36 | | | | | $0.00 | Duplicate |
| Emday Inc | | | $252.10 | | 87 | | | | $423,185.36 | Y | | | | $423,185.36 | Stipulated |
| Emday Inc | | | $221,859.00 | | 231 | | | | $298,454.42 | | | | | $0.00 | CL |
| Emday Inc | | | $221,858.00 | | 232 | | | | $116,704.53 | | | | | $0.00 | CL |
| Emerald Air Freight | | | $2,762.21 | | | | | | | | | | | $2,762.21 | |
| Employment Development Dept | | | $0.00 | D | 176 | | $17,240.65 | | $13,348.71 | | | $17,240.65 | | $13,348.71 | CL |
| Employment Training Panel | | | $3,256.35 | | 199 | | | | $3,405.66 | | | | | $3,405.66 | CL |
| Emser International | | | $343.25 | | | | | | | | | | | $343.25 | |
| Engineered Protection System | | | $980.00 | | | | | | | | | | | $980.00 | |
| EPIC Textiles Int'l LLC | | | $152.50 | | | | | | | | | | | $152.50 | |
| Epic Textiles Int'l LLC | | | $13.00 | | | | | | | | | | | $11.00 | |
| Ernst & Young | | | $23,400.00 | | 186 | | | | $17,462.00 | | | | | $17,462.00 | CL |
| Escobar, Ana Maria | $107.91 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Escobar, Ana Maria | $640.55 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Espin, Miguel | $2,645.62 | | | | 61 | | $4,205.25 | | | Y | | $0.00 | | | |
| Espin, Miguel | $504.00 | | | | | | | | | | | $0.00 | | | |
| Espin, Miguel | $1,184.53 | | | | | | | | | | | $0.00 | | | |

182

Claims_Chart5

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | | Allowed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | Obj.7 | Admin | Prior | Secured | Unsec Class 2 | Comments |
| Espinoza, Miguel | $0.00 | | | | | | $4,205.25 | | | Y | | | $0.00 | | |
| Esqudo, Jessica | $206.50 | | | | 1 | | | | | | | | $206.50 | | |
| Esqudo, Jessica | $166.84 | | | | | | | | | | | | $166.84 | | |
| Essential Freight | | | $0.00 | D | | | | | $124,266.71 | | | | | $0.00 | |
| Estrada, Salvado | $1,165.48 | | | | | | | | | | | | $0.00 | | |
| Estrada, Salvador | $672.07 | | | | | | | | | | | | $0.00 | | |
| Estrada, Salvador | $254.98 | | | | | | | | | | | | $0.00 | | |
| EULER/American Credit Indemnity Assignee of Bieter Methods Alexander, Inc. | | | $0.00 | | 126 | | $2,015.00 | | $2,928.99 | Y | | | | $2,928.99 | Cl |
| Euro American Textiles | | | $16,489.28 | | 142 | | | | | | | | | $16,489.28 | Cl |
| Eversbine Y & F Co. Ltd | | | $1,102.78 | | | | | | | | | | | $1,102.78 | |
| Excel Fabrics Corp. | | | $3,495.83 | | | | | | | | | | | $3,495.83 | |
| Expo International | | | $16.50 | | | | | | | | | | | $16.50 | |
| Express Mag | | | $88.00 | | | | | | | | | | | $88.00 | |
| F&E Hedman, Inc | | | $646.25 | | | | | | | | | | | $646.25 | |
| Fab N Knit Inc | | | $3,774.25 | | | | | | | | | | | $3,774.25 | |
| Faboox | | | $214.45 | | | | | | | | | | | $214.45 | Included in claim of Secretary of Labor |
| Fabian, Susan | $123.08 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Fabian, Susan | $627.84 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Fabric & Fabric | | | $5,106.87 | | | | | | | | | | | $5,106.87 | |
| Fabric 8 | | | $825.00 | | | | | | | | | | | $825.00 | |
| Fabric Collection | | | $6,027.40 | | 22 | | | | $102.40 | | | | | $102.40 | |

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| Fabricated Incorporated | | | $1,150.00 | | | | | | | | | | | $1,150.00 | |
| Fahr, Aura B | $294.29 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Fahr, Aura B | $2,037.17 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Falcon, Samuel | $249.55 | | | | | | | | | | | $249.55 | | | |
| Falcon, Samuel | $693.79 | | | | 5 | | $2,216.50 | | | | | $2,216.50 | | | CL |
| Fareest Corporation | | | $265.25 | | | | | | | | | | | $265.25 | |
| Federal Express | | | $27,438.24 | | 138 | | | | $72,796.45 | | | | | $72,796.45 | Duplicate |
| Federal Express | | | $4,693.72 | | 82 | | | | $72,796.45 | | | | | $0.00 | CF |
| Fedex Ground, Inc. | | | $4,693.72 | | 4 | | | | $13,215.47 | | | | | $13,215.47 | CL |
| Feldman Co., Inc. | | | $1,737.75 | | | | | | | | | | | $1,737.75 | |
| Feldman, Kirk | $5,056.72 | | | | | | | | | Y | | $0.00 | | $406.72 | Included in claim of Secretary of Labor |
| Fernandez, Migso | $80.00 | | | | | | | | | | | $80.00 | | | |
| Fernandez, Mignon | $419.90 | | | | | | | | | | | $419.90 | | | |
| Fernandez, Mignon | $844.45 | | | | | | | | | | | $844.45 | | | |
| Filco Carting Corporation | | | $607.76 | | | | | | | | | | | $607.76 | |
| Filia Fabrics (Janisaari) | | | $1,259.20 | | | | | | | | | | | $1,259.20 | |
| Finova Capital Corporation | | | $340.90 | | | | | | | | | | | $340.90 | |
| Finstad, Sharon | $170.00 | | | | | | | | | | | $170.00 | | | |
| Finstad, Sharon | $492.32 | | | | | | | | | | | $492.32 | | | |
| Finstad, Sharon | $634.09 | | | | | | | | | | | $634.09 | | | |
| First Choice Messenger | | | $837.70 | | | | | | | | | | | $837.70 | |

84

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| First Data Merchant Services Corp | | | $0.00 | | 182 | | | | $8,606.32 | | | | | $8,606.32 | Cl |
| First Quality Maintenance | | | $0.00 | | 141 | | $13,243.43 | | | Y | | $0.00 | | | waived per settlement of avoidance action |
| First USA Bank NA | | | $3,385.09 | | | | | | | | | | | $0.00 | waived per settlement of avoidance action |
| Fisher & Levy Catering | | | $1,189.13 | | | | | | | | | | | $1,189.13 | |
| Fisher, Valerie | | | $63.16 | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Fisher, Valerie V | | | $2,106.40 | | | | | | | Y | | $0.00 | | | |
| FKM Copier Products | | | $584.33 | | | | | | | | | | | $584.33 | |
| Fleetwood | | | $237.15 | | | | | | | | | | | $237.15 | |
| Flores, Jose | $2,104.76 | | | | | | | | | | | $2,104.76 | | | |
| Flores, Jose Oscar 55 | $428.90 | | | | | | | | | | | $428.99 | | | |
| Flores, Jose Oscar | $1,141.38 | | | | | | | | | | | $1,141.38 | | | |
| Flores, Livia | $1,565.52 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Flores, Livia | $951.85 | | | | | | | | | Y | | $0.00 | | | |
| Flores, Livia | $1,604.13 | | | | | | | | | Y | | $0.00 | | | |
| Flores, Sergio | $1,395.00 | | | | 237 | | $1,325.25 | | | | | $1,325.25 | | | Cl |
| Food Express Inc | | | $5,708.72 | | | | | | | | | | | $5,708.72 | |
| Fong's Sewing, Inc | | | $51.00 | | | | | | | | | | | $51.00 | |
| Fontanez, Michele | $247.08 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Ford, Yreka Theresa | $262.38 | | | | 162 | | $500.00 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Forsyth, William | $178.80 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Forsyth, William | $1,289.95 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | |
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Franceschini SPA | | | $450.00 | | | | | | | | | | | $450.00 | |
| Franchise Tax Board | | | $0.00 | D | | | | | | | | | | $0.00 | |
| Francois Trading Co. Ltd | | | $0.00 | | 16 | | $141,948.00 | | | Y | | | | $0.00 | CL |
| Frandzel Robin Bloom & Csato | $9,584.15 | | | | | | | | | | | | | $9,584.15 | |
| Franklin, Major | $263.08 | | | | | | | | | | | | | | Included in claim of Secretary of Labor |
| Franklin, Marjorie | $625.07 | | | | | | | | | | | | | | Included in claim of Secretary of Labor |
| Franza, Jennifer | $166.17 | | | | | | | | | | | | | | Acosta Litigation |
| Franza, Jennifer Ann | $1,555.84 | | | | | | | | | | | | $0.00 | | |
| Franza, Jennifer Ann | $615.38 | | | | | | | | | Y | | | $0.00 | | |
| Freedman, Randi | $0.00 | | | | 76 | | $3,071.15 | | | Y | | | $0.00 | | |
| Freedman, Randi | $536.28 | | | | | | | | | | | | $0.00 | | |
| Freedman, Randi | $894.45 | | | | | | | | | | | | $0.00 | | |
| Freedman, Randi | $2,314.77 | | | | 35 | | $3,071.15 | | | | | | $0.00 | | Duplicate |
| Freeman & Mills Incorp | | | $49,187.50 | | 78 | | | | $152,851.27 | Y | | | $0.00 | $152,851.27 | |
| Freeway Stores Inc | | | $764.87 | | | | | | | | | | | $764.87 | |
| Freudenberg Nonwoyen Ltd | | | $3,672.00 | | 73 | | | | $3,672.00 | | | | | $3,672.00 | CL |
| Fried, Jeffrey | $1,307.69 | | | | | | | | | Y | | | $0.00 | | Acosta Litigation |
| Fried, Jeffrey | $1,171.37 | | | | | | | | | Y | | | $0.00 | | |
| Fried, Jeffrey T | $4,148.88 | | | | | | | | | Y | | | $0.00 | | |
| Fullerton Glass Company | | | $11,401.00 | | 154 | | | | $11,401.00 | | | | | $11,401.00 | CL |
| Funes, Maria | $394.88 | | | | | | | | | | | | $394.88 | | |

Claims_Chart5

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | DI/CIU | | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| Funes, Maria | $1,657.70 | | | | | | | | | | | $1,657.70 | | | |
| Funes, Maria C | $884.79 | | | | | | | | | | | $884.79 | | | |
| Future Design Communications | | | | | | | | | | | | | | | |
| G&G Mailers, Inc | | | $9,815.45 | | | | | | | | | | | $9,815.45 | Cl |
| G Kagan & Sons, Inc | | | $8,941.22 | | 42 | | | | $8,934.57 | | | | | $8,934.57 | |
| Galan, Lilian | | | $58.64 | | | | | | | | | | | $58.64 | |
| Galan, Lilian | | $598.85 | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Galan, Lilian | | $1,110.02 | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Galan, Lilian | | $109.96 | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Galarza, Angelic | | $82.23 | | | | | | | | | | | | | |
| Galarza, Angelica M | | $727.56 | | | 44 | | | $810.18 | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Galdamez, Hebey | | | $585.00 | | | | | | | | | | | $585.00 | |
| Gallager Camden Insurance, Inc | | | $22,030.29 | | | | | | | | | | | $22,030.29 | |
| Gallagher, Arthur J | | | $52,336.86 | | | | | | | | | | | $52,336.86 | |
| Ganger, Cheryl | $1,177.71 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Ganger, Cheryl | $769.93 | | | | | | | | | Y | | $0.00 | | | |
| Ganger, Cheryl | $4,264.12 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Ganter, Sabina | $119.22 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Ganter, Sabina M | $876.64 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Garcia, Arturo | $19.76 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Garcia, Arturo | $200.00 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Garcia, Arturo | $480.02 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | DICU | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| Jarcia, Delia | $398.04 | | | | | | | | | | | $398.04 | | | |
| Garcia, Delia | $150.50 | | | | | | | | | | | $150.50 | | | |
| Garcia, Evangelina | $319.10 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Garcia, Evangelina | $878.42 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Garcia, Leticia | $0.00 | | | | 223 | | $2,400.00 | | | Y | | $0.00 | | | |
| Garcia, Leticia | $256.50 | | | | | | | | | | | $0.00 | | | |
| Garcia, Leticia | $401.25 | | | | | | | | | | | $0.00 | | | |
| Garcia, Leticia | $821.36 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Garcia, Miguel | $386.60 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Garcia, Miguel | $523.08 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Garcia, Miguel | $1,028.93 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Garcia, Miguel | $1,897.27 | | | | | | | | | Y | | $0.00 | | | |
| Garcia, Philip J. | $3,496.69 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Garcia, Philip J. | $66.55 | | | | | | | | | Y | | $0.00 | | | |
| Garcia, Zeferino | $593.53 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Garcia, Zeferino | $721.19 | | | | 93 | | $1,326.00 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Garcia, Zeferino | $291.25 | | | | 227 | | $1,632.00 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Garcia, Miguel | $368.60 | | | | | | | | | | | $368.60 | | | |
| Garnica, Monique | $0.00 | | | | 165 | | $350.00 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gayan, Rita | $240.00 | | | | | | | | | | | $240.00 | | | |
| GE Capital Commercial Serv | | | $297.00 | | 145 | | | | $3,020.16 | | | $3,020.16 | | $3,020.16 | CL |

Claims_Chart5

| Creditor | Scheduled Prior | Secured | Unsec | D/C/U | Claim # | Admin | Claims Filed Prior | Secured | Unsec | Obj? | Allowed Admin | Prior | Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GE Global Exchange | | | $2,474.66 | | 47 | | | | $3,319.84 | | | | | $3,319.84 | CL |
| GE Global Exchange | | | $2,474.66 | | 86 | | | | $2,663.06 | | | | | $2,663.06 | CL |
| GECC/CRE | | | $92,271.58 | | | | | | | | | | | $92,271.58 | CL |
| Gettman Industries | | | $2,161.73 | | 48 | | | | $2,296.75 | Y | | | | $2,296.75 | |
| General Publishing Co. | | | $400.00 | | | | | | | | | | | $400.00 | |
| Geonedies Incorporated | | | $282.15 | | | | | | | | | | | $282.15 | |
| GE Roy Rubrics, Inc | | | $288.35 | | | | | | | | | | | $288.35 | |
| Gerber Garment Technology | | | $35,137.68 | | 153 | | | | $61,954.37 | | | | | $61,954.37 | CF |
| Gerber garment Technology | | | $35,137.68 | | | | | | | | | | | $0.00 | |
| Goodooloolim & Son Inc | | | $227.05 | | | | | | | | | | | $227.05 | |
| Gibs Lace & Emroidery Co., Inc. | | | $41.50 | | | | | | | | | | | $41.50 | |
| Gibson Tex Inc | | | $116.76 | | | | | | | | | | | $116.76 | |
| Gibson, Paul A | $688.20 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gibson, Paul A | $1,078.54 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gifford, Amanda | $236.23 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gifford, Amanda G | $0.00 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Giles, Chinki | $282.24 | | | | 61 | | $449.96 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gilland, Anne | $518.00 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gilland, Anne | $510.00 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gilland, Anne | $651.85 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gin'l Fabrics | | | $19.10 | | | | | | | | | | | $19.10 | |

89

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| Jilinecki, Marilyn | $42.95 | | | | 100 | | $46.50 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Global Computer Supplies | | | $68.69 | | | | | | | | | | | $68.69 | |
| GMA Textile, Inc | | | $86.55 | | | | | | | | | | | $86.55 | |
| GMAC Commercial – Assignee | | $0.00 | | | | | | | | Y | | | $0.00 | $0.00 | Settlement Agreement |
| GMAC Commercial Credit | | $0.00 | | | | | | | | Y | | | $0.00 | $0.00 | Settlement Agreement |
| GMAC Commercial Credit LLC | | $64,983.45 | | | 192 | | | | $7,259.28 | Y | | | $0.00 | $0.00 | Settlement Agreement |
| GMAC Commercial Credit LLC | | $64,983.45 | | | 238 | | | | $885.17 | Y | | | $0.00 | $0.00 | Settlement Agreement |
| GMAS Commercial – Assignee | | $0.00 | | | | | | | | Y | | | $0.00 | $0.00 | Settlement Agreement |
| Goetzman Lewis Company | | | $10,475.51 | | | | | | | | | | | $10,475.51 | |
| Golden Infinity Group Inc | | | $5.50 | | | | | | | | | | | $5.50 | |
| Goldman, Bonnie | $515.91 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Goldman, Bonnie N. | $4,047.90 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gomez, Monique K | $767.29 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gomez, Monique K | $794.16 | | | | 195 | | $2,613.52 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gomez, Ruben | $421.48 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gomez, Ruben | $954.12 | | | | 56 | | $3,179.46 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gomez, Ruben | $1,563.54 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gonzales, Elba | $1,160.17 | | | | | | | | | | | $1,160.17 | | | |
| Gonzales, Martha | $1,261.26 | | | | 9 | | $2,484.27 | | | | | $2,484.27 | | | CL |
| Gonzales, Martha Irene | $738.94 | | | | | | | | | | | $0.00 | | | |
| Gonzales, Martha Irene | $874.18 | | | | | | | | | | | $0.00 | | | |

90

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| Gonzales, Velia | $676.92 | | | | | | | | | | | $676.92 | | | |
| Gonzales, Velia | $846.70 | | | | | | | | | | | $846.70 | | | |
| Gonzales, Velia | $1,341.59 | | | | | | | | | | | $1,341.59 | | | |
| Gonzalez, Cecilia | $954.91 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gonzalez, Cecilia | $1,030.81 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gonzalez, German A | $796.49 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gonzalez, German A | $1,131.45 | | | | 248 | | $1,296.00 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Gonzalez, Martha | $0.00 | | | | 9 | | $2,484.27 | | | Y | | $0.00 | | | |
| Gonzalez, Velia T | $0.00 | | | | | | | | | | | $0.00 | | | |
| Gladstein Luskin & Van Dalsem | | | $3,514.14 | | | | | | | | | | | $3,514.14 | |
| Grand River Garment Limited | | | $4,834.28 | | | | | | | | | | | $4,834.28 | |
| Graphaids Inc | | | $155.85 | | | | | | | | | | | $155.85 | |
| Graphix | | | $495.00 | | | | | | | | | | | $495.00 | |
| Great Plains Mctonnall LLC | | | $0.00 | D | 123 | | | | $22,820.84 | | | | | $31,465.42 | objection - no basis for priority |
| Greater New York Councils | | | $7,500.00 | | | | | | | | | | | $7,500.00 | |
| Green Orange Inc | | | $65.45 | | | | | | | | | | | $65.45 | |
| Green Tech Landscape | | | $2,370.00 | | 23 | | | | $2,370.00 | | | | | | |
| Green, Loretta | $1,408.35 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Green, Loretta | $470.48 | | | | | | | | | Y | | $0.00 | | | |
| Green, Loretta | $3,509.92 | | | | | | | | | Y | | $0.00 | | | |
| Green, Loretta J | $0.00 | | | | | | | | | Y | | $0.00 | | | |

Claims_Chart5

| Creditor | Scheduled Prior | Secured | Unsec | D/C/U | Claim # | Claims Filed Admin | Prior | Secured | Unsec | Obj? | Allowed Admin | Prior | Secured | Unsec | Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Biren, Norma O | $0.00 | | | | 85 | | $0.00 | | | | | $0.00 | | | | Included in claim of Secretary of Labor |
| Birene, Norma | $196.39 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Boerra, Adriane | $0.00 | | | | | | | | | | | $0.00 | | | | |
| Boerra, Thelma | $1,108.93 | | | | | | | | | | | $0.00 | | | | |
| Boerra, Thelma | $1,388.22 | | | | 121 | | $3,377.83 | | | | | $0.00 | | | | |
| Boerra, Thelma Y | $0.00 | | | | | | | | | Y | | $0.00 | | | | |
| Builbert Tex Inc | | | $4,009.46 | | | | | | | | | | | | $4,009.46 | CL |
| Guilford Mills, Inc | | | $41,657.44 | | 143 | | | | $52,610.00 | | | | | | $52,610.00 | |
| Guirola, Norma | $0.00 | | | | 220 | | $1,540.00 | | | Y | | $0.00 | | | | |
| Guirola, Norma | $201.88 | | | | | | | | | | | $0.00 | | | | |
| Guirola, Norma | $286.49 | | | | | | | | | | | $0.00 | | | | |
| Guirola, Norma | $449.87 | | | | | | | | | | | $0.00 | | | | |
| Guirola, Norma E | $0.00 | | | | | | | | | | | $0.00 | | | | |
| Gutierrez, Jorge | $1,714.69 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| Gutierrez, Jorge | $847.38 | | | | | | | | | Y | | $0.00 | | | | |
| Gutierrez, Mayra | $392.53 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Gulf Coast Factory Stores | | | $0.00 | | 156 | | | | $90,149.89 | Y | | | | | $0.00 | CL |
| Gulf Pacific Packaging Corp | | | $145.52 | | | | | | | | | | | | $145.52 | |
| Gutierrez, Jorge | $0.00 | | | | | | | | | Y | | $0.00 | | | | |
| Gutierrez, Jorge | $180.64 | | | | | | | | | | | $0.00 | | | | |
| Gutierrez, Tibero | $240.00 | | | | | | | | | | | $240.00 | | | | |

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | Obj ? | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/CU | Claim # | Admin | Prior | Secured | Unsec | | Admin | Prior | Secured | Unsec Class 2 | |
| iozman, Augustina | $1,552.17 | | | | | | | | | | | | | | Acosta Litigation |
| iozman, Augustina | $937.10 | | | | | | | | | Y | | $0.00 | | | |
| iozman, Augustina | $410.59 | | | | | | | | | Y | | $0.00 | | | |
| iozman, Augustina | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| I Tuquella Mechanical Corp | | | $7,708.12 | | | | | | | | | | | $7,708.12 | |
| IAD Productions, Inc. | | | $15,000.00 | | | | | | | | | | | $15,000.00 | |
| Haley, Lisa | $279.58 | | | | 155 | | $1,713.45 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Haley, Lisa Marie | $526.99 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Haley, Lisa Marie | $888.86 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Hall, Debra D | $1,266.49 | | | | 27 | | $4,131.18 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Hall, Debra D | $1,854.04 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Haller, Erika | $3,130.00 | | | | | | | | | | | $3,130.00 | | | |
| Hamada, Junji | $1,410.30 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Hamada, Junji | $1,465.00 | | | | | | | | | Y | | $0.00 | | | |
| Hamada, Junji F | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| Hamada, Junji F | $675.68 | | | | | | | | | Y | | $0.00 | | | |
| Hamilton Embroidery Co | | | $7,572.70 | | 68 | | | | $7,056.00 | Y | | | | $7,056.00 | CF |
| Hamm, William | $0.00 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Hamm, William | $846.15 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Hamm, William | $4,523.67 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Hamm, William | $1,500.00 | | | | 92 | | $6,300.00 | | | Y | | $0.00 | | $988.00 | Included in claim of Secretary of Labor |

Claims_Chart5

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | | Allowed | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | Obj? | Admin | Prior | Secured | Unsec | Class 2 | |
| Hampson Print works, Inc | | | $1,247.55 | | 96 | | | | | $730.35 | | | | | $730.35 | CL |
| Hara Financial, Inc, | | | $6,418.26 | | | | | | | | | | | | $6,418.26 | Included in claim of Secretary of Labor |
| Hankison, Heather | $198.05 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Hankison, Heather | $409.77 | | | | | | | | | Y | | $0.00 | | | | |
| Harcoll Textile Ltd | | | $2,439.40 | | | | | | | | | | | | $2,439.40 | |
| Harbinger Corporation | | | $7,794.00 | | | | | | | | | | | | $7,794.00 | |
| Hargro Fabrics, Inc. | | | $427,079.80 | | | | | | | | | | | | $427,079.80 | |
| Harris, Carol | $108.60 | | | | | | | | | | | $108.60 | | | | |
| Harris, Carol | $271.20 | | | | | | | | | | | $271.20 | | | | |
| Hartford Fire Insurance Co | | | $0.00 | 0/u | 33 | | | | | $0.00 | | | | | $0.00 | objection - no premiums due |
| Hartford Fire Insurance Co. | | | $0.00 | | 206 | $8,347.64 | | | | | $8,347.64 | | | | | CF |
| Haugbater, Kristen | $368.85 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Hauptman, Bruce | $110.91 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Hauptman, Bruce Alan | $3,461.71 | | | | 43 | | $5,192.30 | | | Y | | $0.00 | | | $542.30 | Included in claim of Secretary of Labor |
| Hayes & Mathews, Inc. | | | $2,000.00 | | | | | | | | | | | | $2,000.00 | |
| Hayes, Michele | $660.10 | | | | | | | | | | | $660.10 | | | | |
| Hayes, Michele J | $692.16 | | | | 44 | | $2,768.64 | | | | | $2,768.64 | | | | |
| HBF USA | | | $43.20 | | | | | | | | | | | | $43.20 | |
| HBIL Security Services Inc | | | $4,368.00 | | | | | | | | | | | | $4,368.00 | |
| HDM Textiles | | | $1,133.20 | | | | | | | | | | | | $0.00 | waived per settlement of avoidance action |
| Heberlein Textiles AG | | | $150,177.92 | | | | | | | | | | | | $150,177.92 | |

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| Henry Transportation | | | $142,878.63 | | 111 | | | | $498,860.61 | | | | | $498,860.61 | CL |
| Heller Financial, Inc. | | $0.00 | | D | | | | | | Y | | | $0.00 | | |
| Hello Direct | | | $222.49 | | | | | | | | | | | $222.49 | |
| Henry Doniger Associates Inc. | | | $686.00 | | | | | | | | | | | $0.00 | |
| Henry Hanger Company of America | | | $90.97 | | 136 | | $1,438.16 | | | Y | | | | $1,438.16 | Included in claim of Secretary of Labor |
| Henry, Jacqueline | $384.96 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Heritage Printing & Finishing | | | $192.25 | | | | | | | | | | | $192.25 | |
| Hernandez, Maria | $637.67 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Hernandez, Maria | $775.96 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Hernandez, Maria | $264.00 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Hernandez, Marlon | $0.00 | | | | | | | | | | | $0.00 | | | |
| Hernandez, Olga | $248.32 | | | | | | | | | | | $248.32 | | | |
| Hernandez, Olga | $550.57 | | | | | | | | | | | $550.57 | | | |
| Hernandez, Olga | $789.99 | | | | | | | | | | | $789.99 | | | |
| Hernandez, Rosa Elena | $450.82 | | | | | | | | | | | $450.82 | | | |
| Hewlett-Packard | | | $26,178.17 | | | | | | | | | | | $26,178.17 | |
| Hi Fashion Fabrics, Inc. | | | $64,590.26 | | 255 | | | | $2,468.09 | | | | | $2,468.09 | |
| Hi Fashion Fabrics, Inc. | | | $12,174.60 | | 256 | | | | $10,715.62 | | | | | $10,715.62 | |
| Hi Fashion Fabrics, Inc. | | | $0.00 | | 258 | | | | $47,189.31 | | | | | $47,189.31 | |
| Hicks, Kristy | $208.00 | | | | | | | | | | | $208.00 | | | |
| Hicks, Kristy | $312.25 | | | | | | | | | | | $312.25 | | | |

95

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Claims Filed Admin | Claims Filed Prior | Claims Filed Secured | Claims Filed Unsec | Obj? | Allowed Admin | Allowed Prior | Allowed Secured | Allowed Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hipol, Eden | $507.83 | | | | | | | | | | | $507.83 | | | |
| Hipol, Eden | $869.64 | | | | | | | | | | | $869.64 | | | |
| Hipol, Eden | $2,136.77 | | | | | | | | | | | $2,136.77 | | | Included in claim of Secretary of Labor |
| Ho, Liu Kim Aun | $547.20 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Ho, Liu Kim Aun | $967.94 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Ho, Liu Kim Aun | $1,120.72 | | | | 71 | | $2,816.00 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Ho, Shirley | $413.44 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Ho, Shirley | $830.48 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Ho, Shirley | $411.29 | | | | 151 | | $2,432.00 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Ho, Vivian | $2,208.71 | | | | 25 | | $5,066.93 | | | Y | | $0.00 | | | Acosta Litigation |
| Ho, Vivian | $1,600.92 | | | | | | | | | Y | | $0.00 | | | |
| Hochstetler, Mary | $147.71 | | | | | | | | | | | $147.71 | | | |
| Hochstetler, Mary | $572.00 | | | | | | | | | | | $572.00 | | | |
| Hochstetler, Mary | $672.17 | | | | | | | | | | | $672.17 | | | |
| Holmes, Angelic | $156.01 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Home Depot Commercial Credit | | | $265.05 | | | | | | | | | | | $265.05 | |
| Honour Knitting Garments Ltd | | | $0.00 | | 15 | | $211,103.64 | | | Y | | | | $0.00 | |
| Hooks, Chrystal | $1,443.66 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Hooks, Chrystal | $918.40 | | | | | | | | | Y | | $0.00 | | | |
| Hooks, Chrystal | $270.70 | | | | | | | | | Y | | $0.00 | | | |
| Hoover Base Company | | | $144.76 | | | | | | | | | | | $144.76 | |

96

Claims_Chart5

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Filed Admin | Filed Prior | Filed Secured | Filed Unsec | Obj? | Allowed Admin | Allowed Prior | Allowed Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hopkins, Holly | $553.85 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Hopkins, Holly | $1,020.24 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Hopkins, Holly | $1,848.05 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Hopkins, Holly | $685.62 | | | | 72 | | $6,867.98 | | | Y | | | $0.00 | $2,217.98 | Included in claim of Secretary of Labor |
| Horizon Mills | | | $19,752.70 | | | | | | | | | | | $19,752.70 | |
| Horizon Textiles Corporation | | | $11,040.65 | | | | | | | | | | | $11,040.65 | |
| Hoosman, Michael | $6,501.16 | | | | | | | | | Y | | | $0.00 | | Acosta Litigation |
| Hoosman, Michael | $2,692.31 | | | | | | | | | Y | | | $0.00 | | |
| Hoosman, Michael | $10,096.16 | | | | | | | | | Y | | | $0.00 | | |
| Horticultural Creations Inc. | | | $324.76 | | | | | | | | | | | $324.76 | |
| Horton, Deborah | $0.00 | | | | 125 | | $26,594.94 | | | Y | | | $0.00 | | |
| Horton, Deborah | $58.92 | | | | | | | | | | | | $0.00 | | |
| Horton, Deborah | $2,543.97 | | | | | | | | | | | | $0.00 | | |
| Horton, Deborah | $3,648.75 | | | | | | | | | | | | $0.00 | | |
| Horton, Deborah | $7,557.68 | | | | | | | | | | | | $0.00 | | |
| Howell, Travis | $0.16 | | | | | | | | | | | | $0.16 | | |
| Hubbard-Montano, Nancy | $1,390.78 | | | | | | | | | | | | $0.00 | | Acosta Litigation |
| Hubbard-Montano, Nancy | $1,705.07 | | | | | | | | | Y | | | $0.00 | | |
| Huerta Padilla, Mario | $1,253.28 | | | | 45 | | $1,949.37 | | | Y | | | $0.00 | | |
| Huerta Padilla, Mario | $397.79 | | | | | | | | | Y | | | $0.00 | | |
| Hughes Hubbard & Reed LLP | $105,834.76 | | $105,834.76 | | | | | | | | | | | $105,834.76 | |

