Steven T. Gubner - Bar No. 156593
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone: 818.827.9000
Facsimile:   818.827.9099

Attorneys for the Liquidating Trust of Chorus Line
Corporation and California Fashion Industries, Inc.



# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CHORUS LINE CORPORATION AND CALIFORNIA FASHION INDUSTRIES, INC.<br><br>Consolidated Debtor. | Case No. 2:00-bk-41578-ER<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION BY JOINT LIQUIDATING TRUST FOR ORDER CLOSING CASE AND FOR FINAL DECREE [11 U.S.C. §350, Fed.R.Bankr.P. 3022, and Local Bankr. R. 3020-1(d)]**<br><br>Date: April 30, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1568<br>U.S. Courthouse<br>255 East Temple Street<br>Los Angeles, CA |

The foregoing Motion by Joint Liquidating Trust for Order Closing Case and for Final Decree Request came on for hearing (the "Hearaing") at 10:00 a.m. on April 30, 2008, the Honorable Ernest M. Robles presiding. Steven T. Gubner appeared telephonically on behalf of the Liquidating Trust; no other appearances were made on the record.

The Court, having considered the papers of the parties, the statements of counsel at the hearing, and having made its findings and conclusions as set forth in the Court's Tentative Ruling on the record of the hearing, and good cause appearing,

HEREBY ORDERS as follows:

1. The Motion is granted based on the reasons set forth in the Court's Tentative Ruling; and

2. A final decree in connection with this chapter 11 case is hereby granted and this chapter 11 case is hereby closed.

DATED: MAY 0 8 2008

ERNEST M. ROBLES
UNITED STATES BANKRUPTCY JUDGE

Respectfully submitted,

EZRA BRUTZKUS GUBNER LLP

By: _____
Steven T. Gubner
Attorneys for Joint Liquidating Trust of
Chorus Line Corporation and California Fashion
Industries Inc.

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 21650 Oxnard Street, Suite 500 Woodland Hills, CA 91367.

On May 1, 2008, I served the following documents on the persons listed below, as follows: **ORDER GRANTING MOTION BY JOINT LIQUIDATING TRUST FOR ORDER CLOSING CASE AND FOR FINAL DECREE [11 U.S.C. §350, Fed.R.Bankr.P. 3022, and Local Bankr. R. 3020-1(d)]**

### SEE ATTACHED LIST

[x] **By United States mail:** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Woodland Hills, CA.

[ ] **By overnight delivery:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ] **By messenger service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service.

[ ] **By fax transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

[x] **By e-mail or electronic transmission:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 1, 2008, at Woodland Hills, CA.

*/s/ Kristina Dow*
Kristina Dow

57794.doc

-3-

# SERVICE LIST
Case No. 2:00-bk-41578-ER

| **Served Electronically** | **Served via First Class Mail** |
|---|---|
| United States Trustee<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017<br>Ustpregion16.la.ecf@usdoj.gov | Managing Director of Trust<br>Timothy J. Yoo<br>Robinson, Diamant & Wolkowitz, APC<br>1888 Century Park East, Suite 1500<br>Los Angeles, CA 90067 |
| Attorneys for Cappello and McCann<br>Ashleigh A. Danker<br>Kaye Scholer LLP<br>1999 Avenue of the Stars, 17th Fl.<br>Los Angeles, CA 90067-6048<br>adanker@kayescholer.com | Attorneys for Debtors<br>David B. Golubchik<br>Levene, Neale, Bender, Rankin & Brill LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067 |
| | Debtors<br>Chorus Line Corp./Calif. Fashion<br>    Industries Inc.<br>c/o Steven Hartman<br>Levine Leichtman Capital Partners<br>335 N. Maple Dr., #240<br>Beverly Hills, CA 90210 |
| | Attorneys for Hecny Transportation<br>John Clark Brown<br>5701 W. Slauson Ave, Suite 120<br>Culver City, CA 90230 |
| | Attorneys for Mark Steinman<br>Steven Yankelevitz, Esq.<br>Liner Yankelevitz Sunshine &<br>    Regenstreif LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024-3503 |
| | Attorneys for Safeco<br>Steven L. Bergh, Esq.<br>Prenovost, Normandin, Bergh & Dawe<br>2122 N. Broadway, Suite 200<br>Santa Ana, CA 92706-2614 |
| | Attorneys for Design Collection, Inc.<br>Michael C. Baum, Esq.<br>9200 W. Sunset Blvd., 9th Floor<br>Los Angeles, CA 90069-3502 |