Claims_Chart5

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | Obj.? | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | | Admin | Prior | Secured | Unsec Class 2 | |
| Huynh, Muoi | $0.00 | | | | 235 | | $3,036.00 | | | Y | | | $0.00 | $1,086.89 | Included in claim of Secretary of Labor |
| Huynh, Muoi | $404.80 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Huynh, Muoi | $718.78 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Huynh, Muoi | $1,524.70 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Hyman Handler & Sons, Inc | | | $93.65 | | | | | | | | | | | $93.65 | |
| Iannetta, Robert | $183.15 | | | | | | | | | | | | | | |
| IBM Corporation | | | $8,354.28 | | | | | | | | | | | $8,354.28 | |
| Ikon Office Solutions | | | $2,576.36 | | 193 | | | | $93,850.25 | Y | | | | $93,850.25 | |
| Imperial Laces | | | $176.20 | | | | | | | | | | | $176.20 | |
| ?'s Life Insurance Company / 98 | | | $83.04 | | | | | | | | | | | $83.04 | |
| Industrial Wholesale Electric | | | $2,803.02 | | | | | | | | | | | $2,803.02 | |
| Infolink Screening Services In | | | $1,081.60 | | 107 | | | | $1,081.60 | | | | | $1,081.60 | |
| Information Resource Svc Co. | | | $10.00 | | | | | | | | | | | $10.00 | |
| Inside Computer Inc | | | $18.60 | | | | | | | | | | | $18.60 | |
| Integrated Technology | | | $9,894.67 | | | | | | | | | | | $9,894.67 | |
| Intel Fabrics/BZ Fabrics | | | $70.00 | | | | | | | | | | | $70.00 | |
| Internet Communications, Inc | | | $6,600.00 | | | | | | | | | | | $6,600.00 | |
| Internal Revenue Service | | | $0.00 | D | 137 | | $96,939.50 | | $16,061.22 | | | $96,939.50 | | $16,061.22 | CF |
| International Business | | | $147.41 | | | | | | | | | | | $147.41 | |
| International Star Textiles | | | $440.50 | | | | | | | | | | | $440.50 | |
| Interservive, Inc | | | $4,969.75 | | 77 | | | | $11,654.75 | | | | | $11,654.75 | CF |

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Claims Filed Admin | Claims Filed Prior | Claims Filed Secured | Claims Filed Unsec | Obj? | Allowed Admin | Allowed Prior | Allowed Secured | Allowed Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OS Capital | | | $235.94 | | 52 | | | | $18,400.92 | | | | | $18,400.92 | Cl |
| SC Inc | | | $90.00 | | | | | | | | | | | $90.00 | |
| A Textile Corp | | | $1,856.35 | | | | | | | | | | | $1,856.35 | |
| …arura, Christina | $48.03 | | | | | | | | | | | $48.03 | | | |
| &M Janitorial Supplies | | | $1,761.42 | | | | | | | | | | | $1,761.42 | |
| &P Textile | | | $135.80 | | | | | | | | | | | $135.80 | |
| adk Textiles | | | $168.00 | | | | | | | | | | | $168.00 | |
| aine-Galvan, Beatriz | 1,152.13 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| aine-Galvan, Beatriz | $1,103.60 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| ar-Role Co., Ltd | $574.00 | | | | | | | | | | | $574.00 | | $574.00 | |
| ames, Katherine | $665.00 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| ames, Katherine | $746.72 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| ames, Katherine | $1,438.46 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| amie Textiles | | | $178.50 | | 55 | | $8,365.36 | | | | | | | $178.50 | |
| anar, Victor Eulogio | | $0.00 | | | 94 | | $849.24 | | | Y | | $0.00 | | | Cl |
| apkil Group of LA | | | $296.00 | | | | | | | | | | | | |
| antek Electronics, Inc | | | $978.88 | | | | | | | | | | | $978.88 | |
| acer, Susan | $180.00 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| lacer, Susan | $443.07 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| lacer, Susan | $314.62 | | | | 114 | | $982.35 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| laurie Textile | | | $78.50 | | | | | | | | | | | $78.50 | |

99

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Filed Admin | Filed Prior | Filed Secured | Filed Unsec | Obj? | Allowed Admin | Allowed Prior | Allowed Secured | Allowed Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| y Hak Lee | | | $26.00 | | | | | | | | | | | $26.00 | |
| 3 Martin Co. Inc. | | | $48.86 | | | | | | | | | | | $48.86 | |
| Harvett Int'l Inc | | | $157.75 | | | | | | | | | | | $157.75 | |
| C Rack System Inc | | | $2,282.50 | | | | | | | | | | | $2,282.50 | |
| D Edwards & Company | | | $9,338.43 | | | | | | | | | | | $9,338.43 | |
| ear Man Textile | | | $83.00 | | | | | | | | | | | $83.00 | |
| et 1L Int'l, Ltd | | | $22,626.25 | | | | | | | | | | | $22,626.25 | |
| eemoeies Knitters Ltd. | | | $2,852.73 | | | | | | | | | | | $2,852.73 | |
| EK 1L International Co | | | $7,217.00 | | | | | | | | | | | $7,217.00 | |
| en..a Franza /100 | | | $88.50 | | | | | | | | | | | $88.50 | |
| enifer Prints Inc. | | | $79.05 | | | | | | | | | | | $79.05 | |
| ennings & Kenley Design hedi | | | $9,345.00 | | | | | | | | | | | $9,345.00 | |
| imenez JR., Manuel | $801.56 | | | | | | | | | | | $0.00 | | | |
| imenez, JR., Manuel | $1,368.03 | | | | | | | | | | | $0.00 | | | |
| imenez-JR, Manuel | $652.00 | | | | | | | | | | | $0.00 | | | |
| imenez Jr., Manuel N | $0.00 | | $0.00 | | 156 | | $3,028.00 | | | Y | | $0.00 | | | waived per settlement of avoidance action |
| L Group Co., Ltd. | | | $0.00 | | 152 | | | | $673,084.03 | Y | | | | $0.00 | Cl... |
| M Caulen Sprinkler Co Inc | | | $13,642.00 | | 124 | | | | $13,642.00 | | | | | $13,642.00 | |
| John Harb Sewing Machine o | | | $2,330.00 | | | | | | | | | | | $2,330.00 | |
| johnathan Co. | | | $19.50 | | | | | | | | | | | $19.50 | |
| Johnson, Linda | $931.56 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |

Claims_Chart5

Claims_Chart5

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | Scheduled D/C/U | Claim # | Filed Admin | Filed Prior | Filed Secured | Filed Unsec | Obj? | Allowed Admin | Allowed Prior | Allowed Secured | Allowed Unsec | Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Johnson, Linda | $2,161.02 | | | | | | | | | Y | | | | | | Included in claim of Secretary of Labor |
| Johnson, Landa | $1,334.70 | | | | 87 | | $12,809.04 | | | Y | | $0.00 | | | $8,159.04 | Included in claim of Secretary of Labor |
| Johnson, Linda | $676.92 | | | | 127 | | $12,809.04 | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Jolie Buttons, Inc | | | $66.75 | | | | | | | | | | | | $66.75 | |
| Jomark Textiles, Inc | | | $253.18 | | | | | | | | | | | | $253.18 | |
| Jonathan Co | | | $19.50 | | | | | | | | | | | | $19.50 | |
| Jones, Alisa Renee | | $130.48 | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Jones, Joshua | | $114.43 | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Jones, Joshua | | $191.25 | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| ...es, Joshua 101 | | $454.08 | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Jones, Virgie | | $818.91 | | | | | | | | Y | | | $0.00 | | | Acosta Litigation |
| Jones, Virgie | | $169.09 | | | | | | | | Y | | | $0.00 | | | |
| Jones, Virgie | | $2,187.00 | | | | | | | | Y | | | $0.00 | | | |
| Jordi International Fabrics | | | $2,810.20 | | | | | | | | | | | | $2,810.20 | |
| Kalaw, Oscar | | $47.31 | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Kalaw, Oscar | | $370.88 | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Kalaw, Oscar | | $616.10 | | | 150 | | $1,400.00 | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Kalaw, Oscar | | $321.26 | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Kup, Susan | | $1,231.87 | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Kup, Susan | | | $5,193.50 | | | | | | | | | | | | $5,193.50 | |
| Katten Muchin Zavis & Weitzman | | | $124.49 | | | | | | | | | | | | $124.49 | |
| Kay-Crown Lock, Inc | | | | | | | | | | | | | | | | |

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| KBC | | | $463,686.21 | | 123 | | | | $480,558.03 | | | | | $480,558.03 | CF |
| KBC of America | | | $7,703.08 | | 179 | | | | $1,928.42 | | | | | $1,928.42 | CL |
| Keeler Gordon Corporation | | | $5,400.00 | | | | | | | | | | | $5,400.00 | |
| Kenco Industries, Inc. | | | $34.30 | | | | | | | | | | | $34.30 | |
| Kener, William | $861.54 | | | | 224 | | | | | | | $0.00 | | | Included in claim of Secretary of Labor |
| Kener, William | $1,212.44 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Kener, William | $2,611.59 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Kener, William | $0.00 | | | | | | $7,550.00 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Kener, William | $200.88 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Kernbaum, Joan | $50.38 | | | | 140 | | $329.37 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Kestenbaum, Joan | $251.22 | | | | 69 | | $3,144.60 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Khaesumouoy, Suree | $1,658.90 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Khaesumouoy, Sun | $966.67 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Khaesumouoy, Sunee | $513.24 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Kibel Green ISSA Inc | | | $0.00 | | | | | | | | | | | $0.00 | |
| Kim, Eun | $438.75 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Kim, Eun | $853.45 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Kim, Eun J | $1,049.00 | | | | 40 | | $4,109.72 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Kim, Maryeon | $381.82 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Kim, Maryeon | $439.21 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Kim, Maryeon | $1,062.21 | | | | 116 | | $1,230.40 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |

102

Claims_Chart5

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | Obj.? | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/CU | | Admin | Prior | Secured | Unsec | | Admin | Prior | Secured | Unsec Class 2 | |
| Kim, Ran Mi | $1,553.43 | | | | | | | | | | | | | | Acosta Litigation |
| Kim, Ran Mi | $268.94 | | | | | | | | | | | | | | |
| Kim, Seung-Joo | $1,773.91 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Kim, Seung-Joo | $1,107.69 | | | | 27 | | $6,440.00 | | | Y | | $0.00 | | $2,138.46 | Included in claim of Secretary of Labor |
| Kirman Plumbing Company | | | $465.62 | | | | | | | | | | | $465.62 | |
| Klauber Brothers, Inc | | | $8,245.85 | | 84 | | | | $11,208.60 | | | | | $11,208.60 | |
| Klotex International | | | $732.32 | | | | | | | | | | | $732.32 | |
| KMAK Int'l Textiles, Inc | | | $31.50 | | | | | | | | | | | $31.50 | |
| KindeyFabrics, Inc. | | | $12,366.30 | | | | | | | | | | | $12,366.30 | |
| K—IvyFabrics, Inc. | | | $13,366.30 | | | | | | | | | | | $13,366.30 | |
| KMSER International | | | $2,980.98 | | | | | | | | | | | $2,980.98 | |
| Knight, Katrina Latise | | | $196.10 | | | | | | | Y | | $0.00 | | $196.10 | Included in claim of Secretary of Labor |
| Koui Trends | | | $90,617.09 | | | | | | | | | | | $90,617.09 | |
| Koitex, Inc | | | $548.25 | | | | | | | | | | | $548.25 | |
| Koitmanis, Inc | | | $3,223.59 | | 197 | | | | $3,223.59 | | | | | $3,223.59 | CL |
| Kaiwear Network Inc | | | $425.00 | | | | | | | | | | | $425.00 | |
| Kooly Berry Farm | | | $0.00 | | 129 | | | | $2,016.00 | Y | | | | $2,016.00 | d |
| Knowlton, Arthur | $718.18 | | | | | | | | | | | $0.00 | | | |
| Kuowhon, Arthur | $1,884.35 | | | | | | | | | Y | | $0.00 | | | |
| Kuowhon, Arthur | $1,763.75 | | | | 90 | | $4,589.13 | | | Y | | $0.00 | | $289.13 | Included in claim of Secretary of Labor |
| Koby Express | | | $3,220.19 | | | | | | | | | | | $3,220.19 | |

103

Claims_Chart5

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| Cobinz, Nicole | $462.01 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Cobinz, Nicole | $818.74 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Colon Industries, Inc | | | $649.40 | | | | | | | | | | | $649.40 | |
| Cong Fook Woolen Knitting Factory Ltd. | | | $0.00 | | 11 | | | | $63,391.00 | Y | | | | $0.00 | |
| Kosiba, Lois | $796.83 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Kosiba, Lois Ann | $2,466.32 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Kosiba, Lois Ann | $0.00 | | | | 63 | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Kriedel, Jan | $2,808.49 | | | | | | $1,644.21 | | | Y | | $0.00 | | | Acosta Litigation |
| Kriedel, Jan | $406.74 | | | | | | | | | Y | | $0.00 | | | |
| K  GMBH & Co KG | | | $3,016.04 | | | | | | | | | | | $3,016.04 | |
| Knorili Spurndale Mills, Inc | | | $28,457.55 | | | | | | | | | | | $28,457.55 | |
| Koroos Incorporated | | | $513.66 | | | | | | | | | | | $513.66 | |
| Kruse, Nancy | $3,060.00 | | | | | | | | | Y | | $0.00 | | | |
| KUK Rim USA, Inc | | | $216.00 | | | | | | | | | | | $216.00 | |
| Kum oh Apparel Co., Ltd | | | $618.00 | | | | | | | | | | | $618.00 | |
| Kwea Yick Textile Co., Ltd | | | $183.42 | | | | | | | | | | | $183.42 | |
| L&E Packaging, Inc | | | $56.77 | | 119 | | | | $56.77 | | | | | $56.77 | CF |
| L&E Packaging, Inc | | | $2,112.65 | | 167 | | | | $2,112.65 | | | | | $2,112.65 | CL |
| LA Century Textiles Inc | | | $26,392.15 | | | | | | | | | | | $26,392.15 | |
| LA County Transportation Auth | | | $5,846.00 | | | | | | | | | | | $5,846.00 | |
| LA Dept of Water & Power | | | $27,751.22 | | | | | | | | | | | $27,751.22 | |

104

Claims_Chart5

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA Fabric Imports, Inc | | | $69,006.34 | | | | | | | | | | | $69,006.34 | |
| LA Glo | $0.00 | | | | 88 | | | | $2,000.00 | Y | | | | $0.00 | |
| LA Industrial Sedera, SA | | | $145.63 | | | | | | | | | | | $145.63 | |
| LA Market Copier & Paper | | | $2,727.90 | | | | | | | | | | | $2,727.90 | |
| Labor Ready Southwest | | | $20,008.85 | | 149 | | | | $62,286.17 | Y | | $0.00 | | $62,286.17 | CL |
| Lagmay, Leah J. | $384.88 | | | | 62 | | $1,500.00 | | | | | | | | Included in claim of Secretary of Labor |
| Lagmay, Leah J. | $1,189.84 | | | | 102 | | $1,500.00 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Laguna Fabrics | | | $2,541.62 | | | | | | | | | | | $2,541.62 | |
| Lake Buena Vista Venture | | | $3,429.90 | | | | | | | | | | | $3,429.90 | |
| Leott-Arlen Fabrics, Inc | | | $2,035.95 | | 33 | | | | $853.45 | Y | | | | $853.45 | CF |
| Lanscott-Arlen Fabrics, Inc | | | $2,035.95 | | 73 | | | | $1,778.70 | | | | | $1,778.70 | CL |
| Lant, Robert | $0.00 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Lant, Robert | $4,824.05 | | | | | | | | | Y | | $0.00 | | | |
| Lant, Robert | $3,846.16 | | | | | | | | | Y | | $0.00 | | | |
| Lant, Robert | $20,969.01 | | | | | | | | | Y | | $0.00 | | | |
| Larson, Wilma | $45.50 | | | | | | | | | | | $45.50 | | | |
| Larson, Wilma | $159.31 | | | | | | | | | | | $159.31 | | | |
| Lawamerica | | | $18.00 | | | | | | | | | | | $18.00 | |
| Lawrence Roll-up Doors, Inc | | | $3,280.05 | | 19 | | | | $1,886.00 | Y | | | | $1,886.00 | |
| Lazarus, Trudi | $7,109.46 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Lazarus, Trudi | $2,461.54 | | | | | | | | | Y | | $0.00 | | | |

105

Claims_Chart5

| Creditor | Scheduled Prior | Secured | Unsec | D/CU | Claim # | Claims Filed Admin | Prior | Secured | Unsec | Obj.? | Allowed Admin | Prior | Secured | Unsec | Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Azarus, Trudi | $12,160.00 | | | | | | | | | | | $0.00 | | | | |
| Azarus, Trudi | | | $586.93 | | | | | | | Y | | | | | | |
| ..bron, Yvonne | $2,491.28 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| ..bron, Yvonne | $666.09 | | | | | | | | | Y | | $0.00 | | | | Cl.. |
| ..osta Systems, Inc | | | $6,576.26 | | 144 | | | | $2,311.12 | | | | | | | |
| ..ce Fashion Fabrics, Inc | | | $1,154.79 | | | | | | | | | | | $1,154.79 | | |
| ..ee, Alisha L. | $0.00 | | | | | | | | | | | $0.00 | | | | |
| ..ee, Cindy | $350.00 | | | | | | | | | | | $350.00 | | | | |
| ..ee, Kyong Sook | $0.00 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| ..e, Kyong Sook | $1,889.53 | | | | | | | | | Y | | $0.00 | | | | |
| ..e, Kyong Sook | $1,169.23 | | | | | | | | | Y | | $0.00 | | | | |
| ..e, Kyong Sook | $4,510.90 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| ..eon, Sonia | $0.00 | | | | | | | | | Y | | $0.00 | | | | |
| ..eon, Sonia | $1,773.61 | | | | | | | | | Y | | $0.00 | | | | |
| ..eon, Sonia | $1,153.85 | | | | | | | | | Y | | $0.00 | | | | |
| ..eon, Sonia | $5,542.65 | | | | | | | | | Y | | $0.00 | | | | |
| Levcor International | | | $127.72 | | | | | | | | | | | | $127.72 | settlement agreement |
| Levine Leichman Capital | | $0.00 | | | | | | | | | | | $0.00 | | | |
| Levine, Anna | $554.16 | | | | 107 | | $1,120.00 | | | | | $0.00 | | | | Duplicate |
| Levine, Anna | $153.85 | | | | 157 | | $1,120.00 | | | | | $1,120.00 | | | | Cl.. |
| Levine, Anna Sara | $247.00 | | | | | | | | | | | $247.00 | | | | |

106

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj? | Admin | Prior | Secured | Unsec Class 2 | |
| Levine, Bradley | $888.03 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Levine, Bradley | $3,577.38 | | | | 242 | | $7,772.04 | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Levine, Bradley A. | $3,577.38 | | | | | | | | | Y | | | $0.00 | | |
| Levine, Lisa | $5,248.17 | | | | | | | | | | | | $4,650.00 | $598.17 | |
| Lexington Insurance Co | | | $4,939.89 | | | | | | | | | | | $4,939.89 | |
| Lihas Limited | | | $3,207.29 | | | | | | | | | | | $3,207.29 | |
| Lichter, Denise | $1,442.58 | | | | | | | | | Y | | | $0.00 | | Acosta Litigation |
| Lichter, Denise | $861.54 | | | | | | | | | Y | | | $0.00 | | |
| Lichter, Denise | $2,930.74 | | | | | | | | | Y | | | $0.00 | | |
| Lichter, Denise M. | $0.00 | | | | | | | | | Y | | | $0.00 | | |
| Lighthouse International | | | $1,500.00 | | | | | | | | | | | $1,500.00 | |
| Lighter, Jennif | $184.62 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Lighter, Jennifer | $619.92 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Lilly, Nancy | $553.66 | | | | | | | | | | | | $553.66 | | |
| Lilly, Nancy | $1,046.46 | | | | | | | | | | | | $1,046.46 | | |
| Lilly, Nancy Lou | $396.15 | | | | | | | | | | | | $396.15 | | |
| Linares, Blanca | $1,103.96 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Linares, Blanca A. | $1,154.41 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Lisa Schwarz/Textile Prints | | | $1,732.00 | | | | | | | | | | | $1,732.00 | |
| Little, Carole | | | $13,210.33 | | | | | | | | | | | $13,210.33 | |
| Little, Carole | | | $5,384.62 | | | | | | | | | | | $5,384.62 | |

107

Claims_Chart5

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Claims Filed Admin | Claims Filed Prior | Claims Filed Secured | Claims Filed Unsec | Obj.? | Admin | Allowed Prior | Allowed Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Little, Carole | | | $30,288.47 | | | | | | | | | | | $30,288.47 | |
| Liu, Lisa | $2,918.40 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Liu, Lisa | $1,458.16 | | | | 15 | | $6,890.00 | | | | | | $0.00 | $2,290.00 | objection - exceeds statutory limit |
| Liu, Lisa A | $984.61 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Ljeung, Dewana | $490.87 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Ljeung, Dewana | $558.15 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Ljung, Dewana | $85.25 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| LMJ & Associates | | | $522.60 | | | | | | | | | | | $522.60 | |
| Lockton Insurance Brokers | | | $28,972.00 | | 37 | | $143.50 | | | Y | | | $0.00 | $28,972.00 | Included in claim of Secretary of Labor |
| we, Barbara A | $0.00 | | | | | | | | | Y | | | $0.00 | | |
| Lois Ann Koniba | $0.00 | | | | 63 | | $1,644.21 | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Lomeli, Marin | $0.00 | | | | 239 | | $2,207.34 | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Lomeli, Marin | $241.43 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Lomeli, Marin | $551.57 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Lomeli, Marin | $1,305.00 | | | | | | | | | Y | | | $0.00 | | |
| Lomeli, Victor | $184.27 | | | | | | | | | Y | | $184.27 | | | |
| Lomeli, Victor | $571.84 | | | | | | | | | | | $571.84 | | | |
| Loeowe, Barbara | $128.99 | | | | | | | | | | | $128.99 | | | Included in claim of Secretary of Labor |
| Lopez, Ana E | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| Lopez, Miriam | $263.66 | | | | | | | | | | | $263.66 | | | |
| Lopez, Miriam | $368.00 | | | | | | | | | | | $368.00 | | | |

108

Claims_Chart5

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | Scheduled D/C/U | Claim # | CF Admin | CF Prior | CF Secured | CF Unsec | Obj.? | Allowed Admin | Allowed Prior | Allowed Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lopez, Miriam | $410.62 | | | | | | | | | | | $410.62 | | | |
| Lopez, Oscar Rene Lozano | $1,142.65 | | | | 4 | | $2,012.40 | | | Y | | $1,142.65 | | | |
| Lopez, Ana F. | $127.80 | | | | | | | | | | | $127.80 | | | |
| Lother Industries, Inc | | | $389.77 | | | | | | | | | | | $189.77 | |
| Los Angeles County Treasurer | | | $0.00 | | 141 | | | | $88,328.22 | | | | | $88,328.22 | CL |
| Los Angeles Times | | | $43.38 | | | | | | | Y | | $0.00 | | $43.38 | Acosta Litigation |
| Lozano Lopez, Oscar R. | $1,142.65 | | | | | | | | | | | | | | |
| Lozano Lopez, Oscar R. | $654.38 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Lubavitch Young Organization | | | $18,000.00 | | | | | | | | | | | $18,000.00 | |
| Lucent Technologies | | | $37.29 | | | | | | | Y | | $0.00 | | $37.29 | |
| Lumo, Kelly | $1,518.46 | | | | | | | | | | | | | | |
| Lumo, Kelly | $2,342.22 | | | | 112 | | | | | Y | | $0.00 | | | |
| Lynda Weinstein Design Resourc | | | $1,000.00 | | | | | | | | | | | $1,000.00 | |
| Mabrey, Penny Ellen | $489.93 | | | | | | $956.25 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Mabrey, Penny Ellen | $3,195.00 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Machado, Mario | $1,203.34 | | | | | | | | | | | $0.00 | | | |
| Machado, Mario | $639.78 | | | | 21 | | $2,233.00 | | | | | $2,233.00 | | | |
| Machado, Mario A. | $226.80 | | | | | | | | | | | | | | CF |
| Maersk-Sea Land | | | | | | | | | $10,803.36 | | | $0.00 | | $10,803.36 | |
| Magic Messenger Inc | | | $16.00 | | | | | | | | | | | $16.00 | |
| Magsambol, Ruby | $1,421.55 | | | | | | | | | | | $0.00 | | | |

Claims_Chart5

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | DICIU | | Admin | Prior | Secured | Unsec | Obj,7 | Admin | Prior | Secured | Unsec Class 2 | |
| Magsambol, Ruby | $7,079.12 | | | | | | | | | | | | | | |
| Magsambol, Ruby | $1,624.88 | | | | 98 | | $9,939.26 | | | | | $0.00 | | $5,289.26 | objection - exceeds statutory limit |
| Main Fung Knitting Technology | | | $948.37 | | 17 | | | | $137,270.17 | Y | | $4,650.00 | | $0.00 | CL |
| Malibu Textiles, Inc. | | | $570.83 | | | | | | | | | | | $570.83 | |
| Manchester Lock & Security | | | $447.47 | | | | | | | | | | | $447.47 | Included in claim of Secretary of Labor |
| Mangubat, Sierralyn | | $155.24 | | | | | | | | Y | | $0.00 | | | |
| Manhattan Fire & Safety Corp | | | $131.85 | | | | | | | | | | | $131.85 | Acosta Litigation |
| Mankowski, Lisa M. | | $0.00 | | | | | | | | Y | | | $0.00 | | |
| Mankowski, Lisa | | $2,071.59 | | | | | | | | Y | | | $0.00 | | |
| ...owski, Lisa 110 | | $3,442.17 | | | | | | | | Y | | | $0.00 | | CL |
| Marcia Lace Company | | | $4,367.60 | | 116 | | | | $4,367.60 | | | | | $4,367.60 | |
| Mark Fabrics, Inc | | | $473.57 | | 54 | | | | $473.57 | | | | | $473.57 | CL |
| Markem Corporation | | | $4,082.21 | | | | | | $4,082.21 | | | | | $4,082.21 | |
| Market-Based Solutions | | | $3,105.00 | | 81 | | $2,752.77 | | | | | | | $3,105.00 | |
| Maroquin, Socor | | $1,056.34 | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Maroquin, Socorro | | $412.75 | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Maroquin, Socorro | | $969.33 | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Maroquin, Socorro N | | $0.00 | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Marin, Dora | | $619.15 | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Marin, Dora | | $378.00 | | | | | | | | Y | | $0.00 | | | |
| Marin, Dora | | $1,950.07 | | | | | | | | Y | | $0.00 | | | |

Claims_Chart5

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | Scheduled D/C/U | Claim # | Filed Admin | Filed Prior | Filed Secured | Filed Unsec | Obj.? | Allowed Admin | Allowed Prior | Allowed Secured | Allowed Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marin, Dora M | | $0.00 | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Marinez, Ana | | $1,162.19 | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Marinez, Ana M. | | $241.90 | | | 138 | | $1,660.00 | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Marinez, Ana M. | | $920.29 | | | 96 | | $1,660.00 | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Marinez, Esmeralda | | $28.42 | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Marinez, Esmeralda | | $919.05 | | | 37 | | $1,233.00 | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Marinez, Esmeralda | | $947.47 | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Marinez, Esther | | $1,093.41 | | | | | | | | Y | | | $0.00 | | Acova Litigation |
| Marinez, Esther | | $384.40 | | | | | | | | Y | | | $0.00 | | |
| Marinez, Fidel | | $580.60 | | | | | | | | | | | $580.69 | | |
| Marinez, Joel | | $393.75 | | | | | | | | | | | $393.75 | | |
| Marinez, Joel | | $872.75 | | | | | | | | | | | $872.75 | | |
| Marinez, Joel | | $1,151.46 | | | | | | | | Y | | | $1,151.46 | | Included in claim of Secretary of Labor |
| Marinez, Mercedes | | $370.17 | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Marinez, Mercedes J | | $699.19 | | | | | | | | | | | $0.00 | | |
| Master Locksmith Inc | | $449.24 | | | | | | | | | | | $449.24 | | |
| Master Locksmith Inc | | | $449.24 | | | | | | | | | | | $449.24 | |
| Matrix International Texuler | | | $214.30 | | | | | | | | | | | $214.30 | |
| May Merchandising Company | | | $2,000.00 | | | | | | | | | | | $2,000.00 | |
| Maya Fashion Prints | | | $47,760.12 | | | | | | | | | | | $47,760.12 | |
| Mayorga, Lucas | | $0.00 | | | | | | | | | | | $0.00 | | |

-111-

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | DIC/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| Mc Call, Mellanie L. | $0.00 | | | | | | | | | | | $0.00 | | | Included in claim of Secretary of Labor |
| Mc Collum, Michael W. | $149.71 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| McCall, Mellanie | $432.25 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| McCall, Mellanie | $826.57 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| McCall, Mellanie L | $528.85 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| McCarthy, Carole | $0.00 | | | | 128 | | $1,015.53 | | | Y | | $0.00 | | | |
| McDonald, Gates | $0.00 | | | | | | | | | | | $0.00 | | | |
| McGinnis, Sandra | $0.03 | | | | | | | | | | | $0.03 | | | |
| McKesson Water Products | | | $44.00 | | | | | | | | | | | $44.00 | |
| McMahan, Helen | $130.00 | | | | | | | | | | | $130.00 | | | |
| McMurrough Express | | | $15,279.31 | | 58 | | | | $19,097.45 | | | $0.00 | | $19,097.45 | |
| McNab, Joyce | $2,414.59 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| McNab, Joyce | $1,184.61 | | | | | | | | | Y | | $0.00 | | | |
| McNab, Joyce | $3,062.16 | | | | | | | | | Y | | $0.00 | | | |
| Medel, Jose | $432.91 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Medel, Jose | $534.63 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Medel, Jose | $2,020.49 | | | | 110 | | $3,816.00 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Medina, Gerardo | $1,835.82 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Medina, Gerardo | $876.92 | | | | | | | | | Y | | $0.00 | | | |
| Medina, Gerardo | $3,682.14 | | | | | | | | | Y | | $0.00 | | | |
| Meghan L. Edrich Inc | | | $1,700.00 | | | | | | | | | | | $1,700.00 | |

112

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | Scheduled DCIU | Claim # | Filed Admin | Filed Prior | Filed Secured | Filed Unsec | Obj.? | Allowed Admin | Allowed Prior | Allowed Secured | Allowed Unsec | Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Melendez, Jose | $470.47 | | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Melendez, Jose | $924.29 | | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Melendez, Jose | $1,068.01 | | | | 209 | | $3,505.00 | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Mena, Hugo | $620.49 | | | | | | | | | Y | | | $0.00 | | | |
| Mena, Hugo | $327.00 | | | | | | | | | Y | | | $0.00 | | | Acosta Litigation |
| Mena, Hugo | $1,538.46 | | | | | | | | | Y | | | $0.00 | | | |
| Mendez, Esmeralda | $509.99 | | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Mendez, Esmeralda | $308.46 | | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Mendez, Esmeralda | $661.96 | | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Mendez, Esmeralda | $0.00 | | | | 24 | | $1,511.25 | | | Y | | | $0.00 | | | |
| Mendez, Marisol 113 | $236.53 | | | | | | | | | Y | | | $0.00 | | | |
| Mendez, Marisol | $514.47 | | | | | | | | | | | | $0.00 | | | |
| Mendez, Marisol | $665.62 | | | | | | | | | | | | $0.00 | | | |
| Mendez, Marisol | $221.11 | | | | | | | | | | | | $0.00 | | | |
| Mendez, Soledad H | $1,059.17 | | | | | | | | | | | | $0.00 | | | |
| Mendez, Soledad H | | | | | 34 | | $2,184.24 | | | Y | | | $2,184.24 | | | CL Included in claim of Secretary of Labor |
| Mendoza, Mario A | $51.99 | | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Mendoza, Mario M | $1,577.94 | | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Menjivar, Sonia | $190.00 | | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Menjivar, Sonia | $419.25 | | | | 161 | | $780.00 | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Meridian Building Services | | | $12,070.11 | | | | | | | | | | | | $12,070.11 | |
| Merrill Lynch | | | $5,904.00 | | | | | | | | | | | | $5,904.00 | |