*57794.doc*

<u>Attys for Leonard Rabinowitz/Carol Little</u>
John Shaeffer, Esq.
Spillane Shaeffer Aronoff Bandlow LLP
1880 Century Park East, Suite 1004
Los Angeles, CA  90067

<u>Attorneys for Union Bank of California</u>
Susan L. Vaage
Graham Vaage Cisneros & Peterson
500 North Brand Blvd., Suite 1030
Glendale, CA  91203

<u>Attorneys for JL Group Company, Ltd.</u>
Ruth D. Kahn, Esq.
Steptoe & Johnson LLP
633 West Fifth Street, Suite 700
Los Angeles, CA  90071-3500

<u>Attorneys for Anne Benion et al.</u>
Carl J. Kanowsky, Esq.
Hacker, Kanowsky & Braly, P.C.
24510 Town Center Drive, Suite 200
Valencia, CA  91355

<u>Attorneys for Levine Leichtman Capital Partners</u>
Michael L. Tuchin
Klee, Tuchin, Bogandoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067

Sang (Nathan) Yun, Esq.
Samsung America, Inc.
14251 E. Firestone Blvd.
La Mirada, CA  90638

<u>Attorneys for DACA</u>
J. Scott Bovitz, Esq.
Bovitz & Spitzer
880 West First Street, Suite 502
Los Angeles, CA  90012-2445

<u>Attorneys for Banc America Commercial Credit</u>
William H. Kiekhofer III, Esq.
Mayer, Brown, Rowe & Maw
350 South Grand Ave., 25th Floor
Los Angeles, CA  90071-1503

Sam Tehrani
Silver Textiles, Inc
2121 South Flower Street
Los Angeles, CA  90007

57794.doc

| | |
|---|---|
| 1 | <u>Attorneys for Zhejiang Animal By-Products</u><br>Timothy Krantz |
| 2 | Law Office of Timothy Krantz<br>2082 Michelson Drive, Suite 212 |
| 3 | Irvine, CA  92612 |
| 4 | <u>Attorneys for Macy's Owned Entities</u><br>Mark R. Seiden, Esq. |
| 5 | Jones Day<br>222 East 41st Street |
| 6 | New York, NY  10017-6702 |
| 7 | |
| ... | |
| 28 | 57794.doc |

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>Chorus Line Corporation and California Fashion Industries, Inc. | Debtor. | CHAPTER 11<br>CASE NUMBER: 2:00-bk-41578-ER |
|---|---|---|

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
ORDER GRANTING MOTION BY JOINT LIQUIDATING TRUST FOR ORDER CLOSING CASE AND FOR FINAL DECREE

    was entered on *(specify date)*:    MAY 0 9 2008

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

    MAY 0 9 2008

Dated:    MAY 0 9 2008

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9021-1.1**

**SERVICE LIST FOR ENTRY OF ORDER**
Case No. 2:00-bk-41578-ER

**Served Electronically**

United States Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017
Ustpregion16.la.ecf@usdoj.gov

Attorneys for Cappello and McCann
Ashleigh A. Danker
Kaye Scholer LLP
1999 Avenue of the Stars, 17th Fl.
Los Angeles, CA 90067-6048
adanker@kayescholer.com

Attorneys for Joint Liquidating Trust
Steven T. Gubner - Bar No. 156593
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
ecf@ebg-law.com

**Served via First Class Mail**

Managing Director of Trust
Timothy J. Yoo
Robinson, Diamant & Wolkowitz, APC
1888 Century Park East, Suite 1500
Los Angeles, CA 90067