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | Obj.? | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | DICU | | Admin | Prior | Secured | Unsec | | Admin | Prior | Secured | Unsec Class 2 | |
| Aero Novelty & Pleating Inc | | | $200.00 | | | | | | | | | | | $200.00 | |
| Aero Pads | | | $5,229.66 | | 60 | | | | $5,229.60 | Y | | | | $5,229.60 | |
| Aerocall | | | $304.14 | | | | | | | | | | | $304.14 | |
| Metropolitan Industries | | | $722.00 | | | | | | | | | | | $722.00 | |
| Metropolitan Textile | | | $9,465.70 | | | | | | | | | | | $9,465.70 | |
| Meyers, Sandra | $181.29 | | | | | | | | | Y | | | | | Included in claim of Secretary of Labor |
| Midway Rent a Car | | | $516.50 | | | | | | | | | | | $516.50 | |
| Milaney, Margie A | $47.50 | | | | | | | | | | | $0.00 | | | |
| Millberg Factors, Inc | | | $44.00 | | | | | | | | | $47.50 | | $44.00 | |
| Millenium Mills | | | $7,544.50 | | | | | | | | | | | $7,544.50 | |
| Millennium Textiles Inc. | | | $1,093.69 | | | | | | | | | | | $1,093.69 | |
| Millworth Fabrics | | | $20,211.30 | | | | | | | | | | | $20,211.30 | |
| Milvore Consultants, Inc | | | $329.00 | | | | | | | | | | | $329.00 | |
| Mina Tex, Inc | | | $157.80 | | | | | | | | | | | $157.80 | |
| Mini-Lace, Inc | | | $289.95 | | | | | | | | | | | $289.95 | |
| Minolta Leasing Services | | | $3,159.00 | | | | | | | | | | | $3,159.00 | |
| Viroglio Textiles USA, Inc | | | $90,347.87 | | 149 | | | | $111,281.78 | Y | | | | $111,281.78 | Cl... Access Litigation |
| Mitchell, Desiree V | $1,844.26 | | | | | | | | | Y | | $0.00 | | | |
| Midkiell, Desiree V | $2,921.57 | | | | | | | | | Y | | $0.00 | | | |
| Mira Imports | | | $626.00 | | | | | | | | | | | $626.00 | |
| MJ Forrest | | | $609.60 | | | | | | | | | | | $609.60 | |

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | Obj.7 | Admin | Prior | Secured | Unsec Class 2 | |
| MaM Publishing Corporation | | | $275.00 | | | | | | | | | | | $275.00 | |
| Modeduck Cera GMBH | | | $308.11 | | | | | | | | | | | $308.11 | |
| Modem Age Design | | | $0.00 | | | | | | | | | | | $0.00 | |
| Modem Patterns Inc. | | | $2,042.16 | | | | | | | | | | | $2,042.16 | |
| Moenepeny, Christine | $1,590.80 | | | | | | | | | | | | | | Acosta Litigation |
| Moenepeny, Christine | $1,373.69 | | | | | | | | | Y | | $0.00 | | | |
| Moenepeny, Christine | $846.15 | | | | | | | | | Y | | $0.00 | | | |
| Moenepeny, Christine | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| Montejano, Bertha | $436.90 | | $614.42 | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Montejano, Bertha | $1,536.55 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Montejano, Bertha | $3,587.55 | | $614.42 | | 51 | | $6,392.19 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Montejano, Bertha | $3,146.10 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Montes, Ramon | $249.55 | | | | | | | | | | | $0.00 | | | |
| Montes, Ramon | $377.56 | | | | | | | | | | | $0.00 | | | |
| Montes, Ramon | $197.21 | | | | | | | | | | | $0.00 | | | |
| Montes, Ramon R. | $948.37 | | | | 99 | | $545.00 | | | Y | | $545.00 | | | Cl... |
| Mora, Valerie | $787.56 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Mora, Valerie | $395.00 | | | | | | | | | Y | | $0.00 | | | |
| Mora, Valerie | $892.40 | | | | | | | | | Y | | $0.00 | | | |
| Morales, Antonio | $0.00 | | | | | | | | | | | $0.00 | | | |
| Morales, Santiago | $2,243.84 | | | | 36 | | $2,243.84 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj? | Admin | Prior | Secured | Unsec Class 2 | |
| Moran, Salvador A. | $95.63 | | | | | | | | | | | $95.63 | | | |
| Moreno, Maria G. | $487.62 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Moreno, Maria G. | $2,433.28 | | | | 23 | | $3,520.00 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Moreno, Rosa | $369.05 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Moreno, Rosa | $872.82 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Moreno, Rosa | $969.95 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Morov, Alisa | $0.00 | | | | | | | | | | | $0.00 | | | |
| Morris, Nina | $83.08 | | | | | | | | | | | $83.08 | | | |
| Morris, Nina Marie | $427.50 | | | | | | | | | | | $427.50 | | | |
| ...ria, Nina Marie | $581.40 | | $9,560.18 | | 118 | | | | $21,903.99 | | | $581.40 | | $21,903.99 | |
| Morrison & Foerster LLP | $99.20 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Moser, Laurie | $1,494.11 | | | | | | | | | Y | | $0.00 | | | |
| Moser, Laurie | $725.91 | | | | | | | | | Y | | $0.00 | | | |
| Moser, Laurie | $1,326.20 | | | | | | | | | Y | | $0.00 | | | |
| Moser, Laurie A | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| Moses and Associates | | | $1,251.91 | | 38 | | $12,075.00 | | | Y | | $0.00 | | $1,251.91 | Acosta Litigation |
| Moskowitz, Eryl | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| Moskowitz, Eryl | $1,063.25 | | | | | | | | | Y | | $0.00 | | | |
| Moskowitz, Eryl | $2,557.33 | | | | | | | | | Y | | $0.00 | | | |
| Moskowitz, Eryl | $1,139.08 | | | | | | | | | Y | | $0.00 | | | |

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | Obj./7 | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | | Admin | Prior | Secured | Unsec Class 2 | |
| MS Textiles | | | $91.40 | | | | | | | | | | | $91.40 | |
| Multi Transportation Group | | | $43.70 | | | | | | | | | | | $43.70 | |
| Mulimeda Int. Tech. Inc | | | $0.00 | | | | | | | | | | | $0.00 | |
| Muniz, Amber | $355.12 | | | | 12 | | $9,610.00 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Muniz, Amber | $150.00 | | | | | | | | | Y | | $0.00 | | $4,980.00 | Included in claim of Secretary of Labor |
| Murphy, Linda | $586.15 | | | | | | | | | | | $0.00 | | | |
| Murphy, Linda | $990.59 | | | | | | | | | | | $0.00 | | | |
| Murphy, Linda | $1,249.72 | | | | 76 | | $2,952.69 | | | | | $0.00 | | | Cl |
| Murphy, Linda M | $0.00 | | | | 109 | | $2,952.96 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Murray, Latisha | $24.62 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Murray, Latisha A | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| Mutual Propane | | | $0.00 | | | | | | | | | | | $0.00 | |
| MWB Business Systems | | | $1,957.27 | | | | | | | | | | | $1,957.27 | |
| Myers, Jean | $1,633.57 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Myers, Jean | $969.23 | | | | | | | | | Y | | $0.00 | | | |
| Myers, Jean | $2,475.54 | | | | | | | | | Y | | $0.00 | | | |
| Myers, Jean A | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| N.E.W.S. Logistics | | | $588.00 | | | | | | | | | | | $588.00 | |
| Nahal, Michele | $3,657.28 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Nahal, Michele | $890.95 | | | | | | | | | Y | | $0.00 | | | |
| Nahal, Michele | $1,618.22 | | | | | | | | | Y | | $0.00 | | | |

Claims_Chart5

117

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| Nagy, Leeann | $573.23 | | | | 25 | | $1,578.96 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Nagy, Leeann | $683.29 | | | | 45 | | $289.20 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Najar, Victor | $1,911.97 | | | | | | | | | Y | | $0.00 | | $1,911.97 | included in claim of Secretary of Labor |
| Najar, Victor | $5,092.56 | | | | | | | | | Y | | $0.00 | | $442.56 | Included in claim of Secretary of Labor |
| Najar, Victor Eulogi | $1,153.84 | | | | | | | | | Y | | $0.00 | | $1,153.84 | Included in claim of Secretary of Labor |
| Najpac Inc | | | $792.75 | | | | | | | | | | | $792.75 | |
| Nardo, Vincent | $33.00 | | | | | | | | | | | $33.00 | | | |
| Nauli, William | $1,257.37 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Nauli, William | $1,352.52 | | | | | | | | | Y | | $0.00 | | | |
| auli, William | $1,076.92 | | | | | | | | | Y | | $0.00 | | | |
| Nauli, William J | $4,412.08 | | | | | | | | | Y | | $0.00 | | | |
| Navarro, Eliseo | $385.25 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Navarro, Eliseo | $649.64 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Navarro, Miguel C. | $1,669.31 | | | | 30 | | $3,044.42 | | | | | $1,669.31 | | | |
| Neal, Freda Marie | $1,460.12 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Neal, Freda Marie | $1,696.13 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Neal, Sarah | $114.94 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Neal, Sarah | $507.69 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Neal, Sarah | $1,460.12 | | | | 79 | | $3,712.48 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Neal, Sarah | $860.34 | | | | 114 | | $3,712.48 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Needham, Renee N | $986.20 | | | | | | | | | | | $986.20 | | | |

—118—

Claims_Chart5

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| Neighbors Watching Neighbors | | | $102.83 | | | | | | | | | | | $102.83 | |
| Neman Brothers & Associates | | | $2,701.50 | | | | | | | | | | | $2,701.50 | Acora Litigation |
| Nemirovsky, Rais | $1,157.57 | | | | | | | | | Y | | $0.00 | | | |
| Nemirovsky, Rais | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| Nemirovsky, Raisa | $1,676.10 | | | | | | | | | Y | | $0.00 | | | |
| Nemirovsky, Raisa | $1,056.00 | | | | | | | | | Y | | $0.00 | | | |
| Nemoves Corporation | | | $1,406.74 | | | | | | | | | | | $1,406.74 | |
| New Plan Factory Malls | | | $0.00 | D | 240 | | | | $79,992.80 | | | | | $79,992.80 | CI |
| New York City Dept of Finance | | | $8,096.76 | | 115 | | | | $43,010.00 | | | | | $43,010.00 | CF |
| New York City Dept of ...ance | | | $0.00 | | 159 | | | $59,400.00 | | Y | | | | $0.00 | CI |
| New York State Sales Tax | | | $1,368.99 | | 162 | | $12,280.50 | | $2,199.62 | | | $12,280.50 | | $2,199.62 | CF |
| New York State Sales Tax | | | $0.00 | | 268 | | $2.00 | | $2,044.37 | | | $2.00 | | $2,044.37 | CI |
| New York Times | | | $18.90 | | | | | | | | | | | $18.90 | |
| Newell, Deborah | $0.00 | | | | | | | | | | | $0.00 | | | |
| NEWS Logistics | | | $176.00 | | | | | | | | | | | $176.00 | |
| Nextel Communication | | | $1,153.48 | | 130 | | $3,926.59 | | | | | | | $1,153.48 | |
| Ng, Loo-Yau | $1,167.25 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Ng, Loo-Yau | $1,601.54 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Nice Textile Inc | | | $1,740.74 | | | | | | | Y | | | | $1,740.74 | |
| Nix-E Design | | | $1,930.00 | | | | | | | | | | | $1,930.00 | |
| Nobix, Inc | | | $4,351.65 | | | | | | | | | | | $4,351.65 | |

Claims_Chart5

| Creditor | Scheduled Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nobland International Inc | | | $2,240.25 | | | | | | | | | | | $2,240.25 | |
| Non-Stop Express Int'l Inc. | | | $402.72 | | | | | | | | | | | $402.72 | |
| North Carolina Spinning Mills | | | $103.42 | | | | | | | | | | | $103.42 | |
| Notions Guatemala, SA | | | $12,333.90 | | | | | | | | | | | $12,333.90 | |
| Nouveau Fabrics Inc | | | $54,424.10 | | | | | | | | | | | $54,424.10 | |
| Novatex International | | | $2,580.75 | | | | | | | | | | | $2,580.75 | |
| Noveltex, Inc. | | | $47,297.19 | | | | | | | | | | | $47,297.19 | |
| Novelty Textile Mills, Inc | | | $350.50 | | | | | | | | | | | $350.50 | |
| NU Image Fabrics Inc | | | $315.70 | | 53 | | | | $789.15 | | | | | $789.15 | CF |
| ...Image Fabrics Inc | | | $0.00 | | 98 | | | | $545.00 | | | | | $545.00 | CL |
| 120 O'Connor, Peri | $460.06 | | | | | | | | | | | $460.06 | | | |
| Oak, Marcia | $18.91 | | | | | | | | | | | $0.00 | | | |
| Oak, Marcia | $3,712.24 | | | | | | | | | Y | | $0.00 | | | |
| Oak, Marcia | $972.68 | | | | | | | | | Y | | $0.00 | | | |
| Oak, Marcia | $4,610.98 | | | | | | | | | Y | | $0.00 | | | |
| Oak, Marcia C. | $0.00 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Off Broadway Printing | | | $50.00 | | | | | | | | | | | $50.00 | |
| Office Solutions | | | $1,289.17 | | 173 | | $9,378.64 | | | Y | | | | $2,538.29 | |
| Olivas, Rafael | $1,382.74 | | | | | | | | | Y | | $0.00 | | | |
| Olivas, Rafael | $507.15 | | | | | | | | | Y | | $0.00 | | | |
| Olivas, Rafael | $944.94 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |

Claims_Chart5

| reditor | Scheduled | | | | Claim # | Claims Filed | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | Obj? | Admin | Prior | Secured | Unsec Class 2 | |
| lympia Fabrics Corp. | | | $87.50 | | | | | | | | | | | $87.50 | |
| nani Computer Products | | | $1,389.88 | | | | | | | | | | | $1,389.88 | |
| ne Way Textiles | | | $70.05 | | | | | | | | | | | $70.05 | |
| ppenheimer Puma Smith | | | $12,110.60 | | | | | | | | | | | $12,110.60 | |
| rhin Exterminating | | | $407.20 | | | | | | | | | | | $407.20 | |
| riiz, Juan Albe | $527.32 | | | | | | | | | | | $0.00 | | | |
| riiz, Juan Alberto | $0.00 | | | | | | | | | | | $0.00 | | | |
| riiz, Juan Alberto | $554.09 | | | | 77 | | $1,331.25 | | | | | $0.00 | | | |
| riiz, Juan Roberto | $201.88 | | | | | | | | | | | $0.00 | | | |
| sorio, Alfonso | $80.29 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| sorio, Alfonso | $632.66 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| sorio, Cecilia | $662.29 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| sorio, Cecilia G | $1,550.84 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| vernie Transportation | | | $312.07 | | | | | | | | | | | $312.07 | |
| &M Distribution, Inc | | | $69,131.88 | | 117 | | | | $11,842.62 | | | | | $11,842.62 | CF |
| acesetter Fabrics | | | $179.20 | | | | | | | | | | | $179.20 | |
| acheco, Yvonne | $1,686.31 | | | | 142 | | $9,468.36 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| acheco, Yvonne | $1,941.14 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| acific Bell | | | $21,298.15 | | 200 | | $1.00 | | | | | $1.00 | | | |
| acific Computer Products | | | $1,484.69 | | | | | | | | | | | | |
| c | | | | | | | | | | | | | | $1,484.69 | CL |
| acific Fabric Reels, Inc | | | $658.56 | | | | | | | | | | | $658.56 | |

121

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj? | Admin | Prior | Secured | Unsec | Class 2 | |
| Pacific Gas & Electric | | | $0.00 | | 56 | | | | $1,265.22 | | | | | | $1,265.22 | c |
| Pacific Plans | | | $1,350.00 | | 59 | | | | $1,080.00 | | | | | | $1,080.00 | CL |
| Padilla, Mario Hueno | $0.00 | | | | 45 | | $1,949.37 | | | Y | | $0.00 | | | | CL |
| Pago Fabrics | | | $134.50 | | | | | | | | | | | | $134.50 | |
| Pak, Chi Min | $218.15 | | | | | | | | | | | $218.15 | | | | |
| Palacios, Luis | $839.89 | | | | | | | | | | | $839.89 | | | | |
| Palacios, Robert | $438.41 | | | | | | | | | | | $438.41 | | | | |
| Palogen, Gregory G | $298.53 | | | | | | | | | | | $298.53 | | | | |
| Palogen, Gregory G | $630.18 | | | | | | | | | | | $630.18 | | | | |
| Palmers, Abby | $1,264.41 | | | | | | | | | Y | | | $0.00 | | | Acosta Litigation |
| Palomera, Abby | $707.69 | | | | | | | | | Y | | | $0.00 | | | |
| Palomera, Abby | $1,088.78 | | | | | | | | | Y | | | $0.00 | | | |
| Palomera, Abby | $0.00 | | | | | | | | | Y | | | $0.00 | | | |
| Palos, Benito | $105.72 | | | | | | | | | | | $105.72 | | | | |
| Paradox Fabrics Inc | | | $421.58 | | | | | | | | | | | | $421.58 | |
| Parkins Transport, Inc | | | $9,466.90 | | | | | | | | | | | | $9,466.90 | |
| Pacquini Espreston Co | | | $948.20 | | | | | | | | | | | | $948.20 | |
| Pacquini Imports, Inc. | | | $325.76 | | | | | | | | | | | | $325.76 | |
| Patino, Leona Connie | | $306.01 | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Patino, Lionel Connie | | $149.00 | | | | | | | | Y | | | $0.00 | | | Included in claim of Secretary of Labor |
| Patricia Brandt Company | $6,982.12 | | $6,982.12 | | | | | | | | | | | | $6,982.12 | |

Claims_Chart5

| Creditor | Scheduled | | | | Claim Filed | | | | | Obj.? | Allowed | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | | Admin | Prior | Secured | Unsec | Class 2 | |
| atrocelli Electric Co., Inc | | | $170.52 | | | | | | | | | | | | $170.52 | |
| ime Prints Inc | | | $951.03 | | | | | | | | | | | | $951.03 | |
| ul Gottlieb & Company | | | $842.80 | | | | | | | | | | | | $842.80 | |
| aulish USA, Inc | | | $341.75 | | | | | | | | | | | | $341.75 | |
| ayne, Diane | $225.00 | | | | | | | | | | | $225.00 | | | | |
| C Service Source | | | $204.00 | | | | | | | | | | | | $204.00 | |
| olex | | | $2,046.00 | | | | | | | | | | | | $2,046.00 | |
| eraza, Valerie | $269.23 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| eraza, Valerie | $3,102.99 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| e, Valerie | $1,264.71 | | | | 146 | | $5,577.28 | | | Y | | $0.00 | | | $927.28 | Included in claim of Secretary of Labor |
| rez, Ceasar | $591.18 | | | | | | | | | Y | | $0.00 | | | | |
| rez, Ceasar | $2,269.48 | | | | | | | | | Y | | $0.00 | | | | |
| eterson Publishing Co LLC | | | $11,600.00 | | | | | | | | | | | | $11,600.00 | |
| etrocelli Electric Co., Inc | | | $170.52 | | | | | | | | | | | | $170.52 | |
| ork International | | | $4,135.00 | | | | | | | | | | | | $4,135.00 | |
| EYK International Inc | | | $56.50 | | | | | | | | | | | | $56.50 | |
| ineda, Ana M | $1,928.13 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| ineda, Ana M | $2,081.68 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| neyworks | | | $71.99 | | | | | | | | | | | | $71.99 | |
| inkerton, Richard A | $1,570.92 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| inkerton, Richard A | $2,242.99 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |

123

Claims_Chart5

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | Obj.? | Allowed | | | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | | Admin | Prior | Secured | | |
| acencia, Ana | $529.20 | | | | | | | | | | | | | | Included in claim of Secretary of Labor |
| acencia, Ana | $978.80 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| acencia, Ana | $1,232.59 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| atinum Computer Support | | | $11,517.18 | | | | | | | | | $0.00 | | $11,517.18 | |
| oteric, Karen | $415.19 | | | | | | | | | | | $415.19 | | | |
| oteric, Karen | $598.78 | | | | | | | | | | | $598.78 | | | |
| oteric, Karen | $1,067.92 | | | | | | | | | | | $1,067.92 | | | |
| ower, Jennifer | $1,925.15 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| ower, Jennifer | $1,000.00 | | | | | | | | | Y | | $0.00 | | | |
| ei, Jennifer | $689.91 | | | | | | | | | Y | | $0.00 | | | |
| ower, Jennifer J | $0.00 | | | | 41 | | | | | Y | | $0.00 | | | |
| ess Printing / ressman Oatman Company c. | | | $3,175.93 | | | | | | | | | $0.00 | | $3,175.93 | |
| ressman Oatman Company c. | | | $1,012.94 | | | | | | | | | $0.00 | | $1,012.94 | |
| rice, Eileen | $1,339.00 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| rice, Eileen | $1,353.29 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| rice, Eileen | $2,692.29 | | | | | | $3,607.50 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| rice, Susan | $938.02 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| rice, Susan | $618.40 | | | | | | | | | Y | | $0.00 | | | |
| rice, Susan | $1,804.72 | | | | | | | | | Y | | $0.00 | | | |
| rice, Susan | $703.20 | | | | | | | | | Y | | $0.00 | | | |
| rice, Susan H | $0.00 | | | | | | | | | Y | | $0.00 | | | |

124

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| Pride Uniform Rental Corp | | | $405.22 | | | | | | | | | | | $405.22 | |
| Prime Outlets at Ellenton | | | $13,557.79 | | | | | | | | | | | $13,557.79 | |
| Prime Outlets at Perryville L P | | | | | 156 | | | | $61,072.25 | Y | | | | $0.00 | waived per settlement of avoidance action |
| Prime Outlet at San Marcos | | | $11,857.82 | | 158 | | | | $52,453.32 | Y | | | | $0.00 | CF |
| Printmaker International Ltd | | | $4,549.47 | | 25 | | | | $4,752.18 | | | | | $4,752.18 | CL |
| Priority Collections, Inc | $0.00 | | $0.00 | | 14 | | $32,545.64 | | | Y | | $0.00 | | | CF |
| ProBusiness Services | | | | | 205 | | | | $4,033.64 | | | | | $4,033.64 | CL |
| Pruitt, Brooke | $253.30 | | | | | | | | | | | $253.30 | | | |
| Pruitt, Brooke | $541.27 | | | | 105 | | $1,202.00 | | | | | $1,202.00 | | | CL |
| PSET, Inc | | | $1,470.00 | | | | | | | | | | | $1,470.00 | |
| Pulido, Lisa | $452.68 | | | | | | | | | | | $452.68 | | | |
| Pulido, Lisa | $692.31 | | | | | | | | | | | $692.31 | | | |
| Pulido, Lisa | $1,144.01 | | | | | | | | | | | $1,144.01 | | | |
| Pyramid tech Comm | | | $14,663.07 | | | | | | | | | | | $14,663.07 | |
| Quan, Mai A | $1,553.54 | | | | 22 | | $7,719.75 | | | Y | | $0.00 | | | Acosta Litigation |
| Quan, Mai A | $4,028.07 | | | | | | | | | Y | | $0.00 | | | |
| Quest Cad/Cam | | | $450.00 | | | | | | | | | | | $450.00 | |
| Quick Response Services, Inc | | | $15,908.39 | | | | | | | | | | | $15,908.39 | |
| Quick Service Textiles Inc | | | $3,083.87 | | | | | | | | | | | $3,083.87 | Included in claim of Secretary of Labor |
| Quiroz, Javier | $57.69 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Quiroz, Javier | $755.92 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |

Claims_Chart5

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | Obj.? | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | | Admin | Prior | Secured | Unsec Class 2 | |
| R J Prather & Associates, Inc. | | | $359.54 | | | | | | | | | | | $0.00 | waived per settlement of avoidance action |
| Rabinowitz, Leonard | | | $30,288.47 | | | | | | | | | | | $30,288.47 | |
| Rabinowitz, Leonard | | | $2,991.40 | | | | | | | | | | | $2,991.40 | |
| Rabinowitz, Leonard | | | $13,064.43 | | | | | | | | | | | $13,064.43 | |
| Rabinowitz, Leonard | | | $5,384.62 | | | | | | | | | | | $5,384.62 | |
| Ramco Refrigeration | | | $105.00 | | | | | | | | | | | $105.00 | |
| Ramirez, Alberto J | | $29.87 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Ramirez, Alberto J | | $1,027.35 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Ramirez, Antonio | | $0.00 | | | 252 | | $1,668.75 | | | | Y | | $0.00 | | | CL |
| Perez, Antonio | | $201.88 | | | | | | | | | | | $0.00 | | | |
| Ramirez, Antonio | | $707.69 | | | 155 | | $1,668.75 | | | | | | $0.00 | | | |
| Ramirez, Antonio | | $503.84 | | | 219 | | $1,485.00 | | | | Y | | $0.00 | | | CF |
| Ramirez, Arturo | | $0.00 | | | | | | | | | | | $0.00 | | | |
| Ramirez, Arturo | | $207.23 | | | | | | | | | | | $0.00 | | | |
| Ramirez, Arturo | | $499.99 | | | | | | | | | | | $0.00 | | | |
| Ramirez, Arturo | | $658.43 | | | | | | | | | | | $0.00 | | | |
| Ramirez, Maria | | $387.13 | | | | | | | | | | | $387.13 | | | |
| Ramirez, Modesta | | $32.69 | | | | | | | | | | | $0.00 | | | |
| Ramirez, Modesta | | $494.08 | | | 52 | | $678.74 | | | | | | $678.74 | | | CF |
| Ramirez, Modesta | | $191.25 | | | 147 | | $780.00 | | | | | | $780.00 | | | Duplicate |
| Ramirez, Ramon | | $0.00 | | | 148 | | $780.00 | | | | | | $780.00 | | | CL |

Claims_Chart5

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Filed Admin | Filed Prior | Filed Secured | Filed Unsec | Obj.? | Allowed Admin | Allowed Prior | Allowed Secured | Allowed Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ramirez, Rosa Hilda | $157.50 | | | | 7 | | $300.00 | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Ramos, Oscar | $360.00 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Ramos, Oscar | $791.69 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Ramos, Oscar | $1,575.07 | | | | 262 | | $3,963.00 | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Ramos, Rosa Hilda | $0.00 | | | | | | | | | | | $0.00 | | | |
| Randolph, Denise | $0.10 | | | | | | | | | | | $0.10 | | | |
| Rapture Inc | | | $50.00 | | | | | | | | | | | $50.00 | |
| Rascon, Miguel | $324.76 | | | | | | | | | | | $324.76 | | | |
| Ratan Exim | | | $128.15 | | | | | | | | | | | $128.15 | |
| RAWE Druck-und VertriebungS GmbH | | | | | | | | | $74,854.32 | | | | | $74,854.32 | waived per settlement of avoidance action |
| Reave Textile Sales | | | $4,595.18 | | 190 | | | | $4,577.28 | | | | | $0.00 | |
| Ray, Cheryl | $538.46 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Ray, Cheryl | $983.75 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Ray, Cheryl | $999.85 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Ray, Cheryl | $167.89 | | | | 14 | | $3,500.00 | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Rayne Water Systems | | | $100.24 | | | | | | | | | | | $100.24 | |
| Real Applications, Ltd | | | $1,845.98 | | | | | | | | | | | $1,845.98 | |
| Real Company | | | $3,104.47 | | | | | | | | | | | $3,104.47 | |
| Real Knitters Limited | | | $664.40 | | | | | | | | | | | $664.40 | |
| Regency Fabric | | | $31.15 | | | | | | | | | | | $31.15 | |
| Reis, Ana Christina | $187.67 | | | | | | | | | | | $187.67 | | | |

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Claims Filed Admin | Claims Filed Prior | Claims Filed Secured | Claims Filed Unsec | Obj.? | Allowed Admin | Allowed Prior | Allowed Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rest, Ana Cristina | $212.00 | | | | | | | | | | | $212.00 | | | |
| Reliable | | | $650.68 | | | | | | | | | | | $650.68 | |
| Remedy Temps | | | $430,246.88 | | 94 | | | | $486,708.40 | | | | | $486,708.40 | Duplicate |
| Remedy Temps | | | $430,246.88 | | 135 | | | | $486,708.40 | | | | | $0.00 | CL |
| Renaissance Beverly Hills | | | $7,019.01 | | | | | | | | | | | $7,019.01 | |
| Renegade Textiles | | | $93,914.00 | | | | | | | | | | | $93,914.00 | |
| Republic Business Credit Corp | | | $2,762.20 | | | | | | | | | | | $2,762.20 | |
| Republic Factors Corp | | | $39.50 | | | | | | | | | | | $39.50 | |
| Resource Equipment Co | | | $2,050.00 | | | | | | | | | | | $2,050.00 | |
| R---, Harliette M | $437.50 | | | | | | | | | | | $437.50 | | | |
| Reyes, Harliette M | $1,040.80 | | | | | | | | | | | $1,040.80 | | | |
| Reyes, Zeddie | $143.19 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Reynolds & Reynolds Co | | | $717.83 | | | | | | | | | | | $717.83 | |
| RGB Textiles | | | $199.87 | | | | | | | | | | | $199.87 | |
| Ricadel, Gaspar | $1,094.22 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Ricadel, Gaspar | $841.87 | | | | | | | | | Y | | $0.00 | | | |
| Rich Lutton | $199.45 | | | | | | | | | | | $199.45 | | | |
| Richine Textiles | | | $406.20 | | | | | | | | | | | $406.20 | |
| Rickard, Barb E | $81.33 | | | | 30 | | $0.00 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Rickard, Barb E | | | | | 72 | | $1,908.04 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Rickard, Barb E | $1,550.81 | | | | 18 | | $1,908.04 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj ? | Admin | Prior | Secured | Unsec | Class 2 | |
| ...igeris, Susan | $1,006.13 | | | | 71 | | $7,256.45 | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| ...igeris, Susan | $372.06 | | | | | | | | | Y | | $0.00 | | | | Cl |
| ...igeris, Susan | $1,424.82 | | | | 97 | | $7,256.45 | | | Y | | $0.00 | | | | Cl |
| ...io Vista Bags, Inc | | | $2,687.76 | | | | | | | | | | | | $2,687.76 | |
| ...ios, Gloria | $54.75 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| ...ios, Gloria | $301.01 | | | | 43 | | $421.87 | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| ...ios, Silvia | $400.98 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| ...ios, Silvia | $842.68 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| ...ios, Silvia | $1,374.84 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| ...r...t, Linda J  129 | $975.00 | | | | | | | | | | | $975.00 | | | | CF |
| ...tinenberg, David | $0.00 | | | | 185 | | $200.00 | | | | | $200.00 | | | | CF |
| ...ivera, Ana | $557.66 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| ...ivera, Ana | $1,069.59 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| ...ivera, Ana | $2,997.53 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Rivera, Ana R. | $0.00 | | | | | | | | | | | $0.00 | | | $0.00 | waived per settlement of evidence action |
| RJ Prather & Associates | | | $1,189.93 | | | | | | | | | | | | | |
| RNK Industries, Inc. | | | $152.50 | | | | | | | | | | | | $152.50 | |
| Robert Kaufman Co., Inc. | | | $27.96 | | | | | | | | | | | | $27.96 | |
| Roberts, Cynthia | $129.73 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Roberts, Cynthia M. | $1,633.51 | | | | 58 | | $1,743.25 | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Robles Int'l c/o B Rawe | $73,005.40 | | | | | | | | | | | | | | $73,005.40 | |