Attorneys for Debtors
David B. Golubchik
Levene, Neale, Bender, Rankin & Brill LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

Debtors
Chorus Line Corp./Calif. Fashion
  Industries Inc.
c/o Steven Hartman
Levine Leichtman Capital Partners
335 N. Maple Dr., #240
Beverly Hills, CA 90210

Attorneys for Hecny Transportation
John Clark Brown
5701 W. Slauson Ave, Suite 120
Culver City, CA 90230

Attorneys for Mark Steinman
Steven Yankelevitz, Esq.
Liner Yankelevitz Sunshine &
  Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503

Attorneys for Safeco
Steven L. Bergh, Esq.
Prenovost, Normandin, Bergh & Dawe
2122 N. Broadway, Suite 200
Santa Ana, CA 92706-2614

Attorneys for Design Collection, Inc.
Michael C. Baum, Esq.
9200 W. Sunset Blvd., 9th Floor
Los Angeles, CA 90069-3502

57794.doc

| | |
|---|---|
| 1 | <u>Attorneys for Leonard Rabinowitz/Carol Little</u> |
| 2 | John Shaeffer, Esq. |
| | Spillane Shaeffer Aronoff Bandlow LLP |
| 3 | 1880 Century Park East, Suite 1004 |
| | Los Angeles, CA 90067 |
| 4 | |
| | <u>Attorneys for Union Bank of California</u> |
| 5 | Susan L. Vaage |
| | Graham Vaage Cisneros & Peterson |
| 6 | 500 North Brand Blvd., Suite 1030 |
| | Glendale, CA 91203 |
| 7 | |
| | <u>Attorneys for JL Group Company, Ltd.</u> |
| 8 | Ruth D. Kahn, Esq. |
| | Steptoe & Johnson LLP |
| 9 | 633 West Fifth Street, Suite 700 |
| | Los Angeles, CA 90071-3500 |
| 10 | |
| | <u>Attorneys for Anne Benion et al.</u> |
| 11 | Carl J. Kanowsky, Esq. |
| | Hacker, Kanowsky & Braly, P.C. |
| 12 | 24510 Town Center Drive, Suite 200 |
| | Valencia, CA 91355 |
| 13 | |
| | <u>Attorneys for Levine Leichtman Capital Partners</u> |
| 14 | Michael L. Tuchin |
| 15 | Klee, Tuchin, Bogandoff & Stern LLP |
| | 1999 Avenue of the Stars, 39th Floor |
| 16 | Los Angeles, CA 90067 |
| 17 | Sang (Nathan) Yun, Esq. |
| | Samsung America, Inc. |
| 18 | 14251 E. Firestone Blvd. |
| | La Mirada, CA 90638 |
| 19 | |
| | <u>Attorneys for DACA</u> |
| 20 | J. Scott Bovitz, Esq. |
| | Bovitz & Spitzer |
| 21 | 880 West First Street, Suite 502 |
| | Los Angeles, CA 90012-2445 |
| 22 | |
| | <u>Attorneys for Banc America Commercial Credit</u> |
| 23 | William H. Kiekhofer III, Esq. |
| 24 | Mayer, Brown, Rowe & Maw |
| | 350 South Grand Ave., 25th Floor |
| 25 | Los Angeles, CA 90071-1503 |
| 26 | |
| 27 | |
| 28 | *57794.doc* |

1  Sam Tehrani
   Silver Textiles, Inc
2  2121 South Flower Street
   Los Angeles, CA  90007
3
   <u>Attorneys for Zhejiang Animal By-Products</u>
4  Timothy Krantz
   Law Office of Timothy Krantz
5  2082 Michelson Drive, Suite 212
   Irvine, CA  92612
6
   <u>Attorneys for Macy's Owned Entities</u>
7  Mark R. Seiden, Esq.
   Jones Day
8  222 East 41st Street
   New York, NY  10017-6702
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  *57794.doc*