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj? | Allowed Admin | Allowed Prior | Allowed Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robin, Audrey | $8.50 | | | | | | | | | | | $8.50 | | | |
| Robinson, Doris | $102.60 | | | | | | | | | | | $102.60 | | | |
| Robinson, Doris | $173.29 | | | | | | | | | | | $173.29 | | | |
| Rochelle, Jocelyn | $2,297.73 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Rochelle, Jocelyn | $946.83 | | | | | | | | | Y | | $0.00 | | | |
| Rochelle, Jocelyn | $661.50 | | | | | | | | | Y | | $0.00 | | | |
| Rochelle, Jocelyn B. | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| Rodriguez, Priscilla | $291.61 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Rodriguez, Jose | $258.40 | | | | | | | | | | | $0.00 | | | |
| ...inguez, Jose | $634.57 | | | | | | | | | | | $0.00 | | | |
| Rodriguez, Jose | $997.64 | | | | | | | | | | | $0.00 | | | |
| Rodriguez, Jose Luis | $0.00 | | | | 247 | | $2,304.00 | | | Y | | $0.00 | | | |
| Rodriguez, Priscilla | $97.75 | | | | | | | | | | | $97.75 | | | |
| Rodriguez, Sonia | $110.60 | | | | | | | | | | | $110.60 | | | |
| Rodriguez, Sonia | $212.69 | | | | | | | | | | | $212.69 | | | |
| Roehl, Katrina | $212.64 | | | | | | | | | | | $212.64 | | | |
| Roehl, Katrina | $227.25 | | | | | | | | | | | $227.25 | | | |
| Rogers & Cowan | | | $11,394.86 | | | | | | | | | | | $11,394.86 | |
| Rolling Hills Plastics | | | $3,235.59 | | 42 | | | | $3,235.59 | | | | | $3,235.59 | |
| Romex Textiles, Inc | | | $147.90 | | | | | | | | | | | $147.90 | |
| Rosales, Hermelindo | $1,499.12 | | | | | | | | | | | $1,499.32 | | | |

Claims_Chart5

| Creditor | Scheduled Prior | Secured | Unsec | D/C/U | Claims Filed Claim # | Admin | Prior | Secured | Unsec | Obj.? | Allowed Admin | Prior | Secured | Unsec: Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| rosales, Mermelindo | $2,762.89 | | | | | | | | | | | $2,762.89 | | | CL |
| osenthal & Rosenthal, Inc. | | | $0.00 | D | | | | | $11,014.00 | | | | | $11,014.00 | |
| ostkar Textile Co, Inc | | | $3,202.70 | | | | | | | | | | | $3,202.70 | |
| oth Staffing Companies, Inc. | | | $9,254.14 | | | | | | | | | | | $9,254.14 | |
| oxbury Textile company | | | $259,521.56 | | | | | | | | | | | $259,521.56 | |
| oxbury Textile Company | | | $159,521.56 | | | | | | | | | | | $159,521.56 | |
| oyalex International Inc. | | | $267.75 | | | | | | | | | | | $267.75 | Duplicate |
| ubin, Audrey | | $0.00 | | | 64 | | $6,000.00 | | | Y | | $0.00 | | | |
| ubin, Audrey | | $791.26 | | | | | | | | | | $0.00 | | | |
| u'in, Audrey  131 | | $1,805.11 | | | | | | | | | | | | | |
| ubin, Audrey | | $1,383.94 | | | | | | | | | | $0.00 | | | CL |
| uosora, Ronit | | $1,062.53 | | | 16 | | $6,000.00 | | | Y | | $0.00 | | | Acosta Litigation |
| uosora, Ronit | | $615.38 | | | | | | | | Y | | $0.00 | | | |
| uosora, Ronit m | | $0.00 | | | | | | | | Y | | $0.00 | | | |
| uosora, Ronit | | $1,368.36 | | | | | | | | | | $1,368.36 | $0.00 | | |
| &W Manufacturing | | | $0.00 | | | | | | | | | | | $0.00 | |
| ; Craft Foliage, Inc | | | $151.55 | | | | | | | | | | | $151.55 | |
| iaavedra, Myriam | | $484.27 | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| iaavedra, Myriam | | $2,277.16 | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| iaavedra, Myriam | | $1,152.73 | | | 65 | | $4,422.04 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| iaavedra, Myriam | | $251.76 | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |

Claims_Chart5

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Filed Admin | Filed Prior | Filed Secured | Filed Unsec | Obj.? | Allowed Admin | Allowed Prior | Allowed Secured | Allowed Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Safeco Property & Casualty Inc Co | | | | | 191 | $67,369.65 | | | $28,337.75 | | $67,369.65 | | | $28,337.75 | Admin claim approved at $27/03 hearing |
| Salgado, Orquid | $536.07 | | $0.00 | | | | | | | | | $0.00 | | | |
| Salgado, Orquida | $0.00 | | | | 101 | | $1,293.75 | | | Y | | $0.00 | | | CF |
| Salgado, Orquida | $202.50 | | | | | | | | | | | $0.00 | | | |
| Salgado, Orquida | $360.39 | | | | 245 | | $1,200.00 | | | | | $0.00 | | | CL |
| Sam's Club | | | $48.71 | | | | | | | | | | | $48.71 | |
| Sammonic Financial Co | | | $5,061.73 | | | | | | | | | | | $5,061.73 | CL |
| Samsung America, Inc. | | | $137,139.35 | | 225 | | | | $143,351.07 | | | | | $143,351.07 | CL |
| San Bernardino Child | | | $209.13 | | | | | | | | | | | $209.13 | |
| S Marcos Cisd | | | $0.00 | | 145 | | | | $705.75 | | | | | $705.75 | CL |
| San Marcos CISD | $1,339.67 | | $0.00 | | 211 | | | $1,644.53 | | Y | | $1,644.53 | | | object - improper classification |
| Sanchez, Jaime | $1,418.20 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Sanchez, Jaime | | | | | 26 | | $3,155.76 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Sanchez, Xeomara | $298.03 | | | | | | | | | | | $298.03 | | | |
| Santamaria, Mart | $36.46 | | | | | | | | | | | $36.46 | | | Included in claim of Secretary of Labor |
| Santiago-Ortiz, Melissa | $355.69 | | | | | | | | | Y | | $0.00 | | | |
| Santillan, Loren | $1,449.00 | | | | | | | | | Y | | $0.00 | | | Acoria Litigation |
| Santillan, Loren | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| Santillan, Lorena | $1,510.57 | | | | | | | | | Y | | $0.00 | | | |
| Santillan, Lorena | $923.08 | | | | | | | | | Y | | | | | |
| Samson, Mercedes | $47.66 | | | | | | | | | | | $47.66 | | | |

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | Obj.? | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | | Admin | Prior | Secured | Unsec Class 2 | |
| Saragueta, Leo | $3,997.23 | | | | | | | | | | | | | $3,997.03 | |
| Saragueta, Leo | $8,663.56 | | | | | | | | | | | | | $4,013.56 | |
| Sarah Train Textiles | | | $65.00 | | | | | | | | | | $4,650.00 | $65.00 | |
| Savcan Tekstil Sanayi Ve | | | $1,202.30 | | | | | | | | | | | $1,202.30 | |
| Soler Fabrics, Inc. | | | $10,823.61 | | | | | | | | | | | $10,823.61 | |
| Schoon, Mary | $700.00 | | | | 74 | | $960.00 | | | | | | $960.00 | | |
| Scotted Voice and Data Inc | | | $10,822.86 | | | | | | | | | | | $10,822.86 | CF |
| Second Horizon Group Ltd | | | $0.00 | | 160 | | | | $69,156.56 | Y | | | | $0.00 | CL |
| Secretary of Labor | | | | | 217 | | $5,781.37 | | | | | | $5,781.37 | | |
| ...retary of Labor 133 | | | | | 215 | | $302,673.77 | | | | | | $252,120.65 | | |
| Seiba Sackingen | | | $660.72 | | | | | | | | | | | $660.72 | |
| Selvera, Louis | $4.00 | | | | | | | | | | | | $4.00 | | |
| Senderos Cargo Inc. | $1,752.27 | | $22,528.72 | | | | | | | | | | | $22,528.72 | |
| Seng, Sokha | | | | | | | | | | | | | | | Included in claim of Secretary of Labor |
| Seng, Sokha | $708.20 | | | | 24 | | $1,200.00 | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Sequins International | | | $974.45 | | | | | | | | | | | $974.45 | |
| Serrano, Misael | $714.93 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Serrano, Misael A. | $864.82 | | | | 36 | | $2,064.00 | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Sewing Collection Inc | | | $1,458.00 | | | | | | | | | | | $1,458.00 | |
| SFI | | | $29,713.48 | | | | | | | | | | | $29,713.48 | |
| Shumaeh & sons | | | $41,696.09 | | | | | | | | | | | $0.00 | waived per settlement of avoidance action |

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | | Allowed | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | Obj.7 | Admin | Prior | Secured | Unsec | Class 2 | |
| Sharp, Donald R. | $2,516.26 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| Sharp, Donald R. | $424.98 | | | | | | | | | Y | | $0.00 | | | | |
| Shara-Tex, Inc. | | | $244.18 | | | | | | | | | | | | $244.18 | |
| Sharon Ferguson | $2,782.74 | | | | | | $2,782.74 | | | | | $2,782.74 | | | | |
| Sharon Inc. | | | $243,509.47 | | | | | | | | | | | | $243,509.47 | Acosta Litigation |
| Shelby, Linda | | $816.87 | | | | | | | | Y | | $0.00 | | | | |
| Shelby, Linda | | $3,816.93 | | | | | | | | Y | | $0.00 | | | | |
| Shelby, Linda | | $1,384.61 | | | | | | | | Y | | $0.00 | | | | |
| Shelby, Linda | | $7,016.84 | | | | | | | | Y | | $0.00 | | | | |
| Shelby, Linda C. | $0.00 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Shelby, Sarah R. | | $712.59 | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Shelby, Sarah R. | | $2,446.21 | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Shelby, Sarah R. | | $3,178.80 | | | 83 | | $5,192.31 | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Stafford, Stacy | | $178.59 | | | 99 | | $134.88 | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Sherry Fran, Inc. | | | $321.18 | | | | | | | | | | | | $321.18 | |
| Shipping Supply Plus, Inc. | | | $11,690.46 | | | | | | | | | | | | $11,690.46 | |
| Shred-It | | | $75.00 | | | | | | | | | | | | $75.00 | |
| Sidley & Austin Corp | | | $196,658.80 | | | | | | | | | | | | $196,658.80 | |
| Sign Safari, LLC | | | $235.00 | | | | | | | | | | | | $235.00 | |
| Silenco Spa | | | $179.42 | | | | | | | | | | | | $179.42 | |
| Silver Sands Joint Venture | | | $93.00 | | | | | | | | | | | | $93.00 | |

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj? | Admin | Prior | Secured | Unsec Class 2 | |
| ilver Textile, Inc | | | $23,888.01 | | 133 | | $201,006.65 | | | Y | | | | $199,934.88 | |
| ilver Textiles | | | $23,888.01 | | | | | | | | | | | $0.00 | |
| ims, Khona | $1,418.48 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| ims, Rohna | $692.31 | | | | | | | | | Y | | $0.00 | | | |
| ims, Rohna | $631.54 | | | | | | | | | Y | | $0.00 | | | |
| ims, Rohna C | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| isson, Christine | $133.00 | | | | | | | | | | | $133.00 | | | |
| isson, Christine | $265.44 | | | | | | | | | | | $265.44 | | | |
| ix-0 | | | $1,159.95 | | | | | | | | | | | $1,159.95 | |
| bal Co., Ltd [135] | | | $1,918.75 | | | | | | | | | | | $1,918.75 | CU |
| kytel | | | $537.54 | | 152 | | | | $485.35 | | | | | $485.35 | |
| nowbird Corp | | | $171.88 | | | | | | | | | | | $171.88 | |
| othaloise Corp. | | | $3,092.45 | | | | | | | | | | | $3,092.45 | |
| ola Security | | | $909.30 | | | | | | | | | | | $909.30 | |
| olomon Fabric, nc./Swingtime | | | $69.25 | | | | | | | | | | | $69.25 | |
| olorio, Aracele | $279.75 | | | | | | | | | Y | | $279.75 | | | Acosta Litigation |
| olorio, Aracele | $380.45 | | | | | | | | | Y | | $380.45 | | | |
| onora, Gerardo | $0.00 | | | | | | | | | | | $0.00 | | | |
| onora, Gerardo | $1,578.82 | | | | | | | | | | | $0.00 | | | |
| onora, Gerardo | $846.15 | | | | | | | | | Y | | $0.00 | | | |
| onora, Gerardo | $4,580.63 | | | | | | | | | Y | | $0.00 | | | |

| Creditor | Sched Prior | Sched Secured | Sched Unsec | D/C/U | Claim # | Filed Admin | Filed Prior | Filed Secured | Filed Unsec | Obj? | Allowed Admin | Allowed Prior | Allowed Secured | Allowed Unsec | Allowed Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sopranik, Dian L. | $0.00 | | | | | | | | | | | | | | | |
| Sotelo, Luis | $1,105.34 | | | | | | | | | Y | | $0.00 | $0.00 | | | Acosta Litigation |
| Sotelo, Luis | $533.41 | | | | | | | | | Y | | $0.00 | $0.00 | | | |
| Sotelo, Luis | $1,618.09 | | | | | | | | | Y | | $0.00 | $0.00 | | | |
| Sotelo, Luis A | $0.00 | | | | | | | | | Y | | $0.00 | $0.00 | | | Acosta Litigation |
| Soto, Maria | $0.00 | | | | | | | | | Y | | $0.00 | $0.00 | | | |
| Soto, Maria | $734.66 | | | | | | | | | Y | | $0.00 | $0.00 | | | |
| Soto, Maria | $457.56 | | | | | | | | | Y | | $0.00 | $0.00 | | | Acosta Litigation |
| Soto, Maria | $2,511.00 | | | | | | | | | Y | | $0.00 | $0.00 | | | |
| Soto, Maria | $1,062.86 | | | | | | | | | Y | | $0.00 | $0.00 | | | |
| Son, Nelly | $1,150.70 | | | | | | | | | Y | | $0.00 | $0.00 | | | |
| Son, Nelly | | | | | | | | | | Y | | $0.00 | $0.00 | | | |
| Source Information Systems, Inc. | | | $250.00 | | | | | | | | | | | | $250.00 | |
| South Carolina Tax Commission | | | $2,109.15 | | 139 | | $6,511.38 | $189.10 | $2,042.42 | Y | | $6,511.38 | | | $2,042.42 | CF |
| South China Garments | | | $1,279.38 | | | | | | | | | | | | $1,279.38 | |
| Southern CA Gas Company | | | $908.45 | | 48 | | | | $1,386.05 | | | | | | $1,386.05 | CT |
| Southern California Training | | | $3,741.90 | | | | | | | | | | | | $3,741.90 | |
| Southwestern Bell | | | $84.49 | | 88 | | | | $1,701.09 | | | | | | $1,701.09 | CF |
| Sparkletts Drinking Water | | | $991.35 | | | | | | | | | | | | $991.35 | |
| Speele Scales, Inc. | | | $90.00 | | | | | | | | | | | | $90.00 | |
| Sprint | | | $11,792.41 | | 3 | | | | $17,636.53 | Y | | | | | $17,636.53 | |
| Spantex | | | $78.24 | | | | | | | | | | | | $78.24 | |

Claims_Chart5

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Claims Filed Admin | Claims Filed Prior | Claims Filed Secured | Claims Filed Unsec | Obj.? | Allowed Admin | Allowed Prior | Allowed Secured | Allowed Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Standard Register Company | | | | | 140 | | | | 20,781.94 | | | | | 20,781.94 | Duplicate |
| Standard Register Company | | | 18,031.46 | | 127 | | | | 20,781.94 | | | | | 0.00 | CF |
| Star Fabrics, Inc | | | 2,636.35 | | | | | | | | | | | 2,636.35 | |
| Station Inc | | | 231.10 | | | | | | | | | | | 231.10 | |
| State Board of Equalization | | | 0.00 | D | 132 | | 24,189.24 | | | | | 0.00 | | | amended by Claim No 133 |
| State Board of Equalization | | | 0.00 | D | 133 | | 25,189.24 | | | | | 25,189.24 | | | CI |
| State Board of Equalization | | | 0.00 | D | 196 | | 6,759.77 | | | | | 6,759.77 | | | CF |
| State of Texas | | | 0.00 | | 194 | | 9,979.72 | | | Y | | 0.00 | | | |
| Stein, Andrew | 1,384.61 | | | | | | | | | | | 1,384.61 | | | |
| St Andrew 137 | 2,170.46 | | | | | | | | | | | 2,170.46 | | | |
| Stein, Andrew | 2,526.32 | | | | | | | | | | | 2,526.32 | | | |
| Steinman | | | 0.00 | | 264 | | | | 244,878.83 | | | | | 244,878.83 | CF |
| Sterling Couriers | | | 61.75 | | | | | | | | | | | 61.75 | |
| Stern, Perry | | | 12,064.44 | | | | | | | | | | | 12,064.44 | |
| Still Photo Lab | | | 64.40 | | | | | | | | | | | 64.40 | |
| Stuman Treister & Glatt | | | 3,327.25 | | | | | | | | | | | 3,327.25 | |
| Style Tex | | | 40.20 | | | | | | | | | | | 40.20 | |
| Supp, Suvapee | 448.00 | | | | | | | | | | | 448.00 | | | |
| Supp, Suvapee | 812.69 | | | | | | | | | | | 812.69 | | | |
| Supp, Suvapee | 1,343.80 | | | | | | | | | | | 1,343.80 | | | |
| Super-Trim, Inc | | | 0.00 | | 112 | | | | 2,905.35 | | | | | 2,905.35 | CF |

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj? | Admin | Prior | Secured | Unsec Class 2 | Comments |
| ...eur Ltd | | | $3,331.72 | | | | | | | | | | | $3,331.72 | |
| ...sman Automatic of Calif. Inc | | | $52.75 | | | | | | | | | | | $52.75 | CT |
| Suex America Inc | | | $47.18 | | | | | | | | | | | $47.18 | |
| Swerdlow, Florence & Sanchez | | | $14,620.20 | | | | | | | | | | | $14,620.20 | |
| Swingline Textiles | | | $953.70 | | | | | | | | | | | $953.70 | |
| Symphony Fabrics Corporation | | | $11,796.42 | | | | | | | | | | | $11,796.42 | |
| Symphony Fabrics Ltd | | | $106.71 | | | | | | | | | | | $106.71 | |
| Systematic Office Supply, Inc | | | $12,174.60 | | | | | | | | | | | $12,174.60 | |
| Tacalic, Lynne | $1,440.00 | | | | | | | | | Y | | $0.00 | | | |
| T...A Trading Co., Ltd | | | $944.54 | | | | | | | | | | | $944.54 | |
| 138 | | | | | | | | | | | | | | | |
| Tag-It Pacific, Inc | | | $422,893.36 | | 49 | | | | $423,185.36 | | | | | $423,185.36 | CF |
| Taino, Maria | $253.21 | | | | | | | | | | | $253.21 | | | |
| Taino, Maria | $975.72 | | | | | | | | | | | $975.72 | | | |
| Taino, Maria Luisa | $474.15 | | | | | | | | | | | $474.15 | | | |
| Tak Sing Alliance Ltd | | | $1,371.74 | | | | | | | | | | | $1,371.74 | |
| Talavera, Johnathan | $419.77 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Talavera, Jonathan | $191.05 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| TAM Mediterraneo | | | $158.80 | | | | | | | | | | | $158.80 | |
| Tandem Textiles | | | $295.59 | | | | | | | | | | | $295.59 | |
| Tandler Textile Inc | | | $23,409.74 | | | | | | | | | | | $23,409.74 | |
| Tanger Property Management Sys | | | $514.87 | | 153 | | | | $25,346.06 | | | | | $25,346.06 | CF |

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj.7 | Admin | Prior | Secured | Unsec Class 2 | |
| Tanisaka, Victor | $3,874.95 | | | | | | | | | Y | | | $0.00 | | |
| Tanisaka, Victor | $2,461.54 | | | | | | | | | Y | | | $0.00 | | |
| Tanisaka, Victor | $11,763.37 | | | | | | | | | Y | | | $0.00 | | |
| Tanisaka, Victor | | | $716.44 | | | | | | | Y | | | | | |
| Tanisaka, Victor K | $0.00 | | | | | | | | | Y | | | $0.00 | | |
| TCI/Techical Concepts Int'l | | | $7,465.13 | | | | | | | | | | | $7,465.13 | |
| Techuined-Commerce Industrial | | | $1,162.00 | | | | | | | | | | | $1,162.00 | |
| Telcon Corporation | | | $41,559.01 | | 34 | | | | $14,020.62 | | | | | $14,020.62 | CF |
| Telcon Corporation | | | $0.00 | | 228 | | | | $29,023.95 | | | | | $29,023.43 | CL |
| Texas Comptroller of Public | | | $0.00 | | 101 | | $21,413.43 | | | | | $21,413.43 | | | |
| Texxer 2000 Inc | | | $14,863.97 | | 78 | | | | $18,212.52 | | | | | $18,212.52 | CL |
| Texfi Industries | | | $361.20 | | | | | | | | | | | $361.20 | |
| Texline USA, Inc | | | $123.00 | | | | | | | | | | | $123.00 | |
| Texton Corp | | | $41,599.01 | | 70 | | | | $33,725.90 | | | | | $33,725.90 | CF |
| Texqulini Inc | | | $109.74 | | | | | | | | | | | $109.74 | |
| The Accelerated School | | | $2,075.00 | | | | | | | | | | | $2,075.00 | |
| The Circle Inc | | | $1,844.56 | | 17 | | | | $1,844.56 | Y | | | | $1,844.56 | Duplicate |
| The Circle Inc | | | $1,844.56 | | 69 | | | | $1,844.56 | | | | | $0.00 | CL |
| The CIT Group/Comm. Serv | | $0.00 | | | | | | | | | | | $0.00 | | |
| The Distance Inc | | | $2,328.38 | | | | | | | | | | | $2,328.38 | |
| The Educational Foundation for | | | $5,000.00 | | | | | | | | | | | $5,000.00 | |

139

Claims_Chart5

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | DCIU | | Admin | Prior | Secured | Unsec | Obj? | Admin | Prior | Secured | Unsec Class 2 | |
| The Embroidery Group | | | $0.00 | | 216 | | | | $12,157.31 | | | | | $12,157.31 | CF |
| The Lim Fashion | | | $2,500.00 | | | | | | | | | | | $2,500.00 | |
| The Raylon Corporation | | | $1,000.00 | | | | | | | | | | | $1,000.00 | |
| The Ventura County Star | | | $151.43 | | | | | | | | | | | $151.43 | |
| The Wellness Community | | | $1,000.00 | | | | | | | | | | | $1,000.00 | |
| Thilea Textile | | | $197.09 | | | | | | | | | | | $197.09 | |
| Thomas, Josie | $1,619.99 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Thomas, Josie | $1,076.92 | | | | | | | | | Y | | $0.00 | | | |
| Thomas, Josie | $5,107.13 | | | | | | | | | Y | | $0.00 | | | |
| Thomas, Josie M | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| Thompson, Linda | $720.00 | | | | | | | | | | | $720.00 | | | |
| Thornton, Rebecc | $101.54 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Thornton, Rebecca | $670.04 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Thunderball Courier Systems | | | $377.00 | | | | | | | | | | | $377.00 | |
| Thyssen Dover Elevator Corp. | | | $1,506.96 | | | | | | | | | | | $1,506.96 | |
| TIA International | | | $27.50 | | | | | | | | | | | $27.50 | |
| Tic Commerce | | | $5,187.03 | | | | | | | | | | | $5,187.03 | |
| Tichell, Sharon | $4,168.09 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Tichell, Sharon | $409.32 | | | | | | | | | Y | | $0.00 | | | |
| Tichell, Sharon S. | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| Ticr Textile | | | $335.73 | | | | | | | | | | | $335.73 | |

140

Claims_Chart5

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Secured | Prior | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| bu Dept Store | | | $310.56 | | | | | | | | | | | $310.56 | |
| odco Sweeping Company c | | | $1,560.00 | | | | | | | | | | | $1,560.00 | |
| zgo, Mia | | $990.00 | | | | | | | | | | $990.00 | | | |
| on Cody Design | | | $800.00 | | | | | | | | | | | $800.00 | |
| xp Quality Line, Inc | | | | | 269 | | | | $25,020.75 | Y | | | | $0.00 | waived per settlement of avoidance action |
| xpnit Manufacturing, Ltd | | | $0.00 | | 10 | | | | $303,916.57 | Y | | $0.00 | | | Duplicate |
| xpnit Manufacturing, Ltd | | | $0.00 | | 9 | | | | $303,916.57 | | | | | $303,916.57 | Cl |
| xres, Estela | $346.86 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| xres, Estela | $431.60 | | | | | | | | | Y | | $0.00 | | | |
| yn, Estela | $949.08 | | | | | | | | | Y | | $0.00 | | | |
| xres, Estela R | $0.00 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| xres, Herlinda | $278.81 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| xres, Herlinda | $389.57 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| xres, Herlinda | $814.54 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| xres, Martha | $76.96 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| xres, Martha | $559.85 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| xres, Martha | $1,088.32 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| xpvik, Vivian Marie | $167.64 | | | | | | | | | | | $167.64 | | | |
| zabiba Easy Lease | | | $2,657.15 | | | | | | | | | | | $2,657.15 | |
| zsky, Mary | $1,402.40 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| zsky, Mary | $923.08 | | | | | | | | | Y | | $0.00 | | | |

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | DCU | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec Class 2 | |
| Iosky, Mary | $2,040.75 | | | | | | | | | | | | | | |
| Iosky, Mary M | $0.00 | | | | | | | | | | | | $0.00 | | |
| Iowar, Javier | | $57.69 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Iowar, Javier | | $645.91 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Iowar, Josefina | $1,064.10 | | | | | | | | | | Y | | $1,064.10 | | | Included in claim of Secretary of Labor |
| Iran, Lisa Kien | | $403.56 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Iran, Lisa Kien | | $461.75 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Iran, Lisa Kien | | $885.81 | | | | | | | | | Y | | | $0.00 | | Included in claim of Secretary of Labor |
| Travel Auto Bag Co., Inc. | | | $172.12 | | 208 | | | | $172.12 | | | | | | $172.12 | CL |
| Tri-X West | | | $1,638.40 | | | | | | | | | | | | $1,638.40 | |
| Tricor By PJK, Inc. | | | $335.73 | | | | | | | | | | | | $335.73 | |
| Troy Associates | | | $351.50 | | | | | | | | | | | | $351.50 | |
| Tru-Vu Auto Glass of Eagle Rock | | | $207.90 | | 151 | | | | | $207.90 | | | | | $207.90 | |
| Tu Sewing Maching Services, Co | | | $240.10 | | | | | | | | | | | | $240.10 | |
| Twin Dragon Marketing | | | $6,315.00 | | | | | | | | | | | | $6,315.00 | |
| Two Lads, Inc | | | $33.42 | | | | | | | | | | | | $33.42 | |
| Tyler Textile | | | $335.73 | | | | | | | | | | | | $335.73 | |
| U.S. Dept. of Labor | $0.00 | | | | 13 | | $15,753.50 | | | | | | $15,753.50 | | | Claim Allowed (401k) |
| U.S. Sprint | | $0.00 | $8,544.02 | | | | | | | | | | | $8,544.02 | |
| Ultma | | | $187.21 | | | | | | | | | | | | $187.21 | |
| Uniform Information | | | $122.99 | | | | | | | | | | | | $122.99 | |

142

| Creditor | Scheduled Prior | Scheduled Secured | Scheduled Unsec | D/C/U | Claim # | Claims Filed Admin | Claims Filed Prior | Claims Filed Secured | Claims Filed Unsec | Obj? | Allowed Admin | Allowed Prior | Allowed Secured | Allowed Unsec/Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unisource Maint. Supply Sys | | | $1,126.35 | | | | | | | | | | | $1,126.35 | |
| Unisys Corporation | | | $13,898.34 | | 160 | | | | $13,898.34 | | | | | $13,898.34 | CL |
| United California Factors | | | $147.89 | | | | | | | | | | | $147.89 | |
| United Healthcare | | | $3,576.52 | | | | | | | | | | | $3,576.52 | |
| United Parcel Service | | | $56,242.84 | | 102 | | | | $125,730.78 | | | | | $125,730.78 | CF |
| Universal Sanitary Products | | | $955.84 | | 54 | | | | $3,771.08 | | | | | $3,771.08 | CF |
| Universal Studios Hollywood | | | $2,570.00 | | | | | | | | | | | $2,570.00 | |
| Unix Tex of America, LLC | | | $355.00 | | | | | | | | | | | $355.00 | |
| Up Date Fabric Inc. | | | $6,412.89 | | | | | | | | | | | $6,412.89 | |
| US stoms | | | $94,141.59 | | 121 | | | | $1,024,458.33 | | | | | $0.00 | CF/WITHDRAWN |
| US Customs | | | $94,141.59 | | 171 | | | $1,000,000.00 | $135,865.46 | | | | | $1,135,865.46 | CL |
| US Healthworks Medical Group | | | $211.32 | | | | | | | | | | | $211.32 | CL |
| Vandervere, Helena | $0.00 | | | | 150 | | $610.75 | | | Y | | $0.00 | | | |
| Vandervere, Helena | $360.10 | | | | 104 | | $610.75 | | | Y | | $0.00 | | | Duplicate |
| Vargas, Blanca | $390.10 | | | | | | | | | Y | | $0.00 | | | Acosta Litigation |
| Vargas, Blanca | $1,374.12 | | | | | | | | | Y | | $0.00 | | | |
| Vargas, Blanca E. | $687.76 | | | | | | | | | Y | | $0.00 | | | |
| Ve Soft, Inc. | | | $1,850.25 | | | | | | | | | | | $1,850.25 | |
| Vegara, Mariniano | $1,232.92 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Vegara, Mariniano | $1,196.09 | | | | 163 | | $2,475.00 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Verizon | | | $2,863.66 | | 24 | | | | $6,170.49 | | | | | $6,170.49 | CF |

Claims_Chart5

| Creditor | Scheduled | | | | Claim # | Claims Filed | | | | Obj ? | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | | Admin | Prior | Secured | Unsec | | Admin | Prior | Secured | Unsec Class 2 | |
| Versaille Rack Company | | | $197.29 | | | | | | | | | | | $197.29 | |
| Vi Trac Inc | | | $1,907.75 | | 106 | | | | $1,907.75 | | | | | $1,907.75 | waived per settlement of avoidance action  CL |
| Viking Freight System | | | $3,361.33 | | | | | | | | | | | $0.00 | |
| Villasenor, Blanca | $243.75 | | | | | | | | | | | $243.75 | | | |
| Villasenor, Maria | $703.02 | | | | 263 | | $1,704.00 | | | Y | | $0.00 | | | CL |
| Villasenor, Maria | $589.82 | | | | | | | | | | | $0.00 | | | |
| Viverette, Kimberly | $931.91 | | | | | | | | | | | $931.91 | | | |
| Viverette, Kimberly | $538.46 | | | | | | | | | | | $538.46 | | | |
| Viverette, Kimberly S | $982.41 | | | | | | | | | | | $982.41 | | | |
| V___e Trimmings, Inc. | | | | | 113 | | | | $38,426.37 | | | | | $38,426.37 | CL |
| Vogue Trimmings, Inc. | | | $23,718.00 | | 100 | | | | $38,426.37 | | | | | $38,426.37 | CL |
| Vortex Industries | | | $618.58 | | 105 | | | | $618.58 | | | | | $618.58 | CL |
| Votaw, Heather | $86.25 | | | | 8 | | $474.38 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Votaw, Heather M | $308.86 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| W&M Textiles | | | $46,201.92 | | | | | | | | | | | $46,201.92 | |
| W&W Textiles | | | $93.10 | | | | | | | | | | | $93.10 | |
| Wall Street Textile | | | $11.65 | | | | | | | | | | | $11.65 | |
| Walsh, Anne | $213.02 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Walsh, Anne | $294.23 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Walsh, Anne B | $717.51 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Weaver, Federico | $1,199.04 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |

144

| Creditor | Scheduled | | | | Claims Filed | | | | | | Allowed | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/C/U | Claim # | Admin | Prior | Secured | Unsec | Obj ? | Admin | Prior | Secured | Unsec | Class 2 | |
| Xraver, Federico | $1,401.73 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Xraver, G | | $0.00 | | | 210 | | | $42,170.03 | | Y | | | | | $42,170.03 | |
| Xraver, G | | $0.00 | | D | | | | | | | | | $0.00 | | | |
| Xraver, Jennifer | $149.95 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Xeigh-Tronix, Inc | | | $156.25 | | | | | | | | | | | | $156.25 | |
| Xeissman, Barry | $592.72 | | | | | | | | | Y | | $0.00 | | | | |
| Xeissman, Barry | $2,798.65 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| Xeissman, Barry | $428.92 | | | | | | | | | Y | | $0.00 | | | | |
| Xells Fargo Bank | | | $0.00 | | | | | | | | | | | | $0.00 | |
| X..., Mary | $370.21 | | | | | | | | | | | $370.21 | | | | |
| Xent Side Movers, Inc | | | $351.81 | | | | | | | | | | | | $351.81 | |
| Xestuff | | | $17,333.53 | | 55 | | | | $17,333.53 | | | | | | $17,333.53 | CL... |
| Xestrem Exterminator Co. | | | $370.00 | | | | | | | | | | | | $370.00 | |
| Xhite, Kimberly | $121.12 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| Xhite, Kimberly | $1,165.98 | | | | | | | | | Y | | $0.00 | | | | |
| Xhite, Kimberly | $769.23 | | | | | | | | | Y | | $0.00 | | | | |
| Xhite, Kimberly | $2,511.20 | | | | | | | | | Y | | $0.00 | | | | |
| Xhitley, Christina M | $0.00 | | | | | | | | | Y | | $0.00 | | | | |
| Xierzba, Natalie | $0.00 | | | | | | | | | Y | | $0.00 | | | | Acosta Litigation |
| Xierzba, Natalie | $4,599.90 | | | | | | | | | Y | | $0.00 | | | | |
| Xierzba, Natalie | $1,923.08 | | | | | | | | | Y | | $0.00 | | | | |

145

Claims_Chart5

| Creditor | Scheduled Prior | Secured | Unsec | D/C/U | Claim # | Claims Filed Admin | Prior | Secured | Unsec | Obj? | Allowed Admin | Prior | Secured | Unsec Class 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Viezba, Natalie | $2,442.97 | | | | | | | | | | | $0.00 | | | |
| William Kenner | $200.88 | | | | | | | | | | | $200.88 | | | |
| Williams Communications | | | $1,417.50 | | | | | | | | | | | $1,417.50 | |
| Williamsburg Outlets, LLC | | | | | 159 | | | | $68,107.01 | Y | | | | $0.00 | CF |
| Willoughby's | | | $5,770.08 | | 175 | | | | | | | | | $5,770.08 | CF |
| Wimer | | | $0.00 | | 50 | | | | $717.53 | | | | | $717.53 | CF |
| Vima Textile, Inc dba W&M | | | | | | | | | $423,185.36 | | | | | $423,185.36 | CL |
| Vima Textile, Inc dba W&M | | | $81,943.32 | | 257 | | | | $81,943.32 | | | | | $81,943.32 | CL |
| Vin Yette Fashion Mfg, Ltd | | | $844.30 | | | | | | | | | | | $844.30 | |
| Vinky Textiles, Inc | | | $503.72 | | | | | | | | | | | $503.72 | |
| Vinwards Industrial Ltd | | | $1,804.02 | | | | | | | | | | | $1,804.02 | |
| VMI | | | $15,000.00 | | 168 | | | | $35,446.00 | | | | | $35,446.00 | Duplicate |
| VMI | | | $0.00 | | 121 | | | | $35,446.00 | | | | | $0.00 | CF |
| Vonoen's Marketing, Inc | | | | | | | | | | | | | | $0.00 | |
| World Linen & Textile Co, inc. | | | $516.25 | | | | | | | | | | | $516.25 | Included in claim of Secretary of Labor |
| Wre, Greta | $69.27 | | | | | | | | | Y | | $0.00 | | | |
| W, b, Barbara S | $0.00 | | | | | | | | | | | $0.00 | | | |
| VT Billard, Inc. | | | $2,212.61 | | 265 | | | | $2,683.67 | Y | | | | $0.00 | CL |
| VW Grainger Inc | | | $104.82 | | | | | | | Y | | | | $104.82 | |
| Xerox Corporation | | | $57,554.57 | | 108 | | | | $74,930.22 | Y | | | | $74,930.22 | CF |
| Yellow Freight | | | $2,452.45 | | 89 | | | | $8,949.59 | | | | | $8,949.59 | |
| Yoon, Hsi Kyung | $2,446.10 | | | | | | | | | Y | | $28.94 | | $2,417.16 | |
| Yoon, Hsi Kyung | $4,421.06 | | | | | | | | | | | $4,421.06 | | | |
| Yar Industries | | | $26.86 | | | | | | | | | | | $26.86 | |
| Yee Medical Service | | | $733.84 | | | | | | | | | | | $733.84 | |
| Zeferino A. Gracia | $0.00 | | | | 227 | | $1,632.00 | | | Y | | $0.00 | | | Acosta Litigation |
| Zelaya, Maria | $867.99 | | | | | | | | | Y | | $0.00 | | | |
| Zelaya, Maria | $1,104.24 | | | | | | | | | Y | | $0.00 | | | |
| Zelaya, Maria | $1,303.80 | | | | | | | | | Y | | $0.00 | | | |
| Zelaya, Maria T | $0.00 | | | | | | | | | Y | | $0.00 | | | |
| Zhang, Long | $186.40 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Zhang, Long | $646.16 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Zhang, Long | $779.81 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Beijing Animal By Products | | | $0.00 | | 106 | | | $574,909.65 | | | | | | | CF |
| Zgli, Paula | $1,393.95 | | | | | | | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |
| Zgli, Paula | $1,081.31 | | | | 2531 | | $4,446.24 | | | Y | | $0.00 | | | Included in claim of Secretary of Labor |

Claims_Chart5

| Creditor | Scheduled | | | | Claims Filed | | | | | | | Allowed | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Secured | Unsec | D/CU | Claim # | Admin | Prior | Secured | Unsec | Obj.? | Admin | Prior | Secured | Unsec | Class 2 | |
| Obj, Paula Zinc | $538.46 | | | | | | | | | | Y | $0.00 | | | $538.46 | Included in claim of Secretary of Labor |
| | | | $538.46 | | | | | | | | | | | | | |
| Zittrouer, Kymbe | $289.91 | | | | 117 | | $3,230.40 | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Zittrouer, Kymberly | $639.35 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |
| Zittrouer, Lymberly | $835.62 | | | | | | | | | Y | | $0.00 | | | | Included in claim of Secretary of Labor |

Claims_Chart5

147

FILED

1

RON BENDER (SBN 143364)
2  DAVID B. GOLUBCHIK (State Bar No. 185520)   02 APR 10 PM 12: 26
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.   CLERK, U.S. BANKRUPTCY COURT
3  1801 Avenue of the Stars, Suite 1120   CENTRAL DISTRICT OF CALIFORNIA
Los Angeles, California 90067
4  Telephone:  (310) 229-1234   BY_____
Facsimile:  (310) 229-1244   DEPUTY CLERK

5

Attorneys for Chapter 11 Debtor
6

7                    UNITED STATES BANKRUPTCY COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                        (LOS ANGELES DIVISION)

10 In re                          )  Case No. LA 00-41578-ER
                                   )
11 CHORUS LINE CORPORATION,        )  [Jointly administered with
12 and  CALIFORNIA  FASHIONS       )  Case No. LA 00-44669-ER]
   INDUSTRIES, INC.,               )
13                                 )  Chapter 11
       Debtors.                    )
14                                 )
                                   )
15 _____   )  NOTICE OF LAST DATE TO FILE (1)
                                   )  PROOFS OF CLAIM; AND (2) REQUESTS
16 ___  Affects  Chorus  Line      )  FOR ALLOWANCE OF ADMINISTRATIVE
   Corporation only                )  EXPENSE CLAIMS
17                                 )
   ___  Affects California         )
18 Fashion  Industries,  Inc.      )      BAR DATE:
   only                            )   June 15, 2002
19                                 )
                                   )
20  X  Affects Both Cases          )
                                   )
21 _____   )

22      **PLEASE TAKE NOTICE** that, pursuant to the Bankruptcy Court's

23 Order, **June 15, 2002** is the last day for creditors to file

24 Proofs of Claim or Requests for Payment of Administrative

25 Expense Claim (collectively, the "Proofs of Claim") in the

26 Chapter 11 bankruptcy cases of Chorus Line Corporation and

27 California Fashions Industries, Inc. (the "Debtors").  With

28 respect to filing Proofs of Claim, please be advised that:

EXHIBIT ___C___

1.   Any person or entity that asserts a claim against the Debtors, whether prior or subsequent to the Debtors' bankruptcy cases, must file a Proof of Claim with the Bankruptcy Court and serve a copy on counsel to the Debtors whose name and address appear in the upper left-hand corner of the first page of this Notice on or before **June 15, 2002** or be forever barred from sharing in any distribution in the Debtors' cases.   All Proofs of Claim must be filed with the Clerk of the Bankruptcy Court, Central District of California, Los Angeles Division;

2.   No person or entity need file a Proof of Claim if its claim has been properly scheduled as liquidated, non-contingent, and undisputed and in the correct amount in the Debtors' Schedules of Assets and Liabilities on file with the Bankruptcy Court (the "Schedules").   Any creditor who desires to rely upon the Schedules takes responsibility for determining that such creditor is accurately listed.   If, however, such creditor is scheduled in the Schedules as having an unliquidated, contingent or disputed claim, such creditor must file a Proof of Claim for such claim to be allowed and to have the right to share in any distribution in the Debtors' cases;

3.   Any Proof of Claim previously filed with the Clerk of the Bankruptcy Court before the mailing of this Notice shall be deemed to be, and shall be treated as, a properly filed Proof of Claim, subject to the right of the Debtors and/or any party in interest to object to the allowance thereof;

2

1    4.    Any person or entity desiring to verify the accuracy

2    of its scheduled claim, if any, may consult the files of the

3    Clerk of the Bankruptcy Court.  Should you be uncertain as to

4    whether it is necessary for you to file a Proof of Claim, please

5    consult your own attorney; and

6

7    5.    Notwithstanding any of the foregoing, the Clerk of the

8    Bankruptcy Court, the Office of the United States Trustee and

9    the professionals who have been employed in the Debtors'

10    bankruptcy cases do <u>not</u> need to file Proofs of Claim with

11    respect to their administrative claims against the Debtors.

12    Dated: April  9 , 2002    CHORUS LINE CORPORATION

13    and
CALIFORNIA FASHIONS, INC.

14

15    By: _____

16    RON BENDER
DAVID B. GOLUBCHIK

17    LEVENE, NEALE, BENDER,
RANKIN & BRILL L.L.P.

18    Attorneys for Debtors
and Debtors in Possession

19

20

21

22

23

24

25

26

27

28

3

1

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3        I am an employee in the County of Los Angeles, State of California. I am over the age of 18

4   and am not a party to the within action; my business address is: 1801 Avenue of the Stars, Suite 1120,
Los Angeles, California 90067-5805.

5

6        On April 10 2002, I served the foregoing document(s) described as
NOTICE OF LAST DATE TO FILE (1) PROOFS OF CLAIM; AND (2)
REQUESTS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS (Bar

7   Date June 15, 2002) on the interested parties in this action by placing the original

8   thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States
mail at Los Angeles, California, addressed as follows:

9

10                          see attached service list

11      X      (By Mail)  I caused such envelope with postage thereon, fully prepaid to be placed in the
United States mail. Executed on April 10 , 2002, at Los Angeles, California.

12

13      _____   (By Facsimile)  I caused said document to be sent via facsimile.  Executed on
_____ ___, 2001, at Los Angeles, California.

14      _____   (*By Personal Service) I caused such envelope to be delivered by hand to the offices of the

15             addressee. Executed on _____ ___, 2002, at Los Angeles, California.

16      _____   (By Federal Express)  I caused said document to be sent via Federal Express for next
business morning delivery. Executed on _____ ___, 2002, at Los Angeles, California.

17

18      _____   (State)  I declare under penalty of perjury under the laws of the State of California that the
above is true and correct.

19

20      x      (Federal) I declare that I am an employee in the offices of a member of the State Bar of this
Court at whose direction the service was made.

21                                      _____

22                                          Bambi Clark

23

24

25

26

27

28

Special Notice – In re Chorus Line and CL Fashion

U.S. Trustee (1898-1)
221 N. Figueroa St., #800
Los Angeles, CA 90012

Chorus Line/Cal. Fashion Ch 11 Debtors
Steve Hartman (1898-8)
Levine Leichtman Capital Partners, Inc.
335 N. Maple Dr., #240
Beverly Hills, CA 90210

Attorney for Committee Counsel
Steven T. Gubner, Esq. (1898-2)
Ezra Butzkus Gubner
16830 Ventura Blvd., #411
Encino, CA 91436

Attorneys for GMAC Commercial
Steven B. Soll, Esq. (1898-4)
Otterbourg, Steindler, Houston & Rosen
230 Park Ave.
New York, NY 10169-0075

Attorneys for HECNY Transportation, Inc.
John Clark Brown, Jr., Esq. (1898-5)
407 E. Florence Ave.
Inglewood, CA 90301

Attorneys for GMAC Commercial Credit
Scott Smith, Esq. (1898-3)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa St., #2400
Los Angeles, CA 90017-5704

Counsel for Heller Financial, Inc.
Catherine D. Meyer, Esq. (#1898-43)
Pillsbury Winthrop LLP
725 S. Figueroa Street #3800
Los Angeles, CA 90017-5406

Attorneys for DN&E Walter & Co.
Neal L. Wolf, Esq. (#1898-44)
Orrick Herrington & Sutcliffe LLP
777 S. Figueroa St., #3200
Los Angeles, CA 90017

Attorneys for Jose A. Dias
Jeffrey S. Thomas, Esq. (1898-6)
Duran & Thomas
9200 Sunset Blvd., #1212
Los Angeles, CA 90069-3607

Attorneys for Remedy Temporary Svcs.
Arturo E. Matthews, Jr., Esq. (#1898-45)
Burnett & Matthews
660 Newport Center Dr., #340
Newport Beach, CA 92660

Attorneys for Safeco
Steven L. Bergh, Esq. (#1989-46)
Prenovost Normandin Bergh & Dawe
2020 E. First St., #500
Santa Ana, CA 92705-4033

Attorneys for Mark Steinman
Steven Yankelevitz, Esq. (1898-47)
Liner Yankelevitz, et al
3130 Wilshrie Blvd., 2nd Fl.
Santa Monica, CA 90403

Attorneys for Paul E. Johnson Ins. Svcs
Douglas R. Holmes, Esq.
15051 Leffingwell Rd., #201
Whittier, CA 90604-2159

Attorneys for Design Collection, Inc.
Michael C. Baum, Esq.
Law Offices of Michael C. Baum
10390 Santa Monica Blvd., 4th Floor
Los Angeles, CA 90025-5058

Heller Finacial
Attn: Mary C. Alden, Esq.
505 N. Brand Blvd., 10th Fl.
Glendar, CA 91203

Leonard Rabinowitz
c/o John Shaeffer, Esq.
O'Donnell & Shaeffer
633 W. 5th St., 17th Fl.
Los Angeles, CA 90071

Carole Little
c/o John Shaeffer, Esq.
O'Donnell & Shaeffer
633 W. 5th St., 17th Fl.
Los Angeles, CA 90071

Attorneys for JL Group Company Limited
Ruth D. Kahn, Esq.
Steptoe & Johnson LLP
633 W. Fifth St., #700
Los Angeles, CA 90071-3500

Attorneys for Sylvia Russell
Ada P. Sands, Esq.
Sands & Associates
9606 Santa Monica Blvd., 3rd Fl.
Beverly Hills, CA 90210-4420

Attorneys for Union Bank of California, NA
Susan L. Vaage, Esq.
Graham Vaage Cisneros & Peterson
500 N. Brand Blvd., #1030
Glendale, CA 91203

Attorney sfor Murray Hill Property Mgmt
Gregory A. Bray, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, #1800
Los Angeles, CA 90067-3086

Attorneys for Tanger Properties Limited Partnership
Rochelle G. Simpson c/o Ron O. Cardwell, Esq.
Vernon Law Firm
522 S. Lexington Ave.
Burlington, NC 27215

Attorneys for Anne Bennion
Carl J. Kanowsky, Esq.
Hacker, Kanowsky & Braly, LLP
24510 Town Center Dr., #200
Valencia, CA 91355

Attorneys for Am. Plant Protection, Inc.
Michael D. Leventhal, Esq.
1880 Century Park East, 1511
Los Angeles, CA 90067

James Burshtyn, Esq.
Assistant Attorney General
Bankruptcy & Collections Division
POB 12548
Austin, TX 78711-2548

Attorneys for Manatee County Tax Collector
Vicky L. Zartman, CFCA
c/o Ken Burton, Jr.
819 WS 301 Blvd. W.
Bradenton, FL 34205

Attorneys for US Dept of Labor
John C. Nagle, Esq.
Associate Regional Solicitor
U.S. Department of Labor
Los Angeles World Trade Center
350 S. Figueroa St., Suite 370
Los Angeles, CA 90071

Attorneys for Landlord – New Plan Factory Malls, Inc.
Joel F. Crystal, Esq.
New Plan Factory Malls, Inc.
1120 Ave. of the Americas, 12th Fl.
New York, NY 10036

Attorneys for Unisys
Janet Fitzpatrick
Unisys Corporation
Unisys Way
POB 500, M/S E8-108
Blue Bell, PA 19424

Attorneys for Cappello & McCann
Marc S. Cohen, Esq.
Kaye Scholer
1999 Avenue of the Stars #1700
Los Angeles, CA 90067

Attorneys for Texas Comptroller of Public Accounts
Kay D. Brock, Asst. Attorney General
c/o Martha M. Pena, Legal Assistant
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Attorneys for Samsung America, Inc.
Nathan Yun, Esq.
Samsung America, Inc.
14251 E. Firesatone Blvd.
La Mirada, CA 90638

Attorneys for Levine Leichtman Capital Partners
Michael L. Tuchin, Esq.
Klee, Tuchin Bogdanoff & Stern
1880 Century Park East, #200
Los Angeles, CA 90067

Attorneys for Advanta Leasing Services
Sandra I. Eisenrod, Esq.
HEMAR, ROUSSO & HEALD
15910 Ventura Blvd., 12th Fir.
Encino, CA 91436

Attorneys for Jose Dias
James A. Hinds, Jr./Paul R. Shankma
Law Offices of James A. Hinds, Jr.
1801 Century Park East #900
Los Angeles, CA 90067

California Fashion Industries, Inc.
4505 Bandini Boulevard
Los Angeles, CA 90040

Chorus Line Corporation
4505 Bandini Boulevard
Los Angeles, CA 90040

485 Seventh Ave., LLC

A T Systems West
POB 15060
Los Angeles, CA 90015-0060

AB Creations S.A.
310/652-2435
c/o Studio Bert Froma
Los Angeles, CA 90069

ABM Enterprises

ADP Inc.
POB 78415
Phoenix, AZ 85062-8415

ADT Security Systems, Inc.
POB 371956
Pittsburgh, PA 15250

ADVance 1 Zipper
1335 S. Grand Ave., #B
Los Angeles, CA 90015

AGX Corp.
55 W. 59th St.
New York, NY 10018

AO Textile, Inc.
135 W. 36th St., 20th Fl.
New York, NY 10018

AT&T Communications
POB 78225
Phoenix, AZ 85062-8225

AT&T Universal Card
The Lakes, NV 88901-6018

Abaco Customhouse Brokers, In
3922 Delta Dr.
El Paso, TX 79987

Abasto, Dorys E.

Abasto, Ingrid M.
1415 Highgate Ave.
Highland Park, CA 90042

Abraham New York

Absolute Textiles
1390 Newton St.
Los Angeles, CA 90021

Accademia SRL

Access Temporaries, Inc.

Account Funding

Acker & Jablow Fabrics
519 8th Ave., 16th Fl.
New York, NY 10018

Acosta, Robeliza R.
15211 Carey Ranch Lane
Sylmar, CA 91342

Acuprint, Inc.

Adams Press
830 S. Broadway
Los Angeles, CA 90014

Advanta Business Services Corp
POB 1228
Vorhees, NJ 08043

Alarcon, Valentin
8224 Quimby St.
Paramount, CA 90723

Alarcon, Valentin
8224 Quimby Street
Paramount, CA 90723

Alexander Laufer & Son Inc.
24 W. 40th St.
New York, NY 10018-3904

Alfa-Fi

Alford, Linda Marie
700 Legion Dr., #2
Destin, FL 32541

Alisa Morov Textile
1804 Gillette Crescent
S. Pasadena, CA 91030

Allied Equipment Rental
1855 S. Brand Blvd.
Glendale, CA 91204

Allied Equipment Retntal
1855 South Brand Blvd
Glendale, CA 91204

Allied Management Resources
5042 Wilshire Blvd., #438
Los Angeles, CA 90036

Almacenes Dantes, SA

Alonso, Jose Luis A.
1860 W. 11th Pl.
Los Angeles, CA 90006

Alschuler Grossman et al
2049 Century Park E., 39th Fl.
Los Angeles, CA 90067-3213

Alvarado, Carlos
1804 S. Union Ave.
Los Angeles, CA 90015

Alvarez, Jose L.

Alvarez, Jose L.
2761 Cape Drive
Corona, CA 97201

Alvayero, Concepcion
266 W. 41st Pl.
Los Angeles, CA 90037

Amaya, Amilcar
5703 La Mirada Ave., #6
Los Angeles, CA 90038

Ambeau, Pamela M.
2636 S. Genesee Ave.
Los Angeles, CA 90016

Ambriz, Irma L.
10146 San Gabriel Ave.
S. Gate, CA 90280

American Alarm Systems
1101 S. Grand
Santa Ana, CA 92705

American Bldg Maintenance
File 53120
Los Angeles, CA 90074-3120

American Bldg Maintenance Co.
File #53120
Los Angeles, CA 90074-3120

American Button Mfg Co., Inc.
1663 Staunton Ave., 2nd Fl.
Los Angeles, CA 90021

American City Pest Control Inc
4237 W. Redondo Beach Blvd.
Lawndale, CA 90260

American Consolidation Service
Memphis, TN 38119

American Express
Los Angeles, CA 90096-0001

American First Aid & Safety
Formerly MST Corp.
Orange, CA 92863-6718

American Import Shippers
212/463-0089
New Rochelle, NY  10801

American Multi-Cinema Inc.
POB 930456
Kansas City, MO  69193-0456

American Plant Protection
dba Am. Bldg Maintenance Co.
5200 S. Eastern Ave.
Los Angeles, CA  90040

Americana Fabrics Inc.
1040 Ave. of the Americas
New York, NY  10018-3904

Americo International
3761 S. Broadway
Los Angeles, CA  90007

Ameripride
Formerly Welch's Uniform Renta

Amilcar, Amaya

Amster Rothstein & Ebenstein
90 Park Ave.
New York, NY  10016

Andrade, Maribel
5326 Carlin
Los Angeles, CA  90016

Andrey Robin
Merchandise Specialist/Carole
New York, NY  10017

Andy Gump Inc.
26954 Ruether Ave.
Santa Clarita, CA  91351

Ann Bennion

Anne Gilland
Merchandise Specialist/Carole
Matthews, NC  28105

Ansley, Marsha E.
7321 Country Rd., #308
Grandview, TX  76050

Anthea Davies
66 Kensington Church St.
London, 484BY  ENGLAND

Antisdel, Lisa M.
3812 Ocean Dr.
Manhattan Beach, CA  90266

Apparel Manufacturers Supply
6900 Washington Blvd.
Montebello, CA  90640

Apparel Movers
323/890-1900
Account Funding
Sherman Oaks, CA  91403

Apparel Transportation Inc.
POB 52-2210
Miami, FL  33152

Appleby, Cory

Applied Consulting Solutions
696 E. Colorado Blvd.
Pasadena, CA  91101

Applied Industrial Technologie
Formerly King Bearing
Cleveland, OH  44101-1199

Aquasava
Gornjesavska 12

Aquatex SRL
c/o Perry Stern Textiles
New York, NY  10018-3904

Araniva, Dorys E.

Arctic

Arellano, Sandra

Arevalo, Celeste Y.
15232 Foothill Blvd., #135
Sylmar, CA 91342

Argo Electric Supply Co.
11899 S. Woodruff Ave.
Downey, CA 90241-5631

Ariel Air Co., Inc.
303 5th Ave.
New York, NY 10016

Aristacar & Limousine
335 Bond St.
Brooklyn, NY 11231

Arlene Dray
Retail Div/Carole Little
Bradenton, FL 34202

Armored Transport Inc.
POB 15060
Los Angeles, CA 90015-0060

Arreola, Maria G.
614 W. 110th St.
Los Angeles, CA 90044

Arrowhead Mtn Spring Water
Processing Center
Phoenix, AZ 85072-2237

Arthur J. Gallagher
Ins. Brokers of California
Woodland Hills, CA 91367-4945

Arthur R. Johnson Co., Inc.
33 34th St.
Brooklyn, NY 11232

Artiga, Rosa M.

Arzola, Josefina
79 W. First St.
Camarillo, CA 93010

Ashofteh, Marcel M.
831 Haverford Ave.
Pacific Palisade, CA 90272

Asia Button Group Ltd.
1516 E. 15th St.
Los Angeles, CA 90021

Assaltex
828 E. 9th St.
Los Angeles, CA 90021

Astro Office Products, Inc.
POB 514637
Los Angeles, CA 90051-4637

Attitude New York Inc.
POB 1974
New York, NY 10101

Avaco Textile, Inc.
795 E. Washington Blvd.
Los Angeles, CA 90021

Avantgarde Textile
315 W. 9th St., #942
Los Angeles, CA 90015

Avery Dennison
POB 95190
Chicago, IL 60694-5190

Avila, Andy G.
444 S. Occidental Blvd., #204
Los Angeles, CA 90057

Avila, Maria L.
11711 Benfield Ave.
Norwalk, CA 90650

Ayala, Cristobal
1118 W. 57th St.
Los Angeles, CA 90037

Aziza Fabrics Inc.
1122 E. 12th St.
Los Angeles, CA 90021

BFI Medical Waste Systems
Stericycle Inc. - LA Dist. 672
Phoenix, AZ 85026

BSI

Backflow Prevention
Newhall, CA 91322-0114

Baharian, Narine
13116 Bassott St.
N. Hollywood, CA  91605

Baja Collection of USA Inc.
1543 W. Olympic Blvd., #325
Los Angeles, CA  90015

Baker, Giles J.
2520 Ruhland Ave., #A
Redondo Beach, CA  90026

Ballard, Stephanie M.
1905 Palmetto Plam Cir.
Niceville, FL  32578

Banc of America Comm/Corp.

Banner Buttons Co., Inc.
270 W. 38th St.
New York, NY

Barbara Binnenbaum
Carol Little/NYSR-Sales

Barbara Fields Buying Ofc. Inc
110 E. 9th St., #B1221
Los Angeles, CA  90079

Barnes, Mary
14737 Covello St.
Van Nuys, CA  91405

Barnes, Mary
14737 Covello Street
Van Nuys, CA  91405

Barry Weissman
Molly Malloy/Sales-NYSR 000/41

Basic Textile

Bautista, Douglas
1814 Montrose St.
Los Angeles, CA  90026

Bax Global

Bear-Stern Company
165 E. Second St.
Huntington Stn, NY  11746

Bearcom
POB 200600
Dallas, TX  75320-0600

Beet, Regina
15133 Plum St.
Cabazon, CA  92230

Benavides, Angela
10210 Jackson Ave.
S. Gate, CA  90280

Benavides, Jose Luis
10210 Jackson Ave.
S. Gate, CA  90280

Bennion, Anne Mc Rae
1211 Berkeley St., #10
Santa Monica, CA  90404-4599

Bernadez, Ishmael G.
1423 W. 96th St.
Los Angeles, CA  90047

Berrios, Gumercindo
414 W. 99th St.
Los Angeles, CA  90003

Bertelson, Deanne K.
707 Idaho Ave., #112
Santa Monica, CA  90403

Bertha Montejano

Betancourt, Martin
4863 Compton Ave.
Los Angeles, CA  90011

Bicera, Helena F.
1355 S. Tremain Ave.
Los Angeles, CA  90019

Bilodeau, Nelia E.
1512 Starbust Dr.
West Covina, CA  91790

Binenbaum, Barbara
101 W. 12th St.
New York, NY 10011

Bisys Plan Service Inc.
Lockbox 19615
Newark, NJ 07195-0615

Bloomingdales By Mail
POB 598
Cheshire, CT 06411-0598

Bloomsburg Mills, Inc.
111 W. 40th St.
New York, NY 10018

Blue International Group
6260 Peachtree St.
Commerce, CA 90040

Blue Shield of CA
POB 3008
Lodi, CA 95241

Boice, Huicha
3085 Lake Dr.
Marina, CA 93933

Bojorquez, Antonio
1055 Del Valle Ave.
La Puente, CA 91744

Bonita Fabrics of CA
1201 S. Los Angeles St., #5
Los Angeles, CA 90015

Brandt, Pamela K.
9928 La Canada Way
Shadow Hills, CA 91040

Bregman & Associates
110 E. 9th St., C1225
Los Angeles, CA 90079

Brickey, Ursula
2805 La Cienega Ave.
Los Angeles, CA 90034

Brochu, Nancy R.
203 Americas Cup Blvd.
Bradenton, FL 34208

Brosius, Gerry Ann
1 Saucito Ave.
Del Rey Oaks, CA 93940

Brown, Jennifer Lee
483 Xeina Ave., #14
Beaumont, CA 92223

Brudno, Alan G.
52 Wheatfield
Lacommack, NY 11725

Brungart, Marie
21 Woodland Rd. Wy.
Missing Hills, PA 19610

Burlington Klopman Fabrics

Business & Legal Reports, Inc.
141 Mill Rock Rd. E.
Old Saybrook, CT 06475-6001

Bussey, Judy A.
9999 Imperial Hwy #146
Downey, CA 90242

C Air International
11222 S. La Cienega Blvd.
Inglewood, CA 90304

C&J Lift Truck Inc.
4858 E. Firestone Blvd.
South Gate, CA 90280-3491

C&T Plush Inc.
POB 150299
Brooklyn, NY 11215-0299

CDP Textiles Limited
Yuen Long Industrial Estate

CE Soir NY Inc./Fab Plaza Inc.
501 7th Ave.
New York, NY 10018

CL Fashion Corporation
4505 Bandini Boulevard
Vernon, CA 90040

CT Corporation System
POB 4349
Carol Stream, IL 60197-4349

Cable & Wireless Communication
POB 371968
Pittsburgh, PA  15250-7968

Cabrera, Juan
349 E. 118th Pl.
Los Angeles, CA  90061

Cal-Lift, Inc.
6403 E. Slauson
Commerce, CA  90040-3107

Cal-Star Textile Inc.
3110 E. 26th St.
Vernon, CA  90023

Calderon, Cesar
1067 W. 39th St.
Los Angeles, CA  90037

Calendar Textile, Inc.
1616 Perrino Pl.
Los Angeles, CA  90023

California Chamber of Commerce
POB 13819
Sacramento, CA  95853-3819

California Fashion Industries
4505 Bandini Boulevard
Los Angeles, CA  90040

California Label Products
13255 S. Broadway
Los Angeles, CA  90061

California Water Service
Box 940001
San Jose, CA  95194-0001

Calleros, Mario
10503 San Juan Ave.
S. Gate, CA  90280

Calvert, John M.
14624 La Pluma Dr.
La Mirada, CA  90638

Camacho, Joanna
9618 Marjorie St.
Pico Rivera, CA  90660

Camino, Jackeline
223 Satnwood Cir.
Kissimmee, FL  34743

Canada Life
POB 105025
Atlanta, GA  30348

Cannery Row Associates
POB 340095
Boston, MA  02241-0495

Cannon Financial Services, Inc
200 Commerce Sq. Blvd.
Burlington, NJ  08016

Canon Financial Service
POB 42937
Philadelphia, CA  19101-2937

Canon Financial Service
Box 42937
Philadelphia, CA  19101-2937

Cantex
2632 S. Grand Ave.
Los Angeles, CA  90007

Caoili, Juvena L.
223rd St., #547 A
Carson, CA  90745

Capiro, Elena G.

Capital Factors, Inc.

Cappello & McCann
831 State St.
Santa Barbara, CA  93101

Caravan Ltd.
741 E. Pico Blvd.
Los Angeles, CA  90021

Caravan Textile
1620 S. Los Angeles St., #B
Los Angeles, CA  90015

Cardenas, Maria
622 E. 38th Street
Los Angeles, CA  90011

Cardenas, Maria C.
622 E. 38th St.
Los Angeles, CA 90011

Carlsmith Ball SC
Attorneys at Law
Mexico D.F.
Mexico

Carna Mills, Inc.
1040 Ave. of Americas
New York, NY 10018

Carole & Leonard Co.
4505 Bandini Boulevard
Vernon, CA 90040

Carole Little
c/o CL Fashions Corporation
4505 Bandini Blvd.
Los Angeles, CA 90040

Carrie, Sandra M.
18445 SW 88 Court
Miami, FL 33157

Castilleja, Rita R.
163 Butcher St.
New Braunfels, TX 78130

Chaitin & Associates Inc.
22543 Ventura Blvd., #220
Woodland Hills, CA 91364

Chaloyphian, Malee
9207 Laurel Cyn.
Arleta, CA 91331

Chaloyphian, Malee
9207 Laurel Canyon
Arleta, CA 91331

Chan, Lai P.
1414 N. Ave. 46, #5
Los Angeles, CA 90041

Charge & Ride, Inc.
47-01 Vernon Blvd.
Long Island City, NY 11101

Chau, Trink K.
11822 Lambert Ave.
El Monte, CA 91732

Chem Pro Inc.
L&L Supply
1570 NE 131 St. St. Bay
N. Miami, FL 33161

Chemise International Co., Ltd

Chen, Chin-Lien
1995 Robin Rd.
San Marino, CA 91108

Cheng, Becky
8036 Alpaca St. S
San Gabriel, CA 91770

Cheryl Ray
Merchandise Specialist/Carole
Las Vegas, NV 89121

Chi Min Pak
23435 S. Vermont Ave. #B
Torrance, CA 90502

Chiarelli, Carol
6710 Ellenton Gillette Rd. #23
Palmetto, FL 34221

Chief Fire Protection
1800 S. Robertson Blvd., #423
Los Angeles, CA 90035

Chiu, Sumei
1800 S. Elm St.
Alhambra, CA 91803

Cho, Sook JA
16415 Index St.
Granada Hills, CA 91344

Choice Point
POB 26699
Santa Ana, CA 92799-6699

Chorus Line Corporation
4505 Bandini Boulevard
Los Angeles, CA 90040

Chorus Line International, Inc
4505 Bandini Boulevard
Vernon, CA 90040

Chorus Line Retail, Inc.
4505 Bandini Boulevard
Vernon, CA 90040

Chou, Linda Y.
9502 Kennerly St.
Temple City, CA 91780

Chou, Linda Y.
9502 Kennerly Street
Temple City, CA 91780

Chromate Industrial Corp.
POB 9116
Uniondale, NY 1155-9116

Chungweiming Knitting Factory
C/o Joseph Inzirillo
Global Debit Solutions, Inc.
20283 State Road Seven
Suite 300
Boca Raton, FL 33498

Cindy Lee
566 N. Partmouth Way
Anaheim, CA 92801

Cinergy Textiles, Inc.
1506 Paloma St.
Los Angeles, CA 90021

Cinquegrana, Lynn A.
123 Stryker St.
Brooklyn, NY 11223

Citibank Gold AAdvantage
The Lakes, NV 89163-6000

Citicorp Del Lease, Inc.
450 Mamaroneck Ave.
Harrison, NY 10528

City Fashion Express Inc.
2000 E. University Dr.
Compton, CA 90020

City Garment Carriers, Inc.

City of Commerce Flowers
2340 S. Atlantic Blvd.
Commerce, CA 90040

City of Los Angeles
City Clerk's Ofc/Tax & Permit
111 N. Hope St., #L68
Los Angeles, CA 90012-2607

City of Los Angeles Municipal

City of New York Fire Dept.
New York, NY 10256-9033

City of Vernon
Vernon, CA 90040

City of Vernon Water & Power
Dept. 0656
Los Angeles, CA 90084-0656

Citysprint
Formerly Dispatch Management S
Hartford, CT 06150-5432

Clement Communications, Inc.
Concordville, PA 19331-0500

Coast Pad & Trim
3737 Santa Fe Ave.
Vernon, CA 90058

Coast to Coast
7332 Adams St.
Paramount, CA 90723

Coffee Distributing
POB 766
Garden City Park, NY 11040-0604

Colins, Elizabeth A.
1850 Wilson Ave.
Arcadia, CA 91006

Collier, Tasha L.
191 Washington Ave.
Brooklyn, NY 11205-3702

Colorways, Inc.
2303 E. 11th St.
Los Angeles, CA 90021

Combustion Controls

Commissioner of Patents

Compuserve Incorporated
Dept. L-742
Columbus, OH 43268-0742

Computer Forensics Inc.
1749 Dexter Ave. N.
Seattle, CA 98109

ComSerCo, Inc.
2020 Iowa #100
Riverside, CA 92507

Concord Fabrics, Inc.
File 8968
Los Angeles, CA 90074-8968

Conex Industries

Consolidated Services Rapidway
12949 Telegraph Rd.
Santa Fe Springs, CA 90670

Consoltex Inc.

Continental Business Credit

Continental Lighting Corp.
268-04 Hillside Ave.
Floral Park, NY 11001

Continuous Forms Control, Inc.
POB 57
La Mirada, CA 90637

Contreras, Claudia L.
13945 1/2 Mc Clure Ave.
Paramount, CA 90723

Core Textile
1206 S. Maple Ave.
Los Angeles, CA 90015

Corpus, Lady Daffodi
1434 1/2 North Ave., #46
Los Angeles, CA 90041

Cosmo Textile, Inc.

Cowles, Deanna M.
4000 Dancing Cloud Ct., #24
Destin, FL 32541

Craft Resources, Inc.
PMB #463
Redondo Beach, CA 90277-5713

Crandall, Lucinda J.
5120 Farm Ridge Pl.
Colorado Springs, CO 80917

Cranston Print Works/Crantex
POB 414078
Boston, MA 02241-4078

Creations Robert Vernet
15, Quai Jean-Moulin
FRANCE

Credit Managers Association
40 E. Verdugo Ave.
Burbank, CA 91502-1931

Crespo, Sofia T.

Crown Lift Trucks
POB 641173
Cincinnati, OH 45264-1173

Cruz, Maricela
10353 Orr and Day Rds
Santa Fe Springs, CA 90670

Cuevas, Eduardo D.
516 S. Kenmore Ave., #6
Los Angeles, CA 90020

Cuevas, Eduardo
516 S. Kenmore Ave., #6
Los Angeles, CA 90020

Custom Air Trucking
POB 91016
Los Angeles, CA 90009

DC Design Collection

DHL Airways, Inc.

DMC Prints, Inc.

DMV Renewal

DN&E Walter & Co.

DSD Trucking, Inc.

DT & Company

Daejin Chemical USA Inc.

Dain Trading Co., Ltd.
Namseoul Bldg., 2F, 663-17

Damask Fabrics Inc.
752 S. San Pedro St.
Los Angeles, CA 90014

Damo/Hertz Textiles
49 W. 37th St.
New York, NY 10018

Datawatch Corporation
900 Chelmsbord St.
Lowell, MA 01851

De John, Angela
32 Lark Pl.
Old Bridge, NJ 08857

De Luna, Epifania
11820 2nd Ave.
Lynwood, CA 90262

De Marco California Fabrics
119 W. 40th St.
New York, NY 10018

Deanne Bertelson
LA Dresses/Carole Little

Deborah Horton
Career Sport/Carole Little-N

Del Toro, Jorge
4040 E. 55th St.
Maywood, CA 90270

Delaware Secretary of State
Div. of Corporations
Baltimore, MD 21274-4072

Delgado, Esperanza
609 W. 47th St.
Los Angeles, CA 90037

Delgado, Jesus
609 W. 47th St.
Los Angeles, CA 90037

Delgado, Roselia
9313 Calle St.
Pico Rivera, CA 90660

Dell Receivables LP
Dept. LA 21205
Pasadena, CA 91185-1205

Deloitte & Touche
350 S. Grand Ave., #200
Los Angeles, CA 90071

Denmoss Sales, Inc.
160 W. 34th St.
New York, NY 10001

Deringer

Design Collection
2209 S. Santa Fe Ave.
Los Angeles, CA 90058

Design Printsiples
315 W. 9th St., #701
Los Angeles, CA 90015-0060

Design Source Int'l, Inc.

Dewana Ljung
Merchandise Specialist/Carole
Sacramento, CA  95864

Dewyse, Desiree
1630 Neil Armstrong #217
Montebello, CA  90640

Diamond Crown Co., Inc.
42 W. 38th St., #702
New York, NY  10018

Diane Payne
4724 Alta Vista Lane
Dallas, TX  75229

Diaz, David
6767 Agnes #7
N. Hollywood, CA  91606

Diaz, Guadalupe
4707 Colony Dr.
Camarillo, CA  93012

Diaz, Monica
3603 Flower St.
Huntington Park, CA  90255

Diaz, Monica
3603 Flower Street
Huntington Park, CA  90255

Dillu
117 W. 9th St., #509
Los Angeles, CA  90015

Distribution By Air, Inc.
POB 6707
Bridgewater, NJ  08807

Dodds, Virginia R.
Box 3522
Carmel, CA  93921

Dominkowitz, Katie
20905 Jumpers Delight
Pflugerville, TX  78660

Dot-Line Transportation
4366 E. 26th St.
Los Angeles, CA  90023

Doug Volk Services
5171 Golden Ave.
Riverside, CA  92505

Downs Coulter Export Limited

Downtown Trucking
POb 1962
Redondo Beach, CA  90278

Dray, Arlene E.
9008 Pine Needle Cir.
Bradenton, FL  34202

Dresmond Mail Delivery

Drivers License Guide Company
1492 Oddstad Dr.
Redwood City, CA  94063

Duarte, Berta A.
8948 Cypress Ave.
S. Gate, CA  90280

Dubon, Marie
4006 E. 52nd St.
Maywood, CA  90270

Duet Textiles, Inc.
132 W. 36th St.
New York, NY  10018

Duk Young Co., Ltd.

Duncan, Hilda E.
20304 Adriana Pl.
Santa Clarita, CA  91351

Duncan, Nancy J.
365 W. California Blvd., #4
Ontario, CA  91105

Duncan, Nancy J.
365 W. California Blvd. #4
Ontario, CA  91105

Duvall, Giorgi A.
24 Calistoga
Irvine, CA  92602

E.J. Harrison & Sons, Inc.
805/647-1414 x7
Ventura, CA  93007-4009

EDKN Textiles, Inc.
141 W. 36th St.
New York, NY  10018

EPIC Textiles Int'l LLC
906 E. Pico Blvd.
Los Angeles, CA  90021

Eagle Fabrics

Eagle Protection of California
18436 Hawthorne Blvd., #108
Torrance, CA  90504

Eagleusa

Eastco Industries Ltd.

Echo Textiles
778 East 12th Street
Los Angeles, CA  90021

Ecotex
1035 S. Grand Ave.
Los Angeles, CA  90015

Educational Foundation for the

El Camino Resources, Ltd.
POB 1213 Dept. 884
Neward, NJ  07101

Elegant Textile
111 S. Hill St.
Los Angeles, CA  90015

Element K Journals
Formerly ZD Journals
Rochester, NY  14692-3809

Elite Garments Mfg. Ltd.

Ellen Sideri Partner
12 W. 37th St.
New York, NY  10018

Emday Inc.
c/o Maurice Wainer, Esq.
2029 Century Park East, #1690
Los Angeles, CA  90067

Emday, Inc.
Attn:  Jacob Emrani
1526 S. Broadway
Los Angeles, CA  90015

Emerald Air Freight
POB 8100
Inglewood, CA  90308-8100

Employment Development Dept.
Special Procedures Section
800 Capitol Mall, MIC 92E
Sacramento, CA  95814

Employment Training Panel
1100 J St., 4th Fl.
Sacramento, CA  95814

Emser International
8431 Santa Monica Blvd.
Los Angeles, CA  90069-4294

Engineered Protection Systems
POB 33547
Los Angeles, CA  90033

Epic Textiles Int'l LLC
906 E. Pico Blvd.
Los Angeles, CA  90021

Erika Haller
Via Posso Di Cesano #202
00060 Roma-Italia

Ernst & Young
File #98594
Los Angeles, CA  90074-8594

Eryl Moskowitz
Dress Division/Carole Little

Escobar, Ana Maria
2810 Willow Pl.
S. Gate, CA 90280

Escobar, Ana Maria
2810 Willow Pl
S. Gate, CA 90280

Espin, Miguel
310 Neva Pl
Los Angeles, CA 90042

Espudo, Jessica I.
683 Edgar Ave.
Beaumont, CA 92223

Estrada, Salvador
6730 Danielson Ct.
Commerce, CA 90040-3741

Euro American Textiles
462 2th Ave.
New York, NY 10018

Evershine Y & F Co. Ltd.

Excel Fabrics Corp.
237 W. 35th St.
New York, NY 10001

Expo International
110 E. 9th St., #B724
Los Angeles, CA 90079

Express Mag
POB 2769
Plattsbury, NY 12901-0239

F&E Hedman, Inc.
1910 W. Sunset Blvd., #825
Los Angeles, CA 90026

FKM Copier Products
5 Studebaker
Irvine, CA 92618

Fab N Knit Inc.
1910 E. 15th St.
Los Angeles, CA 90026

Fabconx
1025 Towne Ave. 2nd Fl.
Los Angeles, CA 90021

Fabian, Susan G.
753 Acacia Ave.
Reading, PA 19605

Fabric & Fabric Inc.

Fabric 8
The Lodge

Fabric Collection
2112 S. Olive St.
Los Angeles, CA 90007

Fabricland Incorporated
770 E. 12th St.
Los Angeles, CA 90021

Fahr, Aura B.
1349 Hawthorne St.
Ontario, CA 91764

Fahr, Aura B.
1349 Hawthorne Street
Ontario, CA 91764

Falcon, Samuel
6623 1/2 Miramonte Blvd.
Los Angeles, CA 90001

Fareast Corporation
10th Fl.
Daewang Bldg

Federal Express
POB 1140, Dept. A
Memphis, TN 38101

Fedex Ground, Inc.
Dept. LA 21095
Pasadena, CA 91185-1095

Feldman Co., Inc.
58 Walker St.
New York, NY 10013

Feldman, Kirk

Fernandez, Mignon L.
2499 E. 19th St., #3
Long Beach, CA 90806

Filco Carting Corporation
516/757-1000
Formerly C. Filiberto & Sons
Northport, NY 11768

Filia Fabrics (Janissara)
2303 E. 55th St.
Los Angeles, CA 90058-3435

Finova Capital Corporation

Finstad, Sharon A.
301 HCR 2105 Loop N
Whitney, TX 50009

First Choice Messenger
3225 Fletcher Dr.
Los Angeles, CA 90065-2919

First USA Bank NA
Henderson
NV
89016-0882

Fisher & Levy Catering
875 Third Ave.
New York, NY 10022

Fisher, Valerie
1304 Paseo Valle Vista
Covina, CA 91724

Fisher, Valerie V.
1304 Paseo Valle Vista
Covina, CA 91724

Fleetwood
Fomerly Straightline
800/283-5893
Culver City, CA 90230

Flores, Jose Osacr
208 S. Normandie Ave., #1
Los Angeles, CA 90004

Flores, Livia
2459 1/2 W. 250th St.
Lomita, CA 90717

Flores, Sergio
4125 Live Oak St.
Cudahy, CA 90201

Fond Express Inc.
10420 La Cienega Blvd.
Inglewood, CA 90304

Fong's Sewing, Inc.

Fontanez, Michele L.
462 Birch St.
Reading, PA 19604

Ford, Yreka Theresa
1951 N. Ventura Rd., #A
Oxnard, CA 93030

Forsyth, William

Forsyth, William M.

Franceschini SPA

Franchise Tax Board
POB 2952
Sacramento, CA 95812-2952

Frandzel Robins Bloom & Csato
6500 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90048

Franklin, Marjorie L.
14416 Huelva St.
Winter Garden, FL 34787

Franza, Jennifer Ann
1443 S. Barry Ave., #203
Los Angeles, CA 90025

Freda, Neale

Freedman, Randi F.
4457 Murietta Ave., #2
Sherman Oaks, CA 91423

Freeman & Mills Incorp.
350 S. Figueroa St.
Los Angeles, CA  90071-3462

Freeway Stores Inc.
Office Product Center
West Covina, CA  91793

Freudenberg Nonwoven Ltd.
POB 651618
Charlotte, NC  28265-1618


Fried, Jeffrey T.
1641 3rd Ave., #14
New York, NY  10128

Fullerton Glass Company
607 S. Euclid St.
Fullerton, CA  92832

Funes, Maria C.
358 E. 76th St.
Los Angeles, CA  90003


Future Design Communications
3283 Industry Dr.
Signal Hill, CA  90806

G&G Multitex, Inc.
2445 S. Santa Fe Ave.
Los Angeles, CA  90058

G. Kagan & Sons, Inc.


G. Weaver
10880 Wilshire Blvd., #2240
Los Angeles, CA  90024

GE Capital Commercial Serv.
1410 Broadway
Pittsburgh, PA  15264-1771

GE Global Exchange
MS52A2
100 Edison Park Dr.
Gaithersburg, MD  20878-3204


GE-Ray Fabrics, Inc.
705 Ginesi Dr.
Morganville, NJ  07751

GECC/CRE
c/o Winoker Realty
1410 Broadway, #2203
New York, NY  10018

GMA Textile, Inc.
540 E. Jefferson Blvd.
Los Angeles, CA  90011


GMAC Commercial Credit
1290 Ave. of the Americas
New York, NY  10104

GMAC Commercial Credit LLC
c/o Buchalter Nemer Fields ...
601 S. Figueroa St., #2400
Los Angeles, CA  90017

GMAC Commercial Credit LLC
1290 Ave. of the Americas
New York, NY  10104


GMAC Commercial Credit LLC
4201 Wilshire Blvd., #450
Los Angeles, CA  90010

GMAS Commercial - Assignee
1292 Ave. of the Americas
New York, NY  10104

Gaby Bontros
5645 Atlantic Blvd.
Maywood, CA  90270


Galan, Lilian
209 1/2 S. Lake St.
Los Angeles, CA  90057

Galarza, Angelic
6708 Heliotrope Ave. #E
Bellflower, CA  90201

Galarza, Angelica M.
6708 Heliotrope Ave., #E
Bellflower, CA  90201


Gallager Camden Insurance, Inc

Ganger, Cheryl M.
741 W. Glenoaks Blvd.
Glendale, CA  91202

Ganier, Sabrina
2401 S. Hacienda Blvd. #338
Hacienda Hts, CA  91247

Ganier, Sabrina M.
2401 S. Hacienda Blvd. #338
Hacienda Hts, CA 91247

Garcia, Arturo
435 E. 40th Pl.
Los Angeles, CA 90011

Garcia, Della M.
POB 338
Santa Domingo Pu, NM 87052

Garcia, Evangelina
2307 Augusta Pl.
Ontario, CA 91761

Garcia, Leticia
6390 E. Gage Ave., #334
Bell Gardens, CA 90201

Garcia, Miguel
15425 Giordano St.
La Puente, CA 91744

Garcia, Philip J.
1579 Reefwest
Covina, CA 91790

Garcia, Zeferno
2212 Daly St.
Los Angeles, CA 90031

Garden District Ltd.
260 Madison Ave.
New York, NY 10016

Garnica, Monique M.
1085 Beechwood St.
Camarillo, CA 93010

Garrison, Janine M.
242 Claremont Ave., #36
Jersey City, NJ 07305

Gates McDonald
POB L1929
Columbus, OH 43260

Gaytan, Laura L.
4825 Grape St.
Pico Rivera, CA 90660

Geltman Industries
1901 Sacramento St.
Los Angels, CA 90021

General Publishing Co.
1328 Broadway
New York, NY 10001

Generaltex Incorporated
806 W. Washington Blvd.
Los Angeles, CA 90015

George Barenfeld
5036 E. Sierra Dr., #2
Phoenix, AZ 85044

Gerber Garment Technology
24 Industrial Park Rd. W
Tolland, CT 06084

Ghodooshim & Son Inc.
1101 E. 16th St.
Los Angeles, CA 90021

Gibs Lace & Embroidery Co., In

Gibson Tex Inc.
225 W. 35th St., 17th Fl.
New York, NY 10001

Gibson, Paul A.
833 E. Adams Blvd., #2
Los Angeles, CA 90011

Gibson, Paul A.
833 E. Adams Blvd. #2
Los Angeles, CA 90011

Gifford, Amanda G.
615 Hutcheson
San marcos, TX 78666

Giles, Chiaki
700 Acacia Ave.
Reading, PA 19605

Gilland, Anne
2601 Brightmoor Ridge Dr.
Matthews, NC 28105

Gin'l Fabrics
13921 S. Figueroa St.
Los Angeles, CA 90061

Giorgi Duvall
VP Sales/Carole Little

Gliniecki, Marilynn
807 Montrose Dr., #103
Venice, FL  34293

Global Computer Supplies
POB 5465
Carson, CA  90749-5465

Goetzman Lewis Company
21700 Oxnard St., 15th Fl.
Woodland Hills, CA  91367

Golden Infinity Group Inc.
200 S. Palm Ave., #A
Alhambra, CA  91801

Goldman, Bonnie
542 N. Plymouth
Los Angeles, CA  90004

Goldman, Bonnie N.
542 N. Plymouth
Los Angeles, CA  90004

Gomez, Monique K.
6338 Silverette Dr.
Pico Rivera, CA  90660

Gomez, Rueben
12221 Painter Ave.
Whittier, CA  90605-4114

Gonzalez, Cecilia
10304 Western Ave.
Downey, CA  90241

Gonzalez, German A.
16102 Cornuta Ave., #F
Bellflower, CA  90706

Gonzalez, Martha Iren
533 Soscol Ave., #212
Napa, CA  94559

Gonzalez, Velia T.
1518 N. Humboldt Ave.
Ontario, CA  91764

Gradstein Luskin & Van Dalsem
12100 Wilshire Blvd., #3
Los Angeles, CA  90025-7103

Grand River Garment Limited

Graphaids Inc.
3030 S. La Cienega Blvd.
Culver City, CA  90232

Graphix

Greater New York Councils

Green Orange Inc.

Green Tech Landscape
Formerly J. Carmen Marquez
Los Angeles, CA  90091-1124

Green, Loretta J.
1721 W. 43rd Pl.
Los Angeles, CA  90062

Green, Norma O.
1702 Oak Breze Ave.
Kissimee , FL  34744

Guerra, Adriane R.

Guerra, Thelma Y.
14441 E. Oak St.
Whittier, CA  90605

Guilbert Tex Inc.

Guilford Mills, Inc.
POB 75457
Charlotte, NC  28275

Guirola, Norma E.
3829 Arlington Ave.
Los Angeles, CA  90008

Gulf Pacific Packaging Corp.
4740 E. 26th St.
Vernon, CA 90040

Gutierrez, Jorge
4010 Lugo Ave.
Lynwood, CA 90262

Gutierrez, Mayra S.
630 Lincoln, #1
Napa, CA 94558

Guzman, Augustina
150 E. Avenue 32, #5
Los Angeles, CA 90031

H. Tuparella Mechanical Corp.
50-40 69th Pl.
Woodside, NY 11377

HBF USA
122 E. 7th St.
Los Angels, CA 90014

HBL Security Services Inc.
982 S. New Hampshire Ave., #10
Los Angeles, CA 90006

HDA Productions, Inc.
463 Seventh Ave.
New York, NY 10018

HDM Textiles
c/o Rawe Textiles
5900 Eastern Ave., #152
Commerce, CA 90040

Haley, Lisa Marie
175 S. 18th St.
DeFuniak Springs, FL 32433

Hall, Debra D.
13503 Lemoli Ave.
Hawthorne, CA 90250

Hamada, Junji F.
3146 Kallin Ave.
Long Beach, CA 90808

Hamilton Embroidery Co.
2033 Kerrigan Ave.
Union City, NJ 07087

Hamm, William
19242 Hickory Lane
Huntington Beach, CA 92646

Hampton Print Works, Inc.
POB 1417
Johnson City, TN 37605-1417

Hana Financial, Inc.
Hana Enterprise Inc.
7125 Fenwick Lane, # B,C&D
Westminister, CA 92683

Hankison, Heather R.
2405 Rocky Shores Dr.
Niceville, FL 32578

Hansoll Textile Ltd.

Harbinger Corporation

Hargro Fabrics, Inc.
1040 Ave. of Americas
New York, NY 10018

Harris, Carol J.
4828 11th Ave. Cir.
Ebradenton, FL 34208

Haugehater, Kristen M.
2501 N. Bishop #1102
San marcos, TX 78666

Hauptman, Bruce
133 Manor Street
Plain, NY 11803

Hauptman, Bruce Alan
133 Manor St.
Plain View, NY 11803

Hayes & Matthews, Inc.

Hayes, Michele J.
22 Shelley Ct.
Plainview, NY 11803

Heberlein Textile AG
Wattwil
SWITZERLAND

Hecny Transportation
8933 S. La Cienega Blvd.
Inglewood, CA 90301

Helen I. McKlhattan

Heller Financial, Inc.
500 W. Monroe St.
Chicago, IL 60661

Heller Financial, Inc.
505 N. Brand Blvd.
Glendale, CA 91203-1903

Hello Direct
File 210062
San Jose, CA 95151-0062

Henry Doneger Associates Inc.
463 Seventh Ave.
New York, NY 10018

Henry Galdamez
Artic Heating & Air Condition
351 Savoy Ct.
Oak Park, CA 91377

Henry Hanger Company of Amer
3101 S. Hill St.
Los Angeles, CA 90007

Henry, Jacqueline K.
142 Country Club Dr.
Williamsburg, VA 23188

Heritage Printing & Finishing
4035 E. 52nd St.
Maywood, CA 90270

Hernandez, Maria De
10804 Grape St.
Los Angeles, CA 90059

Hernandez, Marlon

Hernandez, Olga N.
358 E. 76th St.
Los Angeles, CA 90003

Hewlett-Packard
File 19689
Los Angeles, CA 90074-9689

Hi Fashion Fabrics, Inc.
483 Broadway
New York, NY 10013

Hicks, Kristy E.
POB 29
Lanexa, VA 23089

Hipol, Eden M.
142 Brookmont Lane
Pomona, CA 91766

Ho, Liu Kim Aun
1405 8th Ave.
Arcadia, CA 91006

Ho, Shirley
3063 Cazador St.
Los Angeles, CA 90065

Ho, Vivian
1514 Via Romano
Montebello, CA 90640

Hochstetler, Mary E.
3401 Wood Ct.
Ellenton, FL 34222

Holly Hopkins
Merchandise Specialist/Carole

Holmes, Angelic
157 Calle Corazon
Santa Fe Springs, NM 87505

Home Depot Commercial Credit
POB 9903
Macon, GA 31297-9903

Hooks, Chrystal S.
263 E. Howard St.
Pasadena, CA 91104

Hoover Base Company

Hopkins, Holly M.
5867 Spring Crown
San Antonio, TX 78247

Horizon Mills
2209 S. Santa Fe Ave.
Los Angeles, CA  90058

Horizon Textiles Corporation
49 W. 38th St.
New York, NY  10018

Horsman, Michael S.
690 E. California Blvd.
Pasadena, CA  91106

Horticultural Creations Inc.
53-55 Beach St.
New York, NY  10013

Horton, Deborah A.
6 Creekside Dr.
Ivyland, PA  18974

Huerta Padilla, Mario
10957 S. Broadway
Los Angeles, CA  90061

Huerta Padilla, Mario
10957 S. Broadway
Los Angeles, CA  90061

Hughes Hubbard & Reed LLP
350 S. Grand Ave., #3600
Los Angeles, CA  90071-3442

Huynh, Muoi
2500 Birch St., #A
Alhambra, CA  91801

Hyman Hendler & Sons, Inc.
729 E. Temple St.
Los Angeles, CA  90012-4026

IBM Corporation
File 47250
Los Angeles, CA  90074-4725

INA Life Insurance Company
POB 11140
New York, NY  10286-1140

IOS Capital
Formerly Alco Capital Resource
Philadelphia, PA  19101-1564

IRSC Inc.
3075 E. Imperial Hwy, #1
Brea, CA  92821

ITA Textile Corp.
2425 S. Eastern Ave.
Los Angeles, CA  90040

Ikon Office Solutions
16715 Von Karman Ave.
Irvine, CA  92606

Imperial Laces
303 Albemarle St.
Lexington, NC  27292

Industrial Wholesale Electric
1500 S. Griffith Ave.
Los Angeles, CA  90021

Infolink Screening Services In
17609 Ventura Blvd., #210
Encino, CA  91316-5123

Information Resource Svc. Co.

Inside Computer Inc.
POB 1507
Brea, CA  92822-1507

Integrated Technology
1515 S. Sunkist, #G
Anaheim, CA  92806

Intel Fabrics/BZ Fabrics
112 W. 9th St., #423
Los Angeles, CA  90015

Intelenet Communications, Inc.
18101 Von Karman Ave., #550
Irvine, CA  92612

Internal Revenue Service
SPF Insolvency - Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA  90012

International Business

International Star Textiles
4988 Corona Ave.
Vernon, CA  90058

Internetive, Inc.
20501 Ventura Blvd.
Woodland Hills, CA 91364

Iwamura, Christina V.
3612 Marllorook Dr.
Toano, VA 23168

J&M Janitorial Supplies
10213 Venice Blvd.
Los Angeles, CA 90034

J&P Textile
2050 E. 51st St.
Vernon, CA 90058

JB Martin Co., Inc.
POB 651426
Charlotte, NC 28265-1426

JC Harvest Intl' Inc.
940 E. 12th St., #3
Los Angeles, CA 90021

JC Rack System Inc.
5232 Alcoa Ave.
Vernon, CA 90058

JD Edwards & Company
Acct. #91475
Denver, CO 80271-0770

JEK IL International Co.
Jun Young Bldg. 4F

JM Carden Sprinkler Co. Inc.
2909 Fletcher Dr.
Los Angeles, CA 90065-2919

Jade Textiles
3315 S. Broadway, 2nd Fl
Los Angeles, CA 90007

Jaime-Galvan, Beatriz
6111 Gotham S., #2
Bell Gardens, CA 90201

Jain Pole Co., Ltd.

James, Katherine L.
103 Holloway Dr.
Williamsburg, VA 23185

Jamie Textiles
Room 1101
KWANG-IL BLDG 11

Janar, Victor Eulogio
1467 N. Sage Ave.
Rialto, CA 92376

Jankl Group of Los Angeles Inc
460A S. Hindry Ave.
Inglewood, CA 90301

Jantek Electronics, Inc.
217 E. Alameda Ave., #208
Burbank, CA 91502

Jarer, Susan R.
#249
835 Blooming Grove Turnpike
New Windsor, NY

Jaunte Textile
852 S. Santee St., #207
Los Angeles, CA 90014

Jay Hak Lee

Jean Matt Textile
30 W. 36th St.
New York, NY 10018

Jee IL Int'l, Ltd.
Jun Young Bldg. 4F
SOUTH KOREA

Jeemcotex Knitters Ltd.

Jennifer Franza
LA Dresses Div./Carole Little

Jennifer Prints Inc.
1333 Broadway, #916
New York, NY 10018

Jennings & Kenley Design Studi
73 Baker St.

Jerry Cohen
POB 702162
Dallas, TX 75370

Jimenez-Jr., Manuel N.
803 N. Rampart Blvd.
Los Angeles, CA 90026

John Campbell
Future Design Communications
3283 Industry Dr.
Signal Hill, CA 90806

John Castaneda
Crew Construction
19414 Avenida Del Sol
Walnut, CA 91789-1610

John Harb Sewing Machine Co.
2614 S. Main St.
Los Angeles, CA 90007

Johnson, Linda S.
25739 Green River
San Antonio, TX 78258

Jolee Buttons, Inc.
519 8th Ave.
New York, NY 10018

Jomark Textiles, Inc.
515 Broadway
New York, NY 10012

Jonathan Co.
719 S. Los Angeles St., #201
Los Angeles, CA 90014

Jones, Alisa Renee
POB 21234
Hilton Head, SC 29925

Jones, Joshua M.
950 E. 43rd Pl.
Los Angeles, CA 90011

Jones, Virgie R.
778 E. 41st St., #3
Los Angeles, CA 90011

Jordi International Fabrics
USA, Inc.
Margate, FL 33063

KBC
1350 Broadway, #708
New York, NY 10018

KBC of America
1350 Broadway, #708
New York, NY 10018

KMAK Int'l Textiles, Inc.

KMSER International

KMdayFabrics, Inc.

KUK Rim USA, Inc.

Kalaw, Oscar A.
3618 Barnes Ave., #5
Baldwin Park, CA 91706

Karp, Susan E.
2973 Cheyenne Ave.
San Ramona, CA 94583

Katten Muchin Zavis & Weitzman
1999 Ave. of Stars, 14th Fl.
Los Angeles, CA 90067

Kay-Crown Lock, Inc.
835 Sixth Ave.
New York, NY 10001-4184

Keeler Gordon Corporation

Kenco Industries, Inc.

Kener, William
525 N. Sycamore #421
Los Angeles, CA 90036

Kestenbaum, Joan L.
16 Jackson St.
Highland Mills, NY 10930

Khaenumnuoy, Sunee
10153 Lindale St.
Bellflower, CA 90706

Kibel Green ISSA Inc.
2001 Wilshire Blvd., #420
Santa Monica, CA 90403

Kim White

Kim, Eun J.
3503 Madera Ave.
Los Angeles, CA 90039

Kim, Malyeon
19456 Baelen St.
Rowland Hts, CA 91748

Kim, Ran Mi
17843 Crimson Crest
Rowland Hts., CA 91748

Kim, Seung-Joo
206 S. Kingsley Dr.
Los Angeles, CA 90004

Kirman Plumbing Company
794 Merchant St.
Los Angeles, CA 90021

Klauber Brothers, Inc.
114 E. 32nd St.
New York, NY 10016

Klotex International

Knight, Katrina Latise
2 Taylor Ct.
Bluffeton, SC 29910

Knit Trends
c/o Marcus Brothers
1460 Broadway
New York, NY 10036

Knitex, Inc.
3155 Bandini Blvd.
Vernon, CA 90023

Knitmania, Inc.
225 W. 35th St.
New York, NY 10001

Knitwear Network Inc.

Knowleton, Arthur T.
715 S. Normandie #720
Los Angeles, CA 90005

Koby Express
17749 E. Brookport St.
Covina, CA 91722

Kohnke, Nicole D.
134 N. 4th St.
Santa Paula, CA 93060

Kolon Industries, Inc.

Kosiba, Lois Ann
13 Club Lane
Reading, PA 19607

Kreckel, Jan
24 Edi Ave.
Plainview, NY 11803

Kress GMBH & Co. KG

Kronfli Spundale Mills, Inc.
4440 e. 26TH sT.
Vernon, CA 90023

Kronos Incorporated

Kruse, Nancy
120 Glendora Ave.
Long Beach, CA 90803

Kum Oh Apparel Co., Ltd.

Kwan Yick Textile Co., Ltd.

L&E Packaging, Inc.
POB 14429
Greensboro, NC  27415

L.H. Charney Associates
1410 Broadway
New York, NY  10018

LA Century Textiles Inc.
840 S. San Julian St.

LA County Transportation Auth.
File #54924-0
Los Angeles, CA  90074-4924

LA Dept. of Water & Power
POB 10324
Van Nuys, CA  91410-0324

LA Fabric Imports, Inc.
414 E. 9th St., #3B
Los Angeles, CA  90015

LA Industrial Sedera, SA

LA Marker Copies & Paper
213/627-0128
Los Angeles, CA  90021

LJeung, Dewana
4412 Valmonte Dr.
Sacramento, CA  95864

LJeung, Dewana
4412 Valmonte Dr.
Sacramento, CA  95864

LMJ & Associates
1150 S. Hope St.
Los Angeles, CA  90015

Labor Ready Southwest Inc.
POB 31001-0257
Pasadena, CA  91110-0257

Lagmay, Leah J.
108 N. Grand Oaks, #5
Pasadena, CA  91107

Laguna Fabrics

Lake Buena Vista Venture

Lanscott-Arlen Fabrics, Inc.
POB 75966
Charlotte, NC  28275-0966

Laret, Robert
11338 Quail Creek Rd.
Northridge, CA  91326

Larson, Wilma C.
3086 Sunset Ave.
Marina, CA  93933

Laurie Cline

Laurie Moser

Lawamerica
POB 5079
Westlake Village, CA  91359

Lawrence Roll-up Doors, Inc.
5746 Venice Blvd.
Los Angeles, CA  90019

Lazarus, Trudi
5 Hollywood Dr.
Chestnut Hill, MA  02467

Lebron, Yvonne
2973 Blakeman Ave.
Rowland Hts, CA  91748

Lectra Systems, Inc.
POB 198501
Atlanta, GA  30384-0978

Lee Fashion Fabrics, Inc.
111 Woodside Ave.
Gloversville, NY  12078

Lee, Alisha L.
142 Los Altos Pl.
American Cyn., CA  94589

Lee, Kyung Sook
10230 Mattock Ave.
Downey, CA 90241

Leon, Sonia
10242 Jersey Ave.
Santa Fe Springs, CA 90670

Leonard Rabinowitz
c/o John Shaeffer, Esq.
O'Donnell & Shaeffer
633 W. 5th St., 17th Fl.
Los Angeles, CA 90071

Levcor International, Inc.
1071 Ave. of the Americas
New York, NY 10018

Levine Leichtman Capital Partners
335 N. Maple Dr., #240
Beverly Hills, CA 90210

Levine, Anna Sara
1185 Monroe, #142
Salinas, CA 93906

Levine, Bradley
131 Margaret Blvd.
Merrick, NY 11566

Levine, Bradley A.
131 Margaret Blvd.
Merrick, NY 11566

Lexington Insurance Co.

Libas Limited
1333 S. Hope St.
Los Angeles, CA 90015

Lichter, Denise M.
2707 W. 78th St.
Inglewood, CA 90305

Lighthouse International

Lightner, Jennifer M.
406 E. 64th St.
Savannah, GA 31405

Lilly, Nancy Lou
787 Pine St.
Monterey, CA 93940

Linares, Blanca
2504 Iowa Ave.
S. Gate, CA 90280

Linares, Blanca A.
2504 Iowa Ave.
S. Gate, CA 90280

Linda J. Rippel
LJR Associates
1000 S. Catalina Ave
Redondo Beach, CA 90277

Linda Johnson
Merchandise Specialist/Carole
San Ontonio, TX 78258

Linda Shelby
LA Sport Div/Carole Little

Lisa Antisdel
LA Dresses/Carole Little

Lisa Levine
St. Tropez/Division

Lisa Schwarz/Textile Prints
1021 Lincoln Blvd., #203
Santa Monica, CA 90403

Little, Carole
1499 Blueridge Dr.
Beverly Hills, CA 90210

Liu, Lisa S.
5578 N. Charlotte Ave.
San Gabriel, CA 91176

Lockton Insurance Brokers
POB 92643
Los Angeles, CA 90009-2643

Loewe, Barbara A.
4060 St. Hwy 22
Hillsboro, TX 76645

Lomeli, Martin
946 S. Bonnie Beach Pl.
Los Angeles, CA 90023

Lomeli, Victor
3355 Independence Ave., B
South Gate, CA 90280

Lopez, Ana E.
722 N. Garfield Ave.
Montebello, CA 90640

Lopez, Miriam G.
16074 Flamstead Dr.
Hacienda Hts, CA 91745

Lorber Industries, Inc.
17809 S. Broadway St.
Gardena, CA 90248

Los Angeles Times
POB 60196
Los Angeles, CA 90060-0164

Louie Andrade
7192 Sunbreeze Dr.
Huntington Beach, CA 92647

Louis Selvera
Cabazon Disposal Service
POB 421
Cabazon, CA 92230

Lozano Lopez, Oscar R.
4304 1/2 S. Main St.
Los Angeles, CA 90037

Lozano Lopez, Oscar R.
4304 1/2 S. Main Street
Los Angeles, CA 90037

Lubavitch Young Organization

Lucent Technologies
POB 10193
Van Nuys, CA 91410-0193

Lucy Crandall
Merchandise Specialist/Carole

Luino, Kelly A.
3547 Cerritos Ave.
Long Beach, CA 90807

Luis Palacios

Lynda Weinstein Design Resourc
315 W. 9th St., #1010
Los Angeles, CA 90015

MJ Forrest
225 W. 39th St.
New York, NY 10018

MS Textiles Ltd.
221 W. 37th St.
New York, NY 10018

MWB Business Systems
Corporate Offices
800/769-2679
Victorville, CA 92392-2346

Mabrey, Penny Ellen
1153 Union Ave.
New Burgh, NY 12550

Machado, Mario A.
12344 Burbank Blvd., #2
N. Hollywood, CA 91607

Magic Messenger Inc.
14709 Artesia Blvd.
La Mirada, CA 90638

Magsambol, Ruby P.
20230 Keswick St., #17
Winnetka, CA 91306

Malibu Textiles, Inc.

Manchester Lock & Security
RTS Corporation
Inglewood, CA 90301-1582

Mangubat, Sierralyn
1601 Valencia Pl.
Oxnard, CA 93035

Manhattan Fire & Safety Corp.
350 7th Ave., 12th Fl.
New York, NY 10001

Mankowski, Lisa M.
28 Hickory St.
Floral Park, NY 11001

Marcia Lace Company
POB 508
Oxford, NC 27565

Marcia Oda
Sales Div./Carole Little

Margie A. Milaney
FIT Model
Glendale, CA 91206

Mark Fabrics, Inc.
1555 Newton St.
Los Angeles, CA 90021

Markem Corporation
POB 3542
Boston, MA 02241

Market-Based Solutions
POB 29486
Los Angeles, CA 90029-0486

Marroquin, Socorro N.
1674 S. Longwood Ave.
Los Angeles, CA 90019

Martin, Dora M.
11219 Broadmeads
El Monte, CA 91733

Martinez, Ana M.
4650 Lomita St.
Los Angeles, CA 90019

Martinez, Emeralda
3354 Santa Ana St.
S. Gate, CA 90280

Martinez, Esmeralda
3354 Santa Ana St.
S. Gate, CA 90280

Martinez, Esther
3404 Olive St.
Huntington Park, CA 90255

Martinez, Esther
3404 Olive Street
Huntington Park, CA 90255

Martinez, Fidel
POB 513053
Los Angeles, CA 90051

Martinez, Joel
1342 1/2 35th Pl.
Los Angeles, CA 90007

Martinez, Mercedes
P.O. Box 693
Maywood, CA 90270-0693

Martinez, Mercedes J.
POB 693
Maywood, CA 90270-0693

Master Locksmith Inc.
207 E. 85th St.
New York, NY 10028

Matrix International Textiler
4519 S. Everett St.
Vernon, CA 90058

May Merchandising Company
Attn: Dana King
St. Louis, MO 63101

Maya Fashion Prints
c/o DMC Prints Inc.
New York, NY 10018

Mayorga, Lucas
3434 S. Grand Ave.
Los Angeles, CA 90007

Mc Call, Mellanie L.
POB 308
Yucaipa, CA 92399

Mc Collum, Michael W.
6800 S. Atlantic
Bell Gardens, CA 90201

Mc Nab, Joyce A.
321 Bicknell Ave.
Santa Monica, CA 90405

McKesson Water Products

McMurrough Express
8906 Earhart Ave.
Los Angeles, CA 90045

Medel, Jose
3920 1/2 57th St.
Maywood, CA  900270

Medina, Gerardo M.
810 W. Lambert Rd., #A
La Habra, CA  90631

Meghan L. Edrich Inc.
87 Midland Ave.
Montclair, NJ  07042

Melendez, Jose M.
2632 Cogwell Rd.
El Monte, CA  91732

Mena, Hugo
3817 Portola Ave.
Los Angeles, CA  90032

Mendez, Esmeralda
1662 E. 67th St.
Los Angeles, CA  90001

Mendez, Marisol
3852 Baldwin Park Blvd. #C
Baldwin Park, CA  91706

Mendez, Soledad H.
824 W. 53rd St.
Los Angeles, CA  90037

Mendez, Soledad H.
824 W. 53rd Street
Los Angeles, CA  90037

Mendoza, Mario M.
10515 Danube Ave.
Granada Hills, CA  91344

Menjivar, Sonia E.
1316 S. Catalina St., #7
Los Angeles, CA  90006

Meridian Building Services Inc
POB 983
New York, NY  10018-9998

Merrill Lynch
265 Davidson Ave., 4th Fl
Sommerset, NJ  08873

Metro Novelty & Pleating Inc.
3030 E. Vernon Ave.
Vernon, CA  90058

Metro Pads
3850 S. Santa Fe Ave.
Vernon, CA  90058

Metrocall
POB 740519
Atlanta, GA  30374-0519

Metropolitan Industries
1005 S. Central Ave.
Los Angeles, CA  90021

Metropolitan Textile
1005 S. Central Ave.
Los Angeles, CA  90021

Meyers, Sandra L.
701 Arrow Lane
Kissimmee, FL  34746

Midway Rent a Car
1800 S. Sepulveda Blvd.
Los Angeles, CA  90025

Miguel A. Garcia
QC/Carole Little

Miguel Rascon
Mirage Plastics Inc.
1828 E. 58th Pl.
Los Angeles, CA  90001

Milberg Factors, Inc.

Millennium Mills
3040 E. Vernon
Vernon, CA  90058

Millennium Textiles Inc.
41 W. 36th St.
New York, NY  10018

Miller, Sigute
3604 Glenridge Dr.
Sherman Oaks, CA  91423

Millworth Fabrics
c/o Cranston Print Works
POB 414078
Boston, MA  02241-4078

Milrose Consultants, Inc.
333 Seventh Ave., 6th Fl.
New York, NY 10001-5004

Mina Tex, Inc.
110 E. 9th St., #a-709
Los Angeles, CA 90079

Mini-Lace, Inc.
960 W. 84th St.
Hialeah, FL 33014


Minolta Leasing Services
POB 41601
Philadelphia, PA 19101-1601

Minolta Leasing Services
Box 41601
Philadelphia, PA 19101-1601

Miroglio Textiles USA, Inc.
1430 Broadway
New York, NY 10018


Mirskaya, Irina
2040 Beverly Plaza, #204
Long Beach, CA 90815

Mitchell, Desiree V.
4230 8th Ave.
Los Angeles, CA 90008

Mitra Imports Co.
1206 S. Maple Ave., #300
Los Angeles, CA 90015


MnM Publishing Corporation
110 E. 9th St., #A-777
Los Angeles, CA 90079

Modedruck Cera GMBH

Modern Patterns Inc.
6121 Malburg Way
Vernon, CA 90058


Moneypenny, Christine
750 N. Hayworth Ave., #8
Los Angeles, CA 90046

Montejano, Bertha
9753 Vena Ave
Arletta, CA 91331

Montejano, Bertha
9753 Vena Ave.
Arletta, CA 91331


Montes, Ramon R.
4315 W. Adams Blvd., #107
Los Angeles, CA 90018

Mora, Valerie
15188 N. Humboldt Ave.
Ontario, CA 91764

Morales, Antonio


Morales, Santiago
631 E. 29th St.
Los Angeles, CA 90011

Moran, Salvador A.
861 W. Manchester Ave.
Los Angeles, CA 90044

Moreno, Maria G.
1833 Rainbow Ter.
Montebello, CA 90640


Moreno, Rosa A.
11151 1/2 Berendo Ave.
Los Angeles, CA 90044

Morov, Alisa
1804 Gillette Crescent
S. Pasadena, CA 91030

Morris, Nina Marie
258 Merrimac Trl, #8
Williamsburg, VA 23185-4621


Morrison & Foerster LLP
555 W. Fifth St., #3500
Los Angeles, CA 90013-1024

Moser, Laurie A.
330 Penn St., #5
El Segundo, CA 90245

Moses and Associates
493 S. Robertson Blvd., #7
Beverly Hills, CA 90211

Moskowitz, Eryl
30 E. 37th St., #108
New York, NY 10016

Multi Transportation Group

Multimedia Int. Tech., Inc.
1515 South Sunkist
Anaheim, CA 92806

Muniz, Amber J.
7931 Princevalle St.
Gilroy, CA 95020

Murphy, Linda M.
20 Kay Rd., Box 123
Pine Island, NY 10969

Murray, Latisha A.
332 W. 48th St.
Los Angeles, CA 90037

Mutual Propane
17117 S. Broadway
Gardena, CA 90248-3191

Myers, Jean A.
129 N. Pritchard Ave., #8
Fullerton, CA 92833

Myrian Saavedra
QC/Carole Little

N.E.W.S. Logistics
1535 W. 139th
Gardena, CA 90249

NEWS Logistics
1535 W. 139th St.
Gardena, CA 90249

NU Image Fabrics Inc.
110 W. 40th St.
New York, NY 10018

Naftal, Michele A.
11445 Moorpark St., #6
Studio City, CA 91602

Nagy, Leeann C.
32411 Arlesford Dr.
Solon, OH 44139

Nalpac Inc.

Natalie Wierzba
Sales Siv./Carole Little

Nault, William J.
14856 Pendelton St.
Hesperia, CA 92345

Navarro, Eliseo
1401 West Blvd., #8
Los Angeles, CA 90019

Navarro, Miguel C.

Neal, Freda M.
426 W. 107 St
Los Angeles, CA 90003

Neal, Sarah
4130 Proton Dr., #44
Addison, TX 75001

Needham, Renee N.

Neighbors Watching Neighbors
316 Prospect Ave.
Monrovia, CA 91016

Neman Brothers & Associates
1525 S. Broadway
Los Angeles, CA 90015

Nemirovsky, Raisa
2627-D Quarry Lane
Diamond Bar, CA 91789

Netmoves Corporation
Dept. 78658
Los Angeles, CA 90088-8658

New York City Dept. of Finance
POB 3213
New York, NY 10242

New York State Sales Tax
Central Processing Unit
Albany, NY  12201-0917

New York Times
POB 4039
Woburn, CA  01888-4039

Newell, Deborah
1524 Monterey Blvd. #G
Hermosa Beach, CA  90254

Nextel Communications
800/639-6111
Pasadena, CA  91109-7418

Ng, Loo-Yau
1800 Pepper St., #F
Alhambra, CA  91801

Nice Textile Inc.
2080 E. 25th St.
Los Angeles, CA  90058

Nix-E Design

Nobix, Inc.
6800 Koll Center Pkwy
Pleasanton, CA  94566

Nobland International Inc.

Non-Stop Express Int'l Inc.
3200 Wilshire Blvd. S Tower
Los Angeles, CA  90010

North Carolina Spinning Mills

Notions Guatemala, SA

Nouveau Fabrics Inc.
1710 Hooper Ave.
Los Angeles, CA  90021

Novatex International

Noveltex, Inc.
939 S. Maple Ave.
Los Angeles, CA  90015

Novelty Textile Mills, Inc.
275 Putnam Rd.
Wauregan, CT  06387

Ocean Pacific Apparel Corp.
3 Studebaker
Irvine, CA  92618

Oda, Marcia C.
4142 Linden Ave.
Long Beach, CA  90807

Off Broadway Printing

Office Solutions
23303 La Palma Ave.
Yorba Linda, CA  92887

Olivas, Rafael
10303 Aldrich St.
Whittier, CA  90606

Olympia Fabrics Corp.
39 W. 37th St.
New York, NY  10018

Omni Computer Products
POB 6205
Carson, CA  90749-6205

One Way Textiles
1145 S. Los Angeles St., 2nd F
Los Angeles, CA  90015

Oppenheimer Poms Smith
POB 1467
Minneapolis, MN  55480

Orkin Exterminating
POB 911520
Commerce, CA  90091-1239

Ortiz, Juan Alberto
6214 Heliotrope Ave.
Bellflower, CA  90201

Osorio, Alfonso
502 S. Bonnie Beach
Los Angeles, CA 90063

Osorio, Cecilia G.
12100 Wright Rd.
Lynwood, CA 90262

Osorio, Cecilia
12100 Wright Rd.
Lynwood, CA 90262

Overnite Transportation Co.
POB 79755
Baltimore, MD 21279-0755

PC Service Source

PEYK International Inc.
4900 E. 50th St.
Vernon, CA 90058

PSINET, Inc.
POB 485
Herndon, VA 20172

Pacesetter Fabrics
1401 Griffith Ave.
Los Angeles, CA 90021

Pacheco, Yvonne
1350 N. Marine Ave., #210
Wilmington, CA 90744

Pacific Bell
Payment Center
Sacramento, CA 95887-0001

Pacific Computer Products Inc.
POB 8968
Fountain Valley, CA 92728

Pacific Fabric Reels, Inc.
3401 Etiwanda Ave., Bldg 811
Mira Loma, CA 91752

Pacific Plants
1344 Glenavon Ave.
Venice, CA 90291

Pago Fabrics
Div. of Textile Impression
New Jersey, NJ 07074

Palogan, Gargery G.
1823 N. Mariposa
Los Angeles, CA 900270

Palogan, Gargery G.
1823 N. Mariposa
Los Angeles, CA 90027

Palomera, Abby
3725 Greenfield Ave.
Los Angeles, CA 90034

Palos, Benito
6305 1/2 Flora Ave.
PBell, CA 90201

Paradox Fabrics Inc.
Div. of Levcor Int'l
1071 Ave. of Americas
New York, NY 10018

Parkias Transport, Inc.
6319 Doniphan Dr.
El Paso, TX 79932

Pasquini Espresso Co.
1501 W. Olympic Blvd.
Los Angeles, CA 90015

Pasquini Imports, Inc.

Patino, Lonie Connie
870 Euclid #3
Beaumont, CA 92223

Patricia Brandt Company
3244 Dona Maria Dr.
Studio City, CA 91604

Pattie Prints Inc.
141 W. 36th St.
New York, NY 10018

Paul Gottlieb & Company
1430 Broadway
New York, NY 10018

Paula Dalton
Merchandise Specialist/Carole
Orlando, FL 32803

Paulith USA, Inc.
4201 District Blvd.
Vernon, CA  90058

Peltex
Sainte-Marguerite

Peraza, Valerie
8379 Vista Del Rio Ave.
Downey, CA  90240

Perez, Caesar
2422 Sierra Leone Ave.
Rowland Hts., CA  91748

Perez, Caesar
2422 Sierra Leone Ave.
Rowland Hts, CA  91748

Peri O'Connor
11750 Otsego St.
Valley Village, CA  91607

Perry Stern

Petersen Publishing Co. LLC

Petrocelli Electric Co., Inc.

Peyk International
4900 E. 50th St.
Vernon, CA  90058

Pineda, Ana M.
716 E. 74th St.
Los Angeles, CA  90001

Pinkerton, Richard A.
14009 E. Dunton Dr.
Whittier, CA  90605

Pitneyworks

Placencia, Ana
4561 S. Cacico Ave.
Pico Rivera, CA  90660

Platinum Computer Support
714/521-9494
Buena Park, CA  90621-3242

Porterie, Karen L.
1558 Eichen
New Braufels, TX  78130

Power, Jennifer J.
4006 Madelia Ave.
Sherman Oaks, CA  91403

Press Printing
26752 Oak Ave., #L
Canyon Country, CA  91351

Pressman Gutman Company Inc.
237 W. 35th St.
New York, NY  10001

Price, Eileen
1235 N. Brand Blvd., #10
Glendale, CA  91202-1942

Price, Eileen
1235 N. Brand Blvd. #10
Glendale, CA  91202-1942

Price, Susan H.
1515 Floribunda Ave., #107
Burlingame, CA  94010

Pride Uniform Rental Corp.
POB 48470
Los Angeles, CA  90048-0470

Prime Outlets at Ellenton
Dept. 140, POB 17543
Baltimore, MD  21297-7543

Prime Outlets at San Marcos
Dept. 120, POB 17543
Baltimore, MD  21297-7543

Printmaker International Ltd.
469 Seventh Ave., 12th Fl.
New York, NY  10018

Pruitt, Brooke
2865 50th Ave. W. #24
Bradenton, FL  34207

Pulido, Lisa A.
5013 Sepulveda Blvd.
Torrance, CA 90505

Pyramid Tech Comm
Formerly Marco Rojano
714/530-6197
Garden Grove, CA 92843

Quan, Mui A.
998 Sedona Lane
Anaheim, CA 92808

Quest Cad/Cam
9960 Bell Ranch Dr., #103
Santa Fe Springs, CA 90670

Quick Response Services, Inc.
Dept. 05039
San Francisco, CA 94139-5039

Quick Service Textiles Inc.

Quiroz, Javier
6720 Seville Ave.
Huntington Park, CA 90255

R.J. Prather & Associates, Inc
1230 N. San Dimas Cyn. Rd.
San Dimas, CA 91773

RGB Textiles
2221 E. Washington
Los Angeles, CA 90021

RJ Prather & Associates Inc.
1230 W. San Dimas Cyn. Rd.
San Dimas, CA 91773

RNK Industries, Inc.
201 S. Santa Fe Ave., #104
Los Angeles, CA 90012-4026

Rabinowitz, Leonard
9951 Beverly Grove Dr.
Beverly Hills, CA 90210

Ram C. Chary
10615 Bruns Dr.
Tustin, CA 92782

Ramco Refrigeration
3921 E. Miraloma Ave.
Anaheim, CA 92806

Ramirez, Alberto J.
8429 Lexington & Gallatin Rd.
Pico Rivera, CA 90060

Ramirez, Antonio L.
946 S. Bonnie Beach Pl.
PLos Angeles, CA 90023

Ramirez, Arturo
1428 S. Woods Ave.
Los Angeles, CA 90022

Ramirez, Modesta
4315 W. Adams Blvd., #107
Los Angeles, CA 90018

Ramirez, Rosa Hilda
630 Lincoln Ave., #1
Napa, CA 94558

Ramos, Oscar
7502 9th St., #B
Buena Park, CA 90621

Rapture, Inc.

Ratan Exim

Rawe Textile Sales
5900 Eastern Ave., #152
Commerce, CA 90040

Ray, Cheryl A.
3230 Siboney Villa Cir.
Las Vegas, NV 89121

Rayne Water Systems
1828 Lincoln Blvd.
Santa Monica, CA 90404-4599

Real Applications, Ltd.
POB 1213, Dept. 884
Newark, NJ 07101

Real Company

Real Knitters Limited

Regency Fabric
1010 E. 10th St.
Los Angeles, CA  90021

Reis, Ana Cristina
20 Farrell Ave.
Gilroy, CA  95020

Reliable

Remedy Temps
2400 E. Katella Ave., #655
Anaheim, CA  92806

Renaissance Bevelry Hills

Renegade Textiles
269 S. Beverly Dr.
Beverly Hills, CA  90212

Republic Business Credit Corp.

Republic Factors Corp.

Resource Equipment Co.
POB 2695
Chino, CA  91708-2695

Reyes, Harllette M.
6515 Live Oak St.
Bell Gardens, CA  90201

Reyes, Zeidie Lynn
359 Buttonwood Dr.
Kissimmee, FL  34743

Reynolds & Reynolds Co.
POB 77096
Detroit, MI  48277-0096

Ricalde, Gaspar
437 1/2 Sloat St.
Los Angeles, CA  90063

Rich Lutton
MM - NYSR

Richline Textiles

Rickard, Barb E.
2350 W. 250th St., #51
Lomita, CA  90717

Rickard, Barb E.
2350 W. 250th St. #51
Lomita, CA  90717

Riegerix, Susan C.
2706 Sundance Ct.
Glencoe, MO  63038

Rio Vista Bags, Inc.
347 Broadway
Passaic, NJ  07055

Rios, Gloria
6870 Rosanna St.
Gilroy, CA  95020

Rios, Silvia, M.
5927 San Pedro St.
Los Angeles, CA  90003

Rivera, Ana R.
718 E. 135th St.
Los Angeles, CA  90059

Robert Iannessa
Facilities Dept/Carole Little

Robert Kaufman Co., Inc.
Box 59266 Greenmead Stn.
Los Angeles, CA  90059

Robert Palocios
2126 Westminister Ave.
Alhambra, CA  91803

Roberts, Cynthia
439 W. Riverside Dr.
Burbank, CA  91506

Roberts, Cynthia M.
439 W. Riverside Dr.
Burbank, CA 91506

Robex Int'l c/o B. Rawe
5900 Eastern Ave., #152
Commerce, CA 90040

Robinson, Doris T.
3003 Little Country Rd.
Parrish, FL 34219

Rochelle, Jocelyn B.
POB 146
Brandon, TX 76628

Rodrigues, Priscilla B.
713 Trancas St., #27
Napa, CA 94558

Rodriguez, Jose
930 Camulos St.
Los Angeles, CA 90023

Rodriguez, Sonia
POB 9
Niceville, FL 32578

Roehl, Katrina A.
2719 3rd Ave. W.
Bradenton, FL 34205

Rogers & Cowan

Rolling Hills Plastics
3555 Lomita Blvd., #B
Torrance, CA 90905

Romex Textiles, Inc.
785 E. 14th Pl.
Los Angeles, CA 90021

Ron Bender
1801 Avenue of the Stars
Suite 1120
Los Angeles, CA 90067

Rosa, Alfonso S.
844 Mines Ave., #3
Montebello, CA 90640

Rosales, Hermelindo
123 S. Bonnie Brae, #204
Los Angeles, CA 90057

Roskbar Textile Co. Inc.
93 Entin Rd.
Clifton, JN 07014

Roth Staffing Companies, Inc.
Dept. 8892
Los Angeles, CA 90084-8892

Roxbury Textile Company
1526 S. Broadway
Los Angeles, CA 90015

Royal, Merylin A.
POB 222
Hillsboro, TX 76645

Royaltex International Inc.

Rubin, Audrey
25 Tudor City Pl., #1916
New York, NY 10017

Russota, Ronit M.
1335 26th St., #4
Santa Monica, CA 90404

S. Craft Foliage, Inc.

SFI
POB 2418
Norfolk, VA 23501-2418

Saavedra, Myriam
10924 Alclad Ave.
Whittier, CA 90605

Salgado, Orquidia
5440 Lemon Grove, #B
Los Angeles, CA 90038

Sam's Club
5871 Firestone Blvd.
South Gate, CA 90280-3705

Sammoric Financial Co.
Attn: Richard Okoturo
310/213-5200
Los Angeles, CA 90045

Samsung America, Inc.
110 E. 9th St.
Los Angeles, CA  90079

Sanchez, Jaime
8908 Elston Ave.

Downey, CA  90240

Sanchez, Jaime
8908 Elston Ave.
Downey, CA  90240

Sanchez, Xiomara
3503 Millbury Ave.
Baldwin Park, CA  91706

Sanchez, Xiomara J.
3503 Millbury Ave.
Baldwin Park, CA  91706

Sandra M. Carrie
Merchandise Specialist/Carole
Miami, FL  33157

Santiago-Ortiz, Melissa
5158 St. Charles Lane
Orlando, FL  32822

Santillan, Lorena
2361 Yosemite Dr.
Los Angeles, CA  90041

Santoro, Mercedes
25590 Prospect Ave.#16F
Lonma Linda, CA  92354

Sarah Neal
Merchandise Specialist/Carole
Addison, TX  75001

Sarah Truitt Textiles

Savcan Tekstil Sanayi Ve

Scher Fabrics, Inc.

Schoen, Mary Toca
581 N. Daisy Ave.
Pasadena, CA  91107

Scottel Voice and Data Inc.
11261 Washington Blvd.
Culver City, CA  90230

Seiba Sackingen

Senderex Cargo Inc.
POB 90277
Los Angeles, CA  90009-2643

Seng, Sokha
7070 Olive Ave.
Long Beach, CA  90805

Sequins International
60-01 31st Ave.
Woodside, NY  11377

Serrano, Misael
1430 W. 52st St.
Los Angeles, CA  90062

Serrano, Misael A.
1430 W. 52st St.
Los Angeles, CA  90062

Sewing Collection Inc.
2420 S. Eastern Ave.
Los Angeles, CA  90040

Shamash & Sons

Shamp, Donald R.
29510 Water St.
Highland Park, CA  92346

Shara-Tex, Inc.
3338 Slauson Ave.
Vernon, CA  90058

Sharon Ferguson

Shason Inc.
4700 Long Beach Ave.
Los Angeles, CA  90058

Shelby, Linda C.
2961 Player Lane
Tustin, CA 92782

Shelby, Sarah R.
2381 Teviot St.
Los Angeles, CA 90039

Shelford, Stacey L.
857 Zion Rd.
Mohnton, PA 19540

Sherry Fran, Inc.
5132 S. Alameda Ave.
Vernon, CA 90058

Shipping Supply Plus, Inc.

Shred-It
7617 Somerset Blvd.
Paramount, CA 90723

Sidley & Austin Corp.
555 W. Fifth St.
Los Angeles, CA 90013-1024

Sign Safari, LLC

Silanco Spa
Via Meloni di Quartirolo

Silver Sands Joint Venture
POB 16167
Mobile, AL 36616-0167

Silver Textile, Inc.
2121 S. Flower St.
Los Angeles, CA 90007

Sims, Rohna C.
7097 Alvern #D117
Los Angeles, CA 90045

Sisson, Christine M.
39 Indian Bayou
Destin, FL 32541

Six-O

Sk Global Co., Ltd.

Skytel
POB 740577
Atlanta, GA 30374-0577

Snowbird Corp.
Formerly Snowbird Filtered Wat
Jersey City, NJ 07305-4633

Softchoice Corporation

Sola Security
POB 41598
Philadelphia, PA 19101-1598

Solomon Fabric, Inc./Swingtime

Solorio, Aracele
4421 Jefferson St.
Napa, CA 94558

Sonora, Gerardo
2661 E. 108th St.
Lynwood, CA 90262

Sopranuk, Dian L.

Sotelo, Luis A.
1288 De Anza St., #B
San Gabriel, CA 91776

Soto, Maria
10906 Ruth St.
Lynwood, CA 90262

Soto, Nelly
266 S. Hillview Ave.
Los Angeles, CA 90022

Source Information Systems, In
5730 Upland Way, #104
Culver City, CA 90230

South Carolina Tax Commission
Dept. of Revenue
POB 125
Columbia, SC 29214-0102

South China Garments

Southern CA Gas Company
POB C
Monterey Park, CA 91756

Southern California Training
Irvine, CA 92715

Southwestern Bell
P.O. Box 940012
Dallas, TX 75394

Sparkletts Drinking Water
POB 7126
Pasadena, CA 91109-7126

Sperle Scales, Inc.
13321 Alondra Blvd., #F
Santa Fe Springs, CA 90670

Sprint
Payment Center
Atlanta, GA 31193-0331

Sprintex
1900 Rourte De Frans - BP 448

Standard Register Company
POB 840655
Dallas, TX 75284-0655

Star Fabrics, Inc.
1440 Walnut St.
Los Angeles, CA 90011

Starlion Inc.
Califonria Mart #B-717
Los Angeles, CA 90079

State Board of Equalization
POB 942879
Sacramento, CA 94279-0001

State Board of Equalization
5901 Green Valley Circle
Culver City, CA 90231-3652

Stein, Andrew D.
855 S. Sherbourne Dr., #3
Los Angeles, CA 90035

Sterling Couriers
POB 34758
Los Angeles, CA 90034-0758

Still Photo Lab

Stotelo, Luis A.
128 De Anza St. #B
San Gabriel, CA 91776

Stutman Treister & Glatt
3699 Wilshire Blvd., #900
Los Angeles, CA 90010

Style Tex
940 S. Hill St. #E
Los Angeles, CA 90015

Supap, Suvapee
18818 Fagan Ave.
Artesia, CA 90701

Sureair Ltd.
333 Ludlow St.
Stamford, CT 06902

Susan Price
Merchandise Specialist/000/42
Burlingame, CA 94011-0167

Sussman Automatic of Calif, In
6050 W. Jefferson Blvd.
Los Angeles, CA 90016

Sutex America Inc.
4055 NW 79th Ave.
Miami, FL 33166

Swerdlow, Florence & Sanchez
9401 Wilshire Blvd.
Beverly Hills, CA 90212

Swingtime Textiles

Symphony Fabrics Corporation
229 W. 36th St.
New York, NY  10018

Symphony Fabrics Ltd.
70 Martin Ross Ave.

Systematic Office Supply, Inc.
608 Mateo St.
Los Angeles, CA  90021


TAE-A Trading Co., Ltd.

TAM Mediterraneo

TCI/Technical Concepts Int'l
POB 35345
Greensboro, NC  27425-5345


TIA International
777 E. Pico Blvd.
Los Angeles, CA  90021

Taciak, Lynne E.
POB 862504
Los Angeles, CA  90086-2504

Tag-It Pacific, Inc.
Attn:  Ronda Sallmen
3820 S. Hill St.
Los Angeles, CA  90037


Taino, Maria Luisa G.
883 Carlton Privado
Ontario, CA  91762

Tak Sing Alliance Ltd.

Talavera, Jonathan C.
115 S. Normandie Ave.
Los Angeles, CA  90004


Tandem Textiles
1350 Broadway
New York, NY  10018

Tandler Textile Inc.
1359 Broadway, 2nd Fl.
New York, NY  10018

Tanger Property Management Sys
3200 Northline Ave., #360
Greensboro, NC  27408


Tanisaka, Victor K.
6608 1/2 W. Olympic Blvd.
Los Angeles, CA  90048

Technimed-Commerce Industrial
Formerly Spectrum Industrial
Commerce, CA  90040

Telxon Corporation
POB 72163
Cleveland, OH  44192-0163


Texere 2000 Inc.
2222 S. Figueroa St.
Los Angeles, CA  90007

Texfi Industries
POB 414445
Boston, MA  02241-4445

Texline USA, Inc.
340 E. Jefferson Blvd.
Los Angeles, CA  90011


Texollini, Inc.
2575 El Presido
Carson, CA  90810

The Accelerated School

The CIT Group/Comm. Serv.
Attn:  Greg Cervin
300 S. Grand Ave.
Los Angeles, CA  90071


The CIT Group/Commercial Svcs
300 S. Grand Ave.
Los Angeles, CA  90071

The Circle Inc.
POB 2224
Irwindale, CA  91706-2224

The Distance Inc.

The Educational Foundation For

The Lim Fashion

The Raylon Corporation
1430 Broadway
New York, NY  10018

The Ventura County Star

The Wellness Community

Thelma Y. Guerra
Carole Little/QC

Thilea Textile
c/o Rawe Textile Sales
5900 Eastern Ave., #152
Commerce, CA  90040

Thomas, Jonie M.
2495 Grandeur
Altadena, CA  91001

Thompson, Linda Kay
16314 Malden St.
North Hills, CA  91343

Thornton, Rebecca
236 S. Pacific Ave.
Ventura, CA  93001

Thunderball Courier Systems
1133 Broadway #223
New York, NY  10010

Thyssen Dover Elevator Corp.
6048 Triangle Dr.
Los Angeles, CA  90040

Tiberio Gutierrez

Tie Commerce

Titchell, Sharon S.
132 Mtn. View Rd.
Titusville, NJ  08560

Tobu Dept. Store

Toddco Sweeping Company Inc.
1835 W. 169th St., #B
Gardena, CA  90247

Togo, Mia
2923 Yale Ave.
Marina Del Rey, CA  90292

Tom Cody Design
225 W. 35th St., 9th Fl.
New York, NY  10001

Topnit Manufacturing Ltd.
C/o Joseph Inzirillo
Global Debit Solutions, Inc.
20283 State Road Seven
Suite 300
Boca Raton, FL 33498

Torres, Estela R.
816 N. Alma Ave.
Los Angeles, CA  90063

Torres, Herlinda
1415 W. 58th St.
Los Angeles, CA  90062

Torres, Martha C.
3239 Walnut Grove
Rosemead, CA  91770

Toshiba Easy Lease
POB 31001-0273
Pasadena, CA  91110-0273

Toshiba Easy Lease
Box 31001-0273
Pasadena, CA  91110

Tosky, Mary M.
1839 Benedict Cyn. Dr.
Beverly Hills, CA  90210

Tovar, Javier
1337 Crusado Lane, #70
Los Angeles, CA  90033

Tran, Lisa Kien
1837 S. Vega St.
Alhambra, CA  91801

Travel Auto Bag Co., Inc.
264 W. 40th St.
New York, NY  10018-1574

Trends West
c/o Willing & Moser
Los Angeles, CA  90064

Tricot By PJK, Inc.
2750 Fruitland
Vernon, CA  90058

Troy Associates

Tru-Vu Auto Glass of Eagle Roc
2101 Colorado Blvd.
Eagle Rock, CA  90041

Trudi Lazarus
Merchandise Specialist/Carole
Chestnut Hill, MA  02467-3071

Tu Sewing Maching Services, Co
2220 S. Grand Ave.
Los Angeles, CA  90007

Twin Dragon Marketing
14600 S. Broadway
Gardena, CA  90248

Two Lads, Inc.
POB 58572
Los Angeles, CA  90058

Tyler Textile
501 7th Ave.
New York, NY  10018

U.S. Sprint

US Customs
POB 100769
Atlanta, GA  30384

US Healthworks Medical Group
POB 41139
Santa Ana, CA  92799

Ulmia
1430 Broadway
New York, NY  10018

Uniform Information
POB 414379
Boston, MA  0241-4379

Unisource Maint. Supply Sys.
515 W. 132nd St.
Gardena, CA  90248

Unisys Corporation
POB 44000 Dept. 44287
San Francisco, CA  94144-0001

United California Factors

United Healthcare
POB 41738
Philadelphia, PA  19101-1738

United Parcel Service
POB 505820
The Lakes, NV  88905-5820

Universal Sanitary Products
5450 W. 83rd St.
Los Angeles, CA  90045

Universal Studios Hollywood
Attn: Cashier SC79/2
Universal City, CA  91608

Unix Tex of America, LLC
1600 Naomi Ave.
Los Angeles, CA  90021

Up Date Fabric Inc.
738 E. Pico
Los Angeles, CA  90027

VE Soft, Inc.

Vanderveer, Helena C.
11 Nott Pl.
Newburgh, NY  12550

Vargas, Blanca E.
10321 S. Atlantic, #D
S. Gate, CA 90280

Vegara, Martiniano
4808 Elizabeth St. #H
Cudahy, CA 90201

*Vergara, Martiniano*
*5713 Canberra Ave.*
*Bakersfield, CA 93307*

Verizon
POB 28000
Lehigh Vly, PA 18002-8000

Versatile Rack Company
5761 Anderson St.
Vernon, CA 90058

Vi Trac Inc.
1310 E. Edinger Ave.
Santa Ana, CA 92705

Victor Tanisaka
VP Merchandising/Carole Little

Viking Freight System
Payment Processing #87
San Jose, CA 95164-9001

Villasenor, Maria
3807 S. Wall St.
Los Angeles, CA 90011

Viverette, Kimberly S.
6062 28th Ave N
St. Petersburg, FL 33710

Vogue Trimmings, Inc.
2939-41 E. 11th St.
Los Angeles, CA 90023

Vortex Industries
3198-M Airport Loop
Costa Mesa, CA 92626-3407

Votaw, Heather M.
4084 Atlas Pk. Rd.
Napa, CA 94558

W&M Textiles
5801 S. 2nd St.
Vernon, CA 90058

W&W Textiles
3131 S. Alameda St.
Los Angeles, CA 90058

WMI
173 Sherman St.
Fairfield, CT 06430

WT Billard, Inc.
POB 3683
Santa Fe Springs, CA 90670-3258

WW Grainger Inc.

Wall Street Textile
1436 S. Main St., #200
Los Angeles, CA 90015

Walsh, Anne B.
304 Alegre St.
Santa Fe Springs, NM 87501-1304

Weaver, Federico
1739 Lincoln Blvd.
Torrance, CA 90501

Weaver, Jennifer
1223 Lincoln Pl., 2nd Fl.
Brooklyn, NY 11213

Weigh-Tronix, Inc.
POB 350031
Boston, MA 02241-0531

Weissman, Barry
31 Roberts St.
New City, NY 10956

Wells Fargo Bank

Wendt, Mary T.
POB 547
Laguna Pk, TX 76634

West Side Movers, Inc.

Westaff
POB 7266
San Francisco, CA 94120-7266

Western Exterminator Co.
POB 26909
Los Angeles, CA 90026-0230

White, Kimberly E.
2266 Braeburn Ave.
Fullerton, CA 92631

Whitley, Christina M.
3325 Oak Glen Dr.
Los Angeles, CA 90068

Wierzba, Natalie
6557 W. 82nd St.
Los Angeles, CA 90045

William Kenner
Product Develop/Carole Little

Williams Communications

Willoughby's
50 E. 42nd St.
New York, NY 10017

Wima Textile, Inc., dba W&M
c/o Maruice Wainer, Esq.
2029 Century Park East, #1690
Los Angeles, CA 90067

Win Yette Fashion Mfg. Limited

Winky Textiles, Inc.

Winwards Industrial Ltd.

World Linen & Textile Co., Inc
13435 S. Main St.
Los Angeles, CA 90061

Wren, Greta
4218 Inwood Landing Dr.
Orlando, FL 32812

Wright, Barbara S.

Xerox Corporation
POB 650361
Dallas, TX 75265-0361

Xerox Corporation
Box 650361
Dallas, TX 75265-0361

Yellow Freight
POB 100299
Pasadena, CA 91189-0299

Zar Industries
519 8th Ave.
New York, NY 10018

Zee Medical Service
2845 S. Workman Mill Rd.
Whittier, CA 90601

Zelaya, Maria T.
5073 1/2 Melrose Ave.
Los Angeles, CA 90038

Zhang, Long
1815 W. Commonwealth Ave. #E
Alhambra, CA 91803

Zijl, Paula C.
400 E. Colonial Dr., #1604
Orlando, FL 32803

Zinc

Zittrouer, Kymberly R.
1676 St. Andrews Common
Hilton Head, SC 29928

Allied Equipment Rental
1855 South Brand Blvd
Glendale, CA 91204

Brauvin Income Properties LP
Three Maryland Farms, #300
Brentwood, TN 37027

California Fashion Industries, Inc.
4505 Bandini Blvd.
Los Angeles, CA 90040

Canon Financial Service
Box 42937
Philadelphia, PA 19101-2937

Chelsea GCA Realty Partnership
103 Eisenhower Parkway
Roseland, NJ 07068

GCA Realty Partners, L.P.
c/o Horwitz, Toback & Hyman
500 Fifth Ave
New York, NY 10110

Fany Seventh Avenue Assocs.
c/o Koeppel Tener Riguardi
575 Lexington Ave
New York, NY 10022

Glen Investors, Inc.
1250 24th Street, #220
Washington D.C. 20037

Gulf Coast Factory Shops L.P.
c/o Prime Realty
36 South Charles ST., #2401
Baltimore, MD 21201

Lake Buena Vista Joint Venture
1725 University Drive, $450
Coral Springs, FL 33071

Market Center Mangement Co.
2100 Stemmons Fwy
Dallas, TX 75207

Minolta Leasing Services
Box 41601
Philadelphia, PA 19101-1601

Silver Sands Joint Venture
c/o Berkshire Mort. Fin. Corp.
470 Atlantic Avenue
Boston, MA 02210

VF Factory Outlet, Inc.
Attn: Real Estate Dept.
801 Hill Ave
Wyomissing, PA 19610

Woodbury Common Partners
c/o The Chelsea Group
103 Eisenhower Pkwy
Roseland, NJ 07068

Counel for Women's Marketing, Inc.
Martin F. Goldman, Esq.
10880 Wilshire Blvd. #2240
Los Angeles, CA 90024-4123

Counsel for Essential Freight
Daniel Gammerman, Esq.
425 Broad Hollow Road
Melville, NY 11747

S&W Manufacturing
c/o William Chi, Esq.
2 E. Valley Blvd. #240
Alhambra, CA 91801

Counsel for Rosenthal & Rosenthal, Inc.
Louis Jacobs, Esq.
11693 San Vicente Blvd. #318
Los Angeles, CA 90049

Counel for Great Plains Metromall LLC
Brian L. Smith, Esq.
Joseph M. Fridkin, Esq.
10620 Johnson Drive, #100
Shawnee, KS 66203

Modern Age Design
4918 Vineland Avenue
North Hollywood, CA 91601

Counel for Diana K. Carey, Chapter 7
Trustee
J. Todd Tracy, Esq.
Ogden Murphy Wallace
1601 Fifth Avenue, Suite 2100
Seattle, WA 98101-1686

Julian Aispuro-Haros
c/o Michael A. Ozurovich, Esq.
Ozurovich & Schwartz
3655 Torrance Blvd. #405
Torrance, CA 90503

New Plan Factory Malls
c/o Alvin M. Gomez, Esq.
Raymond M. Contreras
721 Third Avenue
Chula Vista, CA 92010

Attorneys for Remedy Temporary Services
Arturo E. Matthews, Jr., Esq.
Burnett & Matthews LLP
4675 MacArthur Ct., #1540
Newport Beach, CA 92660

Alan L. Kahn, CPA, CIRA
Grobstein, Horwath & Company LLP
15233 Ventura Boulevard, 8th Fl.
Sherman Oaks, CA 91403

David Siegel
WINOKER REALTY COMPANY
1410 Broadway
New York, NY 10018

Steven T. Gubner, Esq.
Ezra Butzkus Gubner
16830 Ventura Blvd., #411
Encino, CA 91436

Special Trademark Litigation Counsel
Freedman & Taitelman, LLP
6420 Wilshire Blvd. #200
Los Angeles, CA 90048

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

2

3

     I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 1801 Avenue of the Stars, Suite 1120, Los Angeles, California 90067-5805.

4

5

     On August **29**, 2003, I served the foregoing document(s) described as:
DEBTORS' AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINT
PLAN OF REORGANIZATION, AS MODIFIED
on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

6

7

8

9

SEE ATTACHED SERVICE LIST

10

11

12

____X____   (By Mail)  I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail. Executed on August **29**, 2003, at Los Angeles, California.

13

14

_____   (By Facsimile)  I caused said document to be sent via facsimile.  Executed on _____, 2003, at Los Angeles, California.

15

16

_____   (*By Personal Service)  I caused such envelope to be delivered by hand to the offices of the addressee. Executed on _____, 2003, at Los Angeles, California.

17

18

_____   (By Federal Express)  I caused said document to be sent via Federal Express for next business morning delivery.  Executed on _____, 2003, at Los Angeles, California.

19

20

____X____   (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

21

22

23

Bambi Clark

24

25

26

27

28

Special Notice   In re Chorus Line and CL Fashion

U.S. Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90012

Chorus Line/Cal. Fashion Ch 11 Debtors
Steve Hartman (1898-8)
Levine Leichtman Capital Partners, Inc.
335 N. Maple Dr., #240
Beverly Hills, CA 90210

Attorney for Committee Counsel
Steven Gubner
Ezra Butzkus Gubner
16830 Ventura Blvd., #411
Encino, CA 91436

Attorneys for GMAC Commercial
Steven B. Soll, Esq. (1898-4)
Otterbourg, Steindler, Houston & Rosen
230 Park Ave.
New York, NY 10169-0075

Attorneys for HECNY Transportation, Inc.
John Clark Brown, Jr., Esq. (1898-5)
407 E. Florence Ave.
Inglewood, CA 90301

Attorneys for GMAC Commercial Credit
Scott Smith, Esq. (1898-3)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa St., #2400
Los Angeles, CA 90017-5704

Counsel for Heller Financial, Inc.
Catherine D. Meyer, Esq. (#1898-43)
Pillsbury Winthrop LLP
725 S. Figueroa Street #3800
Los Angeles, CA 90017-5406

Attorneys for DN&E Walter & Co.
Neal L. Wolf, Esq. (#1898-44)
LeBoeuf, Lamb, Greene & MacRae LLP
One Embarcadero Ctr., Suite 400
San Francisco, CA 94111

Attorneys for Jose A. Dias
Jeffrey S. Thomas, Esq. (1898-6)
Duran & Thomas
9200 Sunset Blvd., #1212
Los Angeles, CA 90069-3607

Attorneys for Remedy Temporary Svcs.
Arturo E. Matthews, Jr., Esq. (#1898-45)
Burnett & Matthews
4675 MacArthur Ct., Suite 1540
Newport Beach, CA 92660

Attorneys for Safeco
Steven L. Bergh, Esq. (#1989-46)
Prenovost Normandin Bergh & Dawe
2020 E. First St., #500
Santa Ana, CA 92705-4033

Attorneys for Mark Steinman
Steven Yankelevitz, Esq. (1898-47)
Liner Yankelevitz, et al
3130 Wilshrie Blvd., 2nd Fl.
Santa Monica, CA 90403

Attorneys for Paul E. Johnson Ins. Svcs
Douglas R. Holmes, Esq.
15051 Leffingwell Rd., #201
Whittier, CA 90604-2159

Attorneys for Design Collection, Inc.
Michael C. Baum, Esq.
Law Offices of Michael C. Baum
10390 Santa Monica Blvd., 4th Floor
Los Angeles, CA 90025-5058

Heller Finacial
Attn: Mary C. Alden, Esq.
505 N. Brand Blvd., 10th Fl.
Glendar, CA 91203

Leonard Rabinowitz
Carole Little
c/o John Shaeffer, Esq.
O'Donnell & Shaeffer
633 W. 5th St., 17th Fl.
Los Angeles, CA 90071

Attorneys for Union Bank of California, NA
Susan L. Vaage, Esq.
Graham Vaage Cisneros & Peterson
500 N. Brand Blvd., #1030
Glendale, CA 91203

Attorneys for JL Group Company Limited
Ruth D. Kahn, Esq.
Steptoe & Johnson LLP
633 W. Fifth St., #700
Los Angeles, CA 90071-3500

Attorneys for Tanger Properties Limited Partnership
Rochelle G. Simpson c/o Ron O. Cardwell, Esq.
Vernon Law Firm
522 S. Lexington Ave.
Burlington, NC 27215

Attorneys for Anne Bennion
Carl J. Kanowsky, Esq.
Hacker, Kanowsky & Braly, LLP
24510 Town Center Dr., #200
Valencia, CA 91355

Attorneys for Murray Hill Property Mgmt
Gregory A. Bray, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, #1800
Los Angeles, CA 90067-3086

Attorneys for Am. Plant Protection, Inc.
Michael D. Leventhal, Esq.
1880 Century Park East, 1511
Los Angeles, CA 90067

James Burshtyn, Esq.
Assistant Attorney General
Bankruptcy & Collections Division
POB 12548
Austin, TX 78711-2548

Attorneys for Unisys
Janet Fitzpatrick
Unisys Corporation
Unisys Way
POB 500, M/S E8-108
Blue Bell, PA 19424

Attorneys for Levine Leichtman Capital Partners
Michael L. Tuchin, Esq.
Klee, Tuchin Bogdanoff & Stern
Fox Plaza
2121 Avenue of the Stars, 33rd Floor
Los Angeles, CA 90067-5061

Attorneys for Manatee County Tax Collector
Vicky L. Zartman, CFCA
c/o Ken Burton, Jr.
819 WS 301 Blvd. W.
Bradenton, Fl. 34205

Attorneys for Cappello & McCann
Marc S. Cohen, Esq.
Kaye Scholer
1999 Avenue of the Stars #1700
Los Angeles, CA 90067

Attorneys for Advanta Leasing Services
Sandra I. Eisenrod, Esq.
HEMAR, ROUSSO & HEALD
15910 Ventura Blvd., 12th Flr.
Encino, CA 91436

Attorneys for US Dept of Labor
John C. Nagle, Esq.
Associate Regional Solicitor
U.S. Department of Labor
Los Angeles World Trade Center
350 S. Figueroa St., Suite 370
Los Angeles, CA 90071

Attorneys for Texas Comptroller of Public Accounts
Kay D. Brock, Asst. Attorney General
c/o Martha M. Pena, Legal Assistant
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

~~Attorneys for Jose Dias~~
~~James A. Hinds, Jr./Paul R. Shankman~~
~~Law Offices of James A. Hinds, Jr.~~
~~1801 Century Park East #900~~
~~Los Angeles, CA 90067~~

Attorneys for Landlord   New Plan Factory Malls, Inc.
Joel F. Crystal, Esq.
New Plan Factory Malls, Inc.
1120 Ave. of the Americas, 12th Fl.
New York, NY 10036

Attorneys for Samsung America, Inc.
Nathan Yun, Esq.
Samsung America, Inc.
14251 E. Firestone Blvd.
La Mirada, CA 90638

Attorneys for San Marcos CISD
Lori Robertson, Esq.
Linebarger Goggan Blair Pena
1949 South III 35
Austin, TX 78741

Counsel for Debt Acquisition Co. of America V, LLC
J. Scott Bovitz, Esq.
Bovitz & Spitzer
880 West First Street #502
Los Angeles, CA 90012-2445

Attorneys for Midway Rent A Car
M. Doherty, esq.
Molino & Associates
4751 Wilshire Blvd., Suite 125
Los Angeles, CA 90010-3838

Attorneys for Banc America Commercial Credit
William H. Kiekhofer, III
Mayer, Brown, Rowe & Maw
350 S. Grand Ave., 25th Floor
Los Angeles, CA 90071-1503

A&E Stores, Inc.
Attn: Cindy Ronson
1000 Huyler St.
Teterboro, NJ 07608

Steven Wax
J.G. Hook
70 W. 40th St., 8th Floor
New York, NY 10018

Chuck Gilman
Gilman Licensing
104 Fries Lane
Cherry Hill, NJ 08003

Andrew C. Kassner, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Street
Philadelphia, PA 19103-6996

Caz Speller
40 Washington St., #3N
East Orange, NJ 07017

Jose Luis Alvarez
2761 Cape Dr.
Corona, CA 92882

~~Bill Beaver, Regional Director~~
~~Pension & Welfare Benefits Administration~~
~~790 E. Colorado Blvd., Suite 514~~
~~Pasadena, CA 91101~~

Secretary of Labor, United States Dept of Labor
World Trade Center
350 S. Figueroa St., Suite 370
Los Angeles, CA 90071-1202

Silver Textiles
2121 S. Flower St.
Los Angeles, CA 90007

Muoi Huynh
113 S. Primrose Ave.
Alhambra, CA 91801

Jodi L. Smith, Vice President
Phoenix Management Solutions, LLC
10000 N. 31st Ave., Suite C301
Phoenix, AZ 85051

Attorneys for Zhejiang Animal By-Products
Timothy Krantz, Esq.
2082 Michelson Dr., Suite 212
Irvine, CA 92612

Attorneys for States of New York – Taxation
Elaine Z. Cole, esq.
340 E. Main St.
Rochester, NY 14604

Securities and Exchange Commission
Attn: Michael A. Berman, Esq.
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C. 20549

Securities & Exchange Commission
Attn: Sarah D. Moyed, Esq.
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-3648

Timothy Yoo
Robinson, Diamant & Wockowitz
1888 Century Park East #1500
Los Angeles, CA 90067

Counsel for Maersk-Sealand
Stephen M. Uthoff/Terry J. Coniglio
Coniglio & Uthoff
60 Elm Avenue
Long Beach, CA 90802-4910

Counsel for Safeco Prop. & Casualty & Co.
Steven L. Bergh
Prenovost, Mormandin, Bergh & Da
2122 N. Broadway, Suite 200
Santa Ana, CA 92706-2614